# Exhibit 4



**From:** Howe, Dawn <Dawn.P.Howe@das.nh.gov> **On Behalf Of** Arlinghaus, Charles M
**Sent:** Wednesday, July 23, 2025 11:15 AM
**To:** Albert, Danielle <Danielle.N.Albert@dol.nh.gov>; Arlinghaus, Charles M <Charles.M.Arlinghaus@das.nh.gov>; Bettencourt, David <David.J.Bettencourt@ins.nh.gov>; Boffetti, James <James.T.Boffetti@doj.nh.gov>; Brean, Paul <p.brean@peasedev.org>; Brennan, Christine <Christine.M.Brennan@doe.nh.gov>; BTLA: BTLABD <BTLABD@btla.nh.gov>; Buckey, Jay <Jay.M.Buckey@jc.nh.gov>; Buxton, Robert <Robert.M.Buxton@DOS.NH.GOV>; Cass, William <William.J.Cass@dot.nh.gov>; Caswell, Taylor <Taylor.Caswell@livefree.nh.gov>; Chicoine, Jared <Jared.S.Chicoine@energy.nh.gov>; Christopher Keating <CKeating@courts.state.nh.us>; Copadis, George <George.N.Copadis@nhes.nh.gov>; Crawford, Stephen <stephen.k.crawford@agr.nh.gov>; Crepeau, Adam <Adam.J.Crepeau@des.nh.gov>; Desilets-Bixler, Nicole <nicole.l.desilets-bixler.nfg@army.mil>; Dunn, Kenneth <Kenneth.R.Dunn@doit.nh.gov>; Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>; Edmark, Michelle (MICHELLE) <Michelle.T.Edmark@doc.nh.gov>; EllmsJr, Christopher J <christopher.j.ellmsjr@energy.nh.gov>; Formella, John <john.m.formella@doj.nh.gov>; Galdieri, Emelia <emelia.a.galdieri@banking.nh.gov>; Goldner, Daniel <Daniel.C.Goldner@puc.nh.gov>; Goodwin, Jan <jan.goodwin@nhrs.org>; Goulet, Denis <Denis.C.Goulet@doit.nh.gov>; Hennessey, Erin - SOS <Erin.Hennessey@sos.nh.gov>; Ingersoll, Douglas <Douglas.L.Ingersoll@pelrb.nh.gov>; Jasper, Shawn <Shawn.N.Jasper@agr.nh.gov>; Jordan, Nicole Brassard <Nicole.B.Jordan@liquor.nh.gov>; Jurius, Deanna <Deanna.E.Jurius@oplc.nh.gov>; Keane, Catherine <catherine.a.keane@das.nh.gov>; Key-Wallace, James <JamesKW@nhbfa.com>; Kreis, Donald <Donald.M.Kreis@oca.nh.gov>; Lavoie, Steven <Steven.R.Lavoie@DOS.NH.GOV>; MacKay, Kimberly <Kimberly.M.MacKay@nhvh.nh.gov>; Marshall, Joshua <Joshua.K.Marshall@agr.nh.gov>; Martin, Christina <Christina.P.Martin@banking.nh.gov>; McIntyre, Charles <Charles.R.McIntyre@lottery.nh.gov>; Merrifield, Kenneth <Kenneth.D.Merrifield@dol.nh.gov>; Mezzapelle, Monica <Monica.I.Mezzapelle@treasury.nh.gov>; Mikolaities, David <david.j.mikolaities.mil@army.mil>; Mollica, Joseph <joseph.w.mollica@liquor.nh.gov>; Newbury, Amy <Amy.L.Newbury@DOS.NH.GOV>; Nyhan, Keith <Keith.E.Nyhan@ins.nh.gov>; Plante, Lynda <lynda.e.plante@lottery.nh.gov>; Quinn, Robert <Robert.L.Quinn@DOS.NH.GOV>; Rockburn, Sheri <Sheri.L.Rockburn@das.nh.gov>; Rodriguez-Legendre, Isadora <Isadora.Rodriguez-Legendre@ddc.nh.gov>; Rogers, David <David.J.Rogers@hab.nh.gov>; Rubinstein, Mark <mrubinstein@ccsnh.edu>; Saia, Charles <Charles.J.Saia@gcd.nh.gov>; Sanchez, Cassandra <Cassandra.L.Sanchez@ChildAdvocate.nh.gov>; Scanlan, David <david.scanlan@sos.nh.gov>; Scippa, John <John.V.Scippa@pst.nh.gov>; Scott,

Robert <Robert.R.Scott@des.nh.gov>; Simek, Stephanie <Stephanie.L.Simek@wildlife.nh.gov>; Stepp, Lindsey <Lindsey.M.Stepp@dra.nh.gov>; Stewart, Sarah <Sarah.L.Stewart@dncr.nh.gov>; Taylor, Katrina <Katrina.E.Taylor@hrc.nh.gov>; Weaver, Lori <Lori.A.Weaver@dhhs.nh.gov>; Wellington, Lily <Lily.A.Wellington@nhcoa.nh.gov>

**Cc:** Adams, Angela <Angela.M.Adams@doe.nh.gov>; Ames, Loralee <Loralee.L.Ames@energy.nh.gov>; Barlow, Cynthia <Cynthia.L.Barlow@doit.nh.gov>; Barlow, Sandra <Sandra.L.Barlow@ins.nh.gov>; Beauchesne, Suzanne <Suzanne.E.Beauchesne@des.nh.gov>; Berkeley, Stefanie <Stefanie.M.Berkeley@doc.nh.gov>; Breen, Jamie <Jamie.A.Breen@puc.nh.gov>; Brooks, Jessica <Jessica.J.Brooks@doc.nh.gov>; Cain, Rosamond <rosamond.cain@nhrs.org>; Cassidy, Nancy <Nancy.L.Cassidy@DOS.NH.GOV>; Cote, Kelly <Kelly.M.Cote@dhhs.nh.gov>; Courtemanche, Ellen <Ellen.T.Courtemanche@hrc.nh.gov>; Crockett, Kelly <Kelly.A.Crockett@lottery.nh.gov>; Dezonie, Zandy <Zandy.L.Dezonie@nhes.nh.gov>; Dubia, Stacey <Stacey.M.Dubia@gcd.nh.gov>; Friberg, Kelly <Kelly.D.Friberg@doj.nh.gov>; Gibb, Christine <c.gibb@peasedev.org>; Hall, Kate <Kate.M.Hall@DOS.NH.GOV>; Harding, Charlotte <Charlotte.J.Harding@clsp.nh.gov>; Haskell, Tanya <Tanya.L.Haskell@wildlife.nh.gov>; Hebert, Sharon <Sharon.P.Hebert@jc.nh.gov>; Hoefs, Cassandra <cahoefs@ccsnh.edu>; Howe, Dawn <Dawn.P.Howe@das.nh.gov>; Jenkins, Krystyl <Krystyl.M.Jenkins@DOS.NH.GOV>; Judge, Alyssa <Alyssa.D.Judge@dra.nh.gov>; Kelleher, Michele <michele.j.kelleher@banking.nh.gov>; Kmieciak, Mary <mary.f.kmieciak.nfg@army.mil>; Lambert, Sandra <Sandra.S.Lambert@DOS.NH.GOV>; Lane, Jennifer <Jennifer.D.Lane@dot.nh.gov>; LaPerle, Lesley <Lesley.J.LaPerle@oca.nh.gov>; Macneil, Carissa <Carissa.Macneil@dol.nh.gov>; Menard, Elizabeth <Elizabeth.M.Menard@hab.nh.gov>; Olcott, Wendy <Wendy.J.Olcott@liquor.nh.gov>; Parker, Sue <Susan.J.Parker@DOS.NH.GOV>; Paveglio, Amanda <Amanda.M.Paveglio@dol.nh.gov>; Penney, Paula - SOS <Paula.Penney@SOS.NH.GOV>; Robichaud, Michelene <Michelene.M.Robichaud@nhvh.nh.gov>; Ryan, Hilary <Hilary.L.Ryan@livefree.nh.gov>; Schmidt, Kim <Kim.A.Schmidt@doj.nh.gov>; Stelmach, Anne <anne.m.stelmach@btla.nh.gov>; Stiles, Pamela <Pamela.A.Stiles@ddc.nh.gov>; Thibeault, Michelle <Michelle.L.Thibeault@agr.nh.gov>; Trites, Madison <Madison.E.Trites@ins.nh.gov>; Waterhouse, Amy <Amy.J.Waterhouse@energy.nh.gov>; Wilson, Tanya <Tanya.N.Wilson@dot.nh.gov>; Anzalone, Susanne <s.anzalone@peasedev.org>; Aubert, Ryan <Ryan.H.Aubert1@doit.nh.gov>; Bean, Kara <kara.bean@usnh.edu>; Becker, Jennifer <jennifer.becker@leg.state.nh.us>; Belben, Janet <Janet.L.Belben@doc.nh.gov>; Benincasa, Karen <karen.benincasa@usnh.edu>; Blanchard, Marielana <Marielana.Blanchard@doe.nh.gov>; Bond, Noah - GOFERR <Noah.R.Bond-G@goferr.nh.gov>; Boone, Kimberly <Kimberly.A.Boone@des.nh.gov>; Brenda Therrien <B.Therrien@peasedev.org>; Broderick, Thomas - GOFERR <Thomas.R.Broderick-G@goferr.nh.gov>; Calise, Mary <Mary.E.Calise@dhhs.nh.gov>; Capron, Kathleen <Kathleen.A.Capron@dhhs.nh.gov>; Caraway, Michelle <Michelle.A.Caraway@das.nh.gov>; Carlson, Susan <SUSAN.A.CARLSON@des.nh.gov>; Carr, Kathleen <kathleen.carr@doj.nh.gov>; Carraher, Melanie <Melanie.L.Carraher@DOS.NH.GOV>; Champa, Helen <helen.l.champa@DMAVS.nh.gov>; Chandonnet, Danielle <Danielle.M.Chandonnet@dot.nh.gov>; Chen, Ying <ying.q.chen@DMAVS.nh.gov>; Collins, Courtney <Courtney.P.Collins@dot.nh.gov>; Cook, Allison <Allison.R.Cook@das.nh.gov>; DeKraai, Angela K <angela.k.dekraai@des.nh.gov>; Demers, Tina <Christina.M.Demers@liquor.nh.gov>; Denlea, Jeremy <Jeremy.M.Denlea@doit.nh.gov>; Dexter, Jason <Jason.G.Dexter@ins.nh.gov>; Doig, Jennifer <Jennifer.H.Doig@nhvh.nh.gov>; Duffy, Stacy <Stacy.A.Duffy@das.nh.gov>; Duris, James <James.C.Duris@lottery.nh.gov>; Edelblut, Louis (Frank) <frank.edelblut@doe.nh.gov>; Elmasry,

Joanne <Joanne.Elmasry@wildlife.nh.gov>; Field, Natasha <Natasha.A.Field@dot.nh.gov>; Fields, Scott <sfields@ccsnh.edu>; Forrester, Jeanie <Jeanie.L.Forrester@livefree.nh.gov>; Fredericksen, Kathleen <Kathleen.C.Fredericksen@livefree.nh.gov>; Gagne, Susan <Susan.M.Gagne@energy.nh.gov>; Galdieri, Emelia <emelia.galdieri@banking.nh.gov>; Gaudreau, William <william.gaudreau@va.gov>; Gerlack, Rebecca <Rebecca.J.Gerlack@pelrb.nh.gov>; Gerlarneau, Shelley <SHELLEY.J.GERLARNEAU@dra.nh.gov>; Gerry, James <james.p.gerry1@nh.gov>; Gilbert, Silvia - SOS <Silvia.Gilbert@sos.nh.gov>; Glines, Hannah <hannah.glines@dhhs.nh.gov>; Goulet, Denis <Denis.Goulet@doit.nh.gov>; Gross, Christopher <Christopher.J.Gross@das.nh.gov>; Hanson, Jonathan <jonathan.k.hanson@doc.nh.gov>; Harrington, John <jharrington@ccsnh.edu>; Harris, Amber <amber.harris@doe.nh.gov>; Hart, Ian <ihart@nhcdfa.org>; Hartley, Richard <r.hartley@peasedev.org>; Hill, Timothy <timothy.hill@doe.nh.gov>; Hughes, Morgan <Morgan.V.Hughes@governor.nh.gov>; Intonti, Deb <debi@nhbfa.com>; Kane, Michael - LEG Branch <michael.kane@leg.state.nh.us>; Kelley, Heather <Heather.A.Kelley@oplc.nh.gov>; Koffink, Irene <Irene.L.Koffink@doit.nh.gov>; LaBonte, Kathy <Kathy.A.LaBonte@wildlife.nh.gov>; Landry, Ann <Ann.H.Landry@dhhs.nh.gov>; Lavoie, Steven <steven.lavoie@dos.nh.gov>; Lebrun, Michele <Michele.E.Lebrun@btla.nh.gov>; LeCain, Laura <Laura.A.LeCain@das.nh.gov>; Lemire, Jane <jane.e.lemire@energy.nh.gov>; Lorden, Rebecca <rebecca.lorden@dhhs.nh.gov>; Lussier, Robert <robert.m.lussier@desc.nh.gov>; Maciel, Tomas <T.Maciel@peasedev.org>; Mackey, Jay <Jay.P.Mackey@doc.nh.gov>; Maddaus, Robin <robin.maddaus@doc.nh.gov>; Marino, Christopher <Christopher.S.Marino@dncr.nh.gov>; Martey, Katey <keasterly@nhcdfa.org>; Martin, Thomas (Scott) <Thomas.S.Martin@dot.nh.gov>; Mavrogeorge, Matthew <Matthew.G.Mavrogeorge@das.nh.gov>; McGorry, Brandon <brandon.j.mcgorry@desc.nh.gov>; McIntyre, Charles <charles.mcintyre@lottery.nh.gov>; Christine McIntyre <christine.mcintyre@va.gov>; McLocklin, Stephen A. <Stephen.A.McLocklin@das.nh.gov>; BTLA: BTLABD <btlabd@btla.nh.gov>; Miller, Rachel <Rachel.K.Miller@treasury.nh.gov>; Miller, Tia <tia.miller@usnh.edu>; Mitera, Barbara <Barbara.A.Mitera@doc.nh.gov>; Morin, Deb <dmorin@nhcdfa.org>; Mullen, Marie <Marie.mullen@nhrs.org>; O'Hara, Amy <Amy.L.OHara@dol.nh.gov>; Olsson, Andrea <Andrea.I.Olsson@dncr.nh.gov>; Pacocha, Kim <kpacocha@nhcdfa.org>; Page, Elizabeth <Elizabeth.A.Page@ddc.nh.gov>; Parenteau, David <David.G.Parenteau@pst.nh.gov>; Patterson, Rorie <Rorie.E.Patterson@energy.nh.gov>; Penney, Paula - SOS <paula.penney@sos.nh.gov>; Perkins Jr, Theodore <Theodore.J.PerkinsJr@ins.nh.gov>; Phillips, Roger <Roger.B.Phillips@doc.nh.gov>; RotpraditPinard, Wanida <wanida.pinard@treasury.nh.gov>; Provencher, Catherine <catherine.provencher@usnh.edu>; Ramsey, Jennifer <Jennifer.S.Ramsey@dra.nh.gov>; Rantamaki, Karen <Karen.L.Rantamaki@das.nh.gov>; Rautio, Leonard <Leonard.J.Rautio1@energy.nh.gov>; Raymond, Donna - NHJB <draymond@courts.state.nh.us>; Razin, Loretta <Loretta.M.Razin@doit.nh.gov>; Reid, Shannon <sreid@ccsnh.edu>; Revels, Jill <Jill.D.Revels@nhes.nh.gov>; Rose, Meagan <Meagan.Rose@nh.gov>; Ryan-Hoffman, Maureen <Maureen.R.RyanHoffman@das.nh.gov>; Scanlan, David <dscanlan@sos.state.nh.us>; Schultz, Maxim F <maxim.f.schultz1@pst.nh.gov>; Smith, Ceira <Ceira.R.Smith@dol.nh.gov>; Stacy, Elise <Elise.D.Stacy@dra.nh.gov>; Steenbeke, Melanie <msteenbeke@nhcdfa.org>; Stiles, Pamela <Pamela.A.Stiles@ddc.nh.gov>; Stone, Lisa <lisa.stone@doc.nh.gov>; Swanson, Richelle <Richelle.R.Swanson@dhhs.nh.gov>; Swett, Nancy <nancy.swett@sos.nh.gov>; Sy-Santiago, Jocelyn <Jocelyn.Sy-Santiago@dos.nh.gov>; Trask, Sarah <Sarah.G.Trask@das.nh.gov>; Vaillancourt, Tammy <Tammy.L.Vaillancourt@doe.nh.gov>; Webber, Meghan <Meghan.D.Webber@doit.nh.gov>; White, Nathan <Nathan.White@dhhs.nh.gov>;

Wildermann, Sarah <Sarah.C.Wildermann@dhhs.nh.gov>; Woolsey, Lin <Lin.C.Woolsey@das.nh.gov>; Yeaton, Sylvia <Sylvia.J.Yeaton@treasury.nh.gov>; York, Lynne <Lynne.B.York@dot.nh.gov>
**Subject:** Review of Agency Contracts for DEI-Related Contract Provisions

Good morning,

Chapter 141, Section 321 (Laws of 2025), *Review of Agency Contracts for DEI-Related Contract Provisions*, requires each state agency to submit to the Department of Administrative Services a report identifying all contracts under its control that include DEI-related provisions no later than October 1, 2025. The report shall include descriptions of each contract, the specific DEI-related provisions contained therein, and the total financial obligation associated with each contract. The Department of Administrative Services shall combine and submit a consolidated report to the Governor, Speaker of the House of Representatives, and the President of the Senate.

Diversity, equity, and inclusion or DEI means any program, policy, training, or initiative that classifies individuals based on a characteristic identified under RSA 354-A:1 for the purpose of achieving demographic outcomes, rather than treating individuals equally under the law.

Attached is an Excel template to be used to provide the required information.  We request that each agency return the template completed with the information required in Chapter 141:321, or a statement that the agency has no contracts with DEI-related contract provisions, to your Business Supervisor at the Department of Administrative Services Budget Office, no later than the close of business Wednesday, October 1, 2025.  The Department of Administrative Services will then consolidate the Agencies' responses and submit the required report.  I should note that we will submit the report immediately and are meant to note the agencies that didn't respond so the deadline is not flexible at all.

Charles M. Arlinghaus
Commissioner
Department of Administrative Services
25 Capitol Street
Concord, NH 03301
603-271-3201

# Contracts with Diversity, Equity, and Inclusion Provisions

| Vendor Name | Contract Description | Specific DEI-related provisions | Total Financial Obligation | Contract Expiration Date |
|---|---|---|---|---|