# Exhibit 6

#### New Hampshire
# Department of Justice
*Office of the Attorney General*

## 2020 Implicit Bias Training Hosted by the New Hampshire Attorney General's Office

*November 20, 2020 9 a.m. – 12:30 p.m.*

*Required for all attorneys, investigators, legal staff and victim/witness advocates in the Attorney General's Office, all County Attorney Offices, all state agency attorneys, and all prosecutors, including police prosecutors.*

## Presenters:

### Jarvis Parsons - District Attorney of Brazos County Texas

- Bias: What You Don't Know Can Hurt Others 📄

Currently serving his second term, District Attorney Parsons was an assistant D.A. for 10 years prior. A Louisiana native, Parsons graduated from McNeese State University in 1998 and graduated from the University Of Maine School Of Law in 2001. He was a judicial law clerk for a year in Warren County, New Jersey before becoming a Brazos County prosecutor in 2002, prosecuting everything from state jail felonies up to death penalty cases and everything in between.

Parsons is currently the chairman of the board for the Texas District and County Attorneys Association and has served on its Legislative Committee, Training Committee, and is one of the founding members of the Diversity Recruitment and Retention Committee.

He is on the Board of the TEEX Central Texas Police Academy, which guides the Police Academy leadership on needs specific to training and courses and establishes standards and methods to evaluate the effectiveness of training, equipment and facilities at the training academy.

### James McKim, PMP, ITIL - President of the Manchester NAACP

- Presentation: Are You Your Implicit Bias? 📄

Mr. McKim is Founder and Managing Partner of Organizational Ignition, a management consulting firm. Prior to his current role, Mr. McKim was Chief of Staff of the Technical Training Division at Hewlett Packard Enterprise where he led the organization to deliver award-winning performance enhancement solutions. He has, also, held business and technology leadership roles in for-profit and non-profit organizations such as FIRST, Hawkeye Data, LLC, and Digital Equipment Corp.

Mr. McKim has facilitated startup and growth of statewide organizations such as the Economic Vitality New Hampshire and the Software Association of New Hampshire. He has played an active role in the shaping of public policy affecting the Technology industry. He serves, currently on several Boards playing leading roles as Vice-President of Membership a the Project Management Institute NH Chapter, Chair of the NH PBS Finance Committee, Chair of the Episcopal Church's National Executive Council Committee Anti-Racism, and President of the Manchester NAACP.

## Links:

- **[Register for Implicit Bias Training](https://nhgov.webex.com/mw3300/mywebex/default.do?nomenu=true&siteurl=nhgov&service=6&rnd=0.13424712364303681&main_url=https%3A%2F%2Fnhgov.webex.com%2Fec3300%2Feventcenter%2Fevent%2FeventAction.do%3FtheAction%3Ddetail%26%26%26EMK%3D4832534b00000004dacaad18d1077ec99dbcbbc64d287582dc9277bc4b1ed0dcae760fbaffe5513f%26siteurl%3Dnhgov%26confViewID%3D175086893217620704%26encryptTicket%3DSDSDJTSwAAAARZS9f3rBoMFJ_v1B4et_2m4n2dUMlng2m3lLOSmjTHFA2%26)**

- [Certificate of Attendance](#) 📄

- [Implicit Bias Training Itinerary](#) 📄

- [Implicit Bias Training Video](#)

📄 Portable Document Format (.pdf). Visit nh.gov for a list of [free .pdf readers](#) for a variety of operating systems.

New Hampshire Department of Justice
33 Capitol Street | Concord, NH | 03301
Telephone: 603-271-3658

# NEW HAMPSHIRE ATTORNEY GENERAL'S OFFICE IMPLICIT BIAS TRAINING

November 20, 2020

## <u>AGENDA</u>

**9:00 a.m.** – Welcome and Introduction

*Attorney General Gordon J. MacDonald*

*Senior Assistant Attorney General David Rotman*

**9:10 a.m.** – Presentation*

*Jarvis Parsons, District Attorney of Brazos County Texas*

**10:50 a.m.** – Presentation*

*James McKim, PMP, ITIL, President of the Manchester NAACP*

**12:25 p.m.** – Concluding Remarks

*Attorney General Gordon J. MacDonald*

*There will be a five minute break during each presentation.*

# BIAS: WHAT YOU DON'T KNOW CAN HURT OTHERS

## Jarvis Parsons,
## Brazos County District Attorney

# How I Became a Prosecutor



# #SQUAD GOALS

- To be intelligent as we can is a moral obligation—that if we haven't exhausted every opportunity to know whether what we are doing is right, it will be **no excuse** for us to say that we meant well.
  - John Erskine (1915)



# Prosecutorial Power

- Charging Decision
- Bond
- Jury Selection
- Plea Offer
- Closing Argument

# Cognitive Bias Defined

- A **cognitive bias** is a type of error in thinking that occurs when people are processing and interpreting information in the world around them.

- Cognitive biases are often a result of your brain's attempt to **simplify** information.



# Confirmation Bias

- The tendency to search for, interpret, focus on, and remember information in a way that confirms ones preconceptions/beliefs. **

- Also called the "Prosecutor's Bias".

- What you believe, you see.

# **Confirmation Bias**



# CONFIRMATION BIAS: REAL WORLD EXAMPLE



# TUNNEL VISION



# What You See Is All There Is



# % Of DV Victims Who Recant?

We presume they will recant…so we look to:

✦ 911 call, EMS record, Medical Records

✦ Social Media, text messages, jail calls

✦ Determine Primary Aggressor On Scene

✦ Meet w/victim early in process, neighbors, family, friends, etc...

✦ Look for prior victims

# Just World Theory



# Just World Theory

People have an automatic tendency to look for something or someone to blame for unfortunate events. But rather than simply attributing a bad turn of events to bad luck, people tend to look at the individual's behavior as a source of blame.

- What was she wearing?
- Why did she let him walk her home?
- How much she had to drink?

# Just World Theory



# Just World Theory



# Defensive Attribution



# Defensive Attribution

- The similarity of the witness to the person(s) involved in the misfortune – in terms of situation, age, gender, personality, etc. – changes the amount of blame one is ready to ascribe.

- This is related to the empathy response, which is more likely to be activated if the witness sees similarities between themselves and the person(s) involved.

# Defensive Attribution



20



# Michael Morton Act



# Implicit Bias: How We See People



23

# Implicit Bias

We all have differences. We see age, gender and skin color. That's not bias.



# "Halo Effect"

- Research has shown that we automatically assign to good-looking individuals favorable traits such as talent, kindness, honesty, and intelligence –*Thorndike 1920*



# "Halo Effect"

- Physically attractive individuals are more likely to be…
  - Hired and less likely to be fired
  - More likely to get a call back for interviews
  - Higher wage earners (10-15%)
  - Less likely to get in trouble when they are children

# Sexual Harassment Study





# GENDER



# Gender Bias:
# Police Chief Edition

Michael vs. Michelle

- Michael—streetwise, worked tough neighborhoods, got along with fellow officers. Poorly educated and lacked administrative skills.

- Michelle—smart, well schooled and experienced in administration, family oriented, little street experience and didn't get along with officers.

29

# Gender Bias:
# Who Do You Hire?



# Gender Bias:
# Who Do You Hire?

When the male applicant had experience and no education, participants chose…

The Man

When the male applicant had no experience and was educated, participants chose…

The Man

# Gender Bias:
# Women's Studies Professor



32

# Implicit Racial Bias

- Researched for over two decades.
- A majority of Americans harbor negative implicit attitudes toward African-Americans

# Implicit Racial Bias

- Influenced by attitudes and stereotypes that we all hold based on our experiences.

- Guides how we act in a subconscious way, even if we renounce prejudice and stereotypes explicitly.





# Microaggression

**Prejudices that leak out in many interpersonal situations. A.K.A. Slights, insults, indignities and denigrating messages.**

# Microaggression Examples

- Can I touch your hair?
- You don't sound black.
- You look too white to be Hispanic/Arab/etc…
- When I look at you, I don't see color.

# Robbery In Black and White

- University of Hawaii Study, 66 participants
  - Japanese American, White, Chinese, Native Hawaiian, Pacific Islander, Korean American and Latino

# Robbery In Black and White



# Ambiguous Crime Details

- Prior drug addict, served with eviction notice
- Left handed
- Golden Gloves boxing champ in 2006
- NO License
- Owner Identifies defendant's voice
- Defendant had movie ticket stub for show that started 20 minutes before robbery

# Robbery In Black and White: Results

How Guilty Is The Defendant?
Scale (0-100)
- Darker Skin Tone  66.97

- Lighter Skin Tone  56.37

# What About Victims?



# U. Nebraska at Lincoln: Harrison and Esqueda (2000)

- Police respond to anonymous phone call reporting a domestic dispute.
- Jeff Davis is a Black (White) male,
- Cindy Davis is a Black (White) female,
- Drinking and Non-drinking scenarios.

44

# Same Facts? Different Race? Different Results

- AA women who drank were perceived as **more blameworthy** than AA women who did not.

- **No distinction** between drinking and non-drinking white females.

- AA women received **more blame** in DV situations for the **same amount** of drinking as white women.

# Not Just Black Women...

- Black boys as young as 10 are seen as **more responsible** for their actions compared to their white counterparts.
  - Viewed as **older** (up to 4½ years) and less innocent.
    - *The Essence of Innocence: Consequences of Dehumanizing Black Children (Goff, 2014).*
- Black Girls are viewed as **less innocent** and need **less nurturing** than their white counterparts.
  - *Girl Interrupted: The Erasure of Black Girls Childhood (Epstein, Blake & Gonzalez, 2017)*

46

# But I'm Educated...



# Written in Black and White

Memo drafted by a hypothetical law student given to 60 partners in 22 law firms.

- 37 men, 23 women, 39 white,
- 21 racial/ethnic minorities
- Memo had **22** writing and analytical errors.
- Same memo. **Only** difference was race of the "writer".

# Results

- **White "Thomas Meyer" averaged 4.1/5.0.**

- **Black "Thomas Meyer" averaged <u>3.1</u>/5.0 scale, for the same memo.**

# Quantitative Results: Errors Spotted by Lawyers

**White Thomas Meyer: 10.2 errors found avg.**

**Black Thomas Meyer: <u>14.6</u> errors found avg.**

# Qualitative Results: Opinion of the Students

**White Thomas Meyer:**

"good writer but needs to work on", "has potential", "good analytical skills".

**Black Thomas Meyer:**

"Needs lots of work", "can't believe he went to NYU", "average at best".

# Greg vs. Jamal

- Study of 1300 ads and over 5,000 resumes.

- White-sounding names like Emily or Greg get 50% more call backs for job interviews with the exact same resume.

- "A white-sounding name yields as many more callbacks as black sounding name with **eight** years of experience".

  - *Are Emily and Greg More Employable than Lakisha and Jamal? A Field Experiment in Market Discrimination. (Bertrand and Mullainathan, 2003)*

52

# The Implicit Association Test (IAT)

- **Designed to measure implicit bias**

- **https://implicit.harvard.edu/implicit/takeatest.html**

- **Flowers vs. Insects**

# **My Story**

•**Took the Implicit Association Test…**



 implicit.harvard.edu



**Your result:**

**Your data suggest a slight automatic preference for White people over Black people.**

The sorting test you just took is called the Implicit Association Test (IAT). Half of you completed the task for African Americans and European Americans, whereas the other half completed the task for Black People and White people. You categorized good and bad words with images of African Americans (or Black People) and European Americans (or White People).

# My Story

- **About 50% of African-Americans show a preference toward whites.**
  - ***Nosek, Banaji, & Greenwald, 2002***.



©authentichistory.com

# Attacking Implicit Bias

- Understand and acknowledge cognitive bias
- Start With Yourself And Just Begin
- Evidence/words that hits on a stereotype (misdemeanor murder).

# Blinding



# Other Disciplines Use Blinding

- Scholarly Journal editors routinely remove author names and institutions.
- Professors mask student names when grading
- Lineups (Double Blind Lineups)
- Federal Death Penalty Decisions

# Empirical Example



# Orchestra Blinding Results

- Using a Screen to conceal candidates from the raters increased the likelihood that a female would advance to the next round by
- 11%
- During the final round "blind" auditions increased the likelihood of female musicians being selected by
- **30%.**

# Outsmarting The Bias



# Collaboration



# Outsmarting The Bias: Group Decision Making

- **200 participants**
- **83% white, 17% Black**
- **Ages 18-78**
- **Created 29 juries of 6 people per jury (some alternates).**

# Outsmarting The Bias: Group Decision Making

- Viewed a video of a 30-minute Court TV summary of Black Male Defendant and White Female Victim.

- Heard testimony of 10 Witnesses (7 state & 3 defense)

# Outsmarting The Bias: Group Decision Making

**Recorded jury deliberations**

- **Looking for breadth of discussion**

- **Accuracy of statements**

- **Corrected Inaccuracies**

# Outsmarting The Bias: Group Decision Making

**Diverse Juries**

- **Discussed <u>more</u> facts**
- **Made <u>more accurate</u> statements of facts**
- **<u>Corrected</u> more inaccurate statements**

# IMPLICATIONS

**The more you bring in different perspectives, the better your outcome will be.**

# Any Questions?

# Jarvis Parsons

## [jparsons@brazoscountytx.gov](mailto:jparsons@brazoscountytx.gov)

## 979-361-4320

# Are You Your Implicit Bias?



## James McKim

Copyright© 2020 Organizational Ignition



Organizational
Ignition

# Introduction



## What is the underlying issue in the photos?

# Objectives & Agenda

## Objectives

- Understand the depth of the problem with implicit bias
- Understand the 9 de-biasing techniques
- Understand how implicit bias & discrimination can be eliminated

## Non-Objective

- Make you an expert on Implicit Bias
- De-bias you

## Agenda

- Demographics
- 6 Key Concepts
- Manifestations of Implicit Bias – including in your own
- Forms/Types of Implicit Bias
- Eliminating Bias & Discrimination
- Wrap-up
- Homework

Copyright© 2020 Organizational Ignition

# Current NH Demographics By Age/Gender



# Current NH Demographics By





# 6 Key Concepts



Copyright© 2020 Organizational Ignition

6

# What is Race?



- Q: What word or phrase comes to mind after viewing this video?

VOX – "The myth of race, debunked in 3 minutes
https://www.youtube.com/watch?v=VnfKgffCZ7U

Copyright© 2020 Organizational Ignition

7

# Gender





# Diversity



*Diversity* is counting, and *inclusion* is cultivating… Diversity is being invited to the party, but inclusion is being asked to dance."

**VOL. 37, NO. 4**
ABA Bar Leader
"Beyond diversity: The bar leader's role in fostering inclusion"

Copyright© 2020 Organizational Ignition

9

# Equality Vs. Equity



# "isms"

## Imagine...

**Structural/ Systemic Discrimination**

**Micro aggressions**

### Isms
Using our power to reinforce our discrimination and prejudice in the institutions and groups to which we belong

**White Privilege**

**Discrimination**
taking an action on our prejudice

**Prejudice**
a value judgment based on our feelings associated with the stereotype

**Stereotype**
an incomplete or distorted picture in our head

**Generalization:** The process of formulating general concepts by abstracting common properties of instances



## Unconscious Implicit Bias

Copyright© 2020 Organizational Ignition

11

# Structural/Systemic Discrimination



Media

Wealth

Housing

## Cultural

"Culture is how our bodies retain and re-enact history through the foods we eat; the stories we tell; the things that hold meaning for us; the images that move us…Change culture and you change lives…. Social activism is necessary for changing the world in productive ways."
– Resmaa Menakem

## Institutional

Best Practices /Policies /Procedures

### Legal

State*

Local

Education

Criminal Justice

Copyright© 2020 Organizational Ignition

12

# The Cause of Discrimination…
# Unconscious Cognitive Implicit Bias



https://www.youtube.com/watch?v=KCgIRGKAbfc

Copyright© 2020 Organizational Ignition

# Examples of Implicit Bias on Individuals



A "Best"

B "Still Desirable"

C "Definitely Declining"

D "Hazardous"



Copyright© 2020 Organizational Ignition

14

# Interpersonal Examples of Implicit Bias

## Cases and deaths by race/ethnicity

| Race/ethnicity | Percentage of population | Percentage of cases | Percentage of deaths |
|---|---|---|---|
| Black or African American alone | 1% | 6% ◆ | 2% |
| Hispanic or Latino * | 4% | 13% ◆ | 3% |
| Asian alone | 3% | 3% | <1% |
| Native Hawaiian and Pacific Islander alone | <1% | 0% ① | 0% ① |
| American Indian or Alaska Native alone | <1% | 0% ① | 0% ① |
| Two or more races | 2% | 0% ① | 0% ① |
| White alone | 90% | 74% | 94% |
| Some other race alone | <1% | 4% ① | <1% ① |



- **Discrimination in every day life & the emotional toll it takes**
- **Special fear of life when pulled over by police – regardless of agency**

Copyright© 2020 Organizational Ignition

15

# Examples of Implicit Bias on Organizations (Employment Cycle)











# Understand Your Own Biases (Breakout)



- When and how did you first become aware that there was such a thing as racial/ethnic differences, and that people were treated differently on the basis of those differences?
- Growing up, what contact did you have with people whose racial and ethnic heritage was different from your own?

Copyright© 2020 Organizational Ignition

# 5 Minute Break



# Types of Implicit Biases

## Decision-making, Belief, and Behavioral/Confirmational (125+)



- Automation bias
- Bias blind spot
- Dunning–Kruger effect
- Stereotyping
- Zero-sum bias

## Social /Attributional (220+)



- Group attribution error
- In-group/Affinity
- Puritanical bias

## Memory Errors (40+)



- Consistency bias
- Cross-race effect
- Stereotypical bias

Copyright© 2020 Organizational Ignition

# Bias Impact Context

- Information Overload
- Feelings Over Facts
- Need for Speed
- What to remember



**The Cognitive Bias Codex: A Visual Of 180+ Cognitive Biases**

# Eliminating Bias & Discrimination



# How We Think



## Which are You?

Copyright© 2020 Organizational Ignition

# Types of De-Biasing Techniques

## Countersterotype Training

- Dasgupta and Asagari (2004)

## Negation

- Kawakami, Dovido, Moll, Hermsen, and Russin (2000)

## Perspective-taking

- Shih, M. J., Wang, E., Bucher, A. T., & Stotzer, R. (2009).

## Meditation/Lovingkindness meditation (LKM)

- Stell, A. J., & Farsides, T. (2016).

## Implicit bias workshops

- like the one we offer

Copyright© 2020 Organizational Ignition

# Critical Thinking/Decision-Making



Wasabi Learning Flow Charts    https://www.wabisabilearning.com/blog/5-useful-critical-thinking-flowcharts

Copyright© 2020 Organizational Ignition

24

# How We Behave



Communication

Difficult Conversations

Overview of the criminal process

Steps in Criminal Justice

Eliminating Discrimination

EQ

Copyright© 2020 Organizational Ignition

25

# Emotional Intelligence

- Critical in understanding and dealing with diversity is **Emotional intelligence**
- The ability to manage your own **emotions**, as well as the **emotions** of others.
  - Self (our own feelings and how they impact our perceptions an behavior - aka Implicit Bias) "How do I feel?"
  - Others (the feelings of others and why they behave the way they behave - aka empathy) "Put yourself in their shoes."



Copyright© 2020 Organizational Ignition

26

# Understanding Communication Basics



*Shannon and Weaver Model*

*Dr. Albert Mehrabian's 7-38-55 Rule of Personal Communication*

Copyright© 2020 Organizational Ignition

27

# Rules for Difficult Conversations



- Who's right?
- What was the intent?
- Who's to blame?

- Uncontrollable urge

**What happened**

**Feelings**

**Way forward: Shift to a learning stance**

**Identify**

- Have your feelings or they will have you!
- Not who's right - understand each other's story
- Don't assume they meant it - disentangle intent from impact
- Abandon blame

- Am I competent?
- Am I a good person?
- Am I worthy of love?

<u>Difficult Conversations </u>by Douglas Stone, Bruce Patton, & Sheila Heen

Copyright© 2020 Organizational Ignition

# Criminal Justice Process



https://www.fbi.gov/resources/victim-services/a-brief-description-of-the-federal-criminal-justice-process

# Pulling It All Together



<u>Justice</u> mindful
of an <u>equity lens</u>

# Seeing Through an Equity Lens (Breakout)



- What decision is being made?
- Who is at the table?
- How is the decision being made?
- What assumptions are at the foundation of the issue?
- What is likely impact?
- What is your decision?



# Wrap-up





AN
INTRODUCTION TO
UNCONSCIOUS BIAS

An Introduction to Unconscious Bias











What will you do?



| Decision-making, Belief, and Behavioral/Confirmational (125+) | Social /Attributional (220+) | Memory Errors (40+) |
| --- | --- | --- |
| • Automation bias<br>• Bias blind spot<br>• Dunning–Kruger effect<br>• Stereotyping<br>• Zero-sum bias | • Group attribution error<br>• In-group/Affinity<br>• Puritanical bias | • Consistency bias<br>• Cross-race effect<br>• Stereotypical bias |

**Counterstereotype Training**
• Dasgupta and Asagari (2004)

**Negation**
• Kawakami, Dovido, Moll, Hermsen, and Russin (2000)

**Perspective-taking**
• Shih, M. J., Wang, E., Bucher, A. T., & Stotzer, R. (2009).

**Meditation/Lovingkindness meditation (LKM)**
• Stell, A. J., & Farsides, T. (2016).

**Implicit bias workshops**
• like the one we offer

Copyright© 2020 Organizational Ignition    32

# Homework Assignment

- Record an example of microaggression and what caused it to happened
- Record an example of where you observed/experienced white privilege
- Record an example of discrimination in an institution or organization
- Record an example of discrimination through culture



# Contact

James McKim

Organizational Ignition

[James.McKim@organizationalignition.com](mailto:James.McKim@organizationalignition.com)

http://www.organizationalignition.com