# Exhibit 7

Rep. D. McGuire, Merr. 14
March 28, 2025
2025-1428h
06/09

## Amendment to HB 2-FN-A-LOCAL

1  New Subdivision; Prohibition on Diversity, Equity, and Inclusion.  Amend RSA 21-I by inserting after section 111 the following new subdivision:

Prohibition on Diversity, Equity, and Inclusion

21-I:112  Definitions.

In this subdivision:

I.  "Agency" means any department, office, commission, board, subdivision, or other unit, however designated, of the executive branch of state government.

II.  "DEI" means diversity, equity, and inclusion.

III.  "Political subdivision" means any village district, school district, town, city, county, or unincorporated place in the state.

21-I:113  Prohibition on DEI Initiatives.  No public entity shall implement, promote, or otherwise engage in any DEI-related initiatives, programs, training, or policies.  No state funds shall be expended for DEI-related activities, including but not limited to implicit bias training, DEI assessments, critical race theory, or race-based hiring, promotion, or contracting preferences.

21-I:114  Prohibition on DEI-Related Contract Provisions.  No agencies or political subdivisions shall enter into or renew any contract that includes DEI-related provisions, including requirements for contractors to implement DEI programs, conduct DEI training, or comply with DEI-related reporting obligations.

21-I:115  Review of Agency Contracts for DEI-Related Contract Provisions.

I.  Each state agency shall, no later than October 1, 2025, submit to the department of administrative services a report identifying all contracts under its control that include DEI-related provisions.  The report shall include descriptions of each contract, the specific DEI-related provisions contained therein, and the total financial obligation associated with each contract.  The department shall combine and submit a consolidated report to the governor, speaker of the house of representatives, and the president of the senate.

II.  No later than January 1, 2026, for all contracts identified in paragraph I, the agency shall either:

(a)  Terminate said contracts in accordance with applicable law and contract provisions; or

(b)  Submit contract amendments removing all DEI-related provisions to the governor and executive council for consideration.

III. If a contract is terminated pursuant to this section, the state shall be entitled to recover any funds unspent by the contractor at the time of termination.

21-I:116 Review of Political Subdivision DEI-Related Contract Provisions.

I. The department of justice shall establish a process by which all political subdivisions review their existing contracts for the presence of DEI-related provisions.

II. No later than January 1, 2026, each political subdivision shall, without submitting a formal report to the department of justice, either:

(a) Terminate contracts containing DEI-related provisions in accordance with applicable law and contract provisions; or

(b) Take action to remove all DEI-related provisions from such contracts by executing appropriate contract amendments.

III. If a contract is terminated pursuant to this subdivision, the political subdivision that entered into the contract shall be entitled to recover any funds unspent by the contractor at the time of termination.

21-I:117 Interpretation. This subdivision shall be interpreted and enforced in a manner consistent with Executive Order 14151, signed by President Donald J. Trump on January 20, 2025, which prohibited federal spending on DEI-related programs.

2 New Subdivision; Prohibition on Diversity, Equity, and Inclusion in Public Schools. Amend RSA 186 by inserting after section 70 the following new subdivision:

Prohibition on Diversity, Equity, and Inclusion in Public Schools

186:71 Definitions.

In this subdivision:

I. "DEI" means diversity, equity, and inclusion.

II. "Public school" means any school, academic institution, or institution of higher education in this state supported by public funds.

186:72 Prohibition on DEI Initiatives. No public school shall implement, promote, or otherwise engage in any DEI-related initiatives, programs, training, or policies. No state funds shall be expended to public schools for DEI-related activities, including but not limited to implicit bias training, DEI assessments, critical race theory, or race-based hiring, promotion, or contracting preferences. This prohibition shall extend to any public school as defined in RSA 186:71, II.

186:73 Prohibition on DEI-Related Contract Provisions. No public school shall enter into, renew, or amend any contract that includes DEI-related provisions, including requirements for contractors to implement DEI programs, conduct DEI training, or comply with DEI-related reporting obligations.

186:74 Review of Public School Contracts for DEI-Related Contract Provisions.

I. No later than October 1, 2025, the commissioner of the department of education shall submit a single report to the senate education, senate education finance, house education funding,

Amendment to HB 2-FN-A-LOCAL
- Page 3 -

and house education policy and administration committees of the general court identifying all existing contracts containing DEI-related provisions in public schools. The report shall include contract descriptions, the specific DEI-related provisions, and the total financial obligation associated with each contract.

II. No later than January 1, 2026, for all contracts identified in the report required by paragraph I, the public school shall either:

(a) Terminate said contracts in accordance with applicable law and contract provisions; or

(b) Submit amendments, with all DEI-related provisions removed, to the governor and executive council for consideration.

III. If a contract is terminated pursuant to this section, the state shall be entitled to recover any funds unspent by the contractor at the time of termination.

186:75 Review of Public School DEI-Related Contract Provisions.

I. The commissioner of the department of education shall establish a process by which all public schools shall conduct a review of existing contracts for the presence of DEI-related provisions.

II. No later than September 30, 2025, each public school shall submit a signed and certified report to the commissioner of the department of education identifying any contract containing DEI-related provisions. The report shall include contract descriptions, the specific DEI-related provisions, and the total financial obligation associated with each contract.

III. No later than December 31, 2025, all public schools shall either:

(1) Terminate contracts identified in their reports in accordance with applicable law and contract provisions; or

(2) Submit contract amendments removing all DEI-related provisions to the commissioner of the department of education for review and approval.

IV. If a contract is terminated pursuant to this section, the public school that entered into the contract shall be entitled to recover any funds unspent by the contractor at the time of termination.

186:76 Final Compliance Report.

The commissioner of the department of education shall submit a final compliance report to the governor, executive council, and the senate education, senate education finance, house education funding, and house education policy and administration committees of the general court by April 1, 2026, detailing the progress of public schools in eliminating DEI-related provisions from contracts.

187:77 Interpretation and Compliance.

I. This subdivision shall be interpreted and enforced in a manner consistent with Executive Order 14151, signed by President Donald J. Trump on January 20, 2025, which prohibited federal spending on DEI-related programs. The commissioner of the department of education shall ensure that public schools remain in continued compliance with this subdivision.

Amendment to HB 2-FN-A-LOCAL
- Page 4 -

1     II. Should a public school fail to abide by any section of this subdivision, either knowingly or
2 unknowingly, the commissioner of the department of education shall immediately halt all sources of
3 public funding to that public school, until such time as the school comes into compliance with all
4 sections of this subdivision.

5     III. The commissioner of the department of education shall notify the state treasurer if a
6 public school is not in compliance with this subdivision, at which time the treasurer shall halt all
7 forms of public funding to the school until the commissioner has certified the school come into
8 compliance with this subdivision.

UNAPPROVED

Amendment to HB 2-FN-A-LOCAL
- Page 5 -

2025-1428h

## AMENDED ANALYSIS

Add:

I. Prohibits all public entities from implementing, promoting, or otherwise engaging in any diversity, equity, and inclusion DEI-related initiatives, programs, training, or policies; prohibits state agencies and political subdivisions from entering into contracts that include DEI-related provisions; requires each agency to report such contracts to the department of administrative services, which shall compile a consolidated report for submission to the governor, speaker of the house of representatives, and senate president; and provides for the termination or amendment (i.e., removing DEI-related provisions) of non-compliant contracts.

II. Prohibits all public schools from implementing, promoting, or otherwise engaging in any DEI-related initiatives, programs, training, or policies; prohibits public schools from entering into contracts that include DEI-related provisions; and provides processes for the review and termination or amendment of non-compliant contracts.