# Exhibit 8

Page 1

House Finance Committee Discussion
of Amendment 1428h to HB2
March 31, 2025
Audio Transcription

_____
DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Page 2

1   (Recording begins)
2        MR. CAMBRILS:  Mr. Chair, I'd like to move
3   Amendment 2025-1428h to be added to HB2.
4        CHAIRMAN WEYLER:  All right, Cambrils moves.
5   Is there a second?
6        UNIDENTIFIED:  Second.
7        THE CLERK:  I don't know whether I have that
8   one.  Hang on a second.
9        REPRESENTATIVE SWEENEY:  I'll second.
10       CHAIRMAN WEYLER:  Sweeney seconds.  Cambrils,
11  Sweeney.
12       THE CLERK:  What's the amendment number?
13       CHAIRMAN WEYLER:  1428h.
14       THE CLERK:  1428h.
15       REPRESENTATIVE MCGUIRE:  So, Mr. Chairman,
16  this amendment was the idea of two of our newest
17  members, Representative Nalevanko and DeRoy.  And it
18  removes contract provisions for -- that favor or impose
19  DEI type of requirements in state contracts.  Similar
20  to what the federal government has been doing via
21  executive orders.  And perhaps Representative Nalevanko
22  would like to discuss this further?
23       CHAIRMAN WEYLER:  Representative Nalevanko is
24  recognized.
25       REPRESENTATIVE NALEVANKO:  Yes.  Thank you,

Page 3

1   Mr. Chair.
2        I think to keep this really simple without
3   getting into a lot of weeds on it.  There is some
4   concern, given the fact that we've already got from the
5   federal side an executive order that eliminates -- all
6   this does is parallel the language in the executive
7   order to make sure that the State gets out ahead of
8   what's likely to happen with DEI.  Anybody that has any
9   concerns should be focused on the fact that what we've
10  seen already on the federal side of it, if we weren't
11  to do something like this, would put at risk a lot of
12  federal dollars.  I think that's the -- kind of the
13  larger consideration and the larger picture here.  So I
14  think without getting into a lot of the specifics or
15  the weeds, that's what I would make as a general
16  comment.
17       CHAIRMAN WEYLER:  Representative Muns, then
18  Representative Rung, then Representative Preece.
19       REPRESENTATIVE MUNS:  Thank you.  So I have a
20  question for my colleague.  You referenced the
21  executive order that was signed by the president and
22  it's in the bill as well.  Executive orders are all
23  subject to judicial review, and is it fair to say
24  therefore, that if the courts rule that the president's
25  order was unlawful or unconstitutional, that this --

Page 4

1   that these requirements would then become nonbinding on
2   the State of New Hampshire?
3        REPRESENTATIVE NALEVANKO:  Yeah.  I would say
4   that I'll kind of defer on that because obviously we'd
5   want to be compliant with federal law.  It's possible
6   that that whole process will take a while to play out.
7   But of course, at the end of the day, the state would
8   be in compliance with whatever the final outcome on
9   judicial review and federal law applied.
10       REPRESENTATIVE MUNS:  Follow-up?
11       CHAIRMAN WEYLER:  Follow-up.
12       REPRESENTATIVE MUNS:  So that being the case,
13  I mean, and I haven't had a chance to read this since
14  this is the first time I'm seeing it.  Is there
15  language in this amendment that specifically specifies
16  that if the executive order is ruled to be unlawful,
17  that none of this will apply?
18       REPRESENTATIVE NALEVANKO:  No, there isn't.
19       CHAIRMAN WEYLER:  I think it's within the
20  scope of state government, and I believe there are a
21  few that already have removed DEI from contracts and so
22  on.  I think I read that from one of the other states.
23  So the State is free to make this requirement.  The
24  federal government will either back it up or not.  In
25  the fact -- in the case they say you must put DEI back

Page 5

in, then that would be another decision. But I don't know if they required anybody to do that at this point.
    REPRESENTATIVE MUNS: But my point, Mr. Chairman, is that by passing this, we are putting in New Hampshire law that these initiatives cannot be included. And I don't even know if they exist. But that we are putting in New Hampshire law a requirement that is going to take another act by the legislature to remove.
    CHAIRMAN WEYLER: Well, I think that Representative Nalevanko and Representative DeRoy have already discovered that there are several contracts the State has let with agencies that do have DEI in them. And I know that from this last election it was very unpopular. It's racism all over again, so -- and sexism. Representative Edwards?
    REPRESENTATIVE EDWARDS: Thank you, Mr. Chair.
    And to my colleague's point, I think --
    CHAIRMAN WEYLER: Sorry, I took you out of turn. Representative Rung next, and Representative Preece, and then Representative Edwards.
    REPRESENTATIVE RUNG: Thank you, Mr. Chairman.
    To say I'm concerned about this is a terrible

Page 6

understatement. I'm actually very outraged that we're considering having the State of New Hampshire prohibit diversity, equity, and inclusion. To compare it to an executive order which does not have the power of the law, we're going far beyond that to put this in New Hampshire Law is totally against Live Free or Die, by the way.
    I am strongly going to be voting against this, and I feel very insulted that the course of work that Division I has done -- and I want to also thank our chairman. That we've always been driven by mutual respect, no matter what our disagreements are. But to have this come before the full finance committee without having it being vetted in a division, I feel is a betrayal to everyone who has really worked hard to get beyond our differences and have an open and honest discussion. So I will be voting against this in the strongest of terms. Thank you.
    CHAIRMAN WEYLER: Representative Preece?
    REPRESENTATIVE PREECE: Thank you, Mr. Chairman.
    I will also be voting against this bill. One, I do value women and people of color in our workforce. They offer much to our fabric of New Hampshire. And by adopting this amendment, we're

Page 7

saying that no women and no people of color should apply for jobs in New Hampshire, that there is no equality. And I think this is a very, very offending statement that should be opposed by everyone.
    CHAIRMAN WEYLER: I disagree. This is not about equality. It's away from equality.
    Representative Edwards?
    REPRESENTATIVE EDWARDS: I defer to Representative Telerski. She was before me, and I would like to follow her.
    CHAIRMAN WEYLER: All right, Representative Telerski?
    REPRESENTATIVE TELERSKI: I appreciate the time. I'll be very brief. Representative Rung actually hit on a lot of my concerns about this. This is a five-page amendment that was just distributed five minutes ago, at five minutes before the lunch hour. I think this is far too complicated and has wide-ranging reach, and I feel that a further, much longer discussion is needed considering we had six weeks to review this and it just came in five minutes ago. Thank you.
    CHAIRMAN WEYLER: Representative Edwards?
    REPRESENTATIVE EDWARDS: Thank you, Mr. Chair.

Page 8

I don't know what town you're from. You're from Division III. The -- my colleague from Division III. I would disagree with the point that this would say that no minorities are welcome. I'd actually think that was extremely absurd, in fact. We still have New Hampshire civil rights law that protects everyone. That law stands in place.
    And I was -- my first comment was going to be to you, Representative. I think the effect, if this is passed and it's later found that the presidential order is unconstitutional, that the enforcement of this would probably become severable. The -- that portion of the president's order probably just would have no effect in our law until we had an opportunity to rescind it.
    CHAIRMAN WEYLER: For further discussion, Representative Wallner.
    REPRESENTATIVE WALLNER: Thank you. I'm really -- I'm very disappointed that we have an amendment like this coming to us at the last minute. None of us had seen it. It did not go to a division. The way most of the Finance Committee works is by division, and we talk through issues, and then we make recommendations to the full finance committee. I think there is a lot here that people need to take a long look at, and really think about whether or not this is

2 (Pages 5 to 8)

Page 9

something you want to include in the budget. It really doesn't feel like a budget item to me at all.

CHAIRMAN WEYLER: All right. Before we make any further delay on this, I will have it first thing at one o'clock. We don't need any more discussion. You can discuss it at one o'clock. This will go on all day, the way you're going. I don't need it. All right. That will be taken up at one o'clock first thing. I don't want to take any more time away from Division II. Proceed with your other amendments.

(Recess)

CHAIRMAN WEYLER: All right. Seeing all the members present, House Finance will open up it's exec session. We're still going to finish up with Division I. We were in the midst of discussing Amendment 1428, but it has several pages, and the members wished to have more time to read it. So hopefully that has happened.

And I was going to recognize Representative Hakken-Phillips as we return from everybody having a chance to read it. Representative Hakken-Phillips.

REPRESENTATIVE HAKKEN-PHILLIPS: Thank you, Mr. Chair.

I appreciate the extra time over the break to have -- to read through this document, the amendment as

Page 10

proposed. I think it's clear that the drafters probably also needed a little bit of time after reading through it because I've found several drafting errors that I believe need to be considered.

Just as a start, Mr. Chair, I'd like to say I have a lot of legal concerns with the language, the construction, potential future liability to the State, and its fiscal impact upon us.

So first, if we look to Page 1, Line 8, and the same language mirrored on Page 2, we'll notice that there are no definitions for what diversity, equity, and inclusion are, which I find problematic given basic contract law and case law that says if there are no definitions that this becomes a vague term. And if it's too vague to understand what it means, it is interpreted as void.

And then when the entire document is built off a term that is now void, the whole construction of the document falls. There is no ability to sever that from the entire document, so the rest is no longer relevant or applicable. So I think, you know, from a mere contract law construction perspective, we know it's already falling on the, you know, first page definitions.

If you look further down the first page,

Page 11

you'll see there's no limitation. Specifically, I'm looking at Line 12 for the word "any" DEI-related initiatives. The word "any" does not specify if this includes initiatives under current contract, new contract, and whether any existing programs, trainings, or policies would be affected. So at that point, the question is, is the State in breach of the contracts that might include some of these initiatives, programs, trainings, or policies?

And so when you look at it from that perspective, there is no limitation to whether or not it affects existing contracts or future contracts. So that is also very problematic because then you have to ask, you know, where is the State in breach with their existing commitments and obligations?

So skipping down, I just think understanding that when the State goes into breach of contract, litigation will follow, which is always an expensive endeavor. But if you're not even looking at, you know, parties not following through with their terms under existing contracts, if you're just looking at the issue of the construction and the language in the bill, that is also a separate litigation point.

So you know, if we just take a moment to reflect on current litigation that the State has, you

Page 12

know, in the recent past, been involved with we know, you know, the divisive concepts law that is currently in appeal for the State has been going on for well over a year. We also know that the former SB3 law that went into litigation cost our state $3 million to litigate its defense, which ultimately was found unconstitutional. So you know, these are expensive endeavors.

The last point I'll make is that -- well, second to last point I'll make is that there was no public hearing and no feedback from the public or stakeholders who might be affected by this, which I find procedurally difficult to defend. But I think the real question we need to think about here is just seeing how this would affect our students here in the State of New Hampshire.

My question to the drafters of -- the sponsors of this amendment is whether blind students in New Hampshire or other special education students here would be permissible to receive accommodations under this law change. And if we are in noncompliance with those accommodation requirements, would the State of New Hampshire be in conflict with federal law, our own state law, and would it disrupt any federal funding that would come to the State normally under those

Page 13

1  important title grants?
2      I think the last thing is, you know,
3  recognizing that there could be a conflict in state law
4  and federal law if this executive order is found to be
5  unlawful. We would be required to change and recodify
6  our statutes if this were to go into effect before the
7  executive order was found ineffective. Furthermore,
8  I'm not sure if it's a sound policy of trying to chase
9  our statues -- statutes for every executive order that
10 this Administration is passing, given the high rate of
11 litigation that has been following.
12     So from that specific perspective, I think
13 this is a terribly, fiscally irresponsible amendment.
14 I think litigation will follow, and I think there's a
15 potential for loss of federal funding. And I think,
16 you know, in terms of our duty to protect our taxpayers
17 from government waste during a very difficult budget
18 year, that this is the wrong move at the wrong time.
19 And I would encourage members of this committee to take
20 a pass on this amendment.
21     Thank you, Mr. Chair.
22     CHAIRMAN WEYLER:  Representative McGuire.
23     REPRESENTATIVE MCGUIRE:  Thank you,
24 Mr. Chairman. The Speaker has just requested of us
25 that we delay action on this amendment until tomorrow.

Page 14

1  A question has been raised as to whether this amendment
2  is germane to House Bill 2. I know we think of
3  everything as germane to House Bill 2 because
4  everything involves money, but it's a question that
5  he's wrestling with, and he would like a little more
6  time.
7      CHAIRMAN WEYLER:  He being?
8      REPRESENTATIVE MCGUIRE:  The Speaker.
9      CHAIRMAN WEYLER:  Okay. All right. We will
10 put that amendment aside until you bring back a message
11 from either -- redoing the amendment or however you
12 decide --
13     REPRESENTATIVE MCGUIRE:  Yeah. We'll --
14 tomorrow, I think.
15     CHAIRMAN WEYLER:  All right. Thank you very
16 much.
17     (Recording ends)
18          * * * * *

Page 15

1             C E R T I F I C A T I O N
2
3      I, Heidi Jolliff, transcriber, hereby certify
4  that the foregoing is a correct transcript from the
5  recording provided.
6
7
8      _____
9  HEIDI JOLLIFF, AAERT NO. 2850    DATE: July 7, 2025

**A**
AAERT 15:9
ability 10:19
absurd 8:5
accommodation 12:22
accommodati... 12:20
act 5:8
action 13:25
added 2:3
Administration 13:10
adopting 6:25
affect 12:15
agencies 5:13
ago 7:17,21
ahead 3:7
amendment 1:13 2:3,12,16 4:15 6:25 7:16 8:19 9:15,25 12:18 13:13,20 13:25 14:1,10 14:11
amendments 9:10
anybody 3:8 5:2
appeal 12:3
applicable 10:21
applied 4:9
apply 4:17 7:2
appreciate 7:13 9:24
aside 14:10
Audio 1:15

**B**
back 4:24,25 14:10
basic 10:12
begins 2:1
believe 4:20 10:4
betrayal 6:15
beyond 6:5,16
bill 3:22 6:22 11:22 14:2,3

bit 10:2
blind 12:18
breach 11:7,14 11:17
break 9:24
brief 7:14
bring 14:10
budget 9:1,2 13:17
built 10:17

**C**
C 15:1,1
Cambrils 2:2,4 2:10
case 4:12,25 10:13
certify 15:3
Chair 2:2 3:1 5:18 7:25 9:23 10:5 13:21
chairman 2:4,10 2:13,15,23 3:17 4:11,19 5:4,10,20,24 6:11,19,21 7:5 7:11,23 8:15 9:3,12 13:22 13:24 14:7,9 14:15
chance 4:13 9:21
change 12:21 13:5
chase 13:8
civil 8:6
clear 10:1
CLERK 2:7,12 2:14
colleague 3:20 8:2
colleague's 5:19
color 6:23 7:1
come 6:13 12:25
coming 8:19
comment 3:16 8:8
commitments

11:15
committee 1:12 6:13 8:21,23 13:19
compare 6:3
compliance 4:8
compliant 4:5
complicated 7:18
concepts 12:2
concern 3:4
concerned 5:25
concerns 3:9 7:15 10:6
conflict 12:23 13:3
consideration 3:13
considered 10:4
considering 6:2 7:20
construction 10:7,18,22 11:22
contract 2:18 10:13,22 11:4 11:5,17
contracts 2:19 4:21 5:12 11:7 11:12,12,21
correct 15:4
cost 12:5
course 4:7 6:9
courts 3:24
current 11:4,25
currently 12:2

**D**
D.C 1:24
DATE 15:9
day 4:7 9:7
decide 14:12
decision 5:1
defend 12:13
defense 12:6
defer 4:4 7:8
definitions

10:11,14,24
DEI 2:19 3:8 4:21,25 5:13
DEI-related 11:2
delay 9:4 13:25
DeRoy 2:17 5:11
Die 6:6
differences 6:16
difficult 12:13 13:17
DIGITAL 1:23
disagree 7:5 8:3
disagreements 6:12
disappointed 8:18
discovered 5:12
discuss 2:22 9:6
discussing 9:15
discussion 1:12 6:17 7:20 8:15 9:5
disrupt 12:24
distributed 7:16
diversity 6:3 10:11
division 6:10,14 8:2,3,20,22 9:10,14
divisive 12:2
document 9:25 10:17,19,20
doing 2:20
dollars 3:12
drafters 10:1 12:17
drafting 10:3
driven 6:11
duty 13:16

**E**
E 15:1
education 12:19
Edwards 5:16 5:17,22 7:7,8 7:23,24

effect 8:9,13 13:6
either 4:24 14:11
election 5:14
eliminates 3:5
encourage 13:19
endeavor 11:19
endeavors 12:8
ends 14:17
enforcement 8:11
entire 10:17,20
equality 7:3,6,6
equity 6:3 10:11
errors 10:3
everybody 9:20
EVIDENCE 1:23
exec 9:13
executive 2:21 3:5,6,21,22 4:16 6:4 13:4,7 13:9
exist 5:6
existing 11:5,12 11:15,21
expensive 11:18 12:7
extra 9:24
extremely 8:5

**F**
F 15:1
fabric 6:24
fact 3:4,9 4:25 8:5
fair 3:23
falling 10:23
falls 10:19
far 6:5 7:18
favor 2:18
federal 2:20 3:5 3:10,12 4:5,9 4:24 12:23,24 13:4,15
feedback 12:11

**feel** 6:9,14 7:19 9:2
**final** 4:8
**finance** 1:12 6:13 8:21,23 9:13
**find** 10:12 12:13
**finish** 9:14
**first** 4:14 8:8 9:4 9:8 10:9,23,25
**fiscal** 10:8
**fiscally** 13:13
**five** 7:16,17,21
**five-page** 7:16
**focused** 3:9
**follow** 7:10 11:18 13:14
**Follow-up** 4:10 4:11
**following** 11:20 13:11
**foregoing** 15:4
**former** 12:4
**found** 8:10 10:3 12:6 13:4,7
**free** 4:23 6:6
**full** 6:13 8:23
**funding** 12:24 13:15
**further** 2:22 7:19 8:15 9:4 10:25
**Furthermore** 13:7
**future** 10:7 11:12

───── G ─────
**general** 3:15
**germane** 14:2,3
**getting** 3:3,14
**given** 3:4 10:12 13:10
**go** 8:20 9:6 13:6
**goes** 11:17
**going** 5:8 6:5,8 8:8 9:7,14,19

12:3
**government** 2:20 4:20,24 13:17
**grants** 13:1
**GROUP** 1:23

───── H ─────
**Hakken-Phillips** 9:20,21,22
**Hampshire** 4:2 5:5,7 6:2,6,25 7:2 8:6 12:16 12:19,23
**Hang** 2:8
**happen** 3:8
**happened** 9:18
**hard** 6:15
**HB2** 1:13 2:3
**hearing** 12:11
**Heidi** 15:3,9
**high** 13:10
**hit** 7:15
**honest** 6:16
**hopefully** 9:17
**hour** 7:17
**House** 1:12 9:13 14:2,3

───── I ─────
**idea** 2:16
**II** 9:10
**III** 8:2,3
**impact** 10:8
**important** 13:1
**impose** 2:18
**include** 9:1 11:8
**included** 5:6
**includes** 11:4
**inclusion** 6:3 10:12
**ineffective** 13:7
**initiatives** 5:5 11:3,4,8
**insulted** 6:9
**interpreted** 10:16
**involved** 12:1

**involves** 14:4
**irresponsible** 13:13
**issue** 11:21
**issues** 8:22
**item** 9:2

───── J ─────
**jobs** 7:2
**Jolliff** 15:3,9
**judicial** 3:23 4:9
**July** 15:9

───── K ─────
**keep** 3:2
**kind** 3:12 4:4
**know** 2:7 5:2,6 5:14 8:1 10:21 10:22,23 11:14 11:19,24 12:1 12:1,2,4,7 13:2 13:16 14:2

───── L ─────
**language** 3:6 4:15 10:6,10 11:22
**larger** 3:13,13
**law** 4:5,9 5:5,7 6:5,6 8:6,7,14 10:13,13,22 12:2,4,21,23 12:24 13:3,4
**legal** 10:6
**legislature** 5:8
**liability** 10:7
**limitation** 11:1 11:11
**Line** 10:9 11:2
**litigate** 12:5
**litigation** 11:18 11:23,25 12:5 13:11,14
**little** 10:2 14:5
**Live** 6:6
**long** 8:24
**longer** 7:19 10:20

**look** 8:25 10:9 10:25 11:10
**looking** 11:2,19 11:21
**loss** 13:15
**lot** 3:3,11,14 7:15 8:24 10:6
**lunch** 7:17

───── M ─────
**M** 1:24
**March** 1:14
**matter** 6:12
**McGuire** 2:15 13:22,23 14:8 14:13
**mean** 4:13
**means** 10:15
**members** 2:17 9:13,16 13:19
**mere** 10:22
**message** 14:10
**midst** 9:15
**million** 12:5
**minorities** 8:4
**minute** 8:19
**minutes** 7:17,17 7:21
**mirrored** 10:10
**moment** 11:24
**money** 14:4
**move** 2:2 13:18
**moves** 2:4
**Muns** 3:17,19 4:10,12 5:3
**mutual** 6:11

───── N ─────
**N** 15:1
**Nalevanko** 2:17 2:21,23,25 4:3 4:18 5:11
**need** 8:24 9:5,7 10:4 12:14
**needed** 7:20 10:2
**new** 4:2 5:5,7 6:2,5,24 7:2

8:6 11:4 12:16 12:19,23
**newest** 2:16
**nonbinding** 4:1
**noncompliance** 12:21
**normally** 12:25
**notice** 10:10
**number** 2:12
**NW** 1:24

───── O ─────
**O** 15:1
**o'clock** 9:5,6,8
**obligations** 11:15
**obviously** 4:4
**offending** 7:3
**offer** 6:24
**Okay** 14:9
**open** 6:16 9:13
**opportunity** 8:14
**opposed** 7:4
**order** 3:5,7,21 3:25 4:16 6:4 8:10,13 13:4,7 13:9
**orders** 2:21 3:22
**outcome** 4:8
**outraged** 6:1

───── P ─────
**page** 10:9,10,23 10:25
**pages** 9:16
**parallel** 3:6
**parties** 11:20
**pass** 13:20
**passed** 8:10
**passing** 5:4 13:10
**people** 6:23 7:1 8:24
**permissible** 12:20
**perspective** 10:22 11:11

Case 1:25-cv-00293   Document 1-8   Filed 08/07/25   Page 8 of 10

3/31/2025      House Finance Committee Discussion of Amendment 1428h to HB2 Audio Transcription

Page 3

13:12
**picture** 3:13
**place** 8:7
**play** 4:6
**point** 5:2,3,19
   8:3 11:6,23
   12:9,10
**policies** 11:6,9
**policy** 13:8
**portion** 8:12
**possible** 4:5
**potential** 10:7
   13:15
**power** 6:4
**Preece** 3:18 5:22
   6:19,20
**present** 9:13
**president** 3:21
**president's** 3:24
   8:13
**presidential**
   8:10
**probably** 8:12
   8:13 10:2
**problematic**
   10:12 11:13
**procedurally**
   12:13
**Proceed** 9:10
**process** 4:6
**programs** 11:5,8
**prohibit** 6:2
**proposed** 10:1
**protect** 13:16
**protects** 8:6
**provided** 15:5
**provisions** 2:18
**public** 12:11,11
**put** 3:11 4:25 6:5
   14:10
**putting** 5:4,7

          **Q**
**question** 3:20
   11:7 12:14,17
   14:1,4

          **R**

**R** 15:1
**racism** 5:15
**raised** 14:1
**rate** 13:10
**reach** 7:19
**read** 4:13,22
   9:17,21,25
**reading** 10:2
**real** 12:14
**really** 3:2 6:15
   8:18,25 9:1
**receive** 12:20
**Recess** 9:11
**recodify** 13:5
**recognize** 9:19
**recognized** 2:24
**recognizing** 13:3
**recommendati...**
   8:23
**recording** 2:1
   14:17 15:5
**redoing** 14:11
**referenced** 3:20
**reflect** 11:25
**relevant** 10:21
**remove** 5:9
**removed** 4:21
**removes** 2:18
**Representative**
   2:9,15,17,21
   2:23,25 3:17
   3:18,18,19 4:3
   4:10,12,18 5:3
   5:11,11,16,17
   5:21,21,22,23
   6:19,20 7:7,8,9
   7:11,13,14,23
   7:24 8:9,16,17
   9:19,21,22
   13:22,23 14:8
   14:13
**requested** 13:24
**required** 5:2
   13:5
**requirement**
   4:23 5:7
**requirements**

   2:19 4:1 12:22
**rescind** 8:14
**respect** 6:12
**rest** 10:20
**return** 9:20
**review** 3:23 4:9
   7:21
**right** 2:4 7:11
   9:3,8,12 14:9
   14:15
**rights** 8:6
**risk** 3:11
**rule** 3:24
**ruled** 4:16
**Rung** 3:18 5:21
   5:23 7:14

          **S**
**saying** 7:1
**says** 10:13
**SB3** 12:4
**scope** 4:20
**second** 2:5,6,8,9
   12:10
**seconds** 2:10
**see** 11:1
**seeing** 4:14 9:12
   12:15
**seen** 3:10 8:20
**separate** 11:23
**session** 9:14
**sever** 10:19
**severable** 8:12
**sexism** 5:16
**side** 3:5,10
**signed** 3:21
**Similar** 2:19
**simple** 3:2
**six** 7:20
**skipping** 11:16
**Sorry** 5:20
**sound** 13:8
**Speaker** 13:24
   14:8
**special** 12:19
**specific** 13:12
**specifically** 4:15

   11:1
**specifics** 3:14
**specifies** 4:15
**specify** 11:3
**sponsors** 12:18
**stakeholders**
   12:12
**stands** 8:7
**start** 10:5
**state** 2:19 3:7
   4:2,7,20,23
   5:13 6:2 10:7
   11:7,14,17,25
   12:3,5,16,22
   12:24,25 13:3
**statement** 7:4
**states** 4:22
**statues** 13:9
**statutes** 13:6,9
**Street** 1:24
**strongest** 6:18
**strongly** 6:8
**students** 12:15
   12:18,19
**subject** 3:23
**Suite** 1:24
**sure** 3:7 13:8
**Sweeney** 2:9,10
   2:11

          **T**
**T** 15:1,1
**take** 4:6 5:8 8:24
   9:9 11:24
   13:19
**taken** 9:8
**talk** 8:22
**taxpayers** 13:16
**Telerski** 7:9,12
   7:13
**term** 10:14,18
**terms** 6:18 11:20
   13:16
**terrible** 5:25
**terribly** 13:13
**thank** 2:25 3:19
   5:17,23 6:10

   6:18,20 7:22
   7:24 8:17 9:22
   13:21,23 14:15
**thing** 9:4,9 13:2
**think** 3:2,12,14
   4:19,22 5:10
   5:19 7:3,18 8:5
   8:9,23,25 10:1
   10:21 11:16
   12:13,14 13:2
   13:12,14,14,15
   14:2,14
**time** 4:14 7:14
   9:9,17,24 10:2
   13:18 14:6
**title** 13:1
**tomorrow** 13:25
   14:14
**totally** 6:6
**town** 8:1
**trainings** 11:5,9
**transcriber** 15:3
**transcript** 15:4
**Transcription**
   1:15
**trying** 13:8
**turn** 5:21
**two** 2:16
**type** 2:19

          **U**
**ultimately** 12:6
**unconstitutional**
   3:25 8:11 12:7
**understand**
   10:15
**understanding**
   11:16
**understatement**
   6:1
**UNIDENTIFI...**
   2:6
**unlawful** 3:25
   4:16 13:5
**unpopular** 5:15

          **V**
**vague** 10:14,15

**value** 6:23
**vetted** 6:14
**void** 10:16,18
**voting** 6:8,17,22

**W**
**Wallner** 8:16,17
**want** 4:5 6:10 9:1,9
**Washington** 1:24
**waste** 13:17
**way** 6:7 8:21 9:7
**we'll** 10:10 14:13
**we're** 6:1,5,25 9:14
**we've** 3:4,9 6:11
**weeds** 3:3,15
**weeks** 7:20
**welcome** 8:4
**went** 12:4
**weren't** 3:10
**WEYLER** 2:4 2:10,13,23 3:17 4:11,19 5:10,20 6:19 7:5,11,23 8:15 9:3,12 13:22 14:7,9,15
**wide-ranging** 7:18
**wished** 9:16
**women** 6:23 7:1
**word** 11:2,3
**work** 6:9
**worked** 6:15
**workforce** 6:24
**works** 8:21
**wrestling** 14:5
**wrong** 13:18,18

**X**

**Y**
**Yeah** 4:3 14:13
**year** 12:4 13:18

**Z**

**0**

**1**
**1** 10:9
**12** 11:2
**1428** 9:15
**1428h** 1:13 2:13 2:14
**1730** 1:24

**2**
**2** 10:10 14:2,3
**20036** 1:24
**202** 1:25
**2025** 1:14 15:9
**2025-1428h** 2:3
**232-0646** 1:25
**2850** 15:9

**3**
**3** 12:5
**31** 1:14

**4**

**5**

**6**

**7**
**7** 15:9

**8**
**8** 10:9
**812** 1:24

Page 15

1           C E R T I F I C A T I O N
2
3           I, Heidi Jolliff, transcriber, hereby certify
4    that the foregoing is a correct transcript from the
5    recording provided.
6
7
8    _____
9    HEIDI JOLLIFF, AAERT NO. 2850   DATE: July 7, 2025
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25