# Exhibit 9

Amendment to HB 2-FN-A-LOCAL

1    1  New Subdivision; Prohibition on Diversity, Equity, and Inclusion.   Amend RSA 21-I by

2  inserting after section 111 the following new subdivision:

Prohibition on Diversity, Equity, and Inclusion

4    21-I:112  Definitions.

5    In this subdivision:

6        I.  "Agency" means any department, office, commission, board, subdivision, or other unit,

7  however designated, of the executive branch of state government.

8        II.  "Diversity, equity, and inclusion" or "DEI" shall mean any program, policy, training, or

9  initiative that classifies individuals based on race, sex, ethnicity, or other group characteristics for

10  the purpose of achieving demographic outcomes, rather than treating individuals equally under the

11  law.

12        III.  "Political subdivision" means any village district, school district, town, city, county, or

13  unincorporated place in the state.

14    21-I:113  Prohibition on DEI Initiatives.  No public entity shall implement, promote, or otherwise

15  engage in any DEI-related initiatives, programs, training, or policies.  No state funds shall be

16  expended for DEI-related activities, including but not limited to implicit bias training, DEI

17  assessments, critical race theory, or race-based hiring, promotion, or contracting preferences.

18    21-I:114  Prohibition on DEI-Related Contract Provisions.  No agencies or political subdivisions

19  shall enter into or renew any contract that includes DEI-related provisions, including requirements

20  for contractors to implement DEI programs, conduct DEI training, or comply with DEI-related

21  reporting obligations.

22    21-I:115  Review of Agency Contracts for DEI-Related Contract Provisions.  Each state agency

23  shall, no later than October 1, 2025, submit to the department of administrative services a report

24  identifying all contracts under its control that include DEI-related provisions.  The report shall

25  include descriptions of each contract, the specific DEI-related provisions contained therein, and the

26  total financial obligation associated with each contract.  The department shall combine and submit a

27  consolidated report to the governor, speaker of the house of representatives, and the president of the

28  senate.

29    21-I:116  Review of Political Subdivision DEI-Related Contract Provisions.  The department of

30  justice shall establish a process by which all political subdivisions review their existing contracts for

31  the presence of DEI--related provisions.

1    2  New Subdivision; Prohibition on Diversity, Equity, and Inclusion in Public Schools.  Amend

2    RSA 186 by inserting after section 70 the following new subdivision:

3    Prohibition on Diversity, Equity, and Inclusion in Public Schools

4    186:71  Definitions.

5    In this subdivision:

6    I.  "Diversity, equity, and inclusion" or "DEI" shall mean any program, policy, training, or

7    initiative that classifies individuals based on race, sex, ethnicity, or other group characteristics for

8    the purpose of achieving demographic outcomes, rather than treating individuals equally under the

9    law.

10   II.  "Public school" means any school, academic institution, or institution of higher education

11   in this state supported by public funds.

12   186:72  Prohibition on DEI Initiatives.  No public school shall implement, promote, or otherwise

13   engage in any DEI-related initiatives, programs, training, or policies.  No state funds shall be

14   expended to public schools for DEI-related activities, including but not limited to implicit bias

15   training, DEI assessments, critical race theory, or race-based hiring, promotion, or contracting

16   preferences.  This prohibition shall extend to any public school as defined in RSA 186:71, II.

17   186:73  Prohibition on DEI-Related Contract Provisions.  No public school shall enter into,

18   renew, or amend any contract that includes DEI-related provisions, including requirements for

19   contractors to implement DEI programs, conduct DEI training, or comply with DEI-related reporting

20   obligations.

21   186:74  Review of Public School Contracts for DEI-Related Contract Provisions.  No later than

22   October 1, 2025, the commissioner of the department of education shall submit a single report to the

23   senate education, senate education finance, house education funding, and house education policy and

24   administration committees of the general court identifying all existing contracts containing DEI-

25   related provisions in public schools.  The report shall include contract descriptions, the specific DEI-

26   related provisions, and the total financial obligation associated with each contract.

27   186:75  Review of Public School DEI-Related Contract Provisions.

28   I.  The commissioner of the department of education shall establish a process by which all

29   public schools shall conduct a review of existing contracts for the presence of DEI-related provisions.

30   II.  No later than September 30, 2025, each public school shall submit a signed and certified

31   report to the commissioner of the department of education identifying any contract containing DEI-

32   related provisions.  The report shall include contract descriptions, the specific DEI-related

33   provisions, and the total financial obligation associated with each contract.

34   186:76  Final Compliance Report. The commissioner of the department of education shall submit

35   a final compliance report to the governor, executive council, and the senate education, senate

36   education finance, house education funding, and house education policy and administration

1  committees of the general court by April 1, 2026, detailing the progress of public schools in
2  eliminating DEI-related provisions from contracts.
3       187:77  Interpretation and Compliance.
4       I.  Should a public school fail to abide by any section of this subdivision, either knowingly or
5  unknowingly, the commissioner of the department of education shall immediately halt all sources of
6  public funding to that public school, until such time as the school comes into compliance with all
7  sections of this subdivision.
8       II.  The commissioner of the department of education shall notify the state treasurer if a
9  public school is not in compliance with this subdivision, at which time the treasurer shall halt all
10  forms of public funding to the school until the commissioner has certified the school come into
11  compliance with this subdivision.