# Exhibit 10

4/1/2025          House Finance Committee Discussion of Amendment 1467h to HB2 Audio Transcription

Page 1

House Finance Committee Discussion
of Amendment 1467h to HB2
April 1, 2025
Audio Transcription

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Page 2

1    (Recording begins)
2          REPRESENTATIVE EDWARDS:  Sorry.  Thank you,
3    Mr. Chairman.
4          I was not prepared for that.  I'll actually
5    ask -- just pass it and take one down.
6          It's an updated amendment to House Bill 2
7    regarding diversity, equity, and inclusion.  The
8    number, for the record, is 2025-1467h, and I'll wait
9    for everybody to get a copy.  It's being distributed
10   now, but I will give an overview of the changes
11   that were made since yesterday's amendment.
12         We did put in a definition on diversity,
13   equity, and inclusion that I will read: "Diversity,
14   equity, and inclusion, or DEI, shall mean any
15   program, policy, training, or initiative that
16   classifies individuals based on race, sex,
17   ethnicity, or other group characteristics for the
18   purpose of achieving demographic outcomes rather
19   than treating individuals equally under the law."
20         The updated amendment also gets rid of
21   any contract termination, as we're not going to
22   terminate existing contracts that the State is in, but
23   just going forward, no contract can be renewed or
24   adopted that has these provisions in it, and we removed
25   reference due -- to the executive orders of the

Page 3

1    president that were used for interpretation by putting
2    in the definition of DEI.  We no longer needed the
3    executive order reference.
4          Those are the changes from the amendment that
5    we all saw yesterday, but I would move -- yeah, so I
6    would move 1467h, which is being passed around.
7          CHAIRMAN WEYLER:  Is there a second?
8          REPRESENTATIVE DANIELS:  I'll second it.
9          CHAIRMAN WEYLER:  Seconded by Representative
10   Daniels.  Is there further discussion?
11         MS. CLAYMAN:  Representative Wallner.
12         REPRESENTATIVE MCGUIRE:  Wallner.
13         CHAIRMAN WEYLER:  Representative Wallner.
14         REPRESENTATIVE WALLNER:  Chair Weyler, I
15   would like to know if we could take -- I could take a
16   few minutes with the Democrats just to quickly review
17   this and come back.  We'll be back in five minutes.
18         CHAIRMAN WEYLER:  All right.  We will --
19         REPRESENTATIVE WALLNER:  Thank you.
20         CHAIRMAN WEYLER:  -- recess for that caucus.
21      (Recess)
22         REPRESENTATIVE DANIELS:  (Break in audio) in
23   support of the amendment.  This is obviously dealing
24   with public entities within the State of New Hampshire,
25   state agencies, department offices, commissions, that

Page 4

1    they shall not use state funds to -- shall -- state
2    funds shall not be expended for DEI-related activities.
3    This also extends over into public schools, which is
4    defined as any school, academic institution, or
5    institution of higher education in this state supported
6    by public funds.  It being a budget amendment, I just
7    wanted to clearly mark the lines in which this is
8    affecting State dollars that are going out in HB 1 and
9    HB 2.  Thank you.
10         REPRESENTATIVE WALLNER:  Yes, thank you.  I
11   think this is a question of you, Chairman Weyler.  I
12   know that yesterday there were questions about
13   whether this was germane, and the Speaker has ruled on
14   it.  I wondered what -- how the decision was made to --
15   what these changes that make it germane, if you could.
16         CHAIRMAN WEYLER:  Yes, the Speaker's
17   explanation was it refers to funds, so that makes it
18   germane for the budget, Line 15-A.
19         REPRESENTATIVE WALLNER:  Okay.  Can I have
20   just a further question?
21         CHAIRMAN WEYLER:  Sure.
22         REPRESENTATIVE WALLNER:  So the changes that
23   Representative Sweeney just went through, did that --
24   is that what moved it to being germane?
25         REPRESENTATIVE DANIELS:  So I certainly don't

4/1/2025          House Finance Committee Discussion of Amendment 1467h to HB2 Audio Transcription

Page 5

1  want to speak for the Speaker.  I would never want to
2  do that.  I would say that there was not a definitive
3  decision yesterday on the germaneness of the previous
4  amendment, but there were ongoing conversations about
5  what changes could be made to the amendment to make it
6  stand up to legal challenges.
7          And I actually want to thank Representative
8  Hakken-Phillips for pointing out some parts of
9  the draft amendment yesterday that we were able to fix
10  today in order so it could withstand any challenges to
11  it.  So thank you.
12          REPRESENTATIVE WALLNER:  Thank you.
13          CHAIRMAN WEYLER:  Representative Hakken-
14  Phillips.
15          REPRESENTATIVE HAKKEN-PHILLIPS:  Thank you,
16  Mr. Chair.
17          It's good to see a little more time and
18  effort was put into the drafting of this document, but
19  my concerns with the language and the construction and
20  future liability, as well as, you know, any potential
21  fiscal impact in the state do remain.  And so I'd just
22  like to outline a few concerns for the division -- or
23  the committee at the moment.
24          So I'm looking at the new definition
25  on Line 8 through 10 for what diversity, equity, and

Page 6

1  inclusion are -- or is, I should say.  The concern here
2  is classifying individuals based on race, sex,
3  ethnicity, or, here's the quote, "other group
4  characteristics."  This term, "other group
5  characteristics," seems pretty vague to me, and my
6  question to the drafters again would be, does this
7  include people with disabilities?
8          Currently, under federal and state law, folks
9  who have mobility issues are covered under the
10  Americans with Disabilities Act and are given public
11  accommodations and public buildings and spaces, as well
12  as in schools to get in and out, to get their learning
13  IEP programs, to get their 504s, they have the right in
14  current law to be given accommodations to not only
15  learn in public school but also visit public places.
16  So my question right now, just from a brief review, is
17  I'm guessing there are members in our community,
18  probably even in the room, who are worried about the
19  disability community being excluded.
20          And furthermore, I'm willing to take a bet
21  that there are members of the business community who
22  are worried about how this could affect their ability
23  to conduct business in the public marketplace, if now
24  they're suddenly being held to this standard.
25          So skipping down the document, I'd look at

Page 7

1  Lines 18 through 21, which are repeated again later in
2  the bill, about contracting provisions.  Again, there
3  is no indication if this is future or existing
4  contracts.  So I think that leaves you open to
5  liability.  Here at the State of New Hampshire, we have
6  existing contracts that won't be able to -- you know,
7  freedom of contracting says two parties get to decide
8  their own terms, and those contracts are, in effect,
9  enforceable as they stand now.  And you can't just
10  amend the terms.  If both parties don't agree to it,
11  then one party's going to be in breach.  And right
12  now, the way this looks, the State of New Hampshire is
13  going to be on the hook for breach of contract.  So
14  there's quite a bit of liability exposure there.
15          And if I look further down, Lines 29 through
16  31, which looks like it's repeated again on the back
17  during the public school section, that they have to
18  conduct these reviews.  This looks like an unfunded
19  mandate to me.  There is no appropriation here in this
20  bill.  So there will definitely be a fiscal impact
21  to political subdivisions and public school districts
22  for pulling this information together.
23          I think clearly -- you know, this is just a
24  rush.  It's a rush job, and I think we should recognize
25  that.  I feel bad for the attorney who had to draft

Page 8

1  this because I'm sure they had plenty of questions
2  about the what-if scenarios that this language leaves
3  open.
4          So we can go back to past history of when
5  we've -- when the State of New Hampshire has passed
6  legislation in the past that has looked similar to
7  this, we have gone to court, and we've had to defend a
8  policy position that was known ahead of time would be
9  problematic and expensive for the State to defend.
10  Exhibit A, SB 3.  Exhibit B, divisive concepts.
11          We're talking more than $3 million to
12  litigate one of those cases.  This will bring
13  litigation, and it will be expensive.  So when you
14  exclude people who are normally protected under the
15  Americans with Disabilities Act or other classes, other
16  group characteristics, classes that you're now
17  creating, you are going to go to court.  You're going
18  to exclude people from the public space.  It's going to
19  be expensive, and I encourage the committee to pump the
20  brakes.
21          We're definitely running into conflict with
22  federal law.  We're definitely running into conflict
23  with state law.  It's going to disrupt our federal
24  funding.  This is not fiscally responsible.  Our
25  taxpayers deserve better from legislators in this

2  (Pages 5 to 8)

4/1/2025          House Finance Committee Discussion of Amendment 1467h to HB2 Audio Transcription

Page 9

1    state, and I just encourage the committee to remember
2    there was no public hearing about this, so we have no
3    policy committee vetting.
4          I just -- you know, it needs more work. I
5    would encourage the committee, if you feel strongly
6    about this, to retain it, take it back, go to a policy
7    committee, and work through the process as it's
8    supposed to be done in the first place.
9          Thank you, Mr. Chair.
10         CHAIRMAN WEYLER: Representative McGuire.
11         REPRESENTATIVE MCGUIRE: Yeah. Thank you,
12   Mr. Chairman.
13         I read the word "other group characteristics"
14   in a different way, because what's the word group mean?
15   It means something similar to the previous words, race,
16   sex, ethnicity. I think of disability more as an
17   individual characteristic, not a group characteristic.
18   These other things, race, sex, ethnicity, are all
19   characteristics that someone is born with.
20         Now, some people are born with disabilities,
21   but there are also people who are -- who acquire
22   disabilities over their lifetime, and so it's more of
23   an individual characteristic, not a group
24   characteristic. So I think that's a distinction there,
25   whereas we're talking about things that are

Page 10

1    characteristics of groups. I mean, like, I don't know,
2    maybe nationality or other things like that, so I read
3    that a little differently.
4          CHAIRMAN WEYLER: Representative Hakken-
5    Phillips.
6          REPRESENTATIVE HAKKEN-PHILLIPS: Thank you,
7    Mr. Chair.
8          I think this is just a wonderful example. My
9    colleague's previous remarks is a wonderful example of
10   why litigation happens, because good attorneys will
11   argue on their interpretations of the words, and then a
12   judge will determine the outcome, and the last time we
13   took that gamble, it cost the state of New Hampshire
14   $3 million. Are we going to do that again? Is that
15   the most fiscally responsible course of action in a
16   budget year when we're trying to make up an
17   $800 million gap? That's the question for this
18   committee.
19         CHAIRMAN WEYLER: Further discussion?
20         Representative Murray.
21         REPRESENTATIVE MURRAY: Thank you. It seems
22   as though that group characteristics is included in
23   here. Someone has some idea of what those group
24   characteristics might be, and perhaps Representative
25   McGuire could give me a few examples of group

Page 11

1    characteristics that pertain here.
2          REPRESENTATIVE MCGUIRE: Well, I gave you
3    one. Nationality, national origin, perhaps.
4          REPRESENTATIVE MURRAY: And may I follow up?
5    Is that actually going -- are we really going to have
6    this initiative that includes nationality?
7          CHAIRMAN WEYLER: You wish to respond?
8          Representative Sweeney.
9          REPRESENTATIVE SWEENEY: Thank you,
10   Mr. Chairman.
11         So I just want to state that it's all in the
12   context of race, sex, ethnicity, or other group
13   characteristics for the purpose of achieving
14   demographic outcomes. Accessibility in public schools
15   and accessibility to public buildings is not for the
16   purpose of achieving demographic outcomes. It is
17   really just on these programs, these policies, these
18   trainings, and initiatives that are based off of race,
19   sex, ethnicity, and other group characteristics for
20   the purpose of achieving demographic outcomes that we
21   are trying to make sure that state dollars going
22   forward do not fund.
23         And in regards to the contracts, the language
24   is very much forward-looking, "They shall not enter
25   into or renew any contract." And the purpose for

Page 12

1    the contract review by the Department of Justice and by
2    the agencies is that we have the list of contracts that
3    need to be reviewed to not be renewed in their current
4    form so that they can be changed at the next time that
5    those contracts come up. Thank you.
6          CHAIRMAN WEYLER: I think the history of DEI
7    is fairly short, but it has enough examples that I
8    think everybody understands what it means.
9          Representative Muns.
10         REPRESENTATIVE MUNS: Thank you. You know,
11   one of the objections that a number of us had yesterday
12   was the lack of clarity in the definition of terms,
13   which my colleague to my right, you know, has pointed
14   out. And while there's been some improvement, you
15   know, versus what we saw yesterday, I mean, there's
16   still all sorts of, you know, question marks.
17         I mean, I'll just highlight, you know, the
18   point that Representative Sweeney made. You know,
19   demographic outcome, what does that mean? I could
20   argue that a demographic outcome is to have a
21   population in a school that has nobody with a
22   disability. So what does demographic outcome mean?
23   What is implicit bias training? What is that? Does
24   anybody know? It hasn't been defined. DI -- DEI
25   assessments. What is a DEI assessment? Critical race

3 (Pages 9 to 12)

4/1/2025        House Finance Committee Discussion of Amendment 1467h to HB2 Audio Transcription

Page 13

1  theory. Oh, my God. Probably the most misunderstood
2  term in, you know, our political lexicon over the last
3  four years.
4        So this bill still doesn't have the kind
5  of -- if we're going to move forward with something
6  like this, it needs to have more -- much more clarity
7  than it has right now.
8        CHAIRMAN WEYLER: Further discussion?
9        Representative Murray again.
10        REPRESENTATIVE MURRAY: Thank you. I have a
11  question. Perhaps someone can list this for me. There
12  are an awful lot of reviews that seem to be taking
13  place here, where each public school has to submit a
14  review by September 23rd. There are reviews of
15  contracts. Would someone list for me the number of
16  reviews that this is requiring?
17        CHAIRMAN WEYLER: I think it's up to the
18  agency.
19        REPRESENTATIVE MURRAY: And if I may, I mean,
20  this is all to be done no later than September 30th,
21  2025.
22        CHAIRMAN WEYLER: Any further comments?
23        Representative Telerski.
24        REPRESENTATIVE TELERSKI: Thank you. I'm
25  having a little bit of a flashback to 2021 when the

Page 14

1  budget was coming through, and there were a number of
2  policy decisions that were brought into the budget
3  without proper public hearing on them, which have
4  been -- we've heard about for the last four years. The
5  restriction on abortion that got put in there. I
6  believe the education voucher program that got put in
7  there. And I simply want to point out that if the
8  public has not said already that they want input on big
9  decisions such as this one, and they see again that
10  this committee is going to go ahead and jam through on
11  literally the last day something like this without
12  proper notice, proper discussion, and input from the
13  community, I think they are going to lose their
14  confidence in this body. Thank you.
15        CHAIRMAN WEYLER: Some of us believe that the
16  last election for president was heavily influenced by
17  DEI and reaction to it that had taken place over the
18  previous years where organizations were governed by
19  that rather than by merit, and it didn't have a good
20  effect. But I think that's something that everybody's
21  heard of and been familiar with.
22        Representative Edwards.
23        REPRESENTATIVE EDWARDS: Thank you,
24  Mr. Chair.
25        I -- you know, I want to have the other side

Page 15

1  understand a little bit about what -- why there's this
2  concern about DEI. And the perception of many, is --
3  it may be even a majority, is that DEI is a way to
4  supplant affirmative action, which was an attempt to
5  proactively ensure quotas were met, that DEI is just
6  the latest rebranding of an affirmative action program.
7        I -- the United States has settled on equal
8  opportunity. We all seem to have embraced Martin
9  Luther King and his words. But what has happened in
10  the aftermath of DEI, if you just look at Southern New
11  Hampshire University as an example, they have said that
12  they are committed to implementing DEI principles in
13  the classroom and in the curriculum. And as an
14  example, they were doing a class on, you know,
15  socioeconomic factors. And the questions that they
16  were putting into the curriculum were things like, you
17  know, why is it -- or you know -- why is it that you
18  have better health outcomes in white neighborhoods?
19        And it's that calling out of a demographic to
20  assign a group characteristic that doesn't make any
21  sense when you put it back into individual terms, it
22  causes one to think aren't we supposed to be judged by
23  the content of our character and not of our skin? And
24  so I -- these are things that are happening and
25  percolating in the sort of subterranean part of our

Page 16

1  culture that we see, and we would like to make sure
2  that we maintain the principles of equality and not try
3  to find a new way to take a political demographic
4  that's more than anything a political demographic and
5  give governmental preferences to them.
6        That's what our concern is. And I'm not sure
7  that that's really being heard and discussed in the way
8  that it really ought to be.
9        So thank you, Mr. Chair.
10        CHAIRMAN WEYLER: Representative Rung.
11        REPRESENTATIVE RUNG: Thank you, Mr. Chair.
12        After listening to the comments from my
13  colleagues, we're talking a lot about culture,
14  perceptions, you know, some opinions people have had
15  about the last election. I haven't heard anything
16  about a fiscal impact except from Representative
17  Hakken-Phillips about the liability and exposure where
18  we're presenting to the State and to our taxpayers.
19        This bill should not be part of the budget.
20  This bill is about policy that the State wants to
21  adopt -- some people in the State want to adopt. This
22  is not appropriate to have this go into HB 2. We
23  should be here talking about the budget, how we're
24  going to fill this $800 million hole and leave this
25  kind of discussion to a policy committee where we can

4/1/2025        House Finance Committee Discussion of Amendment 1467h to HB2 Audio Transcription

Page 17

1  have an array of stakeholders come and share their
2  opinion about it. Thank you.
3      CHAIRMAN WEYLER: Representative Muns and
4  then Representative Popovici.
5      REPRESENTATIVE MUNS: I just want to echo
6  what Representative Telerski and just recently
7  Representative Rung said. I mean, I understand that
8  there is a segment of the population for which this
9  is a very significant concern to them, and I will give
10  them all due respect.
11      Given -- if -- given that they have that
12  concern, I guess what I'm struggling with is then why
13  wasn't a bill introduced during the normal course of
14  business where there could be a full public hearing and
15  full discussion within a committee with ample
16  opportunity for amendments? Why is this being
17  introduced, as Representative Telerski said, literally
18  on the last day?
19      CHAIRMAN WEYLER: I would mention to you that
20  DEI was never voted in by any legislative body. It was
21  pushed from the top by some of the people that had a
22  lot of influence and owned a lot of shares in many
23  different things. It was never really properly brought
24  in, so if you were arguing about things that were never
25  properly brought in -- and the surprise was some of our

Page 18

1  members that were researching some of the contractors
2  found a lot of this language in the contractors which
3  didn't seem to be in the right place. It didn't -- it
4  seemed to be very restrictive and not appropriate for
5  what we were contracting for. And so it's not
6  surprising that the reaction, especially as I said in
7  the last election and in the federal government now, is
8  coming out, like, going to states. If they have this,
9  they don't get money from the feds, so I think it's
10  coming from the top down. I think ours is a reflection
11  of we want to make sure that we don't lose federal
12  money because we have something in there that a lot of
13  us don't support anyway.
14      Representative Popovici.
15      REPRESENTATIVE POPOVICI-MULLER: Thank you,
16  Mr. Chair.
17      First, yes, this is the budget process. This
18  bill is about what we spend state funds on. It does
19  not affect what private entities do. If anybody wants
20  to spend their private funds on such programs, they are
21  more than welcome to do it, and this bill will not do a
22  thing to affect their ability to do so.
23      But in here, we are talking about the state
24  budget. Indeed, this bill, because of its timing, has
25  not had the opportunity to get a fully fleshed-

Page 19

1  out fiscal note. Unfortunately, we all know that there
2  are bills which take forever to get a fiscal note, and
3  we have to use our best judgment in terms of what their
4  fiscal impact will be.
5      It is pretty clear also that we discovered
6  during the budget process that these types of clauses
7  in public contracts exist, and therefore we didn't have
8  an opportunity during the LSR process, when we were
9  unaware of it, to address this.
10      Fixing this -- it was found during the
11  budget process. It needs to be fixed during the budget
12  process, and again, if people would like to see a
13  formal bill on it, this leaves their ability untouched
14  to file a bill in the, you know, a few months to bring
15  DEI back, if they feel that is the right policy. But
16  this just returns us to square one, where since we
17  never approved this thing in the first place, we
18  shouldn't be spending money on it. And if there is a
19  bill that gets approved by the legislature and signed
20  by the governor that this is a good idea, then we can
21  start allocating funds for it according to the policy
22  desires of the House and Senate and so on.
23      Thank you.
24      CHAIRMAN WEYLER: Further discussion?
25      Representative Preece.

Page 20

1      REPRESENTATIVE PREECE: Thank you,
2  Mr. Chairman.
3      I'm not aware of how much money has been lost
4  with state funds because there was a DEI mentioned in
5  some of the departments. I'm not aware of any
6  cases that this has offended people in our state
7  government, and if we have had any impacts because of
8  the language that's in some of our departments.
9      What I do know, besides the fiscal impacts
10  that have been identified by my fellow representatives,
11  that is basically fiscal impacts of court cases that we
12  will have. I also know that there will be economic
13  impacts because if I'm a business coming into the state
14  of New Hampshire and I see this wording here, I will
15  say, you know, I don't think this is an environment for
16  my business to be a part of. And if I am a business in
17  New Hampshire where I have a diverse makeup of workers,
18  and I'm proud of that diversity, and I want that
19  inclusion, and I value equality, I might be thinking of
20  relocating my business outside of New Hampshire. Thank
21  you.
22      CHAIRMAN WEYLER: As a former airline pilot,
23  I'm very concerned with what's happening with the
24  FAA. And I've seen things online about people saying I
25  was fired because I was a white male from the FAA as a

4/1/2025       House Finance Committee Discussion of Amendment 1467h to HB2 Audio Transcription

Page 21

1  controller.  And we look at all these accidents that
2  have been taking place lately and some of the same
3  things are coming up that the DEI ruined what had been
4  a good, effective agency, the FAA.
5       So I think there are some effects, and I
6  think there are other effects in places.  And
7  interestingly enough, the Obama library's construction
8  is not going along very well because of DEI.
9       Representative Preece, further?
10      REPRESENTATIVE PREECE:  This is a follow-up
11  question to Representative Edwards or yourself.  The
12  demographic outcomes that you want to achieve, is that
13  basically a white male outcome that you want to have in
14  this state?
15      CHAIRMAN WEYLER:  I believe this -- you may
16  answer first.
17      REPRESENTATIVE EDWARDS:  No, the outcome we
18  want is that individual merit and talent, irrespective
19  of the color of the skin, is the predominant reason why
20  people are hired and promoted and succeed in life.  And
21  not because they have -- that there are -- there's
22  competition for these jobs that are based on things
23  other than talent, merit, and individuality.
24      Again, I would cite Martin Luther King as my
25  major motivation in this whole area, that we should be

Page 22

1  judging people by the content of their character and
2  not by the color of their skin.  Those words moved me
3  when I was a young teenager, and I think they still
4  motivate me today.  We want equality before the law.
5       CHAIRMAN WEYLER:  Representative -- is there
6  anybody who hasn't spoken yet?
7       Representative Hakken-Phillips.
8       REPRESENTATIVE HAKKEN-PHILLIPS:  Thank you,
9  Mr. Chair.
10      So I think it's worth just recognizing who
11  will be affected by this language.  If it is -- if you
12  vote to pass this amendment, I do believe that people
13  with disabilities would be covered under this language,
14  given its vagueness.  People with disabilities, as we
15  know, are grouped together all the time in society and
16  here in the State of New Hampshire.  When you vote for
17  this amendment, you will be excluding students with
18  disabilities from receiving their special education.
19  If you vote for this amendment, you will be excluding
20  people with walking disabilities eligible for parking
21  permits.  When you vote for this amendment, you will be
22  excluding people with print disabilities from their
23  entitlement to an accessible voting machine in order to
24  have equal access to vote on voting day.  And that's
25  just three little snapshots of what's going to happen

Page 23

1  under this language as written.
2       I do not think the State of New Hampshire is
3  prepared to possibly defend that in a court of law.  I
4  seriously encourage this committee to pump the brakes
5  on this amendment.  There will be litigation that
6  follows, and do you want your name associated with that
7  kind of discrimination against the disability
8  community?  You really need to think about that before
9  you vote.
10      CHAIRMAN WEYLER:  Representative Stringham.
11      REPRESENTATIVE STRINGHAM:  I think we live in
12  the greatest country in the world and the greatest time
13  in history.  And I think one of the reasons why this
14  country is so great is because we get so much out of
15  everybody who lives in this country, regardless of
16  race, creed, sex, or other characteristics.
17      I think it's a laudable goal to reach out and
18  try to elevate so everybody feels like they can be part
19  of the American success story.  And I think that's what
20  a lot of the goals were for equal opportunity,
21  affirmative action, and DEI.  I do know these things
22  sometimes get to the point where some people feel
23  like they're doing it at the exclusion of others.  And
24  that's when we start to feel the friction between us.
25  And so there's naturally some pushback.  And we try to

Page 24

1  come up with other ways to achieve the laudable
2  objective of opportunity and success for all Americans.
3       So I reach out to my colleague in Division 3
4  and say, I understand that.  I -- but I think the
5  question before us, while we address this problem where
6  we think that some people are feeling like they're
7  being slighted, or they're being denied opportunity
8  because the initiative to elevate everyone else or to
9  create opportunity for everyone else, it has to be
10  addressed.
11      But this bill itself, I think, still has some
12  problems.  I plan to vote against it.  And I do plan to
13  do what I can to make America the Great, great
14  continue, and be even better.  Thank you.
15      CHAIRMAN WEYLER:  Anything further?
16      REPRESENTATIVE EBEL:  Mr. Chair.
17      CHAIRMAN WEYLER:  Representative Ebel.
18      REPRESENTATIVE EBEL:  I -- you might think
19  that everything's already been said, but I just like to
20  echo the comments of all my colleagues.  This is
21  obviously a controversial matter.  Obviously, the
22  discussion that we're having here is a very valuable
23  one.  It should have been one that is made at a hearing
24  where we can discuss it fully.
25      I'm just going to say that there are reasons

6  (Pages 21 to 24)

4/1/2025        House Finance Committee Discussion of Amendment 1467h to HB2 Audio Transcription

Page 25

1 that people have problems with politicians. And there
2 are people -- there are reasons that people are really
3 concerned about extreme partisanship in our country.
4 And I think taking advantage of the imbalance on this
5 committee to bring in an amendment like this at the
6 last minute that isn't fully discussed just adds to
7 the -- how shall I say -- ammunition and the belief
8 that there aren't fair opportunities for discussion
9 when there are divisive concepts like this brought
10 forward in the context of a short period of time in a
11 budget. Thank you.
12      CHAIRMAN WEYLER: I would remind us all that
13 this is only step one in the budget. This will go
14 again to the Senate, and then the governor will have
15 her say at the last. And this also has not been passed
16 by the House yet or the Senate. So there are several
17 things that are going to happen before this is finally
18 done.
19      Representative Edwards.
20      REPRESENTATIVE EDWARDS: Thank you,
21 Mr. Chair.
22      I understand the motivation behind this bill,
23 and I just thought I'd tell my colleagues that I
24 would prefer a serious retain on this bill because of
25 the things that I think I've heard, and I've heard said

Page 26

1 in previous budgets that we should not use the HB 2
2 process as an end run around policy committees. And I
3 do think this is a substantial policy that's worth a
4 full and proper hearing.
5      And for those reasons, I'm -- I think I may
6 be bucking a trend, but I can't vote to pass this. I
7 could vote to support a real retain.
8      CHAIRMAN WEYLER: At this point in the
9 budget, I don't know what good it would do to retain.
10 Normally, we retain it to talk at the divisions of what
11 we will put in the budget. It's a little late, I
12 think, to retain it. I think we either -- all right.
13      So is the motion to retain?
14      UNIDENTIFIED: This is not a bill.
15      REPRESENTATIVE EDWARDS: I guess --
16      UNIDENTIFIED: It's an amendment.
17      REPRESENTATIVE EDWARDS: -- I would defer to
18 Representative Sweeney.
19      REPRESENTATIVE SWEENEY: My motion was to
20 adopt Amendment 1467h. It was seconded by
21 Representative Nalevanko. I'd like to have a vote on
22 adopting the amendment to HB 2.
23      CHAIRMAN WEYLER: So the motion I accept
24 before us is to adopt. I can't move on to another one
25 before we dispose of that bill or that -- proposal. So

Page 27

1 further discussion before we move on to a vote?
2      Representative DeRoy.
3      REPRESENTATIVE DEROY: Could I simply ask,
4 when DEI was put into place back four years ago, five
5 years ago, however long it was, did it come through
6 this committee? Did it come through at all? Did we
7 have a House vote or anything?
8      CHAIRMAN WEYLER: No. No.
9      REPRESENTATIVE DEROY: Okay. Thank you.
10      REPRESENTATIVE TELERSKI: Just a
11 clarification, if -- Mr. Chairman, I apologize for
12 interrupting.
13      CHAIRMAN WEYLER: Representative Telerski.
14      REPRESENTATIVE TELERSKI: It's not a thing in
15 terms of, like, an official state policy. So I just
16 want to correct that statement that it didn't come
17 through this committee. It's not a state policy. It's
18 not a -- yeah.
19      CHAIRMAN WEYLER: Representative Popovici-
20 Muller.
21      REPRESENTATIVE POPOVICI-MULLER: I will agree
22 with my colleague that this will no longer be a state
23 policy after we finish adopting this.
24      CHAIRMAN WEYLER: Well, we can look at
25 examples of the university and the community college

Page 28

1 and some of the contractors they deal with to know that
2 it is a policy adopted by some state agencies which
3 we fund. So it is appropriate according to the
4 Speaker, and it's germane.
5      Further discussion? Are we ready for the
6 vote?
7      Clerk will call the roll. The motion is to
8 adopt Amendment 1467h.
9      REPRESENTATIVE GRIFFIN: Representative
10 McGuire.
11      REPRESENTATIVE MCGUIRE: Yes.
12      REPRESENTATIVE GRIFFIN: Representative Erf.
13      REPRESENTATIVE ERF: Yes.
14      REPRESENTATIVE GRIFFIN: Representative
15 Mooney.
16      REPRESENTATIVE MOONEY: Yes.
17      REPRESENTATIVE GRIFFIN: Representative
18 Edwards.
19      REPRESENTATIVE EDWARDS: No.
20      REPRESENTATIVE GRIFFIN: The clerk votes yes.
21 Representative Bean.
22      REPRESENTATIVE BEAN: Yes.
23      REPRESENTATIVE GRIFFIN: Representative
24 Cambrils.
25      REPRESENTATIVE CAMBRILS: Yes.

7 (Pages 25 to 28)

4/1/2025        House Finance Committee Discussion of Amendment 1467h to HB2 Audio Transcription

---

Page 29

1    REPRESENTATIVE GRIFFIN:  Representative
2  Popovici-Muller.
3    REPRESENTATIVE POPOVICI-MULLER:  Yes.
4    REPRESENTATIVE GRIFFIN:  Representative
5  Sweeney.
6    REPRESENTATIVE SWEENEY:  Yes.
7    REPRESENTATIVE GRIFFIN:  Representative
8  Daniels.
9    REPRESENTATIVE DANIELS:  Yes.
10    REPRESENTATIVE GRIFFIN:  Representative
11  Seaworth.
12    REPRESENTATIVE SEAWORTH:  No.
13    REPRESENTATIVE GRIFFIN:  Representative
14  DeRoy.
15    REPRESENTATIVE DEROY:  Yes.
16    REPRESENTATIVE GRIFFIN:  Representative
17  Nalevanko.
18    REPRESENTATIVE NALEVANKO:  Yes.
19    REPRESENTATIVE GRIFFIN:  Representative
20  Wallner.
21    REPRESENTATIVE WALLNER:  No.
22    REPRESENTATIVE GRIFFIN:  Representative
23  Leishman.
24    REPRESENTATIVE LEISHMAN:  No.
25    REPRESENTATIVE GRIFFIN:  Representative

---

Page 30

1  Murray.
2    REPRESENTATIVE MURRAY:  No.
3    REPRESENTATIVE GRIFFIN:  Representative Ebel.
4    REPRESENTATIVE EBEL:  No.
5    REPRESENTATIVE GRIFFIN:  Representative
6  Telerski.
7    REPRESENTATIVE TELERSKI:  No.
8    REPRESENTATIVE GRIFFIN:  Representative
9  Hakken-Phillips.
10    REPRESENTATIVE HAKKEN-PHILLIPS:
11  Respectfully, no.
12    REPRESENTATIVE GRIFFIN:  Representative
13  Stringham.
14    REPRESENTATIVE STRINGHAM:  No.
15    REPRESENTATIVE GRIFFIN:  Representative
16  Preece.
17    REPRESENTATIVE PREECE:  No.
18    REPRESENTATIVE GRIFFIN:  Representative Rung.
19    REPRESENTATIVE RUNG:  No.
20    REPRESENTATIVE GRIFFIN:  Representative Muns.
21    REPRESENTATIVE MUNS:  No.
22    REPRESENTATIVE GRIFFIN:  Representative
23  Kelly.
24    REPRESENTATIVE KELLY:  No.
25    REPRESENTATIVE GRIFFIN:  Chair Weyler.

---

Page 31

1    CHAIRMAN WEYLER:  8, 9, 10, 11, 12.  1, 2, 3,
2  4, 5, 6, 7, 9, 10, 11, 12, 13.  It is 12 to 13.
3    REPRESENTATIVE MCGUIRE:  Motion fails.
4    No, it's 12 to 13.
5    CHAIRMAN WEYLER:  Motion is not adopted.
6    REPRESENTATIVE EDWARDS:  Mr. Chair, I know
7  this isn't, like, an official thing that this committee
8  should do, but I would recommend that it's a pretty
9  solid bill, and we ought to get it in the hands of
10  a policy committee so that the -- so that this -- we
11  could have a proper public discussion on it.  I think
12  those who are in favor of the bill will prevail, but I
13  do think that there's a process here, and that's my
14  comment.
15    CHAIRMAN WEYLER:  Representative Rung.
16    REPRESENTATIVE RUNG:  I thought this was an
17  amendment, so would it have to wait until the LSR --
18  opportunities to file LSRs come about again?
19    CHAIRMAN WEYLER:  It would have to wait until
20  the next filing period if someone wanted to file a
21  bill.
22    Representative McGuire.
23    REPRESENTATIVE MCGUIRE:  That's not quite
24  true.  Any committee can have a nongermane hearing on a
25  nongermane amendment, and that would be a public

---

Page 32

1  hearing and so on, right?  So an appropriate Senate
2  bill could be available in some committee, and this
3  could be a -- have a hearing and so on.
4    CHAIRMAN WEYLER:  Okay. Anything further on
5  the budget at this time?
6    Division 1, 2, 3, speak up if there's
7  something we've overlooked.
8    REPRESENTATIVE EDWARDS:  All of Division 3,
9  it's only --
10    CHAIRMAN WEYLER:  All right.
11    REPRESENTATIVE EDWARDS:  But it's only about
12  half the budget.
13    CHAIRMAN WEYLER:  All right.  Divisions --
14    That's correct.  I have two other items
15  before we can finish today.
16    REPRESENTATIVE POPOVICI-MULLER:  If it would
17  please the Chair, could I ask for a ten-minute caucus,
18  if we could, please?
19    CHAIRMAN WEYLER:  I think we can keep it to
20  less than that, but I have two other items.
21    REPRESENTATIVE POPOVICI-MULLER:  You're
22  obviously at your -- it's your prerogative, whenever.
23    CHAIRMAN WEYLER:  And I think if the
24  Republicans want a caucus, I hope we can keep it to
25  less than five minutes.  If all the Republicans go

Note added by Plaintiffs: stops at line 13 at 2:29 p.m and at line 14 resumes at 4:48 p.m. Video can be found at https://www.youtube.com/watch?v=EePBKd9GENc

4/1/2025        House Finance Committee Discussion of Amendment 1467h to HB2 Audio Transcription

| Page 33 |
| --- |

1  instantly to Room 12, don't make any stops on the way.
2  One quick question, and then I think we can all come
3  back in, and maybe the Democrats can wait for us
4  or whatever.
5       So Representative Wallner.
6       REPRESENTATIVE WALLNER:  Since we're taking a
7  break, what are the two other items?
8       CHAIRMAN WEYLER:  One of them is something
9  that Representative McGuire wants to bring up, that
10  we'll find out when we come back in from our caucus.
11      The other one is a statement I have to
12  make to authorize the --
13      REPRESENTATIVE WALLNER:  Oh, okay.
14      CHAIRMAN WEYLER:  You know, it's a quick
15  statement.
16      REPRESENTATIVE WALLNER:  Yeah.  Yeah, no.
17      CHAIRMAN WEYLER:  You know the one.
18      REPRESENTATIVE WALLNER:  Yeah, I know --
19      CHAIRMAN WEYLER:  Authorize the LBA.
20  All right.  I just want to make it --
21      REPRESENTATIVE GRIFFIN:  Edwards.
22      CHAIRMAN WEYLER:  Okay.  All right.  I
23  recognize Representative Edwards.
24      REPRESENTATIVE EDWARDS:  Thank you,
25  Mr. Chair.

Note added by Plaintiffs: 10-minute recess after Line 19. Hearing resumes at Line 20.

| Page 34 |
| --- |

1       Having voted on the prevailing side, I'd like
2  to move that we reconsider HB 2 2025-1467 Hotel,
3  otherwise known as the Prohibition on Diversity,
4  Equity, and Inclusion.
5       CHAIRMAN WEYLER:  Okay.  The clerk will call
6  a roll on the reconsideration.
7       REPRESENTATIVE MCGUIRE:  Second.
8       CHAIRMAN WEYLER:  Is there a second?
9       UNIDENTIFIED:  I second it.
10      CHAIRMAN WEYLER:  Clerk will call a roll on
11  the reconsideration motion.
12      REPRESENTATIVE GRIFFIN:  Give me --
13  Mr. Chair, just give me a minute to --
14      CHAIRMAN WEYLER:  All right.
15      REPRESENTATIVE GRIFFIN:  -- record the motion
16  and the date and --
17      CHAIRMAN WEYLER:  What was the bill it was
18  amended to?  What was the amendment?
19      REPRESENTATIVE MCGUIRE:  It's in House
20  Bill 2.
21      CHAIRMAN WEYLER:  Okay.
22      REPRESENTATIVE MCGUIRE:  We don't have a
23  green sheet.
24      CHAIRMAN WEYLER:  Was it an amendment -- or
25  what, HB 2?

| Page 35 |
| --- |

1       REPRESENTATIVE EDWARDS:  It's right there,
2  yeah, and it's 1467.
3       CHAIRMAN WEYLER:  Yeah, I've got the
4  amendment.
5       REPRESENTATIVE EDWARDS:  Okay.  I think
6  (indiscernible).
7       CHAIRMAN WEYLER:  Okay.  All right.  Clerk
8  will call a roll on the motion to reconsideration --
9  reconsider the amendment.
10      REPRESENTATIVE GRIFFIN:  Okay.
11  Representative McGuire.
12      REPRESENTATIVE MCGUIRE:  Yes.
13      REPRESENTATIVE GRIFFIN:  Representative Erf.
14      REPRESENTATIVE ERF:  Yes.
15      REPRESENTATIVE GRIFFIN:  Representative
16  Mooney.
17      REPRESENTATIVE MOONEY:  Yes.
18      REPRESENTATIVE GRIFFIN:  Representative
19  Edwards.
20      REPRESENTATIVE EDWARDS:  Yes.
21      REPRESENTATIVE GRIFFIN:  Clerk votes yes.
22      Representative Bean.
23      REPRESENTATIVE BEAN:  Yes.
24      REPRESENTATIVE GRIFFIN:  Representative
25  Cambrils.

| Page 36 |
| --- |

1       REPRESENTATIVE CAMBRILS:  Yes.
2       REPRESENTATIVE GRIFFIN:  Representative
3  Popovici-Muller.
4       REPRESENTATIVE POPOVICI-MULLER:  Yes.
5       REPRESENTATIVE GRIFFIN:  Representative
6  Sweeney.
7       REPRESENTATIVE SWEENEY:  Yes.
8       REPRESENTATIVE GRIFFIN:  Representative
9  Daniels.
10      REPRESENTATIVE DANIELS:  Yes.
11      REPRESENTATIVE GRIFFIN:  Representative
12  Seaworth.
13      REPRESENTATIVE SEAWORTH:  Yes.
14      REPRESENTATIVE GRIFFIN:  Representative
15  DeRoy.
16      REPRESENTATIVE DEROY:  Yes.
17      REPRESENTATIVE GRIFFIN:  Representative
18  Nalevanko.
19      REPRESENTATIVE NALEVANKO:  Yes.
20      REPRESENTATIVE GRIFFIN:  Representative
21  Wallner.
22      REPRESENTATIVE WALLNER:  No.
23      REPRESENTATIVE GRIFFIN:  Representative
24  Leishman.
25      REPRESENTATIVE LEISHMAN:  No.

9  (Pages 33 to 36)

4/1/2025        House Finance Committee Discussion of Amendment 1467h to HB2 Audio Transcription

---

Page 37

1    REPRESENTATIVE GRIFFIN: Representative
2 Murray.
3    REPRESENTATIVE MURRAY: No.
4    REPRESENTATIVE GRIFFIN: Representative Ebel
5 is absent.
6    Representative Telerski.
7    REPRESENTATIVE TELERSKI: No.
8    REPRESENTATIVE GRIFFIN: Representative
9 Hakken-Phillips.
10    REPRESENTATIVE HAKKEN-PHILLIPS: No.
11    REPRESENTATIVE GRIFFIN: Representative
12 Stringham.
13    REPRESENTATIVE STRINGHAM: No.
14    REPRESENTATIVE GRIFFIN: Representative
15 Preece.
16    REPRESENTATIVE PREECE: No.
17    REPRESENTATIVE GRIFFIN: Representative Rung.
18    REPRESENTATIVE RUNG: No.
19    REPRESENTATIVE GRIFFIN: Representative Muns.
20    REPRESENTATIVE MUNS: No.
21    REPRESENTATIVE GRIFFIN: Representative
22 Kelly.
23    REPRESENTATIVE KELLY: No.
24    REPRESENTATIVE GRIFFIN: Chair Weyler.
25    CHAIRMAN WEYLER: Yes.

---

Page 38

1    REPRESENTATIVE GRIFFIN: The vote is --
2 three, six, ten. The vote is 14 to 10.
3    CHAIRMAN WEYLER: 14 to 10, the motion to
4 reconsider is adopted.
5    REPRESENTATIVE EDWARDS: Mr. Chairman,
6 I'll move to adopt Amendment 1467h to House Bill 2.
7    CHAIRMAN WEYLER: The motion before us is to
8 adopt Amendment 1467h to House Bill 2. Is there a
9 second?
10    REPRESENTATIVE SWEENEY: Second.
11    CHAIRMAN WEYLER: Who is the second?
12    MS. CLAYMAN: Sweeney.
13    CHAIRMAN WEYLER: Sweeney. Further
14 discussion?
15    Yes. I see Rung first, and then Hakken-
16 Phillips
17    REPRESENTATIVE RUNG: Thank you, Mr. Chair.
18    I find it pretty hypocritical that when I
19 questioned Representative Edwards about the
20 Amendment 1277h in -- that was in the HB 2 changes in
21 Division 3, where it talks about treating people
22 with equal dignity and respect, and he responded, isn't
23 this something we should expect of everyone? And yet,
24 he moves to reconsider a vote that was taken today,
25 which I find is just very disrespectful and undignified

---

Page 39

1 of a member of this committee. Thank you.
2    CHAIRMAN WEYLER: I get your question. Okay.
3 What was your question?
4    REPRESENTATIVE GRIFFIN: The question is, who
5 made the motion and seconded?
6    CHAIRMAN WEYLER: I did.
7    REPRESENTATIVE GRIFFIN: Weyler.
8    CHAIRMAN WEYLER: And Sweeney second.
9    All right. Representative Hakken-Phillips.
10    REPRESENTATIVE HAKKEN-PHILLIPS: Thank you,
11 Mr. Chair.
12    I would just like to make record a note for
13 the record that nothing has changed in this room from
14 earlier today, except the exact number of people in the
15 room. It's a sad day for New Hampshire when the
16 majority wants to play procedural games to pass policy
17 through the back of the budget through this maneuver
18 after one member has left the meeting. A vote today
19 for this amendment will go down in history.
20    Be ready for the consequences because they
21 are coming. It will be expensive, and you will be
22 forever tied to this policy. Best of luck to you.
23    REPRESENTATIVE EDWARDS: Mr. Chair, that
24 wasn't a threat, was it? I mean, in this era of doxing
25 and burning Teslas, that wasn't a threat, was it?

---

Page 40

1    I'd like the member to clarify that she's not
2 intending to threaten anyone.
3    REPRESENTATIVE HAKKEN-PHILLIPS: I never made
4 a threatening statement. I just wished you the best of
5 luck, so I stand by that.
6    CHAIRMAN WEYLER: Representative Telerski.
7    REPRESENTATIVE TELERSKI: Thank you very
8 much. I just wanted to go back to the original debate
9 which we already had on this when we talked about other
10 group characteristics, and I fear that in addition to
11 persons with disabilities, this could also apply to
12 veterans.
13    There are different programs that prioritize
14 veterans and veteran spouses in certain programs in job
15 selection. We talked about recently the North -- just
16 now North Country hiring things for spouses of other
17 people, and so I would have concerns that veterans
18 could be hit very hard with this, and they would not be
19 able to benefit from certain programs that assist them
20 as they serve our country and move into the State of
21 New Hampshire. So I wanted to make sure that I made
22 that point. Thank you.
23    CHAIRMAN WEYLER: As a 30-year veteran and a
24 member of seven different veterans groups, this will
25 help them. That's what I believe. Thank you.

---

10  (Pages 37 to 40)

4/1/2025        House Finance Committee Discussion of Amendment 1467h to HB2 Audio Transcription

Page 41

1    Clerk will call the roll on the motion
2 to pass the amendment, 1470 --
3        REPRESENTATIVE MCGUIRE:  67 -- 1467.
4        CHAIRMAN WEYLER:  1467.
5        REPRESENTATIVE GRIFFIN:  Representative
6 McGuire.
7        REPRESENTATIVE MCGUIRE:  Yes.
8        REPRESENTATIVE GRIFFIN:  Representative Erf.
9        REPRESENTATIVE ERF:  Yes.
10        REPRESENTATIVE GRIFFIN:  Representative
11 Mooney.
12        REPRESENTATIVE MOONEY:  Yes.
13        REPRESENTATIVE GRIFFIN:  Representative
14 Edwards.
15        REPRESENTATIVE EDWARDS:  Yes.
16        REPRESENTATIVE GRIFFIN:  The clerk votes yes.
17 Representative Bean.
18        REPRESENTATIVE BEAN:  Yes.
19        REPRESENTATIVE GRIFFIN:  Representative
20 Cambrils.
21        REPRESENTATIVE CAMBRILS:  Yes.
22        Representative Popovici-Muller.
23        REPRESENTATIVE POPOVICI-MULLER:  Yes.
24        REPRESENTATIVE GRIFFIN:  Representative
25 Sweeney.

Page 42

1        REPRESENTATIVE SWEENEY:  Yes.
2        REPRESENTATIVE GRIFFIN:  Representative
3 Daniels.
4        REPRESENTATIVE DANIELS:  Yes.
5        REPRESENTATIVE GRIFFIN:  Representative
6 Seaworth.
7        REPRESENTATIVE SEAWORTH:  Yes.
8        REPRESENTATIVE GRIFFIN:  Representative
9 DeRoy.
10        REPRESENTATIVE DEROY:  Yes.
11        REPRESENTATIVE GRIFFIN:  Representative
12 Nalevanko.
13        REPRESENTATIVE NALEVANKO:  Yes.
14        REPRESENTATIVE GRIFFIN:  Representative
15 Wallner.
16        REPRESENTATIVE WALLNER:  No.
17        REPRESENTATIVE GRIFFIN:  Representative
18 Leishman.
19        REPRESENTATIVE LEISHMAN:  No.
20        REPRESENTATIVE GRIFFIN:  Representative
21 Murray.
22        REPRESENTATIVE MURRAY:  No.
23        REPRESENTATIVE GRIFFIN:  Ebel is absent.
24 Representative Telerski.
25        REPRESENTATIVE TELERSKI:  No.

Page 43

1        REPRESENTATIVE GRIFFIN:  Representative
2 Hakken-Phillips.
3        REPRESENTATIVE HAKKEN-PHILLIPS:  No.
4        REPRESENTATIVE GRIFFIN:  Representative
5 Stringham.
6        REPRESENTATIVE STRINGHAM:  No.
7        REPRESENTATIVE GRIFFIN:  Representative
8 Preece.
9        REPRESENTATIVE PREECE:  No.
10        REPRESENTATIVE GRIFFIN:  Representative Rung.
11        REPRESENTATIVE RUNG:  No.
12        REPRESENTATIVE GRIFFIN:  Representative Muns.
13        REPRESENTATIVE MUNS:  No.
14        REPRESENTATIVE GRIFFIN:  Representative
15 Kelly.
16        REPRESENTATIVE KELLY:  No.
17        REPRESENTATIVE GRIFFIN:  Chair Weyler.
18        CHAIRMAN WEYLER:  Yes.
19        REPRESENTATIVE GRIFFIN:  The vote is 14 to
20 10.
21        CHAIRMAN WEYLER:  Amendment is adopted.
22        Okay.  Mr. Ripple.
23    (Recording ends)
24        * * * * *
25

Page 44

1        C E R T I F I C A T I O N
2
3        I, Alicia Jarrett, transcriber, hereby
4 certify that the foregoing is a correct transcript from
5 the recording provided.
6
7
8
9  _____
10 ALICIA JARRETT, AAERT NO. 428    DATE: July 7, 2025
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**A**

**AAERT** 44:10
**ability** 6:22
  18:22 19:13
**able** 5:9 7:6
  40:19
**abortion** 14:5
**absent** 37:5
  42:23
**academic** 4:4
**accept** 26:23
**access** 22:24
**accessibility**
  11:14,15
**accessible** 22:23
**accidents** 21:1
**accommodati...**
  6:11,14
**achieve** 21:12
  24:1
**achieving** 2:18
  11:13,16,20
**acquire** 9:21
**Act** 6:10 8:15
**action** 10:15
  15:4,6 23:21
**activities** 4:2
**addition** 40:10
**address** 19:9
  24:5
**addressed** 24:10
**adds** 25:6
**adopt** 16:21,21
  26:20,24 28:8
  38:6,8
**adopted** 2:24
  28:2 31:5 38:4
  43:21
**adopting** 26:22
  27:23
**advantage** 25:4
**affect** 6:22 18:19
  18:22
**affirmative** 15:4
  15:6 23:21
**aftermath** 15:10
**agencies** 3:25

12:2 28:2
**agency** 13:18
  21:4
**ago** 27:4,5
**agree** 7:10 27:21
**ahead** 8:8 14:10
**airline** 20:22
**Alicia** 44:3,10
**allocating** 19:21
**amend** 7:10
**amended** 34:18
**amendment**
  1:13 2:6,11,20
  3:4,23 4:6 5:4
  5:5,9 22:12,17
  22:19,21 23:5
  25:5 26:16,20
  26:22 28:8
  31:17,25 34:18
  34:24 35:4,9
  38:6,8,20
  39:19 41:2
  43:21
**amendments**
  17:16
**America** 24:13
**American** 23:19
**Americans** 6:10
  8:15 24:2
**ammunition**
  25:7
**ample** 17:15
**answer** 21:16
**anybody** 12:24
  18:19 22:6
**anyway** 18:13
**apologize** 27:11
**apply** 40:11
**appropriate**
  16:22 18:4
  28:3 32:1
**appropriation**
  7:19
**approved** 19:17
  19:19
**April** 1:14
**area** 21:25

**argue** 10:11
  12:20
**arguing** 17:24
**array** 17:1
**assessment**
  12:25
**assessments**
  12:25
**assign** 15:20
**assist** 40:19
**associated** 23:6
**attempt** 15:4
**attorney** 7:25
**attorneys** 10:10
**audio** 1:15 3:22
**authorize** 33:12
  33:19
**available** 32:2
**aware** 20:3,5
**awful** 13:12

**B**

**B** 8:10
**back** 3:17,17
  7:16 8:4 9:6
  15:21 19:15
  27:4 33:3,10
  39:17 40:8
**bad** 7:25
**based** 2:16 6:2
  11:18 21:22
**basically** 20:11
  21:13
**Bean** 28:21,22
  35:22,23 41:17
  41:18
**begins** 2:1
**belief** 25:7
**believe** 14:6,15
  21:15 22:12
  40:25
**benefit** 40:19
**best** 19:3 39:22
  40:4
**bet** 6:20
**better** 8:25
  15:18 24:14

**bias** 12:23
**big** 14:8
**bill** 2:6 7:2,20
  13:4 16:19,20
  17:13 18:18,21
  18:24 19:13,14
  19:19 24:11
  25:22,24 26:14
  26:25 31:9,12
  31:21 32:2
  34:17,20 38:6
  38:8
**bills** 19:2
**bit** 7:14 13:25
  15:1
**body** 14:14
  17:20
**born** 9:19,20
**brakes** 8:20 23:4
**breach** 7:11,13
**break** 3:22 33:7
**brief** 6:16
**bring** 8:12 19:14
  25:5 33:9
**brought** 14:2
  17:23,25 25:9
**bucking** 26:6
**budget** 4:6,18
  10:16 14:1,2
  16:19,23 18:17
  18:24 19:6,11
  19:11 25:11,13
  26:9,11 32:5
  32:12 39:17
**budgets** 26:1
**buildings** 6:11
  11:15
**burning** 39:25
**business** 6:21,23
  17:14 20:13,16
  20:16,20

**C**

**C** 44:1,1
**call** 28:7 34:5,10
  35:8 41:1
**calling** 15:19

**Cambrils** 28:24
  28:25 35:25
  36:1 41:20,21
**cases** 8:12 20:6
  20:11
**caucus** 3:20
  32:17,24 33:10
**causes** 15:2
**certain** 40:14,19
**certainly** 4:25
**certify** 44:4
**Chair** 3:14 5:16
  9:9 10:7 14:24
  16:9,11 18:16
  22:9 24:16
  25:21 30:25
  31:6 32:17
  33:25 34:13
  37:24 38:17
  39:11,23 43:17
**Chairman** 2:3
  3:7,9,13,18,20
  4:11,16,21
  5:13 9:10,12
  10:4,19 11:7
  11:10 12:6
  13:8,17,22
  14:15 16:10
  17:3,19 19:24
  20:2,22 21:15
  22:5 23:10
  24:15,17 25:12
  26:8,23 27:8
  27:11,13,19,24
  31:1,5,15,19
  32:4,10,13,19
  32:23 33:8,14
  33:17,19,22
  34:5,8,10,14
  34:16 21,24
  35:3,7 37:25
  38:3,5,7,11,13
  39:2,6,8 40:6
  40:23 41:4
  43:18,21
**challenges** 5:6
  5:10

**changed** 12:4
  39:13
**changes** 2:10 3:4
  4:15,22 5:5
  38:20
**character** 15:23
  22:1
**characteristic**
  9:17,17,23,24
  15:20
**characteristics**
  2:17 6:4,5 8:16
  9:13,19 10:1
  10:22,24 11:1
  11:13,19 23:16
  40:10
**cite** 21:24
**clarification**
  27:11
**clarify** 40:1
**clarity** 12:12
  13:6
**class** 15:14
**classes** 8:15,16
**classifies** 2:16
**classifying** 6:2
**classroom** 15:13
**clauses** 19:6
**CLAYMAN**
  3:11 38:12
**clear** 19:5
**clearly** 4:7 7:23
**clerk** 28:7,20
  34:5,10 35:7
  35:21 41:1,16
**colleague** 12:13
  24:3 27:22
**colleague's** 10:9
**colleagues** 16:13
  24:20 25:23
**college** 27:25
**color** 21:19 22:2
**come** 3:17 12:5
  17:1 24:1 27:5
  27:6,16 31:18
  33:2,10
**coming** 14:1

18:8,10 20:13
  21:3 39:21
**comment** 31:14
**comments** 13:22
  16:12 24:20
**commissions**
  3:25
**committed**
  15:12
**committee** 1:12
  5:23 8:19 9:1,3
  9:5,7 10:18
  14:10 16:25
  17:15 23:4
  25:5 27:6,17
  31:7,10,24
  32:2 39:1
**committees** 26:2
**community** 6:17
  6:19,21 14:13
  23:8 27:25
**competition**
  21:22
**concepts** 8:10
  25:9
**concern** 6:1 15:2
  16:6 17:9,12
**concerned** 20:23
  25:3
**concerns** 5:19
  5:22 40:17
**conduct** 6:23
  7:18
**confidence**
  14:14
**conflict** 8:21,22
**consequences**
  39:20
**construction**
  5:19 21:7
**content** 15:23
  22:1
**context** 11:12
  25:10
**continue** 24:14
**contract** 2:21,23
  7:13 11:25

12:1
**contracting** 7:2
  7:7 18:5
**contractors** 18:1
  18:2 28:1
**contracts** 2:22
  7:4,6,8 11:23
  12:2,5 13:15
  19:7
**controller** 21:1
**controversial**
  24:21
**conversations**
  5:4
**copy** 2:9
**correct** 27:16
  32:14 44:4
**cost** 10:13
**country** 23:12
  23:14,15 25:3
  40:16,20
**course** 10:15
  17:13
**court** 8:7,17
  20:11 23:3
**covered** 6:9
  22:13
**create** 24:9
**creating** 8:17
**creed** 23:16
**Critical** 12:25
**culture** 16:1,13
**current** 6:14
  12:3
**Currently** 6:8
**curriculum**
  15:13,16

————————————
**D**
**D.C** 1:24
**Daniels** 3:8,10
  3:22 4:25 29:8
  29:9 36:9,10
  42:3,4
**date** 34:16 44:10
**day** 14:11 17:18
  22:24 39:15

**deal** 28:1
**dealing** 3:23
**debate** 40:8
**decide** 7:7
**decision** 4:14 5:3
**decisions** 14:2,9
**defend** 8:7,9
  23:3
**defer** 26:17
**defined** 4:4
  12:24
**definitely** 7:20
  8:21,22
**definition** 2:12
  3:2 5:24 12:12
**definitive** 5:2
**DEI** 2:14 3:2
  12:6,24,25
  14:17 15:2,3,5
  15:10,12 17:20
  19:15 20:4
  21:3,8 23:21
  27:4
**DEI-related** 4:2
**Democrats** 3:16
  33:3
**demographic**
  2:18 11:14,16
  11:20 12:19,20
  12:22 15:19
  16:3,4 21:12
**denied** 24:7
**department** 3:25
  12:1
**departments**
  20:5,8
**DeRoy** 27:2,3,9
  29:14,15 36:15
  36:16 42:9,10
**deserve** 8:25
**desires** 19:22
**determine** 10:12
**DI** 12:24
**different** 9:14
  17:23 40:13,24
**differently** 10:3
**DIGITAL** 1:23

**dignity** 38:22
**disabilities** 6:7
  6:10 8:15 9:20
  9:22 22:13,14
  22:18,20,22
  40:11
**disability** 6:19
  9:16 12:22
  23:7
**discovered** 19:5
**discrimination**
  23:7
**discuss** 24:24
**discussed** 16:7
  25:6
**discussion** 1:12
  3:10 10:19
  13:8 14:12
  16:25 17:15
  19:24 24:22
  25:8 27:1 28:5
  31:11 38:14
**dispose** 26:25
**disrespectful**
  38:25
**disrupt** 8:23
**distinction** 9:24
**distributed** 2:9
**districts** 7:21
**diverse** 20:17
**diversity** 2:7,12
  2:13 5:25
  20:18 34:3
**division** 5:22
  24:3 32:6,8
  38:21
**divisions** 26:10
  32:13
**divisive** 8:10
  25:9
**document** 5:18
  6:25
**doing** 15:14
  23:23
**dollars** 4:8 11:21
**doxing** 39:24
**draft** 5:9 7:25

**drafters** 6:6
**drafting** 5:18
**due** 2:25 17:10

**E**

**E** 44:1
**earlier** 39:14
**Ebel** 24:16,17,18
  30:3,4 37:4
  42:23
**echo** 17:5 24:20
**economic** 20:12
**education** 4:5
  14:6 22:18
**Edwards** 2:2
  14:22,23 21:11
  21:17 25:19,20
  26:15,17 28:18
  28:19 31:6
  32:8,11 33:21
  33:23,24 35:1
  35:5,19,20
  38:5,19 39:23
  41:14,15
**effect** 7:8 14:20
**effective** 21:4
**effects** 21:5,6
**effort** 5:18
**either** 26:12
**election** 14:16
  16:15 18:7
**elevate** 23:18
  24:8
**eligible** 22:20
**embraced** 15:8
**encourage** 8:19
  9:1,5 23:4
**ends** 43:23
**enforceable** 7:9
**ensure** 15:5
**enter** 11:24
**entities** 3:24
  18:19
**entitlement**
  22:23
**environment**
  20:15

**equal** 15:7 22:24
  23:20 38:22
**equality** 16:2
  20:19 22:4
**equally** 2:19
**equity** 2:7,13,14
  5:25 34:4
**era** 39:24
**Erf** 28:12,13
  35:13,14 41:8
  41:9
**especially** 18:6
**ethnicity** 2:17
  6:3 9:16,18
  11:12,19
**everybody** 2:9
  12:8 23:15,18
**everybody's**
  14:20
**everything's**
  24:19
**EVIDENCE**
  1:23
**exact** 39:14
**example** 10:8,9
  15:11,14
**examples** 10:25
  12:7 27:25
**exclude** 8:14,18
**excluded** 6:19
**excluding** 22:17
  22:19,22
**exclusion** 23:23
**executive** 2:25
  3:3
**Exhibit** 8:10,10
**exist** 19:7
**existing** 2:22 7:3
  7:6
**expect** 38:23
**expended** 4:2
**expensive** 8:9,13
  8:19 39:21
**explanation** 4:17
**exposure** 7:14
  16:17
**extends** 4:3

**extreme** 25:3

**F**

**F** 44:1
**FAA** 20:24,25
  21:4
**factors** 15:15
**fails** 31:3
**fair** 25:8
**fairly** 12:7
**familiar** 14:21
**favor** 31:12
**fear** 40:10
**federal** 6:8 8:22
  8:23 18:7,11
**feds** 18:9
**feel** 7:25 9:5
  19:15 23:22,24
**feeling** 24:6
**feels** 23:18
**fellow** 20:10
**file** 19:14 31:18
  31:20
**filing** 31:20
**fill** 16:24
**finally** 25:17
**Finance** 1:12
**find** 16:3 33:10
  38:18,25
**finish** 27:23
  32:15
**fired** 20:25
**first** 9:8 18:17
  19:17 21:16
  38:15
**fiscal** 5:21 7:20
  16:16 19:1,2,4
  20:9,11
**fiscally** 8:24
  10:15
**five** 3:17 27:4
  32:25
**fix** 5:9
**fixed** 19:11
**Fixing** 19:10
**flashback** 13:25
**fleshed-** 18:25

**folks** 6:8
**follow** 11:4
**follow-up** 21:10
**follows** 23:6
**foregoing** 44:4
**forever** 19:2
  39:22
**form** 12:4
**formal** 19:13
**former** 20:22
**forward** 2:23
  11:22 13:5
  25:10
**forward-looki...**
  11:24
**found** 18:2
  19:10
**four** 13:3 14:4
  27:4
**freedom** 7:7
**friction** 23:24
**full** 17:14,15
  26:4
**fully** 18:25 24:24
  25:6
**fund** 11:22 28:3
**funding** 8:24
**funds** 4:1,2,6,17
  18:18,20 19:21
  20:4
**further** 3:10
  4:20 7:15
  10:19 13:8,22
  19:24 21:9
  24:15 27:1
  28:5 32:4
  38:13
**furthermore**
  6:20
**future** 5:20 7:3

**G**

**gamble** 10:13
**games** 39:16
**gap** 10:17
**germane** 4:13,15
  4:18,24 28:4

**germaneness** 5:3
**give** 2:10 10:25
  16:5 17:9
  34:12,13
**given** 6:10,14
  17:11,11 22:14
**go** 8:4,17 9:6
  14:10 16:22
  25:13 32:25
  39:19 40:8
**goal** 23:17
**goals** 23:20
**God** 13:1
**going** 2:21,23
  4:8 7:11,13
  8:17,17,18,23
  10:14 11:5,5
  11:21 13:5
  14:10,13 16:24
  18:8 21:8
  22:25 24:25
  25:17
**good** 5:17 10:10
  14:19 19:20
  21:4 26:9
**governed** 14:18
**government**
  18:7 20:7
**governmental**
  16:5
**governor** 19:20
  25:14
**great** 23:14
  24:13,13
**greatest** 23:12
  23:12
**green** 34:23
**GRIFFIN** 28:9
  28:12,14,17,20
  28:23 29:1,4,7
  29:10,13,16,19
  29:22,25 30:3
  30:5,8,12,15
  30:18,20,22,25
  33:21 34:12,15
  35:10,13,15,18
  35:21,24 36:2

36:5,8,11,14
36:17,20,23
37:1,4,8,11,14
37:17,19,21,24
38:1 39:4,7
41:5,8,10,13
41:16,19,24
42:2,5,8,11,14
42:17,20,23
43:1,4,7,10,12
43:14,17,19
**group** 1:23 2:17
6:3,4 8:16 9:13
9:14,17,23
10:22,23,25
11:12,19 15:20
40:10
**grouped** 22:15
**groups** 10:1
40:24
**guess** 17:12
26:15
**guessing** 6:17

**H**
**Hakken-** 5:13
10:4 38:15
**Hakken-Phillips**
5:8,15 10:6
16:17 22:7,8
30:9,10 37:9
37:10 39:9,10
40:3 43:2,3
**half** 32:12
**Hampshire** 3:24
7:5,12 8:5
10:13 15:11
20:14,17,20
22:16 23:2
39:15 40:21
**hands** 31:9
**happen** 22:25
25:17
**happened** 15:9
**happening** 15:24
20:23
**happens** 10:10

**hard** 40:18
**HB** 4:8,9 16:22
26:1,22 34:2
34:25 38:20
**HB2** 1:13
**health** 15:18
**heard** 14:4,21
16:7,15 25:25
25:25
**hearing** 9:2 14:3
17:14 24:23
26:4 31:24
32:1,3
**heavily** 14:16
**held** 6:24
**help** 40:25
**higher** 4:5
**highlight** 12:17
**hired** 21:20
**hiring** 40:16
**history** 8:4 12:6
23:13 39:19
**hit** 40:18
**hole** 16:24
**hook** 7:13
**hope** 32:24
**Hotel** 34:2
**House** 1:12 2:6
19:22 25:16
27:7 34:19
38:6,8
**hypocritical**
38:18

**I**
**idea** 10:23 19:20
**identified** 20:10
**IEP** 6:13
**imbalance** 25:4
**impact** 5:21 7:20
16:16 19:4
**impacts** 20:7,9
20:11,13
**implementing**
15:12
**implicit** 12:23
**improvement**

12:14
**include** 6:7
**included** 10:22
**includes** 11:6
**inclusion** 2:7,13
2:14 6:1 20:19
34:4
**indication** 7:3
**indiscernible**
35:6
**individual** 9:17
9:23 15:21
21:18
**individuality**
21:23
**individuals** 2:16
2:19 6:2
**influence** 17:22
**influenced** 14:16
**information**
7:22
**initiative** 2:15
11:6 24:8
**initiatives** 11:18
**input** 14:8,12
**instantly** 33:1
**institution** 4:4,5
**intending** 40:2
**interestingly**
21:7
**interpretation**
3:1
**interpretations**
10:11
**interrupting**
27:12
**introduced**
17:13,17
**irrespective**
21:18
**issues** 6:9
**items** 32:14,20
33:7

**J**
**jam** 14:10
**Jarrett** 44:3,10

**job** 7:24 40:14
**jobs** 21:22
**judge** 10:12
**judged** 15:22
**judging** 22:1
**judgment** 19:3
**July** 44:10
**Justice** 12:1

**K**
**keep** 32:19,24
**Kelly** 30:23,24
37:22,23 43:15
43:16
**kind** 13:4 16:25
23:7
**King** 15:9 21:24
**know** 3:15 4:12
5:20 7:6,23 9:4
10:1 12:10,13
12:15,16,17,18
12:24 13:2
14:25 15:14,17
15:17 16:14
19:1,14 20:9
20:12,15 22:15
23:21 26:9
28:1 31:6
33:14,17,18
**known** 8:8 34:3

**L**
**lack** 12:12
**language** 5:19
8:2 11:23 18:2
20:8 22:11,13
23:1
**late** 26:11
**lately** 21:2
**latest** 15:6
**laudable** 23:17
24:1
**law** 2:19 6:8,14
8:22,23 22:4
23:3
**LBA** 33:19
**learn** 6:15
**learning** 6:12

**leave** 16:24
**leaves** 7:4 8:2
19:13
**left** 39:18
**legal** 5:6
**legislation** 8:6
**legislative** 17:20
**legislators** 8:25
**legislature** 19:19
**Leishman** 29:23
29:24 36:24,25
42:18,19
**lexicon** 13:2
**liability** 5:20 7:5
7:14 16:17
**library's** 21:7
**life** 21:20
**lifetime** 9:22
**Line** 4:18 5:25
**lines** 4:7 7:1,15
**list** 12:2 13:11
13:15
**listening** 16:12
**literally** 14:11
17:17
**litigate** 8:12
**litigation** 8:13
10:10 23:5
**little** 5:17 10:3
13:25 15:1
22:25 26:11
**live** 23:11
**lives** 23:15
**long** 27:5
**longer** 3:2 27:22
**look** 6:25 7:15
15:10 21:1
27:24
**looked** 8:6
**looking** 5:24
**looks** 7:12,16,18
**lose** 14:13 18:11
**lost** 20:3
**lot** 13:12 16:13
17:22,22 18:2
18:12 23:20
**LSR** 19:8 31:17

4/1/2025        House Finance Committee Discussion of Amendment 1467h to HB2 Audio Transcription

**LSRs** 31:18
**luck** 39:22 40:5
**Luther** 15:9
21:24

**M**

**M** 1:24
**machine** 22:23
**maintain** 16:2
**major** 21:25
**majority** 15:3
39:16
**makeup** 20:17
**male** 20:25
21:13
**mandate** 7:19
**maneuver** 39:17
**mark** 4:7
**marketplace**
6:23
**marks** 12:16
**Martin** 15:8
21:24
**matter** 24:21
**McGuire** 3:12
9:10,11 10:25
11:2 28:10,11
31:3,22,23
33:9 34:7,19
34:22 35:11,12
41:3,6,7
**mean** 2:14 9:14
10:1 12:15,17
12:19,22 13:19
17:7 39:24
**means** 9:15 12:8
**meeting** 39:18
**member** 39:1,18
40:1,24
**members** 6:17
6:21 18:1
**mention** 17:19
**mentioned** 20:4
**merit** 14:19
21:18,23
**met** 15:5
**million** 8:11

10:14,17 16:24
**minute** 25:6
34:13
**minutes** 3:16,17
32:25
**misunderstood**
13:1
**mobility** 6:9
**moment** 5:23
**money** 18:9,12
19:18 20:3
**months** 19:14
**Mooney** 28:15
28:16 35:16,17
41:11,12
**motion** 26:13,19
26:23 28:7
31:3,5 34:11
34:15 35:8
38:3,7 39:5
41:1
**motivate** 22:4
**motivation**
21:25 25:22
**move** 3:5,6 13:5
26:24 27:1
34:2 38:6
40:20
**moved** 4:24 22:2
**moves** 38:24
**Muller** 27:20
**Muns** 12:9,10
17:3,5 30:20
30:21 37:19,20
43:12,13
**Murray** 10:20
10:21 11:4
13:9,10,19
30:1,2 37:2,3
42:21,22

**N**

**N** 44:1
**Nalevanko**
26:21 29:17,18
36:18,19 42:12
42:13

**name** 23:6
**national** 11:3
**nationality** 10:2
11:3,6
**naturally** 23:25
**need** 12:3 23:8
**needed** 3:2
**needs** 9:4 13:6
19:11
**neighborhoods**
15:18
**never** 5:1 17:20
17:23,24 19:17
40:3
**new** 3:24 5:24
7:5,12 8:5
10:13 15:10
16:3 20:14,17
20:20 22:16
23:2 39:15
40:21
**nongermane**
31:24,25
**normal** 17:13
**normally** 8:14
26:10
**North** 40:15,16
**note** 19:1,2
39:12
**notice** 14:12
**number** 2:8
12:11 13:15
14:1 39:14
**NW** 1:24

**O**

**O** 44:1
**Obama** 21:7
**objections** 12:11
**objective** 24:2
**obviously** 3:23
24:21,21 32:22
**offended** 20:6
**offices** 3:25
**official** 27:15
31:7
**Oh** 13:1 33:13

**okay** 4:19 27:9
32:4 33:13,22
34:5,21 35:5,7
35:10 39:2
43:22
**ongoing** 5:4
**online** 20:24
**open** 7:4 8:3
**opinion** 17:2
**opinions** 16:14
**opportunities**
25:8 31:18
**opportunity**
15:8 17:16
18:25 19:8
23:20 24:2,7,9
**order** 3:3 5:10
22:23
**orders** 2:25
**organizations**
14:18
**origin** 11:3
**original** 40:8
**ought** 16:8 31:9
**outcome** 10:12
12:19,20,22
21:13,17
**outcomes** 2:18
11:14,16,20
15:18 21:12
**outline** 5:22
**outside** 20:20
**overlooked** 32:7
**overview** 2:10
**owned** 17:22

**P**

**parking** 22:20
**part** 15:25 16:19
20:16 23:18
**parties** 7:7,10
**partisanship**
25:3
**parts** 5:8
**party's** 7:11
**pass** 2:5 22:12
26:6 39:16

41:2
**passed** 3:6 8:5
25:15
**people** 6:7 8:14
8:18 9:20,21
16:14,21 17:21
19:12 20:6,24
21:20 22:1,12
22:14,20,22
23:22 24:6
25:1,2,2 38:21
39:14 40:17
**perception** 15:2
**perceptions**
16:14
**percolating**
15:25
**period** 25:10
31:20
**permits** 22:21
**persons** 40:11
**pertain** 11:1
**Phillips** 5:14
10:5 38:16
**pilot** 20:22
**place** 9:8 13:13
14:17 18:3
19:17 21:2
27:4
**places** 6:15 21:6
**plan** 24:12,12
**play** 39:16
**please** 32:17,18
**plenty** 8:1
**point** 12:18 14:7
23:22 26:8
40:22
**pointed** 12:13
**pointing** 5:8
**policies** 11:17
**policy** 2:15 8:8
9:3,6 14:2
16:20,25 19:15
19:21 26:2,3
27:15,17,23
28:2 31:10
39:16,22

political 7:21
   13:2 16:3,4
politicians 25:1
Popovici 17:4
   18:14
Popovici- 27:19
Popovici-Muller
   18:15 27:21
   29:2,3 32:16
   32:21 36:3,4
   41:22,23
population
   12:21 17:8
position 8:8
possibly 23:3
potential 5:20
predominant
   21:19
Preece 19:25
   20:1 21:9,10
   30:16,17 37:15
   37:16 43:8,9
prefer 25:24
preferences 16:5
prepared 2:4
   23:3
prerogative
   32:22
presenting 16:18
president 3:1
   14:16
pretty 6:5 19:5
   31:8 38:18
prevail 31:12
prevailing 34:1
previous 5:3
   9:15 10:9
   14:18 26:1
principles 15:12
   16:2
print 22:22
prioritize 40:13
private 18:19,20
proactively 15:5
probably 6:18
   13:1
problem 24:5

problematic 8:9
problems 24:12
   25:1
procedural
   39:16
process 9:7
   18:17 19:6,8
   19:11,12 26:2
   31:13
program 2:15
   14:6 15:6
programs 6:13
   11:17 18:20
   40:13,14,19
Prohibition 34:3
promoted 21:20
proper 14:3,12
   14:12 26:4
   31:11
properly 17:23
   17:25
proposal 26:25
protected 8:14
proud 20:18
provided 44:5
provisions 2:24
   7:2
public 3:24 4:3,6
   6:10,11,15,15
   6:23 7:17,21
   8:18 9:2 11:14
   11:15 13:13
   14:3,8 17:14
   19:7 31:11,25
pulling 7:22
pump 8:19 23:4
purpose 2:18
   11:13,16,20,25
pushback 23:25
pushed 17:21
put 2:12 5:18
   14:5,6 15:21
   26:11 27:4
putting 3:1
   15:16
   _____
   Q
   _____

question 4:11,20
   6:6,16 10:17
   12:16 13:11
   21:11 24:5
   33:2 39:2,3,4
questioned
   38:19
questions 4:12
   8:1 15:15
quick 33:2,14
quickly 3:16
quite 7:14 31:23
quotas 15:5
quote 6:3
   _____
   R
   _____

R 44:1
race 2:16 6:2
   9:15,18 11:12
   11:18 12:25
   23:16
reach 23:17 24:3
reaction 14:17
   18:6
read 2:13 9:13
   10:2
ready 28:5 39:20
real 26:7
really 11:5,17
   16:7,8 17:23
   23:8 25:2
reason 21:19
reasons 23:13
   24:25 25:2
   26:5
rebranding 15:6
receiving 22:18
recess 3:20,21
recognize 7:24
   33:23
recognizing
   22:10
recommend
   31:8
reconsider 34:2
   35:9 38:4,24
reconsideration

34:6,11 35:8
record 2:8 34:15
   39:12,13
recording 2:1
   43:23 44:5
reference 2:25
   3:3
refers 4:17
reflection 18:10
regarding 2:7
regardless 23:15
regards 11:23
relocating 20:20
remain 5:21
remarks 10:9
remember 9:1
remind 25:12
removed 2:24
renew 11:25
renewed 2:23
   12:3
repeated 7:1,16
Representative
   2:2 3:8,9,11,12
   3:13,14,19,22
   4:10,19,22,23
   4:25 5:7,12,13
   5:15 9:10,11
   10:4,6,20,21
   10:24 11:2,4,8
   11:9 12:9,10
   12:18 13:9,10
   13:19,23,24
   14:22,23 16:10
   16:11,16 17:3
   17:4,5,6,7,17
   18:14,15 19:25
   20:1 21:9,10
   21:11,17 22:5
   22:7,8 23:10
   23:11 24:16,17
   24:18 25:19,20
   26:15,17,18,19
   26:21 27:2,3,9
   27:10,13,14,19
   27:21 28:9,9
   28:11,12,12,13

28:14,14,16,17
   28:17,19,20,21
   28:22,23,23,25
   29:1,1,3,4,4,6
   29:7,7,9,10,10
   29:12,13,13,15
   29:16,16,18,19
   29:19,21,22,22
   29:24,25,25
   30:2,3,3,4,5,5
   30:7,8,8,10,12
   30:12,14,15,15
   30:17,18,18,19
   30:20,20,21,22
   30:22,24,25
   31:3,6,15,16
   31:22,23 32:8
   32:11,16,21
   33:5,6,9,13,16
   33:18,21,23,24
   34:7,12,15,19
   34:22 35:1,5
   35:10,11,12,13
   35:13,14,15,15
   35:17,18,18,20
   35:21,22,23,24
   35:24 36:1,2,2
   36:4,5,5,7,8,8
   36:10,11,11,13
   36:14,14,16,17
   36:17,19,20,20
   36:22,23,23,25
   37:1,1,3,4,4,6
   37:7,8,8,10,11
   37:11,13,14,14
   37:16,17,17,18
   37:19,19,20,21
   37:21,23,24
   38:1,5,10,17
   38:19 39:4,7,9
   39:10,23 40:3
   40:6,7 41:3,5,5
   41:7,8,8,9,10
   41:10,12,13,13
   41:15,16,17,18
   41:19,19,21,22
   41:23,24,24

42:1,2,2,4,5,5
42:7,8,8,10,11
42:11,13,14,14
42:16,17,17,19
42:20,20,22,23
42:24,25 43:1
43:1,3,4,4,6,7
43:7,9,10,10
43:11,12,12,13
43:14,14,16,17
43:19
**representatives**
20:10
**Republicans**
32:24,25
requiring 13:16
researching 18:1
respect 17:10
38:22
**Respectfully**
30:11
respond 11:7
responded 38:22
responsible 8:24
10:15
restriction 14:5
restrictive 18:4
retain 9:6 25:24
26:7,9,10,12
26:13
returns 19:16
review 3:16 6:16
12:1 13:14
reviewed 12:3
reviews 7:18
13:12,14,16
rid 2:20
right 3:18 6:13
6:16 7:11
12:13 13:7
18:3 19:15
26:12 32:1,10
32:13 33:20,22
34:14 35:1,7
39:9
**Ripple** 43:22
roll 28:7 34:6,10

35:8 41:1
**room** 6:18 33:1
39:13,15
ruined 21:3
ruled 4:13
run 26:2
**Rung** 16:10,11
17:7 30:18,19
31:15,16 37:17
37:18 38:15,17
43:10,11
running 8:21,22
rush 7:24,24

_____ **S** _____

sad 39:15
saw 3:5 12:15
saying 20:24
says 7:7
**SB** 8:10
scenarios 8:2
school 4:4 6:15
7:17,21 12:21
13:13
schools 4:3 6:12
11:14
**Seaworth** 29:11
29:12 36:12,13
42:6,7
second 3:7,8
34:7,8,9 38:9
38:10,11 39:8
seconded 3:9
26:20 39:5
section 7:17
see 5:17 14:9
16:1 19:12
20:14 38:15
seen 20:24
segment 17:8
selection 40:15
**Senate** 19:22
25:14,16 32:1
sense 15:21
**September**
13:14,20
serious 25:24

seriously 23:4
serve 40:20
settled 15:7
seven 40:24
sex 2:16 6:2 9:16
9:18 11:12,19
23:16
share 17:1
shares 17:22
sheet 34:23
short 12:7 25:10
side 14:25 34:1
signed 19:19
significant 17:9
similar 8:6 9:15
simply 14:7 27:3
six 38:2
skin 15:23 21:19
22:2
skipping 6:25
slighted 24:7
snapshots 22:25
society 22:15
socioeconomic
15:15
solid 31:9
**Sorry** 2:2
sort 15:25
sorts 12:16
**Southern** 15:10
space 8:18
spaces 6:11
speak 5:1 32:6
**Speaker** 4:13
5:1 28:4
**Speaker's** 4:16
special 22:18
spend 18:18,20
spending 19:18
spoken 22:6
spouses 40:14,16
square 19:16
stakeholders
17:1
stand 5:6 7:9
40:5
standard 6:24

start 19:21
23:24
state 2:22 3:24
3:25 4:1,1,5,8
5:21 6:8 7:5,12
8:5,9,23 9:1
10:13 11:11,21
16:18,20,21
18:18,23 20:4
20:6,13 21:14
22:16 23:2
27:15,17,22
28:2 40:20
statement 27:16
33:11,15 40:4
states 15:7 18:8
step 25:13
stops 33:1
story 23:19
**Street** 1:24
**Stringham**
23:10,11 30:13
30:14 37:12,13
43:5,6
strongly 9:5
struggling 17:12
students 22:17
subdivisions
7:21
submit 13:13
substantial 26:3
subterranean
15:25
succeed 21:20
success 23:19
24:2
suddenly 6:24
**Suite** 1:24
supplant 15:4
support 3:23
18:13 26:7
supported 4:5
supposed 9:8
15:22
sure 4:21 8:1
11:21 16:1,6
18:11 40:21

surprise 17:25
surprising 18:6
**Sweeney** 4:23
11:8,9 12:18
26:18,19 29:5
29:6 36:6,7
38:10,12,13
39:8 41:25
42:1

_____ **T** _____

**T** 44:1,1
take 2:5 3:15,15
6:20 9:6 16:3
19:2
taken 14:17
38:24
talent 21:18,23
talk 26:10
talked 40:9,15
talking 8:11
9:25 16:13,23
18:23
talks 38:21
taxpayers 8:25
16:18
teenager 22:3
**Telerski** 13:23
13:24 17:6,17
27:10,13,14
30:6,7 37:6,7
40:6,7 42:24
42:25
tell 25:23
ten 38:2
ten-minute
32:17
term 6:4 13:2
terminate 2:22
termination
2:21
terms 7:8,10
12:12 15:21
19:3 27:15
**Teslas** 39:25
thank 2:2 3:19
4:9,10 5:7,11

5:12,15 9:9,11
  10:6,21 11:9
  12:5,10 13:10
  13:24 14:14,23
  16:9,11 17:2
  18:15 19:23
  20:1,20 22:8
  24:14 25:11,20
  27:9 33:24
  38:17 39:1,10
  40:7,22,25
theory 13:1
thing 18:22
  19:17 27:14
  31:7
things 9:18,25
  10:2 15:16,24
  17:23,24 20:24
  21:3,22 23:21
  25:17,25 40:16
think 4:11 7:4
  7:23,24 9:16
  9:24 10:8 12:6
  12:8 13:17
  14:13,20 15:22
  18:9,10 20:15
  21:5,6 22:3,10
  23:2,8,11,13
  23:17,19 24:4
  24:6,11,18
  25:4,25 26:3,5
  26:12,12 31:11
  31:13 32:19,23
  33:2 35:5
thinking 20:19
thought 25:23
  31:16
threat 39:24,25
threaten 40:2
threatening 40:4
three 22:25 38:2
tied 39:22
time 5:17 8:8
  10:12 12:4
  22:15 23:12
  25:10 32:5
timing 18:24

today 5:10 22:4
  32:15 38:24
  39:14,18
top 17:21 18:10
training 2:15
  12:23
trainings 11:18
transcriber 44:3
transcript 44:4
Transcription
  1:15
treating 2:19
  38:21
trend 26:6
true 31:24
try 16:2 23:18
  23:25
trying 10:16
  11:21
two 7:7 32:14,20
  33:7
types 19:6

        U
unaware 19:9
understand 15:1
  17:7 24:4
  25:22
understands
  12:8
undignified
  38:25
Unfortunately
  19:1
unfunded 7:18
UNIDENTIFI...
  26:14,16 34:9
United 15:7
university 15:11
  27:25
untouched 19:13
updated 2:6,20
use 4:1 19:3 26:1

        V
vague 6:5
vagueness 22:14
valuable 24:22

value 20:19
versus 12:15
veteran 40:14,23
veterans 40:12
  40:14,17,24
vetting 9:3
visit 6:15
vote 22:12,16,19
  22:21,24 23:9
  24:12 26:6,7
  26:21 27:1,7
  28:6 38:1,2,24
  39:18 43:19
voted 17:20 34:1
votes 28:20
  35:21 41:16
voting 22:23,24
voucher 14:6

        W
wait 2:8 31:17
  31:19 33:3
walking 22:20
Wallner 3:11,12
  3:13,14,19
  4:10,19,22
  5:12 29:20,21
  33:5,6,13,16
  33:18 36:21,22
  42:15,16
want 5:1,1,7
  11:11 14:7,8
  14:25 16:21
  17:5 18:11
  20:18 21:12,13
  21:18 22:4
  23:6 27:16
  32:24 33:20
wanted 4:7
  31:20 40:8,21
wants 16:20
  18:19 33:9
  39:16
Washington
  1:24
wasn't 17:13
  39:24,25

way 7:12 9:14
  15:3 16:3,7
  33:1
ways 24:1
we'll 3:17 33:10
we're 2:21 8:11
  8:21,22 9:25
  10:16 13:5
  16:13,18,23
  24:22 33:6
we've 8:5,7 14:4
  32:7
welcome 18:21
went 4:23
Weyler 3:7,9,13
  3:14,18,20
  4:11,16,21
  5:13 9:10 10:4
  10:19 11:7
  12:6 13:8,17
  13:22 14:15
  16:10 17:3,19
  19:24 20:22
  21:15 22:5
  23:10 24:15,17
  25:12 26:8,23
  27:8,13,19,24
  30:25 31:1,5
  31:15,19 32:4
  32:10,13,19,23
  33:8,14,17,19
  33:22 34:5,8
  34:10,14,17,21
  34:24 35:3,7
  37:24,25 38:3
  38:7,11,13
  39:2,6,7,8 40:6
  40:23 41:4
  43:17,18,21
what-if 8:2
white 15:18
  20:25 21:13
willing 6:20
wish 11:7
wished 40:4
withstand 5:10
wondered 4:14

wonderful 10:8
  10:9
word 9:13,14
wording 20:14
words 9:15
  10:11 15:9
  22:2
work 9:4,7
workers 20:17
world 23:12
worried 6:18,22
worth 22:10
  26:3
written 23:1

        X

        Y
yeah 3:5 9:11
  27:18 33:16,16
  33:18 35:2,3
year 10:16
years 13:3 14:4
  14:18 27:4,5
yesterday 3:5
  4:12 5:3,9
  12:11,15
yesterday's 2:11
young 22:3

        Z

        0

        1
1 1:14 4:8 31:1
  32:6
10 5:25 31:1,2
  38:2,3 43:20
11 31:1,2
12 31:1,2,2,4
  33:1
1277h 38:20
13 31:2,2,4
14 38:2,3 43:19
1467 35:2 41:3,4
1467h 1:13 3:6
  26:20 28:8

| | |
|---|---|
| 38:6,8 | **8** 5:25 31:1 |
| **1470** 41:2 | **800** 10:17 16:24 |
| **15-A** 4:18 | **812** 1:24 |
| **1730** 1:24 | |
| **18** 7:1 | **9** |
| | **9** 31:1,2 |
| **2** | |
| **2** 2:6 4:9 16:22 | |
| 26:1,22 31:1 | |
| 32:6 34:2,20 | |
| 34:25 38:6,8 | |
| 38:20 | |
| **20036** 1:24 | |
| **202** 1:25 | |
| **2021** 13:25 | |
| **2025** 1:14 13:21 | |
| 44:10 | |
| **2025-1467** 34:2 | |
| **2025-1467h** 2:8 | |
| **21** 7:1 | |
| **232-0646** 1:25 | |
| **23rd** 13:14 | |
| **29** 7:15 | |
| | |
| **3** | |
| **3** 8:10,11 10:14 | |
| 24:3 31:1 32:6 | |
| 32:8 38:21 | |
| **30-year** 40:23 | |
| **30th** 13:20 | |
| **31** 7:16 | |
| | |
| **4** | |
| **4** 31:2 | |
| **428** 44:10 | |
| | |
| **5** | |
| **5** 31:2 | |
| **504s** 6:13 | |
| | |
| **6** | |
| **6** 31:2 | |
| **67** 41:3 | |
| | |
| **7** | |
| **7** 31:2 44:10 | |
| | |
| **8** | |

Case 1:25-cv-00293    Document 1-10    Filed 08/07/25    Page 22 of 22

Page 44

1              C E R T I F I C A T I O N

2

3          I, Alicia Jarrett, transcriber, hereby

4    certify that the foregoing is a correct transcript from

5    the recording provided.

6

7

8

9    _____

10   ALICIA JARRETT, AAERT NO. 428    DATE: July 7, 2025

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25