# Exhibit 12

# HB2-FN-A-L

## Bill Details

**Title:** relative to state fees, funds, revenues, and expenditures.
**Sponsors:** *(Prime)* Weyler (R), Dan McGuire (R), Erf (R), Edwards (R)
LSR Number: **25-1170**
General Status: **SIGNED BY GOVERNOR**
Chapter Number: **141**
House:
**Committee:** Finance
**Due Out:** 4/3/2025
**Status:** CONFERENCE REPORT ADOPTED
Senate:
**Committee:** Finance
**Floor Date:** 6/5/2025
**Status:** CONFERENCE REPORT ADOPTED

## Bill Docket

| Body | Description |
|---|---|
| H | Introduced (in recess of) 02/20/2025 and referred to Finance HJ 6 P. 53 |
| H | Public Hearing: 03/12/2025 02:00 pm SH Reps Hall |
| H | ==RECESSED== Executive Session: 03/31/2025 10:00 am LOB 210-211 |
| H | ==CONTINUED== Executive Session: 04/03/2025 01:00 pm LOB 210-211 |
| H | Majority Committee Report: Ought to Pass with Amendment #2025-1488h 04/03/2025 (Vote 14-11; RC) HC 19 P. 19 |
| H | Minority Committee Report: Inexpedient to Legislate |
| H | Amendment #2025-1488h: AA RC 200-175 04/10/2025 HJ 12 P. 56 |
| H | Amendment #2025-1529h: AA RC 203-169 04/10/2025 HJ 12 P. 58 |
| H | Amendment #2025-1559h: AA VV 04/10/2025 HJ 12 P. 63 |
| H | Amendment #2025-1526h: AA RC 195-175 04/10/2025 HJ 12 P. 65 |
| H | Amendment #2025-1560h: AA RC 203-167 04/10/2025 HJ 12 P. 67 |
| H | Amendment #2025-1555h: AF RC 104-268 04/10/2025 HJ 12 P. 71 |
| H | Amendment #2025-1543h: AF RC 166-204 04/10/2025 HJ 12 P. 73 |
| H | Amendment #2025-1512h: AF DV 28-341 04/10/2025 HJ 12 P. 84 |
| H | Amendment #2025-1499h: AA RC 206-165 04/10/2025 HJ 12 P. 85 |
| H | Amendment #2025-1501h: AF RC 174-196 04/10/2025 HJ 12 P. 87 |
| H | Amendment #2025-1503h: AF RC 177-190 04/10/2025 HJ 12 P. 89 |
| H | Amendment #2025-1523h: AA RC 198-169 04/10/2025 HJ 12 P. 92 |
| H | Amendment #2025-1569h: AA RC 183-180 04/10/2025 HJ 12 P. 94 |
| H | Amendment #2025-1561h: AF RC 181-182 04/10/2025 HJ 12 P. 97 |
| H | Amendment #2025-1553h: AF RC 177-185 04/10/2025 HJ 12 P. 100 |
| H | Amendment #2025-1566h: AA RC 183-177 04/10/2025 HJ 12 P. 103 |
| H | Lay HB2 on Table (Rep. Granger): MA DV 198-167 04/10/2025 HJ 12 P. 105 |
| H | Remove from Table (Rep. Granger): MA RC 193-170 04/10/2025 HJ 12 P. 105 |
| H | Previous Question Rep. Sweeney MA RC 193-171 HJ 12 P. 107 |
| H | Amendment #2025-1525h: AF RC 166-198 04/10/2025 HJ 12 P. 109 |
| H | Amendment #2025-1545h: AF RC 166-198 04/10/2025 HJ 12 P. 112 |
| H | Amendment #2025-1517h: AF RC 173-191 04/10/2025 HJ 12 P. 114 |
| H | Amendment #2025-1546h: AF RC 159-205 04/10/2025 HJ 12 P. 116 |
| H | Amendment #2025-1513h: AA RC 183-181 04/10/2025 HJ 12 P. 118 |
| H | Amendment #2025-1516h: AF RC 116-248 04/10/2025 HJ 12 P. 121 |
| H | Amendment #2025-1550h: AF RC 169-195 04/10/2025 HJ 12 P. 123 |
| H | Amendment #2025-1567h: AF RC 165-198 04/10/2025 HJ 12 P. 125 |
| H | Amendment #2025-1549h: AF RC 161-203 04/10/2025 HJ 12 P. 131 |
| H | Ought to Pass with Amendment 2025-1488h 2025-1529h 2025-1559h 2025-1526h 2025-1560h 2025-1499h 2025-1523h 2025-1569h 2025-1566h and 2025-1513h: MA RC 185-175 04/10/2025 HJ 12 P. 133 |
| H | Without Objection the clerk is authorized to make technical and administrative corrections which are necessary to reflect the intent of the House MA; 04/10/2025 HJ 12 P. 135 |
| S | Introduced 03/27/2025 and Referred to Finance; SJ 10 |
| S | Hearing: 05/06/2025, Room Reps Hall, SH, 01:00 pm; SC 19 |

| | | |
|---|---|---|
| S | Committee Report: Ought to Pass with Amendment *#2025-2637s*, 06/05/2025, Vote 6-2; **SC 24A** | |
| S | Special Order to beginning of the regular calendar, Without Objection, MA; 06/05/2025; **SJ 15** | |
| S | The Chair ruled the Question Divisible; 06/05/2025; **SJ 15** | |
| S | Sen. Birdsell Objected that the Question is Divisible; 06/05/2025; **SJ 15** | |
| S | Shall the decision of the Chair stand? RC 8Y-16N decision of the Chair overturned, 06/05/2025; **SJ 15** | |
| S | Committee Amendment *#2025-2637s*, AA, VV; 06/05/2025; **SJ 15** | |
| S | Sen. Birdsell Floor Amendment *#2025-2670s*, AA, VV; 06/05/2025; **SJ 15** | |
| S | Sen. Gray Floor Amendment *#2025-2697s*, AA, VV; 06/05/2025; **SJ 15** | |
| S | Sen. Rochefort Floor Amendment *#2025-2647s*, RC 9Y-15N, AF; 06/05/2025; **SJ 15** | |
| S | Sen. McGough Floor Amendment *#2025-2705s*, AA, VV; 06/05/2025; **SJ 15** | |
| S | Sen. Rosenwald Floor Amendment *#2025-2660s*, RC 8Y-16N, AF; 06/05/2025; **SJ 15** | |
| S | Sen. Prentiss Floor Amendment *#2025-2679s*, RC 8Y-16N, AF; 06/05/2025; **SJ 15** | |
| S | Sen. Perkins Kwoka Floor Amendment *#2025-2664s*, RC 8Y-16N, AF; 06/05/2025; **SJ 15** | |
| S | Sen. Reardon Floor Amendment *#2025-2683s*, RC 8Y-16N, AF; 06/05/2025; **SJ 15** | |
| S | Sen. Fenton Floor Amendment *#2025-2662s*, RC 8Y-16N, AF; 06/05/2025; **SJ 15** | |
| S | Sen. Rosenwald Floor Amendment *#2025-2671s*, RC 8Y-16N, AF; 06/05/2025; **SJ 15** | |
| S | Sen. Rosenwald Floor Amendment *#2025-2648s*, RC 8Y-16N, AF; 06/05/2025; **SJ 15** | |
| S | Sen. Prentiss Floor Amendment *#2025-2672s*, RC 8Y-16N, AF; 06/05/2025; **SJ 15** | |
| S | Sen. Long Floor Amendment *#2025-2669s*, RC 8Y-16N, AF; 06/05/2025; **SJ 15** | |
| S | Sen. Long Floor Amendment *#2025-2714s*, RC 9Y-15N, AF; 06/05/2025; **SJ 15** | |
| S | Sen. Altschiller Floor Amendment *#2025-2675s*, RC 8Y-16N, AF; 06/05/2025; **SJ 15** | |
| S | Sen. Rosenwald Floor Amendment *#2025-2703s*, RC 8Y-16N, AF; 06/05/2025; **SJ 15** | |
| S | Ought to Pass with Amendments *#2025-2637s*, and #2025-2670s #2025-2697s #2025-2705s, RC 14Y-10N, MA; OT3rdg; 06/05/2025; **SJ 15** | |
| S | Without Objection, the Clerk is authorized to make technical and administrative corrections which are necessary to reflect the intent of the Senate, MA; 06/05/2025; **SJ 15** | |
| H | **House Non-**Concurs with Senate Amendment 2025-2637s 2025-2670s 2025-2697s and 2025-2705s and Requests CofC (Rep. Osborne): MA VV 06/05/2025 **HJ 16** P. 167 | |
| H | Speaker Appoints: Reps. Weyler, D. McGuire, Sweeney, Cambrils, Wallner 06/05/2025 **HJ 16** P. 167 | |
| H | Speaker Appoints Alternates: Reps. Erf, Layon, Edwards, Osborne, Janigian 06/05/2025 **HJ 16** P. 167 | |
| S | Sen. Carson Accedes to House Request for Committee of Conference, MA, VV; (In recess 06/05/2025); **SJ 16** | |
| S | President Appoints: Senators Carson, Gray, Rosenwald; (In Recess 06/05/2025); **SJ 16** | |
| H | Conference Committee Meeting: 06/12/2025 02:00 pm LOB 210-211 | |
| S | President Appoints Alternates: Senators Birdsell; (In Recess 06/05/2025); **SJ 16** | |
| H | Conference Committee Meeting: 06/13/2025 10:00 am LOB 210-211 | |
| H | Conferee Change: Rep. Mooney Replaces Rep. Edwards 06/12/2025 **HJ 16** P. 173 | |
| S | President Appoints Alternates: Senators Lang; (In Recess 06/12/2025); **SJ 17** | |
| H | Conference Committee Meeting: 06/16/2025 10:00 am LOB 210-211 | |
| S | President Appoints Alternates: Senators Reardon; (In Recess 06/12/2025); **SJ 17** | |
| H | Conference Committee Meeting: 06/17/2025 10:00 am LOB 210-211 | |
| H | Conference Committee Meeting: 06/17/2025 10:00 am LOB 210-211 | |
| H | Conference Committee Meeting: 06/18/2025 10:00 am LOB 210-211 | |
| H | Conferee Change: Rep. Edwards Replaces Rep.Mooney 06/13/2025 **HJ 17** P. 23 | |
| H | Conference Committee Meeting: 06/19/2025 10:00 am LOB 210-211 | |

| | | |
|---|---|---|
| S | *Conferee Change; Senator Birdsell Replaces Senator Rosenwald;* **SJ 17** | |
| H | *Conferee Change: Rep. Edwards Replaces Rep. Mooney 06/16/2025* **HJ 17** *P. 26* | |
| H | *Conferee Change: Rep. Edwards Replaces Rep.Wallner 06/19/2025* | |
| S | *Conference Committee Report Filed,* **#2025-2871c***; 06/26/2025* | |
| S | *Conference Committee Report* **#2025-2871c***; RC 16Y-8N, Adopted; 06/26/2025;* **SJ 17** | |
| H | *Lay HB2 on Table (Rep. Osborne): MA VV 06/26/2025* **HJ 18** | |
| H | *Remove from Table (Rep. Osborne): MA RC 185-180 06/26/2025* **HJ 18** | |
| H | *Rep. Sweeney moves Previous Question MA RC 193-173 06/26/2025* **HJ 18** | |
| H | *Conference Committee Report 2025-2871c: Adopted, RC 184-183 06/26/2025* **HJ 18** | |
| H | *Enrolled Bill Amendment* **#2025-2900e***: AA VV (in recess of) 06/26/2025* **HJ 18** | |
| S | *Enrolled Bill Amendment* **#2025-2900e** *Adopted, VV, (In recess of 06/26/2025);* **SJ 17** | |
| H | *Enrolled (in recess of) 06/26/2025* **HJ 18** | |
| S | *Enrolled Adopted, VV, (In recess 06/26/2025);* **SJ 17** | |
| H | *Signed by Governor Ayotte 06/27/2025; Chapter 141; 7/01/2025* | |