# Exhibit 14

Case 1:25-cv-00293    Document 1-14    Filed 08/07/25    Page 1 of 5

# SENATE FINANCE COMMITTEE

# BUDGET WORK SESSION

# 05/27/25

| SENATE FINANCE - 2025 BUDGET RECAP SHEET - ITEMS ON HOLD (Through 05/23/25) | | | | | | | |
|---|---|---|---|---|---|---|---|

| Department of Safety | Contact | SOF | FY 2025 | FY 2026 | FY 2027 | Total | Status |
|---|---|---|---|---|---|---|---|
| **1. HB 1 Change / Surplus Statement Adjustment** To reflect the deletion of sections 352-362, relative to motor vehicle inspections, restore eight (8) positions in Commercial Enforcement (AU 2305, compare page 574). Associated revenue adjustment will be made on general fund and highway fund surplus statements. In total, there is a net benefit, when compared to House budget, of approximately $119K to the general fund and $3.96M to the highway fund over the biennium. | Commissioner Robert Quinn / Senator Gray | GF | $0 | $108,544 | $222,620 | $331,164 | Hold - Pearl |
| | | HWY | $0 | $325,630 | $667,860 | $993,490 | |
| | | *TOT* | *$0* | *$434,174* | *$890,480* | *$1,324,654* | |
| | | GF-REV | $0 | $150,000 | $300,000 | $450,000 | |
| | | HWY-REV | $0 | $1,650,000 | $3,300,000 | $4,950,000 | |
| | | *TOT-REV* | *$0* | *$1,800,000* | *$3,600,000* | *$5,400,000* | |
| | | *GF-NET* | *$0* | *$41,456* | *$77,380* | *$118,836* | |
| | | *HWY-NET* | *$0* | *$1,324,370* | *$2,632,140* | *$3,956,510* | |
| | | *TOT-NET* | *$0* | *$1,365,826* | *$2,709,520* | *$4,075,346* | |

| Department of Education | Contact | SOF | FY 2025 | FY 2026 | FY 2027 | Total | Status |
|---|---|---|---|---|---|---|---|
| **1. HB 2 Amendment #2025-1790s, Page 43** Relative to legislative declaration of authority regarding public education. | Senator Pearl | N/A | $0 | $0 | $0 | $0 | Hold - Watters |
| **2. HB 2 Amendment #2025-2427s, Page 44** Suggested clarification to sections 451-452 (DEI). | Frank Edelblut, Commissioner / Senator Lang | N/A | $0 | $0 | $0 | $0 | Hold - Lang |
| **3. HB 2 Amendment #2025-2078s, Page 45** Delete sections 451-452 (DEI) | Senator Watters | N/A | $0 | $0 | $0 | $0 | Hold - Watters |
| **4. HB 2 Amendment #2025-2426s, Page 46** Authorize Department to carry forward unexpended funds from FY 2025 to FY 2026, for repairs, improvements, maintenance, technology, safety, security, and facility improvements. Amount unknown at this time, as it will depend on spending during the remainder of the fiscal year. | Frank Edelblut, Commissioner / Senator Lang | N/A | $0 | $0 | $0 | $0 | Hold - Gray |

Sen. Lang, Dist 2
May 23, 2025
2025-2427s
06/08

## Amendment to HB 2-FN-A-LOCAL

1  Amend RSA 21-I:112, II as inserted by section 451 of the bill by replacing it with the following:
2
3  　　II.  "Diversity, equity, and inclusion" or "DEI" shall mean any program, policy, training, or
4  initiative that classifies individuals based on a characteristic identified under RSA 354-A:1 for the
5  purpose of achieving demographic outcomes, rather than treating individuals equally under the law.
6
7  Amend RSA 186:71, I as inserted by section 452 of the bill by replacing it with the following:
8
9  　　I.  "Diversity, equity, and inclusion" or "DEI" shall mean any program, policy, training, or
10  initiative that classifies individuals based on a characteristic identified under RSA 354-A:1 for the
11  purpose of achieving demographic outcomes, rather than treating individuals equally under the law.

Sen. Watters, Dist 4
Sen. Rosenwald, Dist 13
May 9, 2025
2025-2078s
09/08

Amendment to HB 2-FN-A-LOCAL

1   Amend the bill by deleting sections 451 and 452, relative to diversity, equity, and inclusion.

2025-2078s

AMENDED ANALYSIS

DELETE:

    185.  Prohibits all public entities from implementing, promoting, or otherwise engaging in any diversity, equity, and inclusion DEI-related initiatives, programs, training, or policies; requires each agency to report such contracts to the department of administrative services, which shall compile a consolidated report for submission to the governor, speaker of the house of representatives, and senate president; and provides for the amendment (i.e., removing DEI-related provisions) of non-compliant contracts.

    186.  Prohibits all public schools from implementing, promoting, or otherwise engaging in any DEI-related initiatives, programs, training, or policies and provides processes for the review and termination or amendment of non-compliant contracts and provides for funding halts in the event of a violation.