# Exhibit 15

Case 1:25-cv-00293     Document 1-15     Filed 08/07/25     Page 1 of 6

Page 1

Senate Finance Committee Discussion on HB2
and Lang Amendment
May 27, 2025
Audio Transcription

_____
DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Page 2

1    (Recording begins)
2        CHAIRMAN GRAY:  Page 7.  We're still going to
3    keep on hold the changes to the surplus statement, and
4    now we're down to education.
5        UNIDENTIFIED:  Move to approve.
6        CHAIRMAN GRAY:  Item Number 1, Senator Lang,
7    Senator Pearl.
8        SENATOR LANG:  If I may?
9        CHAIRMAN GRAY:  Senator Lang?
10       SENATOR LANG:  As I said last time, it is
11   pretty clear that the language here will prohibit us
12   from providing services for people with disabilities.
13   I've confirmed that by talking with people in the
14   field.  They mentioned there are several federal
15   statutes.
16       The IDEA Act for schools, the ADA, and the
17   several of other state and federal statutes, relating
18   to this.  There are -- so I think that's a major fault
19   with it.  I have some language that I've asked to be
20   drafted by DES, which preserves the Senator Lang's
21   language there, referencing 354.
22       UNIDENTIFIED:  Mr. Chair, we're on the wrong
23   number.  We're --
24       SENATOR LANG:  Oh. I'm sorry.
25       UNIDENTIFIED:  -- working Number 1 right now,

Page 3

1    not Number 2.
2        SENATOR LANG:  My apologies.  I'll -- you'll
3    hear my words for next time so you're ready.
4        UNIDENTIFIED:  So you will not be speaking
5    next time?
6        CHAIRMAN GRAY:  All right.  So we are on
7    Number 2 under Department of Ed.
8        MR WATTERS:  Number 1.
9        CHAIRMAN GRAY:  Or Number 1 -- we are under
10   Department -- Number 1 under Department of Ed on
11   Page 7.
12       UNIDENTIFIED:  Yeah.
13       CHAIRMAN GRAY:  All right.  Further
14   discussion?  All in favor, say aye.
15     (Chorus of Ayes)
16       CHAIRMAN GRAY:  All that oppose, say nay.
17     (Chorus of Nos)
18       CHAIRMAN GRAY:  The ayes have it.
19       And now, Senator Watters, we'll recognize
20   you.
21       MR WATTERS:  I need to move it first.  I
22   moved --
23       CHAIRMAN GRAY:  Okay.
24       MR WATTERS:  -- ought to pass on Item
25   Number 287.

Page 4

1        CHAIRMAN GRAY:  Senator Lang, Senator Innis,
2    Senator Watters.
3        UNIDENTIFIED:  Yeah.  So I just, you know,
4    want to note that this will -- older adults are -- have
5    federal statute around this.  People with disabilities,
6    we have rural communities, we have veterans.  This will
7    prohibit us from funding certain veterans programs
8    because they're a class of people.  You know, we have
9    Becoming an Outdoors Woman in the fish and game
10   department.  It's been run for decades.  We have women
11   in STEM in our schools.
12       I think that if we hold on this, there's
13   language that will -- that take -- that take
14   Senator Lang's language that references 354, and it
15   adds a sentence to say that this policy should not
16   apply to federal or state statutes which identifies
17   services for people with group characteristics, and
18   that would mean -- I mean, this would go to court and
19   it would be just -- almost immediately done with, so
20   what -- is that really the point just to go to court?
21   I don't know.
22       But I think there's a possibility of
23   providing some language that says that we could still
24   provide services to people with disabilities,
25   potentially veterans, and so on, rather than this,

Page 5

1  which will ban us from doing those things.  And I
2  don't -- I can't imagine that really is the intention
3  of the sponsor.  Thank you.
4      CHAIRMAN GRAY:  Senator Rosenwald.
5      SENATOR ROSENWALD:  Thank you.  Thank you,
6  Mr. Chair.
7      Speaking of going to court, you've already
8  lost in court on one DEI case fund.  What troubles me
9  about this amendment is specifically the word equally
10 versus -- or equal versus equitable because they have
11 different meanings, and equitable means fairness, and
12 equal means all the same size.
13     We don't treat people equally as it is.  If
14 you have a disability, you get -- you can get a
15 handicapped parking spot.  That is not equal, but that
16 is equitable.
17     If you need special education services, that
18 is not equal, but it's equitable.  And if you're in a
19 nursing home on Medicaid or on a developmental
20 disability waiver, the waiver language itself means
21 that not the entire population gets access to that
22 service.
23     So by its very nature, those Medicaid
24 services are based on equity and not equality.  So I
25 don't want to get my -- our state sued again.  And I

Page 6

1  think that this probably more likely than not, if this
2  happens, we get the litigation report every year, and
3  we just spend money defending things that are
4  unconstitutional.  Thank you.
5      CHAIRMAN GRAY:  Other discussion?  All those
6  in favor say aye.
7      (Chorus of Ayes)
8      CHAIRMAN GRAY:  All those that oppose say
9  nay.
10     (Chorus of Nos)
11     CHAIRMAN GRAY:  The ayes have it.
12     (Recording ends)

Page 7

1      C E R T I F I C A T I O N
2
3      I, Heidi Jolliff, transcriber, hereby certify
4  that the foregoing is a correct transcript from the
5  recording provided.
6
7
8
9
10
11
12
13
14  _____
15  HEIDI JOLLIFF, AAERT NO. 2850    DATE: July 7, 2025

**A**
AAERT 7:15
access 5:21
Act 2:16
ADA 2:16
adds 4:15
adults 4:4
amendment 1:12 5:9
apologies 3:2
apply 4:16
approve 2:5
asked 2:19
Audio 1:14
aye 3:14 6:6
ayes 3:15,18 6:7 6:11

**B**
ban 5:1
based 5:24
Becoming 4:9
begins 2:1

**C**
C 7:1,1
case 5:8
certain 4:7
certify 7:3
Chair 2:22 5:6
CHAIRMAN 2:2,6,9 3:6,9 3:13,16,18,23 4:1 5:4 6:5,8 6:11
changes 2:3
characteristics 4:17
Chorus 3:15,17 6:7,10
class 4:8
clear 2:11
Committee 1:11
communities 4:6
confirmed 2:13
correct 7:4
court 4:18,20 5:7,8

**D**
D.C 1:24
DATE 7:15
decades 4:10
defending 6:3
DEI 5:8
department 3:7 3:10,10 4:10
DES 2:20
developmental 5:19
different 5:11
DIGITAL 1:23
disabilities 2:12 4:5,24
disability 5:14 5:20
discussion 1:11 3:14 6:5
doing 5:1
drafted 2:20

**E**
E 7:1
Ed 3:7,10
education 2:4 5:17
ends 6:12
entire 5:21
equal 5:10,12,15 5:18
equality 5:24
equally 5:9,13
equitable 5:10 5:11,16,18
equity 5:24
EVIDENCE 1:23

**F**
F 7:1
fairness 5:11
fault 2:18
favor 3:14 6:6
federal 2:14,17 4:5,16

field 2:14
Finance 1:11
first 3:21
fish 4:9
foregoing 7:4
fund 5:8
funding 4:7
Further 3:13

**G**
game 4:9
go 4:18,20
going 2:2 5:7
GRAY 2:2,6,9 3:6,9,13,16,18 3:23 4:1 5:4 6:5,8,11
group 1:23 4:17

**H**
handicapped 5:15
happens 6:2
HB2 1:11
hear 3:3
Heidi 7:3,15
hold 2:3 4:12
home 5:19

**I**
IDEA 2:16
identifies 4:16
imagine 5:2
immediately 4:19
Innis 4:1
intention 5:2
Item 2:6 3:24

**J**
Jolliff 7:3,15
July 7:15

**K**
keep 2:3
know 4:3,8,21

**L**
Lang 1:12 2:6,8 2:9,10,24 3:2 4:1
Lang's 2:20 4:14
language 2:11 2:19,21 4:13 4:14,23 5:20
litigation 6:2
lost 5:8

**M**
M 1:24
major 2:18
mean 4:18,18
meanings 5:11
means 5:11,12 5:20
Medicaid 5:19 5:23
mentioned 2:14
money 6:3
move 2:5 3:21
moved 3:22

**N**
N 7:1
nature 5:23
nay 3:16 6:9
need 3:21 5:17
Nos 3:17 6:10
note 4:4
number 2:6,23 2:25 3:1,7,8,9 3:10,25
nursing 5:19
NW 1:24

**O**
O 7:1
Oh 2:24
Okay 3:23
older 4:4
oppose 3:16 6:8
ought 3:24
Outdoors 4:9

**P**
Page 2:2 3:11

parking 5:15
pass 3:24
Pearl 2:7
people 2:12,13 4:5,8,17,24 5:13
point 4:20
policy 4:15
population 5:21
possibility 4:22
potentially 4:25
preserves 2:20
pretty 2:11
probably 6:1
programs 4:7
prohibit 2:11 4:7
provide 4:24
provided 7:5
providing 2:12 4:23

**Q**

**R**
R 7:1
ready 3:3
really 4:20 5:2
recognize 3:19
recording 2:1 6:12 7:5
references 4:14
referencing 2:21
relating 2:17
report 6:2
right 2:25 3:6,13
Rosenwald 5:4,5
run 4:10
rural 4:6

**S**
says 4:23
schools 2:16 4:11
Senate 1:11
Senator 2:6,7,8 2:9,10,20,24 3:2,19 4:1,1,2

4:14 5:4,5
**sentence** 4:15
**service** 5:22
**services** 2:12 4:17,24 5:17 5:24
**size** 5:12
**sorry** 2:24
**speaking** 3:4 5:7
**special** 5:17
**specifically** 5:9
**spend** 6:3
**sponsor** 5:3
**spot** 5:15
**state** 2:17 4:16 5:25
**statement** 2:3
**statute** 4:5
**statutes** 2:15,17 4:16
**STEM** 4:11
**Street** 1:24
**sued** 5:25
**Suite** 1:24
**surplus** 2:3

**T**
**T** 7:1,1
**take** 4:13,13
**talking** 2:13
**Thank** 5:3,5,5 6:4
**things** 5:1 6:3
**think** 2:18 4:12 4:22 6:1
**time** 2:10 3:3,5
**transcriber** 7:3
**transcript** 7:4
**Transcription** 1:14
**treat** 5:13
**troubles** 5:8

**U**
**unconstitutional** 6:4
**UNIDENTIFI...** 2:5,22,25 3:4

3:12 4:3

**V**
**versus** 5:10,10
**veterans** 4:6,7 4:25

**W**
**waiver** 5:20,20
**want** 4:4 5:25
**Washington** 1:24
**Watters** 3:8,19 3:21,24 4:2
**we'll** 3:19
**we're** 2:2,4,22 2:23
**Woman** 4:9
**women** 4:10
**word** 5:9
**words** 3:3
**working** 2:25
**wrong** 2:22

**X**

**Y**
**Yeah** 3:12 4:3
**year** 6:2

**Z**

**0**

**1**
**1** 2:6,25 3:8,9,10
**1730** 1:24

**2**
**2** 3:1,7
**20036** 1:24
**202** 1:25
**2025** 1:13 7:15
**232-0646** 1:25
**27** 1:13
**2850** 7:15
**287** 3:25

**3**

**354** 2:21 4:14

**4**

**5**

**6**

**7**
**7** 2:2 3:11 7:15

**8**
**812** 1:24

Page 7

1          C E R T I F I C A T I O N

2

3          I, Heidi Jolliff, transcriber, hereby certify

4    that the foregoing is a correct transcript from the

5    recording provided.

6

7

8

9

10

11

12

13

14    _____

15    HEIDI JOLLIFF, AAERT NO. 2850    DATE: July 7, 2025

16

17

18

19

20

21

22

23

24

25