# Exhibit 19

The Wayback Machine - http://web.archive.org/web/20250708170213/https://www.keene.edu/campus/diversity/



# Justice, Equity, Diversity, and Inclusion

## Our Mission

Keene State College values diversity in community, curriculum, and co-curriculum. These values are intimately connected with our priorities of academic excellence and student success and institutional effectiveness, sustainability, and financial stability.

Diversity in perspective, community, ideas, and thoughts are core aspects of innovation and advancement. As our world becomes more interconnected, it will require creative, innovative thinkers rooted in an understanding of diversity.

Keene State is committed to providing educational opportunities to prepare students to meet these challenges.

## Office of Justice, Equity, Diversity, and Inclusion

The Office of Justice, Equity, Diversity, and Inclusion provides institutional leadership of diversity initiatives; policy and practice development; programming; recruitment and retention efforts of underrepresented faculty, staff, and students; and creation of a strategic inclusive excellence plan for the campus.

Office of Justice, Equity, Diversity, and Inclusion

## Resources

- **Building a Welcoming Community**
- Reporting Harassment at KSC
- Disability Services
- Gender Neutral Bathroom Map
- Chosen First Name Option
- Title IX Office

- Veterans Student Support Services
- Religious Diversity Guidelines
- Plan for Inclusive Excellence and Academic Success

## Office of Student Diversity, Belonging, and Equity

Keene State's Office of Student Diversity, Belonging, and Equity (OSDBE) provides opportunities for students to honor their authentic selves by facilitating exploration of their role in and responsibilities to local and global communities.

Office of Student Diversity, Belonging, and Equity

## Student Organizations

Among Keene State's student organizations, many (including Delta Xi Phi multicultural sorority, Feminist Collective, Global Culture Club, Hillel, KSC Pride, Keene CRU, Owl Sign Language Club (O.S.L.), Wise Owls) specifically seek to engage students around issues of diversity in sex and gender, ability, race, ethnicity, age, class, sexual orientation, and religion.
Learn more about these organizations at OwlNet.



## Don't Cancel That Class!

If you must miss a class due to personal or professional obligations, and you cannot find another faculty member to cover your class, don't cancel that class!

These workshops cover a variety of topics and are a great way for students to learn about important resources available to them at Keene State. If you know about your absence at least 2 weeks in advance, fill out the form below to request a substitute program.

Browse Workshops



Commitment To Culture Is Multidimensional, And A Cornerstone Of A Keene State Education



Faculty Fellow Team Appointed, Tasked With Multi-Dimensional DEI-Themed Action Plan



**Flag Raising Ceremony Celebrates International Cultures at Keene State**

## Calendar of Events

Justice, Equity, Diversity, and Inclusion events are held throughout the academic year. Whether you are interested in attending the Outstanding Women of New Hampshire Awards, Keene State's annual faculty-led *Teach In*, or a session of Crafternoon, please join us!

No events found.

See All Events



## Contact Justice, Equity, Diversity, and Inclusion

**Dottie Morris**
*Associate Vice President for Diversity and Inclusion*
  dmorris@keene.edu
  603-358-2206
Hale Building 103A
Mailstop: M/S 1501