# Exhibit 20

Case 1:25-cv-00293 Document 1-20 Filed 08/07/25 Page 1 of 2



# Justice, Equity, Diversity, and Inclusion

The recently enacted state budget includes a prohibition on "DEI-related initiatives, programs, training, or policies." In response to this new law, selected college webpages have been temporarily taken offline to permit a thorough review of the college's programs, policies, and online materials as we plan for how best to foster a campus culture that supports access, belonging, and student success in a way that fully complies with state law.

Compliance-related and accessibility webpages are still available here:

- Policies and Consumer Information
- Office of Disability Services
- Title IX Office

A further update will be provided at the beginning of the Fall 2025 semester.

## Contact Keene State College

**1-800-KSC-1909**
229 Main Street
Keene, New Hampshire 03435

