# Exhibit 21



[View in browser.](#)

Dear Colleagues,

Last week, the New Hampshire Legislature passed the state's FY26–FY27 budget, which includes a policy provision prohibiting public entities from implementing diversity, equity, and inclusion (DEI) initiatives (see PDF page 122 here). This provision is effective today, and as a public university, UNH must comply with this new requirement.

Since 2012, New Hampshire law has prohibited preferential treatment based on race and other protected characteristics in public-sector employment and university admissions. More recently, in response to federal executive orders, UNH conducted a comprehensive review of its programming to ensure compliance with federal nondiscrimination law.

UNH remains fully committed to providing educational access and opportunity, and to fostering a learning and working environment where all members of our community feel that they belong and can succeed. However, the new law requires us to reexamine how we pursue these goals within its parameters. While we do not believe our current policies or practices conflict with the statute, the broad language of the provision and the risk of significant financial penalties require us to take proactive steps to mitigate uncertainty.

Effective immediately, we are implementing the following actions:

1. **Website, Policy, and Program Review**: In order to allow us time to thoroughly assess programs, policies, and online materials in light of the new statute, the university's primary diversity and inclusion webpage has been temporarily removed. Academic and administrative leaders have also been asked to remove DEI-related content on their unit websites while we conduct our review.

2. **Hiring Practices**: We are prohibiting the use or request of diversity statements in hiring and promotion processes. While previously optional and infrequently used, these statements will no longer be considered to ensure alignment with state law.

3. **Organizational Adjustments**:  Nadine Petty will temporarily hold the title of Associate Vice President for Community, Civil Rights, and Compliance. This title reflects Nadine's leadership of the university's efforts to ensure compliance with Title IX, disability laws and regulations, and equal opportunity in employment law. Nadine and her team will also play a key role in planning how UNH continues to foster a campus culture that supports access, belonging, and student success in a way that fully complies with state law.

In addition, the law requires public entities to compile a list of all contracts under their control that include DEI-related provisions, including a description of each contract and associated financial

obligations. In the days ahead, the USNH General Counsel's Office will provide guidance on addressing this requirement, which will likely require cooperation from the Sponsored Programs Office, Advancement, Financial Aid, Student Life, and others. Thank you in advance to those who will be asked to assist in this effort.

We will provide an update on this work at the start of the fall semester. In the meantime, thank you for your continued dedication to the values that make UNH a welcoming public university.

Best regards,

Elizabeth S. Chilton
President

     

The University of New Hampshire • Durham, NH 03824
(603) 862-1234 • TTY Users: 7-1-1 or 800-735-2964 (Relay NH)

USNH Privacy Policies • USNH Terms of Use • ADA Acknowledgement • Copyright © 2025

Please do not reply to this message. Replies to this message are routed to an unmonitored mailbox