# Exhibit 23

The Wayback Machine - http://web.archive.org/web/20250516171243/https://www.unh.edu/diversity-inclusion/



# Diversity, Equity, Access & Inclusion at UNH

**The Division of Diversity, Equity and Inclusion is pleased to offer our community this compilation of UNH DEAI offices, resources, events, and information.**

## UNH Diversity Statement

The University of New Hampshire is committed to building and nurturing an environment of inclusive excellence where all students, faculty, and staff can thrive.  We also are committed to providing open and inclusive access for all alumni, volunteers, learners, employees, and visitors seeking to participate in our programs and activities.  We venture to sustain a campus environment that fosters mutual respect and understanding.  We believe diversity, equity, accessibility, and inclusion are foundational values inextricably linked to achieving our core educational mission and embrace the many characteristics of our community members that make them uniquely themselves.  Here, you belong, and all are welcome.

## Statement on Race-neutral Admissions

On June 29, 2023, the Supreme Court of the United States ruled that race cannot be considered in college admissions decisions. Through our admissions policies at the University of New Hampshire, we strive to enroll students who represent the diversity of experience, background and thought that foster an intellectually stimulating and well-rounded collegiate experience.  Since 2012, New Hampshire state law has prohibited preferential treatment based on race and other protected categories in public sector recruiting, hiring, promotion and collegiate admissions.  Although the court decision will not impact UNH policies, which are already neutral on race in compliance with state law, we recognize the challenges this decision poses to colleges and universities across the United States and the ways it may impede access for groups already underrepresented in higher education and diminish overall educational experiences.



Full Menu

# Diversity, Equity, Access & Inclusion

Diversity is critical to the university's community to bring together those who have varying values and a range

**RESOURCES**

### Division of Diversity, Equity and Inclusion Annual Reports:

**2023-24 DDEI Annual Report**
**2022-23 DDEI Annual Report**
**2021-22 DDEI Annual Report**

### UNH Land, Water & Life Acknowledgement

As we all journey on the trail of life, we wish to acknowledge the spiritual and physical connection the Pennacook, Abenaki, and Wabanaki Peoples have maintained to N'dakinna (homeland) and the aki (land), nebi (water), olakwika (flora), and awaasak (fauna) which the University of New Hampshire community is honored to steward today. We also acknowledge the hardships they continue to endure after the loss of unceded homelands and champion the university's responsibility to foster relationships and opportunities that strengthen the well-being of the Indigenous People who carry forward the traditions of their ancestors.

**LISTEN TO THE ACKNOWLEDGEMENT READ BY DENISE POULIOT ›**

#### Indigenous Resource Library Guides

Research with Indigenous Communities
Indigenous Peoples Resources

# Initiatives

**Training**

**Recognition**

**Donations & Funding**

**Incident Report Form**

**Campus Climate**

**Accessing Campus**

# The Aulbani J. Beauregard Center for Equity, Justice, and Freedom

Opportunities for individuals to explore and understand diversity, social justice, inclusion, and equity.

**VISIT THE BEAUREGARD CENTER** >



## Civil Rights & Equity Office

Responsible for oversight of University compliance efforts regarding equal employment opportunity and related laws, Title IX, disability laws and regulations, and campus initiatives.

**VISIT THE CIVIL RIGHTS & EQUITY OFFICE** >



## Office of Community, Equity & Diversity

Responsible for programs, policies, services, and initiatives that celebrate diverse backgrounds, cultures, and experiences and foster a welcoming and inclusive UNH environment.

**VISIT THE OFFICE OF COMMUNITY, EQUITY & DIVERSITY** >



## Student Accessibility Services (SAS)

Services for students who have permanent or temporary disabilities which impact their UNH experience.

**VISIT STUDENT ACCESSIBILITY SERVICES** >



## UNH Safe Zones

Safe Zones is an educational program to raise awareness of LGBTQIAP+ issues and contribute to a campus climate of inclusion.

**VISIT UNH SAFE ZONES** >



# Sexual Misconduct (Title IX)

Title IX is a federal law that prohibits discrimination on the basis of sex in education programs or activities operated by recipients of federal financial assistance.

**VISIT TITLE IX** >



## Events

| MAY 22 | JEDI-EOS Brown Bag Lunch Series: Collaborate and Plan Funding Strategies |
| --- | --- |
| | noon - 1 p.m. |

| MAY 29 | JEDI-EOS Brown Bag Lunch Series: Collaborate and Plan Funding Strategies |
| --- | --- |
| | noon - 1 p.m. |

**VIEW ALL EVENTS** >

## News



### Kidder Award Recipients Recognized at Annual Pride and Pancakes Celebration

32nd annual breakfast celebrates LGBTQIA+ community

ARTICLE



### Can Machine Learning Standardize Rock Climbing Route Difficulty?

Study reviews three methods to address grading bias in rock climbing

ARTICLE

Case 1:25-cv-00293    Document 1-23    Filed 08/07/25    Page 10 of 11



### K–12 Teacher-Scholars Gather to Share Experiences Developing Place-Based Curricula

Educators form participatory action research group after attending NEH-funded workshop

ARTICLE



#### Curtis Linton '21

The McNair program has helped me apply the tools I get from classes and learn in a more productive manner," Linton says. During the summer, Linton, a member of the National Society of Black Engineers, was one of 15 students to present their research at the UNH McNair Scholar research symposium. Following that event, he traveled to California and shared his work on a weightless exercise…

LEARN MORE ›

VIEW ALL COMMUNITY, EQUITY & DIVERSITY SPOTLIGHTS ›

**QUICK LINKS**

DEAI Initiatives

Donate

Incident Report Form

Resources

**MORE TO EXPLORE**

Accessing Campus

Campus Climate

Land, Water & Life Acknowledgement

Trainings & Programs

Copyright © 2025, University of New Hampshire. All rights reserved.

TTY Users: 7-1-1 or 800-735-2964 (Relay NH)

USNH Privacy Policies  •  USNH Terms of Use  •  ADA Acknowledgment  •  Statement of Nondiscrimination  •  Jeanne Clery Act

**CONTACT US**

Civil Rights & Equity Office

Office of Community, Equity & Diversity

Sexual Misconduct (Title IX)

Student Accessibility Services (SAS)

The Beauregard Center

UNH Safe Zones

