# Exhibit 24

Case 1:25-cv-00293     Document 1-24     Filed 08/07/25     Page 1 of 3



Diversity, Equity, Access & Inclusion

# Diversity, Equity, Access & Inclusion at UNH

The recently enacted state budget includes a prohibition on "DEI-related initiatives, programs, training, or policies." In response to these provisions, the university's Diversity, Equity, Access & Inclusion webpages have been temporarily taken offline to permit a thorough review of university programs, policies, and online materials as we plan for how best to foster a campus culture that supports access, belonging, and student success in a way that fully complies with state law.

Compliance-related and accessibility webpages are still available

- Civil Rights and Equity Office (CREO)

- Student Accessibility Services

- Accessible UNH

A further update will be provided at the beginning of the Fall 2025 semester.

**QUICK LINKS**

Incident Report Form

**MORE TO EXPLORE**

Accessing Campus

Copyright © 2025, University of New Hampshire. All rights reserved.

TTY Users: 7-1-1 or 800-735-2964 (Relay NH)

USNH Privacy Policies • USNH Terms of Use • ADA Acknowledgment • Statement of Nondiscrimination • Jeanne Clery Act

**CONTACT US**

Civil Rights & Equity Office

Sexual Misconduct (Title IX)

Student Accessibility Services (SAS)

