# Exhibit 25

[About](#) › Diversity & Inclusion

**IN THIS SECTION** ⌄

# Diversity & Inclusion

**UNH Franklin Pierce is the most racially and ethnically diverse college in the USNH system.**

Since 2017 we have experienced a fivefold increase in students of color. We're making progress, but there is more to do and we're committed to the active pursuit of this positive change.



It is the policy of the University of New Hampshire Franklin Pierce School of Law (UNH Franklin Pierce) to uphold the constitutional rights of all members of the UNH Franklin Pierce community and to abide by all United States and New Hampshire laws and the University System of New Hampshire and University of New Hampshire policies applicable to discrimination and harassment. In accordance with those laws and policies, all members of the UNH Franklin Pierce community will be responsible for maintaining an environment that is free of discrimination and harassment based on race, color, religion, sex, age, national origin, sexual orientation, gender, disability, genetic information, military status, veteran status, marital status, or protective hairstyles. Therefore, no member of UNH Franklin Pierce may engage in discriminatory or harassing behavior within the jurisdiction of the law school that unjustly interferes with any individual's required tasks, career opportunities, learning, or participation in UNH Franklin Pierce.



**DISCRIMINATION AND DISCRIMINATORY HARASSMENT POLICY ›**

**REPORT AN INCIDENT**

The University of New Hampshire highly values mutual respect for the safety of others, care for those whose personal rights and safety have been compromised, personal responsibility and swift discipline for those who act to harm another.

This Incident Report Form is to be used for the reporting of all incidents of (1) discrimination and discriminatory harassment, (2) bias and/or hate crime, (3) retaliation, (4) sexual harassment and/or violence.

This is not a 911 or Emergency Service. Contact 911 if you feel this matter requires immediate response.

collapse all

| RESOURCES | - |
|---|---|

- [Resources for Sexual Misconduct](#)
- [Resources for Bias and Discrimination](#)

| UNH LAND, WATER, AND LIFE ACKNOWLEDGEMENT | - |
|---|---|

As we all journey on the trail of life, we wish to acknowledge the spiritual and physical connection the Pennacook, Abenaki, and Wabanaki Peoples have maintained to N'dakinna (homeland) and the aki (land), nebi (water), olakwika (flora), and awaasak (fauna) which the University of New Hampshire community is honored to steward today. We also acknowledge the hardships they continue to endure after the loss of unceded homelands and champion the university's responsibility to foster relationships and opportunities that strengthen the well-being of the Indigenous People who carry forward the

**Franklin Pierce School of Law**

elements:

1. Include land, water, biota
2. Capture Abenaki/Penacook historic stewardship status
3. Recognize current challenges faced by local Indigenous peoples
4. Recognize relationship of UNH with Indigenous people and place
5. Include an Abenaki term to describe the local Durham place
6. Include the spiritual connection to the land

**Committee Recognition:**

We want to recognize faculty in the College of Life Sciences and Agriculture for their service and contributions. We appreciate their dedication and commitment to creating a meaningful and impactful UNH Land, Water, and Life Acknowledgement – an Acknowledgement that has been well-received by the UNH community and the state of New Hampshire. We recognize committee membership on the NH Commission on Native American Affairs and on the COLSA DivInE committte. We honor the Indigenous heritage represented by committee members from the Wendat, Algonquin and Mi'kmaq peoples and we honor the Indigenous representation of committee membership in the Cowasuck Band of Pennacook Abenaki and of the Mohegan, Shawnee and Cherokee peoples.

We also want to recognize the work of faculty in the Department of Anthropology, and the College of Liberal Arts who laid the groundwork for the Acknowledgement by building and helping to sustain relationships between UNH and tribal leaders.

## Inquiries regarding discrimination should be directed to:

**UNH Director of Civil Rights and Equity Office**

105 Main St., Thompson Hall 305

Durham, NH 03824

Telephone: (603) 862-2930 V/TTY

Fax: (603) 862-2936

Email: [dms@unh.edu](mailto:dms@unh.edu)

**Boston Office**

**Office for Civil Rights (OCR)**

**U.S. Department of Education**

8th Floor

5 Post Office Square

Boston, MA 02109-3921

Telephone: (617) 289-0111

TDD: (877) 521-2172

Fax: (617) 289-0150

Email: OCR.Boston@ed.gov

**NH Commission for Human Rights (NHCHR)**

2 Chenell Drive #2

Concord, NH 03301-8501

Telephone: (603) 271-2767

Fax: (603) 271-6339

Email:

humanrights@nhsa.state.nh.us

**U.S. Department of Justice (DOJ)**

**Civil Rights Division**

950 Pennsylvania Avenue, NW

Washington DC 20530-0001

Telephone: (888) 736-5551

(202) 514-3847

TTY: (202) 514-0716

Email: askdoj@usdoj.gov

The Director of the Civil Rights and Equity Office is the Title IX Coordinator for UNH. The time limitations for filing a complaint are: with UNH, one year; with OCR, complaints of discrimination must ordinarily be filed within 180 days of the last act of discrimination. If your complaint involves matters that occurred longer ago than this and you are requesting a waiver, you will be asked why you did not file your complaint within the 180-day period; with NHCHR, a charge MUST be filed within 180 days of the last date of discrimination. (Under certain circumstances a charge may be filed up to 300 days from the date of alleged discrimination. If you are beyond 180 days, contact the Commission immediately to find out if you have the basis to file a timely charge.) With DOJ, please contact them directly for information.

# DEI Digest



### DEI Digest: UNH Franklin Pierce's Diversity, Equity, and Inclusion Newsletter

TUESDAY, MAY 03, 2022

Welcome to the first edition of UNH Franklin Pierce School of Law's Diversity, Equity, and Inclusion (DEI) Digest. The DEI Digest will be released per…

**LEARN MORE >**

---

QUICK LINKS

Consumer Information (ABA Required Disclosures)

Academic Calendar

Clery Report

Sexual Misconduct Survey

Emergency Action Plan

Accreditation

Academics

Admissions

Scholarships & Financial Aid

Library

News

Event Calendar

Faculty & Staff

Gifts & Apparel

**DISCOVER UNH**

Students

Alumni

Businesses

Copyright © 2025, University of New Hampshire. All rights reserved.

TTY Users: 7-1-1 or 800-735-2964 (Relay NH)

USNH Privacy Policies • USNH Terms of Use • ADA Acknowledgment • Affirmative Action • Jeanne Clery Act

**CONTACT US**

UNH Franklin Pierce School of Law
2 White Street
Concord, NH 03301

 (603) 228.1541
 admissions@law.unh.edu

     

8/4/25, 11:19 AM DEI Digest: UNH Franklin Pierce's Diversity, Equity, and Inclusion Newsletter | Franklin Pierce School of Law

Case 1:25-cv-00093 Document 1-25 Filed 03/07/25 Page 7 of 11

The Wayback Machine - https://web.archive.org/web/20241119223830/https://law.unh.edu/blog/2022/05/dei-digest-unh-franklin-pierces-diversity-equity-i…

# DEI Digest: UNH Franklin Pierce's Diversity, Equity, and Inclusion Newsletter

TUESDAY, MAY 03, 2022

SHARE

Welcome to the first edition of UNH Franklin Pierce School of Law's Diversity, Equity, and Inclusion (DEI) Digest. The DEI Digest will be released periodically and will focus on UNH Franklin Pierce's efforts to promote DEI within our law school community.

The following highlights a few of the recent initiatives that have been enacted in support of UNH Franklin Pierce's commitment to DEI.

## THE DEI FUND & DEI SCHOLARSHIP FUND


Peter Nieves '98 & Doug Wood '76

Through the generosity of several alumni, particularly Doug Wood '76 and Peter Nieves '98, UNH Franklin Pierce established two funds, the DEI Fund and the DEI Scholarship Fund. The DEI Fund is being used to fund several important and new initiatives intended to support meaningful and lasting change at the school, including the CLEO Legally Inspired Cohort Fellows (mentioned in "Partnerships" below). From 2020 to 2021, the school with the generous support of the alumni DEI fund, appointed Amber Ezzell, Class of 2021, as its first DEI Fellow who reported to the Dean, to create and deliver related programming and facilitate the implementation of short-term and long-term goals. As Ms. Ezzell's term has expired, UNH Franklin Pierce has hired Professor Sindiso Mnisi Weeks as a DEI Faculty Fellow for the upcoming academic year who will join the community in July 2022. Professor Weeks brings a wealth of experience in human rights, cultural rights, and participatory democracy to UNH Franklin Pierce. For the upcoming term, Professor Weeks will serve as a faculty mentor to students and support DEI initiatives in support of Faculty activities.

Through the DEI Scholarship Fund, and other similar funds that have been established at the law school, UNH Franklin Pierce--as the most diverse school in the university system with a four-fold increase in the number of minority students since 2017--is deeply dedicated to ensuring it will be able to provide meaningful scholarship support to attract and retain students, who, by their backgrounds, life experiences, and viewpoints, will advance the university's goal of enhancing the educational experience through enrollment of a diverse student body.

## EXTERNAL PARTNERSHIPS
### COUNCIL OF LEGAL EDUCATION OPPORTUNITY (CLEO) AND ITS CLEO LEGALLY INSPIRED COHORT (CLIC) FELLOWS
UNH Franklin Pierce has joined the Council of Legal Education Opportunity's (CLEO) and its CLEO Legally Inspired Cohort (CLIC) Fellows program. This highly competitive, ground-breaking program identifies, recruits, and trains low-income and minority law school applicants who possess both the academic aptitude and leadership skills to attend its partner schools in a supportive cohort with dedicated faculty and 3L student mentors. The DEI Fund will be used to support the Fellows program to open opportunities for several new students while ensuring a welcoming, supportive, and inclusive environment for these new students.

CLEO is a national non-profit organization founded in 1968 to expand opportunities for minority and low-income students to attend law school. Since its inception, more than 25,000 students have participated in CLEO's programs and joined the legal profession.

### HISPANIC ASSOCIATION OF COLLEGES AND UNIVERSITIES
UNH Franklin Pierce has joined the Hispanic Association of Colleges and Universities (HACU) as a partner institution. HACU is a champion of Hispanic higher education success and provides a vital platform for advocacy, information, collaboration, and recognition. It is UNH Franklin Pierce's goal to leverage its partnership with HACU to increase recruitment, retention, and career development opportunities for our school by providing information and resources to staff and faculty, access to conferences and events, professional and institutional development resources, and student internship opportunities.

HACU was established in 1986 with a founding membership of eighteen institutions. Because of HACU's exemplary leadership on behalf of the nation's youngest and fastest-growing population, the Association rapidly grew in numbers and national impact. Today, HACU represents more than 500 colleges and universities committed to Hispanic higher education success in the US, Puerto Rico, Latin America, Spain, and US school districts. With the help of HACU's Office of Government Relations in Washington, DC, HACU maintains more than 30 formal Memoranda of

8/4/25, 11:19 AM DEI Digest: UNH Franklin Pierce's Diversity, Equity, and Inclusion Newsletter | Franklin Pierce School of Law

Case 1:25-cv-00003-PB Document 125-5 Filed 08/07/25 Page 8 of 11

Understanding (MOUs) and Partnership Agreements with federal agencies, offices, and business organizations. HACU also provides assistance and outreach to education institutions by hosting technical assistance workshops throughout the country on available federal program grants and other resources. The HACU National Internship Program also operates out of the Washington, DC office and places more than 450 student interns each year with corporations and federal agencies in Washington and field offices around the country.

POLICE PRACTICES CONSORTIUM

UNH Franklin Pierce is now a member of the Police Practices Consortium, a project started by law deans across the country, in partnership with the American Bar Association (ABA), to draw on geographic diversity to advance widespread adoption of effective policing and promote racial equity. In 2022, UNH Franklin Pierce appointed two ABA Fellows to the Police Practices Consortium, Coda Campbell '23 and Zosia Buse '23, who will work on diversity in hiring and the intersection of mental health and policing, respectively.

NEW HAMPSHIRE 1L LAW STUDENTS SUMMER ASSOCIATE DIVERSITY PROGRAM

The Career Services Office at UNH Franklin Pierce has been extensively involved with the legal community of New Hampshire to begin a New Hampshire 1L Law Students Summer Associate Diversity Program. UNH Franklin Pierce in collaboration with five of the state's leading law firms are offering ten-week paid summer associate positions during the summer. The firms will partner with UNH Franklin Pierce to offer joint programming for participants designed to introduce the students to life in the Granite State. Each of the firms will provide a meaningful experience to students who will contribute to the diversity, equity, and inclusion efforts of the firms and the New Hampshire legal community.

ASSOCIATION OF AMERICAN LAW SCHOOLS (AALS) ON DIVERSITY, EQUITY, INCLUSION, AND BELONGING PROFESSIONALS

UNH Franklin Pierce has signed a petition to propose an establishment of a new section of the Association of American Law Schools (AALS) on Diversity, Equity, Inclusion and Belonging Professionals. We believe this is another important way to highlight how UNH Franklin Pierce is engaging in systemic ways to promote the communication of ideas, interests, and activities among law schools; with a primary focus on race, equity, and commitment to the inclusion of all historically excluded law school populations.

INTERNAL PARTNERSHIPS


Allyson Ryder, Sharon Tarleton, Nadine Petty

UNH Franklin Pierce and UNH's Office of Community, Equity, and Diversity (OCED) and the Affirmative Action and Equity Office (AAEO) have strengthened their partnership to increase OCED and AAEO's presence on our campus.

UNH Franklin Pierce has established an office space for OCED and AAEO in Room 302 (around the corner from the Dean for Students' office). Various members of OCED and AAEO will work from these offices periodically which will allow our community members to have increased access to OCED/AAEO resources. These efforts aim to enhance the law school's commitment to create a more diverse, equitable, and inclusive community.

OTHER HAPPENINGS



Professor John Greabe, director of the Warren B. Rudman Center for Justice, Leadership, and Public Service, testified in support of repealing a bill on constitutional issues that interfere with what public universities can say about race and recently has had his editorials on the subject published in the NH Bulletin and Union Leader.

The law school is co-sponsoring the Lutie A. Lytle Black Women Law Deans – Faculty Writing Workshop this fall.

UPCOMING INITIATIVES

In addition to the efforts outlined above, UNH Franklin Pierce is also exploring new DEI initiatives moving forward, including but not limited to,

- Educational programs and training sessions in support of Orientation and continued training topics for students
- Provide classroom discussion and conflict management training in the areas of facilitating difficult discussions
- Launching a diversity career opportunities fair; and
- Working with law firms to potentially develop an internship opportunity scholars' program which would provide scholarship support and guarantee a summer internship at the sponsoring firm for students from diverse backgrounds.

Much more work remains to be done in support of the school's commitment to diversity, equity, and inclusion. Members of the law school community are always encouraged to volunteer in support of the initiatives above or to suggest additional efforts. Thank you!

UNH FRANKLIN PIERCE'S DIVERSITY, EQUITY, AND INCLUSION STATEMENT

8/4/25, 11:19 AM DEI Digest: UNH Franklin Pierce's Diversity, Equity, and Inclusion Newsletter | Franklin Pierce School of Law

Case 1:25-cv-00093-SM-AJ    Document 125-1    Filed 08/07/25    Page 9 of 11

The University of New Hampshire Franklin Pierce School of Law is committed to building and sustaining a diverse, equitable, and genuinely inclusive environment for all students, staff, applicants, and visitors. We believe that to foster diversity and inclusiveness in our school means to acknowledge the intrinsic worth of varied experiences and to promote equality of respect and opportunity for every member of our community. We seek to encourage greater mutual understanding of the ways that individual differences have shaped personal identities. We aim to celebrate the differences that make each of us unique and to support the growth and talent of our community members to ensure that all may reach their full potential. We recognize that this climate of inclusion is vital to our continued success in attaining the highest quality research, scholarship, teaching, engagement, and all other strategic goals of our school. We accept and welcome the responsibility of teaching and learning in a diverse democracy where social justice serves as a bridge between a quality education and civic engagement.

**CATEGORIES:**  [Diversity, Equity, and Inclusion](#)

# Franklin Pierce School of Law

how great the potential harm of the speech, the potential harm of censorship is even greater'
THURSDAY, NOVEMBER 07, 2024

Tribal Governance and Federal Indian Law: A Conversation with Judge Arthur Gajarsa
FRIDAY, NOVEMBER 01, 2024

International IP and Entrepreneurship
THURSDAY, OCTOBER 31, 2024

VIEW ALL ❯

## CATEGORIES

- Alumni Blog
- Diversity, Equity, and Inclusion
- Faculty/Staff Activity
- IDEA
- Law Review
- News
- Office of the Dean
- Podcast Blog
- Rudman Center

- [Student Spotlight](#)

- [UNH Healthcare Vitals](#)

- [UNH Sports Law Review](#)

## ARCHIVE

- Choose -

[**SUBSCRIBE TO FEED**](#)

## QUICK LINKS

Consumer Information (ABA Required Disclosures)

Academic Calendar

Clery Report

Sexual Misconduct Survey

Emergency Action Plan

Accreditation

Academics

Admissions

Scholarships & Financial Aid

Library

News

Event Calendar

Faculty & Staff

Gifts & Apparel

## DISCOVER UNH

Students

Alumni

Businesses

Copyright © 2024, University of New Hampshire. All rights reserved.

TTY Users: 7-1-1 or 800-735-2964 (Relay NH)

USNH Privacy Policies • USNH Terms of Use • ADA Acknowledgment • Affirmative Action • Jeanne Clery Act

**CONTACT US**

UNH Franklin Pierce School of Law
2 White Street
Concord, NH 03301

(603) 228.1541

admissions@law.unh.edu

