# Exhibit 26



# Franklin Pierce School of Law

About  ›  Diversity & Inclusion

IN THIS SECTION

# Diversity & Inclusion

## Diversity, Equity, Access & Inclusion at UNH

The recently enacted state budget includes a prohibition on "DEI-related initiatives, programs, training, or policies." In response to these provisions, the university's Diversity, Equity, Access & Inclusion webpages have been temporarily taken offline to permit a thorough review of university programs, policies, and online materials as we plan for how best to foster a campus culture that supports access, belonging, and student success in a way that fully complies with state law.

UNH Franklin Pierce School of Law Nondiscrimination Policy

**QUICK LINKS**

Consumer Information (ABA Required Disclosures)

Academic Calendar

Clery Report

Sexual Misconduct Survey

Emergency Action Plan

Accreditation

Academics

Admissions

Scholarships & Financial Aid

Library

News

Event Calendar

Faculty & Staff

Gifts & Apparel

**DISCOVER UNH**

Diversity & Inclusion | Franklin Pierce School of Law

Students

Alumni

Businesses

Copyright © 2025, University of New Hampshire. All rights reserved.

TTY Users: 7-1-1 or 800-735-2964 (Relay NH)

USNH Privacy Policies • USNH Terms of Use • ADA Acknowledgment • Statement of Nondiscrimination • Jeanne Clery Act

**CONTACT US**

UNH Franklin Pierce School of Law

2 White Street

Concord, NH 03301

(603) 228.1541

admissions@law.unh.edu

