# Exhibit 27

Case 1:25-cv-00293    Document ... Page 2 of 4

The Wayback Machine - http://web.archive.org/web/20250422061342/https://www.plymouth.edu/president/commissions-initiatives



VISIT
APPLY
GIVE

## Office of the President

Home  ›  Office of the President

IN THIS SECTION ⌄

Case 1:25-cv-00293      Document 17-7      Filed 07/14/25      Page 3 of 4

# Commissions & Initiatives

## Commission on Diversity

Commission approach transformed by the Inclusion, Diversity, Equity, and Access Center, which was launched in 2022.

Plymouth State University is a community that takes pride in celebrating diversity and embracing differences among all people. Diversity is one of our core values, and we have a longstanding commitment to being a vibrant, inclusive, and multicultural community.

Because PSU is a student-centered institution, our priorities guide us to prepare students for life in a diverse world and to help them gain a global perspective.

We also strive to create an environment that values and supports diversity, equity, and inclusiveness across our community. We are dedicated to providing learning experiences and fostering the constructive discussion of a range of opinions in order to promote enhanced understanding and respect for all people.

## Commission on Environmental Sustainability

Commission approach transformed in PSU's Sustainability Council, which oversees the University's major and minor programs in sustainability studies.

Plymouth State is committed to educating students about a sustainable lifestyle, to study and care for the environment, and to promote sustainability to the campus community and the world beyond.

These efforts are evident throughout campus.

For over 25 years, Common Ground, a student environmental and social justice organization, has been focusing on environmental issues through events and service projects. Our Office of Environmental Sustainability works with students, faculty, and staff to achieve our goals and produce a newsletter each semester.

The University developed a Climate Action Plan in January 2010, pledging to reduce campus greenhouse gas (GHG) emissions 50% by 2025 and to make its operations greenhouse gas neutral by 2050.

Our Sustainability Minor is an interdisciplinary program that provides students with many ways to be engaged learners, including experiences that use our campus as a "living-learning laboratory" to learn about energy issues and other dimensions of sustainability.

A Campus Sustainability Guide was created by students, faculty, and staff to provide answers to common sustainability questions people working and/or living on campus frequently ask. We also have a long-standing campus-wide recycling program; and EcoHouse shows students how even small-scale environmental design features can have important environmental implications.

## Commission on the Status of Women

The President's Commission on the Status of Women is a group of staff, faculty, students, and community members dedicated to women's issues and issues of gender equality at Plymouth State University. Through campus events, community outreach, and collaboration with other campus offices, we encourage a climate of equal educational and employment opportunities for people of all genders.

**LEARN MORE** ›

## INFORMATION FOR

Accepted Students

Current Students

Parents and Families

Alumni

Faculty & Staff

## QUICK LINKS

Student Life

Housing & Dining

Registrar

Tuition/Cost

News

MyPlymouth

Health & Safety

Police

Athletics

Emergency Protocols

Faculty & Staff Directory

Consumer Information

Sustainability

Lamson Library

Employment Opportunities

Student Success

**CONTACT US**

**Plymouth State University**

**Office of the President**
17 High Street, MSC 1
Plymouth, NH 03264

📞 (603) 535-2210

© 2025, Plymouth State University | A member of the University System of New Hampshire

Consumer Information | Privacy Policy | Title IX