# Exhibit 36

## DECLARATION OF MEMBER B

I, ███████████, pursuant to 28 U.S.C. § 1746, depose and say as follows:

1. I am NEA-NH Member B as identified in the Complaint.

2. I am a high school Social Studies teacher at ██████████████████████ ████████ I teach Geography and World Cultures, United States History, Sociology, and Street Law. I have been teaching for 28 years.

3. I am a member of NEA-NH and the President of the ██████ Education Association.

4. I am offering this Declaration in my individual capacity and not on behalf of the District that employs me.

5. I have been affected and harmed by the passage of HB2, as this law places a cloud of uncertainty over my classroom and creates a fear that my curriculum and teaching practices might violate HB2's broad anti-DEI prohibitions. This fear is compounded as the upcoming school year approaches, as I do not know how to comply with these prohibitions in the classroom.

6. For example, come this Fall, if I continue to teach subjects like United States History, and weave topics such as the civil rights movement, current events, structural racism, and redlining into the classroom discussion, I run the risk of violating the law's ambiguous terms, as these are conversations where someone could view me as "promoting" "critical race theory" or "DEI-related" ideas that are designed to "achieve demographic outcomes". My teaching also involves inclusive practices for students with disabilities and for students from minority populations — concepts which are enveloped under the broad HB2's "DEI" prohibitions. As a result, I worry that without abandoning my entire curriculum and long-standing teaching practices, a parent, student, or my District could lodge a complaint against me, and I will be subjected to an investigation and possible discipline. And this could result in further harm to my students if the District loses public funding as an enforcement action.

### Conflicts in the classroom regarding HB2 language

7. As a high school teacher focusing on social studies—which is a "program" of study—my courses are designed to discuss and examine racism through historical context, by focusing on classroom discussions that are grounded in real human impact, not just theories. My job is to unpack the world around my students by teaching historical events, giving context and depth to social issues, and helping them gain and understand perspectives different than their own. To this

1

end, my students are asked to think about topics they have seen in the news, popular culture, or even in their own experiences and use these frameworks to spark discussion of different cultures and the lived experiences of their peers.

8. HB2's prohibitions, which involve issues of diversity, equity and inclusion, are prevalent in my classroom. I teach a Street Law course that centers discussion on real world examples of race and interactions with police officers. And this sometimes leads to highly engaged conversations amongst the students, and questions surrounding racial injustice. I also explore seminal legal trials and cases such as the OJ Simpson trial. There are, in fact, many other examples that could and should be used in a high school social studies curriculum to approach these historical events and critically examine the information with a focus on "achieving" a "demographic outcome" of broadening the horizons of different populations of students. However, in light of the HB2 prohibitions, I am concerned about continuing these lesson plans. I fear that this will be interpreted as an attempt to "achieve demographic outcomes"—which are undefined terms in HB2.

9. Inclusivity is paramount in my classroom, especially as ▮▮▮ becomes a more diverse community. As a teacher in my District, I have the privilege of teaching students from many backgrounds, including many students from underrepresented populations. Many of these students are Multi-Language Learners ("MLL"). These students are evaluated by MLL teachers and placed into general "categories" based on levels of proficiency with the English language. Part of my job in creating an open learning environment is to consult with the MML teachers, and "categorize" the MLL student so as to appropriately modify the curriculum based on their individual needs. For example, one such modification may include: (1) translating a lesson into the student's first language; (2) using an online tool to change the Lexile readability of an article; (3) annotating a primary source document; (4) editing a document into a shorter passage; or (5) having a staff member read a document to the MLL student. However, in light of HB2's prohibitions, I am concerned that any modification will be violative of the law insofar as it could be an effort to "achieve a demographic outcome" for minority students.

10. I am also concerned about how HB2 will impact my day-to-day work as I teach under its vague prohibitions. For example, my District has a program called "Inclusion." The goal of this inclusion program is to not only make curriculum accessible to all students, but also to provide a common classroom, athletic, and social experience. What this means, in practice, is that some students will be identified as needing exposure to a modified curriculum, as well as needing

2

socialization opportunities with traditional learners. This program also has implications for students with disabilities and similar instances where these students are "categorized" so that modifications can be made to the curriculum to meet the individual needs of these students. Therefore, if there is a student with a disability, such as autism, that student must be given the same space and experience as a neurotypical student, and this ultimately means that those students are not taught in the same manner as their peers. The use of the word "inclusion" in my profession, is making curriculum accessible to all students. However, in light of the vague language in HB2, I am concerned any curriculum modification for students with disabilities, or MLL learners who are often students from underrepresented populations, will be violative of the law as engaging in "classifications" seeking to "achieve a demographic outcome" for these students. However, at the same time, compliance with HB2 could mean I violate my District's policies and pedagogical norms.

11. For the foregoing reasons, it is apparent to me that the language in HB2 is confusing and vague in the context of my classroom and long-standing teaching practices. Specifically, I am unsure how to comply with the law, as it relates to the broad prohibitions over "programs" "initiatives" and "demographic outcomes." Because of this confusion, my actions in the classroom could be subject to adverse employment action for teaching matters such as systematic racism, the civil rights movement (then and now), and the power of lived experiences, especially where such instruction of racism could be construed by someone (though incorrectly) as "critical race theory." Race and historical context are central to a social studies curriculum, and I am confused as to how I can avoid such topics, avoid any perception that I am seeking to "achieve demographic outcomes" on the basis of so-called prohibited categories (such as race and disability), and competently teach under these prohibitions to meet my students where they are.

### HB2 impact on my ability to teach High School Social Studies

12. My current curriculum involves discussions from the reconstruction era to the civil rights movement. During the Black Lives Matter movement, our United States History curriculum was updated to address these important current events and comparison to historical movements. The idea behind this change was to teach the roots of the reconstruction era and what impact, if any, it has on current events. It is nearly impossible to effectively teach and not investigate how racism has been built into systems like education, housing, and criminal justice, and engage students in a discussion on how systematic racism affects people's lives today, including persons of a certain

3

race. In my teaching experience, students want to know about these topics and be informed. And through this instruction, I fear the vagueness in HB2 (including its undefined term like "critical race theory") will impact my ability to address historical events that may implicate a violative topic under this law.

13. Furthermore, I address instances of systematic racism and incorporate instruction of historical oppression into my social students' curriculum to help students understand how important it is to learn from these examples in history and to provide an inclusive environment for different groups within my classroom. The idea is when exposing students to the experience of others, including communities of color, for example—it opens the eyes of the students to other perspectives and emphasizes the importance of diversity and inclusion within the classroom. This can make communities of color feel seen and heard, as well as help inform White students about these experiences—efforts that could be construed as "achieving a demographic outcome." My District has a diverse student population, and my curriculum must meet the needs of all students. It is sometimes necessary that curriculum concentrates on the history of one race to teach a certain concept. To do otherwise would be a disservice for students, as they would not have an accurate picture of history. Thus, it is evident that, in my courses, I engage in practices that could be seen as aiming to "achieve demographics outcomes" for students. And, again, this causes me concern and fear that, by doing my job, I may be in violation of HB2 if I continue to include concepts of race, racism, and slavery in my classroom discussion, especially where students are asked whether they feel there is a connection between historical events and today. Such discussions are vital and make our history come alive for students.

### Concerns about adverse employment actions and licensure

14. During my tenure as a high school social teacher, I have regularly taught an accurate and open history to my students. My teaching philosophy is it is my job to give students information, and let the student decide what to do with it. Critical, independent, and diverse thinking is praised and supported in my classroom. This critical thinking promotes the idea of an informed society, where my students are given the tools to become fully informed. Because HB2 refers to trying to "achieve demographic outcomes" and "DEI" programs generally, I fear that any discussion of race, or acts of inclusion, could result in me being accused of violating this law.

15. This law has placed me in an impossible position. If I continue to appropriately modify curriculum for MLL students or students with disabilities, I am both fearful and concerned that a

4

complaint will be made by a parent, administrator, student or colleague to the New Hampshire Department of Education, or my District. The New Hampshire Department of Education has recently exercised broad jurisdiction over credential holders and their conduct within the classroom, and I have no doubt that they would examine any complaint regarding in-classroom conduct under the lens of appropriate supervision of students or professionalism as outlined in the Code. By "categorizing" students based on needs to achieve a welcoming and fulfilling education environment, there are times that these students will not be treated equally to allow them the opportunity to be in the same classroom as their peers. And in many instances, these objectives are based on compliance with federal and State laws concerning special education. If I permit students to have an individualized education that is tailored to their needs, then I risk my career. My hands are tied: I either comply with HB2 and run afoul of not providing a large part of my student population with an equal and fair education, or I continue what I know is the accepted pedagogy and risk adverse employment action or action against my credential.

16. This also extends to my work with colleagues as the ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬ wherein I lead curriculum development and revision. Part of my role is to answer questions about the content of curriculum, and whether it is appropriate or permissible. With the passage of HB2, I am unsure how to develop my own curriculum, and I am equally confused as to how I can advise my department on compliance. While, in practice, I am not in control of the entire curriculum (as there is a process in which major changes go to the Instructional Committee of the School Board), there still are many smaller instances where a minor change would go through the department and an answer needs to be given. For example, recently in preparation for the school year, the department reviewed the NH ED 306 rules, governing the Minimum Standards for Public School Approval. The social studies portion of the rules highlight a direct conflict with HB2. Pursuant to Ed 306.37(c)(1)(d), the curriculum must include "how and why political repression, intolerance, bigotry, antisemitism, and national, ethnic, racial or religious hatred and discrimination have in the past evolved into genocide and mass violence." I am confused how these topics can be a requirement of the rules, and yet the HB2 prohibitions prevent the teaching of "diversity, equity, and inclusion."

17. Furthermore, a similar conflict with a specific standard and my teaching is found in my course on Sociology, which is also a "program" of study. It is a national standard for Sociology to include teachings of societal power structures, in groups and out groups. In the past, this has

5

been an opportunity to discuss and teach implicit bias with my class.[1] However, for the first time in 20 years for fear of discipline and/or complaints, I removed concepts of implicit bias from my class. I feel that I will have to continue doing so in light of HB2's specific prohibition of "implicit bias." In short, HB2 is in direct conflict with the national standards I must follow to develop my Social Studies curriculum.

18. Finally, I wish to have personally identifiable information concerning this Declaration not made public. Given the climate we are currently in with educators constantly being under attack, I fear that, if my name were to become public in a lawsuit challenging the state's education policies, I could be harassed or experience adverse employment action

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 31st day of July 2025

---

[1] The College, Career & Civic Life (3C) Framework for Social Studies State Standard, at 73 (2013).

6