IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NATIONAL EDUCATION ASSOCIATION-NEW HAMPSHIRE; OYSTER RIVER COOPERATIVE SCHOOL DISTRICT; DOVER SCHOOL DISTRICT; SOMERSWORTH SCHOOL DISTRICT; GRANTHAM SCHOOL DISTRICT; DOTTIE MORRIS; JAMES T. MCKIM, JR.; and NEW HAMPSHIRE OUTRIGHT<br><br>       Plaintiffs,<br>v.<br><br>JOHN M. FORMELLA, in his official capacity only as the Attorney General of the State of New Hampshire;<br><br>CAITLIN DAVIS, in her official capacity only as the Commissioner of the New Hampshire Department of Education;<br><br>CHARLIE ARLINGHAUS, in his official capacity only as the Commissioner of the New Hampshire Department of Administrative Services; and<br><br>MONICA MEZZAPELLE, in her official capacity only as the State Treasurer of New Hampshire,<br><br>       Defendants. | Case No.: 25-cv-293 |

**PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION**
**[ORAL ARGUMENT REQUESTED]**

Pursuant to Federal Rule of Civil Procedure 65—and for the reasons stated in the accompanying memorandum, declarations, and all pleadings filed—Plaintiffs National Education Association-New Hampshire, the Oyster River Cooperative School District, the Dover School

District, the Somersworth School District, the Grantham School District, Dr. Dottie Morris, James T. McKim, Jr., and New Hampshire Outright (collectively, "Plaintiffs") respectfully move this Court, on an emergency basis, to preliminarily enjoin Defendants New Hampshire Department of Justice, New Hampshire Department of Education ("NHDOE"), New Hampshire Department of Administrative Services, and the State of New Hampshire Treasury—and their agents, employees, representatives, successors, and any other person acting directly or indirectly in concert with them—from enforcing and/or implementing HB2's "anti-DEI" provisions at RSA 21-I:112-116 and RSA 186:71-77 and their reporting and certification requirements, as well as from using any certification of compliance already received for any purpose (including but not limited to use for the basis of any enforcement action or investigation) pending the resolution of this action on its merits.

Plaintiffs base this relief on Counts I (Fourteenth Amendment Due Process/Vagueness), II (First Amendment), and III (Pre-emption) of their Complaint for Declaratory and Injunctive Relief. Plaintiffs have filed an accompanying memorandum of law supporting this Motion.

Given that NHDOE is demanding that public school districts certify compliance with these challenged provisions under the pains and penalties of perjury **_by September 5, 2025_**, Plaintiffs seek a decision on this motion by **_September 4, 2025_**.

If this Court is unable to issue a preliminary injunction decision by September 4, 2025, Plaintiffs respectfully request, for the same reasons stated in the accompanying memorandum of law, that this Court issue a temporary restraining order enjoining enforcement of HB2's anti-DEI provisions and their reporting and certification requirement while Plaintiffs' Motion for Preliminary Injunction remains pending.

Pursuant to Local Rule 7.1(d), Plaintiffs respectfully request oral argument given the importance of the issues presented in this Motion.

Plaintiffs also move this Court for an order waiving the requirement for bond or security.

Dated: August 11, 2025

Zoe Brennan-Krohn*
Malhar Shah*
Disability Rights Program
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street
San Francisco, CA 94104
(415) 343-0769
zbrennan-krohn@aclu.org
mshah@aclu.org

Sarah Hinger*
Alexis Alvarez*
Racial Justice Program
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7882
shinger@aclu.org
alexisa@aclu.org

Chris Erchull (N.H. Bar No. 266733)
Hannah Hussey*
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont, Suite 950
Boston, MA  02108
(617) 426-1350
cerchull@gladlaw.org
hhussey@gladlaw.com

Respectfully submitted,

*/s/ Gilles R. Bissonnette*
Gilles R. Bissonnette (N.H. Bar No. 265393)
Henry R. Klementowicz (N.H. Bar No. 21177)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NEW HAMPSHIRE
18 Low Avenue
Concord, NH 03301
(603) 224-5591
gilles@aclu-nh.org
henry@aclu-nh.org

Callan E. Sullivan[T] (N.H. Bar No. 20799)
Lauren Snow Chadwick[T] (N.H. Bar No. 20288)
NATIONAL EDUCATION ASSOCIATION-NEW HAMPSHIRE
9 South Spring Street
Concord, NH 03301
(603) 224-7751
csullivan@nhnea.org
lchadwick@nhnea.org

James A. O'Shaughnessy[+] (N.H. Bar No. 19719)
Meghan S. Glynn[+] (N.H. Bar No. 21168)
DRUMMOND WOODSUM & MACMAHON
670 N. Commercial Street, Suite 207
Manchester, NH 03101
(603) 792-7414
joshaughnessy@dwmlaw.com
mglynn@dwmlaw.com

\* *pro hac vice* applications pending
[T] appearing only on behalf of NEA-NH
[+] appearing only on behalf of the Oyster River Cooperative School District, the Dover School District, the Somersworth School District, and the Grantham School District