IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NATIONAL EDUCATION ASSOCIATION-NEW HAMPSHIRE; OYSTER RIVER COOPERATIVE SCHOOL DISTRICT; DOVER SCHOOL DISTRICT; SOMERSWORTH SCHOOL DISTRICT;  GRANTHAM SCHOOL DISTRICT; DOTTIE MORRIS; JAMES T. MCKIM, JR., AND NEW HAMPSHIRE OUTRIGHT<br><br>      Plaintiffs,<br>v.<br><br>JOHN M. FORMELLA, in his official capacity only as the Attorney General of the State of New Hampshire;<br><br>CAITLIN DAVIS, in her official capacity only as the Commissioner of the New Hampshire Department of Education;<br><br>CHARLIE ARLINGHAUS, in his official capacity only as the Commissioner of the New Hampshire Department of Administrative Services; and<br><br>MONICA MEZZAPELLE, in her official capacity only as the State Treasurer of New Hampshire,<br><br>      Defendants. | Case No.: 1:25-cv-00293-LM |

**DECLARATION OF GILLES BISSONNETTE IN SUPPORT OF
PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION**

  I, Gilles Bissonnette, pursuant to the penalty of perjury under 28 U.S.C. § 1746, do hereby state the following:

1

I am an attorney with the American Civil Liberties Union of New Hampshire and counsel to Plaintiffs in this action. I submit this Declaration in support of Plaintiffs' Emergency Motion for Preliminary Injunction.

Attached to this Declaration are true and correct copies of the following exhibits referenced in the Memorandum in Support of Plaintiffs' Emergency Motion for Preliminary Injunction:

1. At Exhibit 1 is a true and correct copy of HB2's anti-DEI provisions at RSA 21-I:112-116 and RSA 186:71-77, which was signed into law on June 27, 2025 and became effective on July 1, 2025;

2. At Exhibit 2 is a true and correct copy of a July 11, 2025 NHDOE Letter to School Districts;

3. At Exhibit 3 is a true and correct copy of a July 17, 2025 NHDOE Letter to Higher Education Institutions;

4. At Exhibit 4 is a true and correct copy of a July 23, 2025 NH Department of Administrative Services Email re Review of Agency Contracts for DEI-Related Contract Provisions (With Attached Spreadsheet Altered For Size);

5. At Exhibit 5 is a true and correct copy of N.H. School Funding Fairness Project, *Vague Language in Budget Threatens State Funding for Schools* (June 13, 2025);

6. At Exhibit 6 is a true and correct copy of *2020 Implicit Bias Training Hosted by the New Hampshire Attorney General's Office* (Nov. 20, 2020);

7. At Exhibit 7 is a true and correct copy of March 28, 2025 Proposal – Amendment to HB2;

8. At Exhibit 8 is a true and correct copy of March 31, 2025 House Finance Committee Transcript on Discussion of Amendment 1428h to HB2;

9. At Exhibit 9 is a true and correct copy of April 1, 2025 Revised Proposal – Amendment to HB2;

10. At Exhibit 10 is a true and correct copy of the April 1, 2025 House Finance Committee Transcript on Discussion of Amendment 1467h to HB2 With Margin Notes By Plaintiffs' Counsel;

11. At Exhibit 11 is a true and correct copy of the April 10, 2025 House of Representatives Floor Debate Transcript on HB2 With Margin Notes By Plaintiffs' Counsel;

12. At Exhibit 12 is a true and correct copy of HB2 Docket;

13. At Exhibit 13 is a true and correct copy of Report on May 6, 2025 Senate Public Hearing on HB2;

14. At Exhibit 14 is a true and correct copy of May 23, 2025 Lang Amendment Presented on May 27, 2025;

15. At Exhibit 15 is a true and correct copy of May 27, 2025 Senate Finance Committee Transcript on HB2 and Lang Amendment;

16. At Exhibit 16 is a true and correct copy of the ACLU-NH/DRC-NH May 30, 2025 Letter;

17. At Exhibit 17 is a true and correct copy of a May 27, 2025 Advocacy Letter to the Chairman of the Senate Finance Committee re Opposition to HB2 Amendment;

18. At Exhibit 18 is a true and correct copy of a May 27, 2025 Advocacy Letter to the Governor's Office re Opposition to HB2 Amendment;

19. At Exhibit 19 is a true and correct copy a Keene State College ("KSC") Pre-HB2 website titled "Justice, Equity, Diversity, and Inclusion," as preserved on archive.org;

20. At Exhibit 20 is a true and correct copy of a KSC webpage titled "Justice, Equity, Diversity, and Inclusion" as it appeared on KSC's website on July 10, 2025;

21. At Exhibit 21 is a true and correct copy of a July 1, 2025 Letter from University of New Hampshire ("UNH") President Elizabeth S. Chilton;

22. At Exhibit 22 is a true and correct copy of May 9, 2022 UNH Faculty Senate Meeting Minutes;

23. At Exhibit 23 is a true and correct copy of a UNH webpage titled "Diversity, Equity, Access & Inclusion at UNH" from May 2025 as preserved on archive.org;

24. At Exhibit 24 is a true and correct copy of a UNH webpage titled "Diversity, Equity, Access & Inclusion at UNH" as it appeared on UNH's website on July 10, 2025;

25. At Exhibit 25 is a true and correct copy of a UNH Law webpage titled "Diversity & Inclusion" from January 2025 as preserved on archive.org;

26. At Exhibit 26 is a true and correct copy of a UNH Law webpage titled "Diversity & Inclusion" as it appeared on UNH Law's webpage on Aug. 4, 2025;

27. At Exhibit 27 is a true and correct copy of a Plymouth State University ("PSU") webpage titled "Commissions & Initiatives" from April 2025 as preserved on archive.org;

28. At Exhibit 28 is a true and correct copy of a webpage from PSU's website as it appeared in July 2025;

29. At Exhibit 29 is a true and correct copy of River Valley Community College ("RVCC") webpage titled "You Belong Here" from March 2025 as preserved on archive.org;

30. At Exhibit 30 is a true and correct copy of a webpage from RVCC's website as it appeared in 2025;

31. At Exhibit 31 is a true and correct copy of July 15, 2025 NHDOE Email re Technical Advisory for HB2 – DEI Prohibition;

32. At Exhibit 32 is a true and correct copy of Frank Edelblut, *Teach children about racism, not to be racists*, Union Leader (June 13, 2021);

33. At Exhibit 33 is a true and correct copy of a July 14, 2025 ACLU-NH Email to NHDOE;

34. At Exhibit 34 is a true and correct copy of Declaration of NEA-NH Member Rick Trombly;

35. At Exhibit 35 is a true and correct redacted copy of Declaration of NEA-NH Member A;

36. At Exhibit 36 is a true and correct redacted copy of Declaration of NEA-NH Member B;

37. At Exhibit 37 is a true and correct redacted copy of Declaration of NEA-NH Member C;

38. At Exhibit 38 is a true and correct copy of Declaration of Dr. Robert Shaps;

39. At Exhibit 39 is a true and correct copy of Declaration of Christine Boston;

40. At Exhibit 40 is a true and correct copy of Declaration of John Shea;

41. At Exhibit 41 is a true and correct copy of Declaration of Christine Downing;

42. At Exhibit 42 is a true and correct copy of Declaration of Dr. Dottie Morris;

43. At Exhibit 43 is a true and correct copy of Declaration of James T. McKim;

44. At Exhibit 44 is a true and correct copy of Declaration of Heidi Carrington Heath, Executive Director of New Hampshire Outright.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of August, 2025.

> */s/ Gilles Bissonnette*
> Gilles R. Bissonnette (N.H. Bar No. 265393)
> AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF
>     NEW HAMPSHIRE
> 18 Low Avenue
> Concord, NH 03301
> (603) 224-5591
> gilles@aclu-nh.org