# Exhibit 2

# EXHIBIT 2

# TEXT OF HB2'S ANTI-DEI PROVISIONS





**From:** Adams, Angela <Angela.M.Adams@doe.nh.gov> on behalf of Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Sent:** Friday, July 11, 2025 3:35 PM
**Subject:** Certified Report of Compliance with HB 2 Requirement: Prohibition on Diversity, Equity, and Inclusion in Public Schools -- ACTION REQUIRED BY SEPTEMBER 5, 2025

Dear School Leaders,

HB 2 (RSA 186:71-77) establishes new statutory restrictions on Diversity, Equity, and Inclusion (DEI)-related initiatives and requires each public school to submit a certified report to the New Hampshire Department of Education (NHED).

To comply with HB 2, each public school (as defined by RSA 186:71, II) must review all program, policy, training, or initiative to identify DEI-related provisions and ensure that:

- "No state funds shall be expended to public schools for DEI-related activities, including but not limited to implicit bias training, DEI assessments, critical race theory, or race-based hiring, promotion, or contracting preferences."
- "No public school shall implement, promote, or otherwise engage in any DEI-related initiatives, programs, training, or policies."
- "No public school shall enter into, renew, or amend any contract that includes DEI-related provisions, including requirements for contractors to implement DEI programs, conduct DEI training, or comply with DEI-related reporting obligations."

This review must be thorough and will require each school to evaluate its policies, procedures, programs, training materials and initiatives to ensure that the district can effectively and accurately identify all DEI-related provisions. HB 2 prohibits public schools from implementing, promoting, or otherwise engaging in initiatives, programs, training, or policies related to DEI provisions.

In addition to the comprehensive review described above, each school is required to review all contracts and submit a "**signed and certified report to the Commissioner of the Department of Education identifying any contract containing DEI related provisions**. The report shall include contract descriptions, the specific DEI-related provisions, and the total financial obligation associated with each contract." Directions and the form to be used for the certified report of compliance and required Addendum are attached to this email correspondence.

A signed, certified report of compliance and Addendum listing the identified contract shall be submitted to NHED no later than **September 5, 2025**.  Submissions should be emailed to: **submissions@doe.nh.gov.**

Additionally, HB 2 requires the Commissioner of the Department of Education to submit a single report to the Senate Education, Senate Education Finance, House Education Funding, and House Education Policy and Administration committees of the general court, identifying all existing contracts containing DEI-related provisions in public schools. The report shall include contract descriptions, the specific DEI-related provisions, and the total financial obligation associated with each contract.

Should a public school fail to abide by any section of the DEI provisions to HB 2, either knowingly or unknowingly, the Commissioner of the Department of Education shall immediately **halt all sources of public funding to that public school**, until such time as

the school comes into compliance with all sections of this subdivision.

The Commissioner of the Department of Education shall notify the state treasurer if a public school is not in compliance with this subdivision, at which time the treasurer shall halt all forms of public funding to the school until the Commissioner has certified the school comes into compliance with this subdivision.

Thank you for your prompt attention to this important matter.

Attachments(4) include:

1. Letter
2. Directions
3. Certified Report Form
4. Certified Report Addendum

Live free and learn,
**Frank Edelblut | Commissioner**
New Hampshire Department of Education
**Phone:** 603-271-3144
25 Hall Street, Concord NH 03301
**Email:** frank.edelblut@doe.nh.gov


New Hampshire | LIVE FREE AND LEARN
**Department of Education**



The contents of this message are confidential.  Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited.  If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.

The information and any attachments contained in this message are confidential and/or privileged material and intended only for the named recipient's use. If you have received this message from the Dover School District in error, you are prohibited from copying, distributing, or using the information. Please contact the sender immediately by return email and delete the original message. Under New Hampshire law, email addresses are public records. If you do not want your e-mail address released in a response to a public records request, do not send electronic mail to this entity. Instead, please contact this office by phone or in writing.

The information and any attachments contained in this message are confidential and/or privileged material and intended only for the named recipient's use. If you have received this message from the Dover School District in error, you are prohibited from copying, distributing, or using the information. Please contact the sender immediately by return email and delete the original message. Under New Hampshire law, email addresses are public records. If you do not want your e-mail address released in a response to a public records request, do not send electronic mail to this entity. Instead, please contact this office by phone or in writing.



**Frank Edelblut**
Commissioner

**Christine M. Brennan**
Deputy Commissioner

STATE OF NEW HAMPSHIRE
**Department of Education**
**25 Hall Street**
**Concord, NH 03301**
**TEL. (603) 271-3495**

July 11, 2025

**HB 2 Prohibition on Diversity, Equity, and Inclusion in Public Schools**

Dear School Leaders,

HB 2 (RSA 186:71-77) establishes new statutory restrictions on Diversity, Equity, and Inclusion (DEI)-related initiatives and requires each public school to submit a certified report to the New Hampshire Department of Education (NHED).

To comply with HB 2, each public school (as defined by RSA 186:71, II) must review all program, policy, training, or initiative to identify DEI-related provisions and ensure that:

- "No state funds shall be expended to public schools for DEI-related activities, including but not limited to implicit bias training, DEI assessments, critical race theory, or race-based hiring, promotion, or contracting preferences."
- "No public school shall implement, promote, or otherwise engage in any DEI-related initiatives, programs, training, or policies."
- "No public school shall enter into, renew, or amend any contract that includes DEI-related provisions, including requirements for contractors to implement DEI programs, conduct DEI training, or comply with DEI-related reporting obligations."

This review must be thorough and will require each school to evaluate its policies, procedures, programs, training materials and initiatives to ensure that the district can effectively and accurately identify all DEI-related provisions. HB 2 prohibits public schools from implementing, promoting, or otherwise engaging in initiatives, programs, training, or policies related to DEI provisions.

In addition to the comprehensive review described above, each school is required to review all contracts and submit a "**signed and certified report to the Commissioner of the Department of Education identifying any contract containing DEI related provisions**. The report shall include contract descriptions, the specific DEI-related provisions, and the total financial obligation associated with each contract." Directions and the form to be used for the certified report of compliance and required Addendum are attached to this email correspondence.

A signed, certified report of compliance and Addendum listing the identified contract shall be submitted to NHED no later than **September 5, 2025**.  Submissions should be emailed to: **submissions@doe.nh.gov.**

**TDD Access: Relay NH 711**
**EQUAL OPPORTUNITY EMPLOYER- EQUAL EDUCATIONAL OPPORTUNITIES**

HB 2 Prohibition on Diversity, Equity, and Inclusion in Public Schools
July 11, 2025
Page 2

Additionally, HB 2 requires the Commissioner of the Department of Education to submit a single report to the Senate Education, Senate Education Finance, House Education Funding, and House Education Policy and Administration committees of the general court, identifying all existing contracts containing DEI-related provisions in public schools. The report shall include contract descriptions, the specific DEI-related provisions, and the total financial obligation associated with each contract.

Should a public school fail to abide by any section of the DEI provisions to HB 2, either knowingly or unknowingly, the Commissioner of the Department of Education shall immediately **halt all sources of public funding to that public school**, until such time as the school comes into compliance with all sections of this subdivision.

The Commissioner of the Department of Education shall notify the state treasurer if a public school is not in compliance with this subdivision, at which time the treasurer shall halt all forms of public funding to the school until the Commissioner has certified the school comes into compliance with this subdivision.

Thank you for your prompt attention to this important matter.

Sincerely,

Frank Edelblut
Commissioner of Education

# Prohibition on Diversity, Equity, and Inclusion in Public Schools Certified Report HB 2 (RSA 186:71–77)

## Directions

*Definitions Applicable to Certified Report and Addendum (RSA 186:71)*

- "**Diversity, equity, and inclusion**" and **"DEI"** includes any program, policy, training, or initiative that classifies individuals based on characteristics identified in RSA 354-A:1, (age, sex, gender identity, race, creed, color, marital status, familial status, physical or mental disability or national origin) to achieve demographic outcomes, rather than treating individuals equally under the law.

- **"Public school"** means any school, academic institution, or institution of higher education in this state supported by public funds.

For the purpose of this Certified Report, district-operated public schools may submit one Certified Report per district, provided they indicate on the Addendum which individual school(s) is covered by the contracted services.

In order to comply with RSA 186:71–77, each chartered public school, educational institution, institution of higher learning, or each district on behalf of each public school operated by the district must complete and return the **Certified Report and Addendum listing identified contracts (if applicable)** form attesting to full compliance with RSA 186:71–77.

Each public school shall:

1. Review all existing contracts to identify DEI-related provisions.

2. If the school identifies any DEI-related provisions, the district must identify each contract on the attached **Addendum**. The **Addendum** requires that the following information for each contract be listed:

    a. title of contract
    b. vendor name
    c. description of contract purpose
    d. specific DEI related provisions
    e. total financial obligation of the contract
    f. the term (period of time) covered by the contract
    g. source of funds used to pay for services provided under the contract
    h. proposed action to eliminate DEI related provisions from contract
    i. proposed compliance date to eliminate DEI related provisions from contract

     j.   name of individual school(s), list all affected, that is a party to the contract or for whom receives the services provided under the contract including DEI related provisions

3.  Submit the attached **signed certified report with Addendum (if applicable)** to comply with the requirement that "Each public school shall submit a signed and certified report to the Commissioner of the Department of Education identifying any contract containing DEI related provisions. The report shall include contract descriptions, the specific DEI-related provisions, and the total financial obligation associated with each contract."

The Certified Report and Addendum (if applicable) must be submitted to the Department no later than September 5, 2025 to **submissions@doe.nh.gov** .

# CERTIFIED REPORT

*SECTION 1 – SCHOOL INFORMATION (one Certified Report shall be completed for each School in a school district)*

**School, Chartered Public School, or Institution of Higher Education Name**

_____

*SECTION 2 – CERTIFIED REPORT OF COMPLIANCE*

Please check all applicable boxes.

I hereby certify that:

❑ This public school **has reviewed all current contracts** and identified whether any contain DEI-related provisions, in accordance with RSA 186:75.

❑ This public school **will not enter** into, renew, or amend any contract that includes DEI-related provisions, including requirements for contractors to implement DEI programs, conduct DEI training, or comply with DEI-related reporting obligations.

**Choose one of the following two options**:

❑ This public school **has not implemented**, promoted, or engaged in any DEI-related initiatives, training, assessments, or policies.

❑ This public school **has implemented**, promoted, or engaged in any DEI-related initiatives, training, assessments, or policies.

**Choose one of the following two options**:

❑ This public school **has not used state funds** for such purposes for DEI-related activities including but not limited to implicit bias training, DEI assessments, critical race theory, or race-based hiring, promotion, or contracting preferences.

❑ This public school **has used state funds** for such purposes for DEI-related activities including but not limited to implicit bias training, DEI assessments, critical race theory, or race-based hiring, promotion, or contracting preferences.

**Addendum**:

Please use the attach spreadsheet (in the form provided) with each Certified Report detailing the following for any contract identified by the school as containing DEI-related provisions:

a) title of contract

b) vendor name

c) description of contract purpose

d) specific DEI related provisions

e) total financial obligation of the contract

f) the term (period of time) covered by the contract

g) source of funds used to pay for services provided under the contract

h) proposed action to eliminate DEI related provisions from contract

i) proposed compliance date – identify the date

j) name of school or schools (list all affected) that is a party to the contract or for whom receives the services provided under the contract including DEI related provisions

---

*SECTION 3 – CERTIFICATION, SIGNATURE, AND DATE*

I certify under the pains and penalties of perjury, to the best of my knowledge and belief, that all of the information contained in this document is true, accurate and complete.

**Certifying Official Name:**

_____

**Title:**

_____

**Signature:**

_____

**Date:**

_____

**Please complete the following table for each contract that contains DEI-related provisions. Submit this form along with your signed Assurance of Compliance**

| District Name/Chartered Public School/ Educational Institution/Institution of Higher Learning | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Contract Title | Vendor Name | Description of Contract Purpose | Specific DEI-Related Provisions | Total Financial Obligation | Contract Period | Source of Funds | Proposed Compliance Action | Proposed Compliance Date | School Name(s) (If School Specific) |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |