# Exhibit 3



**Frank Edelblut**
Commissioner

**Christine M. Brennan**
Deputy Commissioner

STATE OF NEW HAMPSHIRE
**Department of Education**
**25 Hall Street**
**Concord, NH 03301**
**TEL. (603) 271-3495**

July 17, 2025

**HB 2 Prohibition on Diversity, Equity, and Inclusion in Public Schools**

Dear Education Leaders,

[HB 2 (RSA 186:71-77)](#) establishes new statutory restrictions on Diversity, Equity, and Inclusion (DEI)-related initiatives and requires "any school, academic institution, or institution of higher education in this state supported by public funds" to submit a certified report to the New Hampshire Department of Education (NHED).

Our understanding is that your institution receives public support through the UNIQUE Program, both Annual and Endowment, and/or the Governor Scholarship Program as indicated on the attached document.

To comply with HB 2, each institution of higher education must review all program, policy, training, or initiative to identify DEI-related provisions and ensure that:

- "No public school [as defined by RSA 186:71, II] shall implement, promote, or otherwise engage in any DEI-related initiatives, programs, training, or policies."
- "No state funds shall be expended to public schools [as defined by RSA 186:71, II] for DEI-related activities, including but not limited to implicit bias training, DEI assessments, critical race theory, or race-based hiring, promotion, or contracting preferences."
- "No public school [as defined by RSA 186:71, II] shall enter into, renew, or amend any contract that includes DEI-related provisions, including requirements for contractors to implement DEI programs, conduct DEI training, or comply with DEI-related reporting obligations."

In addition to the comprehensive review described above, each public school [as defined by RSA 186:71, II] **"shall submit a signed and certified report to the Commissioner of the Department of Education identifying any contract containing DEI related provisions**. [emphasis added] The report shall include contract descriptions, the specific DEI-related provisions, and the total financial obligation associated with each contract."

**TDD Access: Relay NH 711**
**EQUAL OPPORTUNITY EMPLOYER- EQUAL EDUCATIONAL OPPORTUNITIES**

HB 2 Prohibition on Diversity, Equity, and Inclusion in Public Schools
July 17, 2025
Page 2

NHED's statutory reporting obligation under HB 2 requires the Commissioner of the Department of Education to submit a single report to the Senate Education, Senate Education Finance, House Education Funding, and House Education Policy and Administration committees of the general court, identifying all existing contracts containing DEI-related provisions in public schools. The report shall include contract descriptions, the specific DEI-related provisions, and the total financial obligation associated with each contract.

Your signed, certified report of compliance and Addendum listing the identified contract(s) is statutorily required by September 30, 2025, however, NHED is requesting submissions by **September 5, 2025 to permit NHED to compile the results and meet its statutory reporting requirement to the legislature of October 1, 2025**. Submissions should be emailed to: **submissions@doe.nh.gov**.

Should a public school [as defined by RSA 186:71, II] fail to abide by any section of the DEI provisions to HB 2, either knowingly or unknowingly, the Commissioner of the Department of Education "shall immediately **halt all sources of public funding to that public school**, until such time as the school comes into compliance with all sections of this subdivision" and "shall notify the state treasurer if a public school is not in compliance with this subdivision, at which time the treasurer shall halt all forms of public funding to the school until the commissioner has certified the school come into compliance with the subdivision."

Thank you for your prompt attention to this important matter.

Sincerely,

Frank Edelblut
Commissioner of Education

**Attachment 3**

**UNIQUE Allocation Programs**
**Disbursements Through June 30, 2025**

| Eligible & Participating Institution | Annual Program | | Endowment Program | | Total Disbursements | |
|---|---|---|---|---|---|---|
| | Current Year | Cumulative | Current Year | Cumulative | Current Year | Cumulative |
| Chester College of New England | 0 | -326,718 | N/A | 402,532 | N/A | 75,814 |
| Community College System of NH | 3,935,000 | 23,941,172 | 757,755 | 23,065,167 | 4,692,755 | 47,006,339 |
| Colby-Sawyer College | 294,375 | 790,875 | 132,250 | 3,546,534 | 426,625 | 4,337,409 |
| Daniel Webster College | 0 | 95,100 | N/A | -28,062 | N/A | 67,038 |
| Dartmouth College | 51,250 | 147,400 | 41,365 | 998,975 | 92,615 | 1,146,375 |
| Franklin Pierce University | 198,750 | 629,350 | 101,790 | 4,555,730 | 300,540 | 5,185,080 |
| Mount Washington College | N/A | 512,450 | N/A | N/A | N/A | 512,450 |
| McIntosh College | N/A | 25,500 | N/A | N/A | N/A | 25,500 |
| New England College | 415,000 | 1,225,725 | 169,516 | 3,757,342 | 584,516 | 4,983,067 |
| New Hampshire Institute of Art | N/A | 114,388 | N/A | 207,467 | N/A | 321,855 |
| Magdalen College | 0 | 29,200 | 0 | 9,413 | 0 | 38,613 |
| Rivier University | 402,500 | 989,050 | 233,996 | 6,559,125 | 636,496 | 7,548,175 |
| Saint Anselm College | 289,000 | 819,759 | 171,543 | 4,457,351 | 460,543 | 5,277,110 |
| Southern N.H. University | 3,896,875 | 11,504,062 | 1,465,918 | 32,799,065 | 5,362,793 | 44,303,127 |
| Thomas More College of Liberal Arts | 2,500 | 14,100 | 5,272 | 106,188 | 7,772 | 120,288 |
| University System of New Hampshire | 7,006,745 | 28,126,095 | 3,064,578 | 80,420,614 | 10,071,323 | 108,546,709 |
| Totals | 16,491,995 | 68,637,508 | 6,143,985 | 160,857,441 | 22,635,980 | 229,494,949 |

**NOTES:**

      * Does not include:

        $13,513,767  Endowment Fund liquidation distribution to USNH & CCSNH in July 2011

        $19,314,829  FY 12-13 management fee appropriation allocations to UNSH & CCSNH (2011 HB 2)

UNIQUE Annual Allocation Program Additional Reimbursements & Refunds:

2023-24 Refund from USNH - July 2024        (5,800)

College Tuition Savings Plan Advisory Commission
Governor Scholarship Program
Fiscal Year 2025 Reimbursements

| Participating Institutions | Fall | Spring | Total |
|---|---|---|---|
| Colby-Sawyer College | 58,000 | 55,500 | 113,500 |
| Dartmouth College | 12,000 | 12,000 | 24,000 |
| Franklin Pierce University | 38,500 | 30,500 | 69,000 |
| New England College | 31,000 | 26,500 | 57,500 |
| Community College System of NH | 143,000 | 184,500 | 327,500 |
|    Great Bay Community College | N/A | N/A | N/A |
|    Lakes  Region Community College | N/A | N/A | N/A |
|    Manchester Community College | N/A | N/A | N/A |
|    Nashua Community College | N/A | N/A | N/A |
|    NHTI Concord Community College | N/A | N/A | N/A |
|    RiverValley Community College | N/A | N/A | N/A |
|    White Mountain community College | N/A | N/A | N/A |
| Rivier University | 50,000 | 46,000 | 96,000 |
| Saint Anselm College | 61,500 | 57,000 | 118,500 |
| Southern N.H. University | 127,000 | 116,000 | 243,000 |
| Thomas More College of Liberal Arts | 1,000 | 1,000 | 2,000 |
| University System of New Hampshire | 686,000 | 655,500 | 1,341,500 |
|    Keene State College | N/A | N/A | N/A |
|    Plymouth State University | N/A | N/A | N/A |
|    University of New Hampshire | N/A | N/A | N/A |
| | | | **2,392,500** |

N/A - Not applicable

 



☰ OPEN MENU

# Higher Education Institutions Certified Reports

*Higher Education Institutions Certified Reports submitted to NHED.*

| School | Date Received | Certification Link |
|---|---|---|
| Antioch University of New England | - | - |
| Arts Academy of New Hampshire | - | - |
| Colby-Sawyer College | - | - |
| Dartmouth College | - | - |
| Franklin Pierce University | - | - |
| Hellenic American University | - | - |
| Massachusetts College of Pharmacy & Health Sciences | - | - |
| New England Aeronautic Institute | - | - |
| New England College | - | - |
| Rivier University | - | - |
| Saint Anselm College | - | - |
| Signum University | - | - |
| Southern New Hampshire University | - | - |
| St. Joseph School of Nursing | - | - |
| Thomas More College | - | - |
| Upper Valley Educator's Institute | - | - |
| University System of New Hampshire | -- | - |
| Community College System of New Hampshire | - | - |



**25 Hall Street | Concord, NH | 03301-3860**
(603) 271-3494 | TDD Access: Relay NH 1-800-735-2964 | info@doe.nh.gov
**Business Hours:** Monday-Friday from 8AM-4:30PM, excluding holidays

Directions to NHDOE >    Notice of Non-Discrimination >

Request for Proposals

NH Career and Technical Education

myNHDOE

Educator Search

Right to Freedom from Discrimination

NH Government Careers

NH Travel & Tourism

NH Web Portal - NH.gov

ReadyNH.gov

Transparent NH

© 2025 State of New Hampshire • All rights reserved **AN OFFICIAL NEW HAMPSHIRE GOVERNMENT WEBSITE**

Accessibility Policy  |  Privacy Policy