# Exhibit 8

3/31/2025  House Finance Committee Discussion of Amendment 1428h to HB2 Audio Transcription

## Page 1

House Finance Committee Discussion
of Amendment 1428h to HB2
March 31, 2025
Audio Transcription

———————————————————————
DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

## Page 2

1  (Recording begins)
2      MR. CAMBRILS: Mr. Chair, I'd like to move
3  Amendment 2025-1428h to be added to HB2.
4      CHAIRMAN WEYLER: All right, Cambrils moves.
5  Is there a second?
6      UNIDENTIFIED: Second.
7      THE CLERK: I don't know whether I have that
8  one. Hang on a second.
9      REPRESENTATIVE SWEENEY: I'll second.
10     CHAIRMAN WEYLER: Sweeney seconds. Cambrils,
11 Sweeney.
12     THE CLERK: What's the amendment number?
13     CHAIRMAN WEYLER: 1428h.
14     THE CLERK: 1428h.
15     REPRESENTATIVE MCGUIRE: So, Mr. Chairman,
16 this amendment was the idea of two of our newest
17 members, Representative Nalevanko and DeRoy. And it
18 removes contract provisions for -- that favor or impose
19 DEI type of requirements in state contracts. Similar
20 to what the federal government has been doing via
21 executive orders. And perhaps Representative Nalevanko
22 would like to discuss this further?
23     CHAIRMAN WEYLER: Representative Nalevanko is
24 recognized.
25     REPRESENTATIVE NALEVANKO: Yes. Thank you,

## Page 3

1  Mr. Chair.
2      I think to keep this really simple without
3  getting into a lot of weeds on it. There is some
4  concern, given the fact that we've already got from the
5  federal side an executive order that eliminates -- all
6  this does is parallel the language in the executive
7  order to make sure that the State gets out ahead of
8  what's likely to happen with DEI. Anybody that has any
9  concerns should be focused on the fact that what we've
10 seen already on the federal side of it, if we weren't
11 to do something like this, would put at risk a lot of
12 federal dollars. I think that's the -- kind of the
13 larger consideration and the larger picture here. So I
14 think without getting into a lot of the specifics or
15 the weeds, that's what I would make as a general
16 comment.
17     CHAIRMAN WEYLER: Representative Muns, then
18 Representative Rung, then Representative Preece.
19     REPRESENTATIVE MUNS: Thank you. So I have a
20 question for my colleague. You referenced the
21 executive order that was signed by the president and
22 it's in the bill as well. Executive orders are all
23 subject to judicial review, and is it fair to say
24 therefore, that if the courts rule that the president's
25 order was unlawful or unconstitutional, that this --

## Page 4

1  that these requirements would then become nonbinding on
2  the State of New Hampshire?
3      REPRESENTATIVE NALEVANKO: Yeah. I would say
4  that I'll kind of defer on that because obviously we'd
5  want to be compliant with federal law. It's possible
6  that that whole process will take a while to play out.
7  But of course, at the end of the day, the state would
8  be in compliance with whatever the final outcome on
9  judicial review and federal law applied.
10     REPRESENTATIVE MUNS: Follow-up?
11     CHAIRMAN WEYLER: Follow-up.
12     REPRESENTATIVE MUNS: So that being the case,
13 I mean, and I haven't had a chance to read this since
14 this is the first time I'm seeing it. Is there
15 language in this amendment that specifically specifies
16 that if the executive order is ruled to be unlawful,
17 that none of this will apply?
18     REPRESENTATIVE NALEVANKO: No, there isn't.
19     CHAIRMAN WEYLER: I think it's within the
20 scope of state government, and I believe there are a
21 few that already have removed DEI from contracts and so
22 on. I think I read that from one of the other states.
23 So the State is free to make this requirement. The
24 federal government will either back it up or not. In
25 the fact -- in the case they say you must put DEI back

Page 5

```
 1   in, then that would be another decision.  But I don't
 2   know if they required anybody to do that at this point.
 3            REPRESENTATIVE MUNS:  But my point,
 4   Mr. Chairman, is that by passing this, we are putting
 5   in New Hampshire law that these initiatives cannot be
 6   included.  And I don't even know if they exist.  But
 7   that we are putting in New Hampshire law a requirement
 8   that is going to take another act by the legislature to
 9   remove.
10            CHAIRMAN WEYLER:  Well, I think that
11   Representative Nalevanko and Representative DeRoy have
12   already discovered that there are several contracts the
13   State has let with agencies that do have DEI in them.
14   And I know that from this last election it was very
15   unpopular.  It's racism all over again, so -- and
16   sexism.  Representative Edwards?
17            REPRESENTATIVE EDWARDS:  Thank you,
18   Mr. Chair.
19            And to my colleague's point, I think --
20            CHAIRMAN WEYLER:  Sorry, I took you out of
21   turn.  Representative Rung next, and Representative
22   Preece, and then Representative Edwards.
23            REPRESENTATIVE RUNG:  Thank you,
24   Mr. Chairman.
25            To say I'm concerned about this is a terrible
```

Page 6

```
 1   understatement.  I'm actually very outraged that we're
 2   considering having the State of New Hampshire prohibit
 3   diversity, equity, and inclusion.  To compare it to an
 4   executive order which does not have the power of the
 5   law, we're going far beyond that to put this in New
 6   Hampshire Law is totally against Live Free or Die, by
 7   the way.
 8            I am strongly going to be voting against
 9   this, and I feel very insulted that the course of work
10   that Division I has done -- and I want to also thank
11   our chairman.  That we've always been driven by mutual
12   respect, no matter what our disagreements are.  But to
13   have this come before the full finance committee
14   without having it being vetted in a division, I feel is
15   a betrayal to everyone who has really worked hard to
16   get beyond our differences and have an open and honest
17   discussion.  So I will be voting against this in the
18   strongest of terms.  Thank you.
19            CHAIRMAN WEYLER:  Representative Preece?
20            REPRESENTATIVE PREECE:  Thank you,
21   Mr. Chairman.
22            I will also be voting against this bill.
23   One, I do value women and people of color in our
24   workforce.  They offer much to our fabric of New
25   Hampshire.  And by adopting this amendment, we're
```

Page 7

```
 1   saying that no women and no people of color should
 2   apply for jobs in New Hampshire, that there is no
 3   equality.  And I think this is a very, very offending
 4   statement that should be opposed by everyone.
 5            CHAIRMAN WEYLER:  I disagree.  This is not
 6   about equality.  It's away from equality.
 7            Representative Edwards?
 8            REPRESENTATIVE EDWARDS:  I defer to
 9   Representative Telerski.  She was before me, and I
10   would like to follow her.
11            CHAIRMAN WEYLER:  All right, Representative
12   Telerski?
13            REPRESENTATIVE TELERSKI:  I appreciate the
14   time.  I'll be very brief.  Representative Rung
15   actually hit on a lot of my concerns about this.  This
16   is a five-page amendment that was just distributed five
17   minutes ago, at five minutes before the lunch hour.  I
18   think this is far too complicated and has wide-ranging
19   reach, and I feel that a further, much longer
20   discussion is needed considering we had six weeks to
21   review this and it just came in five minutes ago.
22   Thank you.
23            CHAIRMAN WEYLER:  Representative Edwards?
24            REPRESENTATIVE EDWARDS:  Thank you,
25   Mr. Chair.
```

Page 8

```
 1            I don't know what town you're from.  You're
 2   from Division III.  The -- my colleague from
 3   Division III.  I would disagree with the point that
 4   this would say that no minorities are welcome.  I'd
 5   actually think that was extremely absurd, in fact.  We
 6   still have New Hampshire civil rights law that protects
 7   everyone.  That law stands in place.
 8            And I was -- my first comment was going to be
 9   to you, Representative.  I think the effect, if this is
10   passed and it's later found that the presidential order
11   is unconstitutional, that the enforcement of this would
12   probably become severable.  The -- that portion of the
13   president's order probably just would have no effect in
14   our law until we had an opportunity to rescind it.
15            CHAIRMAN WEYLER:  For further discussion,
16   Representative Wallner.
17            REPRESENTATIVE WALLNER:  Thank you.  I'm
18   really -- I'm very disappointed that we have an
19   amendment like this coming to us at the last minute.
20   None of us had seen it.  It did not go to a division.
21   The way most of the Finance Committee works is by
22   division, and we talk through issues, and then we make
23   recommendations to the full finance committee.  I think
24   there is a lot here that people need to take a long
25   look at, and really think about whether or not this is
```

2 (Pages 5 to 8)

Page 9

1  something you want to include in the budget.  It really
2  doesn't feel like a budget item to me at all.
3          CHAIRMAN WEYLER:  All right.  Before we make
4  any further delay on this, I will have it first thing
5  at one o'clock.  We don't need any more discussion.
6  You can discuss it at one o'clock.  This will go on all
7  day, the way you're going.  I don't need it.  All
8  right.  That will be taken up at one o'clock first
9  thing.  I don't want to take any more time away from
10 Division II.  Proceed with your other amendments.
11         (Recess)
12         CHAIRMAN WEYLER:  All right.  Seeing all the
13 members present, House Finance will open up it's exec
14 session.  We're still going to finish up with Division
15 I.  We were in the midst of discussing Amendment 1428,
16 but it has several pages, and the members wished to
17 have more time to read it.  So hopefully that has
18 happened.
19         And I was going to recognize Representative
20 Hakken-Phillips as we return from everybody having a
21 chance to read it.  Representative Hakken-Phillips.
22         REPRESENTATIVE HAKKEN-PHILLIPS:  Thank you,
23 Mr. Chair.
24         I appreciate the extra time over the break to
25 have -- to read through this document, the amendment as

Page 10

1  proposed.  I think it's clear that the drafters
2  probably also needed a little bit of time after reading
3  through it because I've found several drafting errors
4  that I believe need to be considered.
5          Just as a start, Mr. Chair, I'd like to say I
6  have a lot of legal concerns with the language, the
7  construction, potential future liability to the State,
8  and its fiscal impact upon us.
9          So first, if we look to Page 1, Line 8, and
10 the same language mirrored on Page 2, we'll notice that
11 there are no definitions for what diversity, equity,
12 and inclusion are, which I find problematic given basic
13 contract law and case law that says if there are no
14 definitions that this becomes a vague term.  And if
15 it's too vague to understand what it means, it is
16 interpreted as void.
17         And then when the entire document is built
18 off a term that is now void, the whole construction of
19 the document falls.  There is no ability to sever that
20 from the entire document, so the rest is no longer
21 relevant or applicable.  So I think, you know, from a
22 mere contract law construction perspective, we know
23 it's already falling on the, you know, first page
24 definitions.
25         If you look further down the first page,

Page 11

1  you'll see there's no limitation.  Specifically, I'm
2  looking at Line 12 for the word "any" DEI-related
3  initiatives.  The word "any" does not specify if this
4  includes initiatives under current contract, new
5  contract, and whether any existing programs, trainings,
6  or policies would be affected.  So at that point, the
7  question is, is the State in breach of the contracts
8  that might include some of these initiatives, programs,
9  trainings, or policies?
10         And so when you look at it from that
11 perspective, there is no limitation to whether or not
12 it affects existing contracts or future contracts.  So
13 that is also very problematic because then you have to
14 ask, you know, where is the State in breach with their
15 existing commitments and obligations?
16         So skipping down, I just think understanding
17 that when the State goes into breach of contract,
18 litigation will follow, which is always an expensive
19 endeavor.  But if you're not even looking at, you know,
20 parties not following through with their terms under
21 existing contracts, if you're just looking at the issue
22 of the construction and the language in the bill, that
23 is also a separate litigation point.
24         So you know, if we just take a moment to
25 reflect on current litigation that the State has, you

Page 12

1  know, in the recent past, been involved with we know,
2  you know, the divisive concepts law that is currently
3  in appeal for the State has been going on for well over
4  a year.  We also know that the former SB3 law that went
5  into litigation cost our state $3 million to litigate
6  its defense, which ultimately was found
7  unconstitutional.  So you know, these are expensive
8  endeavors.
9          The last point I'll make is that -- well,
10 second to last point I'll make is that there was no
11 public hearing and no feedback from the public or
12 stakeholders who might be affected by this, which I
13 find procedurally difficult to defend.  But I think the
14 real question we need to think about here is just
15 seeing how this would affect our students here in the
16 State of New Hampshire.
17         My question to the drafters of -- the
18 sponsors of this amendment is whether blind students in
19 New Hampshire or other special education students here
20 would be permissible to receive accommodations under
21 this law change.  And if we are in noncompliance with
22 those accommodation requirements, would the State of
23 New Hampshire be in conflict with federal law, our own
24 state law, and would it disrupt any federal funding
25 that would come to the State normally under those

3 (Pages 9 to 12)

Page 13

1  important title grants?
2       I think the last thing is, you know,
3  recognizing that there could be a conflict in state law
4  and federal law if this executive order is found to be
5  unlawful.  We would be required to change and recodify
6  our statutes if this were to go into effect before the
7  executive order was found ineffective.  Furthermore,
8  I'm not sure if it's a sound policy of trying to chase
9  our statues -- statutes for every executive order that
10 this Administration is passing, given the high rate of
11 litigation that has been following.
12      So from that specific perspective, I think
13 this is a terribly, fiscally irresponsible amendment.
14 I think litigation will follow, and I think there's a
15 potential for loss of federal funding.  And I think,
16 you know, in terms of our duty to protect our taxpayers
17 from government waste during a very difficult budget
18 year, that this is the wrong move at the wrong time.
19 And I would encourage members of this committee to take
20 a pass on this amendment.
21      Thank you, Mr. Chair.
22      CHAIRMAN WEYLER:  Representative McGuire.
23      REPRESENTATIVE MCGUIRE:  Thank you,
24 Mr. Chairman.  The Speaker has just requested of us
25 that we delay action on this amendment until tomorrow.

Page 14

1  A question has been raised as to whether this amendment
2  is germane to House Bill 2.  I know we think of
3  everything as germane to House Bill 2 because
4  everything involves money, but it's a question that
5  he's wrestling with, and he would like a little more
6  time.
7       CHAIRMAN WEYLER:  He being?
8       REPRESENTATIVE MCGUIRE:  The Speaker.
9       CHAIRMAN WEYLER:  Okay.  All right.  We will
10 put that amendment aside until you bring back a message
11 from either -- redoing the amendment or however you
12 decide --
13      REPRESENTATIVE MCGUIRE:  Yeah.  We'll --
14 tomorrow, I think.
15      CHAIRMAN WEYLER:  All right.  Thank you very
16 much.
17   (Recording ends)
18           * * * * *
19
20
21
22
23
24
25

Page 15

1           C E R T I F I C A T I O N
2
3       I, Heidi Jolliff, transcriber, hereby certify
4  that the foregoing is a correct transcript from the
5  recording provided.
6
7
8  _____
9  HEIDI JOLLIFF, AAERT NO. 2850    DATE: July 7, 2025

4 (Pages 13 to 15)

**A**
AAERT 15:9
ability 10:19
absurd 8:5
accommodation 12:22
accommodati... 12:20
act 5:8
action 13:25
added 2:3
Administration 13:10
adopting 6:25
affect 12:15
agencies 5:13
ago 7:17,21
ahead 3:7
amendment 1:13 2:3,12,16 4:15 6:25 7:16 8:19 9:15,25 12:18 13:13,20 13:25 14:1,10 14:11
amendments 9:10
anybody 3:8 5:2
appeal 12:3
applicable 10:21
applied 4:9
apply 4:17 7:2
appreciate 7:13 9:24
aside 14:10
Audio 1:15

**B**
back 4:24,25 14:10
basic 10:12
begins 2:1
believe 4:20 10:4
betrayal 6:15
beyond 6:5,16
bill 3:22 6:22 11:22 14:2,3
bit 10:2
blind 12:18
breach 11:7,14 11:17
break 9:24
brief 7:14
bring 14:10
budget 9:1,2 13:17
built 10:17

**C**
C 15:1,1
Cambrils 2:2,4 2:10
case 4:12,25 10:13
certify 15:3
Chair 2:2 3:1 5:18 7:25 9:23 10:5 13:21
chairman 2:4,10 2:13,15,23 3:17 4:11,19 5:4,10,20,24 6:11,19,21 7:5 7:11,23 8:15 9:3,12 13:22 13:24 14:7,9 14:15
chance 4:13 9:21
change 12:21 13:5
chase 13:8
civil 8:6
clear 10:1
CLERK 2:7,12 2:14
colleague 3:20 8:2
colleague's 5:19
color 6:23 7:1
come 6:13 12:25
coming 8:19
comment 3:16 8:8
commitments
11:15
committee 1:12 6:13 8:21,23 13:19
compare 6:3
compliance 4:8
compliant 4:5
complicated 7:18
concepts 12:2
concern 3:4
concerned 5:25
concerns 3:9 7:15 10:6
conflict 12:23 13:3
consideration 3:13
considered 10:4
considering 6:2 7:20
construction 10:7,18,22 11:22
contract 2:18 10:13,22 11:4 11:5,17
contracts 2:19 4:21 5:12 11:7 11:12,12,21
correct 15:4
cost 12:5
course 4:7 6:9
courts 3:24
current 11:4,25
currently 12:2

**D**
D.C 1:24
DATE 15:9
day 4:7 9:7
decide 14:12
decision 5:1
defend 12:13
defense 12:6
defer 4:4 7:8
definitions
10:11,14,24
DEI 2:19 3:8 4:21,25 5:13
DEI-related 11:2
delay 9:4 13:25
DeRoy 2:17 5:11
Die 6:6
differences 6:16
difficult 12:13 13:17
DIGITAL 1:23
disagree 7:5 8:3
disagreements 6:12
disappointed 8:18
discovered 5:12
discuss 2:22 9:6
discussing 9:15
discussion 1:12 6:17 7:20 8:15 9:5
disrupt 12:24
distributed 7:16
diversity 6:3 10:11
division 6:10,14 8:2,3,20,22 9:10,14
divisive 12:2
document 9:25 10:17,19,20
doing 2:20
dollars 3:12
drafters 10:1 12:17
drafting 10:3
driven 6:11
duty 13:16

**E**
E 15:1
education 12:19
Edwards 5:16 5:17,22 7:7,8 7:23,24
effect 8:9,13 13:6
either 4:24 14:11
election 5:14
eliminates 3:5
encourage 13:19
endeavor 11:19
endeavors 12:8
ends 14:17
enforcement 8:11
entire 10:17,20
equality 7:3,6,6
equity 6:3 10:11
errors 10:3
everybody 9:20
EVIDENCE 1:23
exec 9:13
executive 2:21 3:5,6,21,22 4:16 6:4 13:4,7 13:9
exist 5:6
existing 11:5,12 11:15,21
expensive 11:18 12:7
extra 9:24
extremely 8:5

**F**
F 15:1
fabric 6:24
fact 3:4,9 4:25 8:5
fair 3:23
falling 10:23
falls 10:19
far 6:5 7:18
favor 2:18
federal 2:20 3:5 3:10,12 4:5,9 4:24 12:23,24 13:4,15
feedback 12:11

feel 6:9,14 7:19 9:2
final 4:8
finance 1:12 6:13 8:21,23 9:13
find 10:12 12:13
finish 9:14
first 4:14 8:8 9:4 9:8 10:9,23,25
fiscal 10:8
fiscally 13:13
five 7:16,17,21
five-page 7:16
focused 3:9
follow 7:10 11:18 13:14
Follow-up 4:10 4:11
following 11:20 13:11
foregoing 15:4
former 12:4
found 8:10 10:3 12:6 13:4,7
free 4:23 6:6
full 6:13 8:23
funding 12:24 13:15
further 2:22 7:19 8:15 9:4 10:25
Furthermore 13:7
future 10:7 11:12

            G
general 3:15
germane 14:2,3
getting 3:3,14
given 3:4 10:12 13:10
go 8:20 9:6 13:6
goes 11:17
going 5:8 6:5,8 8:8 9:7,14,19

12:3
government 2:20 4:20,24 13:17
grants 13:1
GROUP 1:23

            H
Hakken-Phillips 9:20,21,22
Hampshire 4:2 5:5,7 6:2,6,25 7:2 8:6 12:16 12:19,23
Hang 2:8
happen 3:8
happened 9:18
hard 6:15
HB2 1:13 2:3
hearing 12:11
Heidi 15:3,9
high 13:10
hit 7:15
honest 6:16
hopefully 9:17
hour 7:17
House 1:12 9:13 14:2,3

            I
idea 2:16
II 9:10
III 8:2,3
impact 10:8
important 13:1
impose 2:18
include 9:1 11:8
included 5:6
includes 11:4
inclusion 6:3 10:12
ineffective 13:7
initiatives 5:5 11:3,4,8
insulted 6:9
interpreted 10:16
involved 12:1

involves 14:4
irresponsible 13:13
issue 11:21
issues 8:22
item 9:2

            J
jobs 7:2
Jolliff 15:3,9
judicial 3:23 4:9
July 15:9

            K
keep 3:2
kind 3:12 4:4
know 2:7 5:2,6, 5:14 8:1 10:21 10:22,23 11:14 11:19,24 12:1 12:1,2,4,7 13:2 13:16 14:2

            L
language 3:6 4:15 10:6,10 11:22
larger 3:13,13
law 4:5,9 5:5,7 6:5,6 8:6,7,14 10:13,13,22 12:2,4,21,23 12:24 13:3,4
legal 10:6
legislature 5:8
liability 10:7
limitation 11:1 11:11
Line 10:9 11:2
litigate 12:5
litigation 11:18 11:23,25 12:5 13:11,14
little 10:2 14:5
Live 6:6
long 8:24
longer 7:19 10:20

look 8:25 10:9 10:25 11:10
looking 11:2,19 11:21
loss 13:15
lot 3:3,11,14 7:15 8:24 10:6
lunch 7:17

            M
M 1:24
March 1:14
matter 6:12
McGuire 2:15 13:22,23 14:8 14:13
mean 4:13
means 10:15
members 2:17 9:13,16 13:19
mere 10:22
message 14:10
midst 9:15
million 12:5
minorities 8:4
minute 8:19
minutes 7:17,17 7:21
mirrored 10:10
moment 11:24
money 14:4
move 2:2 13:18
moves 2:4
Muns 3:17,19 4:10,12 5:3
mutual 6:11

            N
N 15:1
Nalevanko 2:17 2:21,23,25 4:3 4:18 5:11
need 8:24 9:5,7 10:4 12:14
needed 7:20 10:2
new 4:2 5:5,7 6:2,5,24 7:2

8:6 11:4 12:16 12:19,23
newest 2:16
nonbinding 4:1
noncompliance 12:21
normally 12:25
notice 10:10
number 2:12
NW 1:24

            O
O 15:1
o'clock 9:5,6,8
obligations 11:15
obviously 4:4
offending 7:3
offer 6:24
Okay 14:9
open 6:16 9:13
opportunity 8:14
opposed 7:4
order 3:5,7,21 3:25 4:16 6:4 8:10,13 13:4,7 13:9
orders 2:21 3:22
outcome 4:8
outraged 6:1

            P
page 10:9,10,23 10:25
pages 9:16
parallel 3:6
parties 11:20
pass 13:20
passed 8:10
passing 5:4 13:10
people 6:23 7:1 8:24
permissible 12:20
perspective 10:22 11:11

13:12
**picture** 3:13
**place** 8:7
**play** 4:6
**point** 5:2,3,19
  8:3 11:6,23
  12:9,10
**policies** 11:6,9
**policy** 13:8
**portion** 8:12
**possible** 4:5
**potential** 10:7
  13:15
**power** 6:4
**Preece** 3:18 5:22
  6:19,20
**present** 9:13
**president** 3:21
**president's** 3:24
  8:13
**presidential**
  8:10
**probably** 8:12
  8:13 10:2
**problematic**
  10:12 11:13
**procedurally**
  12:13
**Proceed** 9:10
**process** 4:6
**programs** 11:5,8
**prohibit** 6:2
**proposed** 10:1
**protect** 13:16
**protects** 8:6
**provided** 15:5
**provisions** 2:18
**public** 12:11,11
**put** 3:11 4:25 6:5
  14:10
**putting** 5:4,7

        **Q**
**question** 3:20
  11:7 12:14,17
  14:1,4

        **R**

**R** 15:1
**racism** 5:15
**raised** 14:1
**rate** 13:10
**reach** 7:19
**read** 4:13,22
  9:17,21,25
**reading** 10:2
**real** 12:14
**really** 3:2 6:15
  8:18,25 9:1
**receive** 12:20
**Recess** 9:11
**recodify** 13:5
**recognize** 9:19
**recognized** 2:24
**recognizing** 13:3
**recommendati...**
  8:23
**recording** 2:1
  14:17 15:5
**redoing** 14:11
**referenced** 3:20
**reflect** 11:25
**relevant** 10:21
**remove** 5:9
**removed** 4:21
**removes** 2:18
**Representative**
  2:9,15,17,21
  2:23,25 3:17
  3:18,18,19 4:3
  4:10,12,18 5:3
  5:11,11,16,17
  5:21,21,22,23
  6:19,20 7:7,8,9
  7:11,13,14,23
  7:24 8:9,16,17
  9:19,21,22
  13:22,23 14:8
  14:13
**requested** 13:24
**required** 5:2
  13:5
**requirement**
  4:23 5:7
**requirements**

  2:19 4:1 12:22
**rescind** 8:14
**respect** 6:12
**rest** 10:20
**return** 9:20
**review** 3:23 4:9
  7:21
**right** 2:4 7:11
  9:3,8,12 14:9
  14:15
**rights** 8:6
**risk** 3:11
**rule** 3:24
**ruled** 4:16
**Rung** 3:18 5:21
  5:23 7:14

        **S**
**saying** 7:1
**says** 10:13
**SB3** 12:4
**scope** 4:20
**second** 2:5,6,8,9
  12:10
**seconds** 2:10
**see** 11:1
**seeing** 4:14 9:12
  12:15
**seen** 3:10 8:20
**separate** 11:23
**session** 9:14
**sever** 10:19
**severable** 8:12
**sexism** 5:16
**side** 3:5,10
**signed** 3:21
**Similar** 2:19
**simple** 3:2
**six** 7:20
**skipping** 11:16
**Sorry** 5:20
**sound** 13:8
**Speaker** 13:24
  14:8
**special** 12:19
**specific** 13:12
**specifically** 4:15

  11:1
**specifics** 3:14
**specifies** 4:15
**specify** 11:3
**sponsors** 12:18
**stakeholders**
  12:12
**stands** 8:7
**start** 10:5
**state** 2:19 3:7
  4:2,7,20,23
  5:13 6:2 10:7
  11:7,14,17,25
  12:3,5,16,22
  12:24,25 13:3
**statement** 7:4
**states** 4:22
**statues** 13:9
**statutes** 13:6,9
**Street** 1:24
**strongest** 6:18
**strongly** 6:8
**students** 12:15
  12:18,19
**subject** 3:23
**Suite** 1:24
**sure** 3:7 13:8
**Sweeney** 2:9,10
  2:11

        **T**
**T** 15:1,1
**take** 4:6 5:8 8:24
  9:9 11:24
  13:19
**taken** 9:8
**talk** 8:22
**taxpayers** 13:16
**Telerski** 7:9,12
  7:13
**term** 10:14,18
**terms** 6:18 11:20
  13:16
**terrible** 5:25
**terribly** 13:13
**thank** 2:25 3:19
  5:17,23 6:10

  6:18,20 7:22
  7:24 8:17 9:22
  13:21,23 14:15
**thing** 9:4,9 13:2
**think** 3:2,12,14
  4:19,22 5:10
  5:19 7:3,18 8:5
  8:9,23,25 10:1
  10:21 11:16
  12:13,14 13:2
  13:12,14,14,15
  14:2,14
**time** 4:14 7:14
  9:9,17,24 10:2
  13:18 14:6
**title** 13:1
**tomorrow** 13:25
  14:14
**totally** 6:6
**town** 8:1
**trainings** 11:5,9
**transcriber** 15:3
**transcript** 15:4
**Transcription**
  1:15
**trying** 13:8
**turn** 5:21
**two** 2:16
**type** 2:19

        **U**
**ultimately** 12:6
**unconstitutional**
  3:25 8:11 12:7
**understand**
  10:15
**understanding**
  11:16
**understatement**
  6:1
**UNIDENTIFI...**
  2:6
**unlawful** 3:25
  4:16 13:5
**unpopular** 5:15

        **V**
**vague** 10:14,15

| W | 0-9 |
|---|---|
| **value** 6:23<br>**vetted** 6:14<br>**void** 10:16,18<br>**voting** 6:8,17,22 | |
| **W** | |
| **Wallner** 8:16,17<br>**want** 4:5 6:10 9:1,9<br>**Washington** 1:24<br>**waste** 13:17<br>**way** 6:7 8:21 9:7<br>**we'll** 10:10 14:13<br>**we're** 6:1,5,25 9:14<br>**we've** 3:4,9 6:11<br>**weeds** 3:3,15<br>**weeks** 7:20<br>**welcome** 8:4<br>**went** 12:4<br>**weren't** 3:10<br>**WEYLER** 2:4 2:10,13,23 3:17 4:11,19 5:10,20 6:19 7:5,11,23 8:15 9:3,12 13:22 14:7,9,15<br>**wide-ranging** 7:18<br>**wished** 9:16<br>**women** 6:23 7:1<br>**word** 11:2,3<br>**work** 6:9<br>**worked** 6:15<br>**workforce** 6:24<br>**works** 8:21<br>**wrestling** 14:5<br>**wrong** 13:18,18 | **Z**<br><br>**0**<br><br>**1**<br>**1** 10:9<br>**12** 11:2<br>**1428** 9:15<br>**1428h** 1:13 2:13 2:14<br>**1730** 1:24<br><br>**2**<br>**2** 10:10 14:2,3<br>**20036** 1:24<br>**202** 1:25<br>**2025** 1:14 15:9<br>**2025-1428h** 2:3<br>**232-0646** 1:25<br>**2850** 15:9<br><br>**3**<br>**3** 12:5<br>**31** 1:14<br><br>**4**<br><br>**5**<br><br>**6**<br><br>**7**<br>**7** 15:9<br><br>**8**<br>**8** 10:9<br>**812** 1:24 |
| **X** | |
| **Y** | |
| **Yeah** 4:3 14:13<br>**year** 12:4 13:18 | |

Page 15

1                C E R T I F I C A T I O N
2
3            I, Heidi Jolliff, transcriber, hereby certify
4    that the foregoing is a correct transcript from the
5    recording provided.
6
7
8    _____
9    HEIDI JOLLIFF, AAERT NO. 2850   DATE: July 7, 2025
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25