# Exhibit 11

Page 1

House Floor Debate on HB2
April 10, 2025
Audio Transcription

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Page 2

1    (Recording begins)
2        SPEAKER PACKARD:  Majority of the committee
3    on finance, to which was referred, HB2 FNA Local, an
4    Act relative to state fees, fund, revenues, and
5    expenditures.  Having considered the same, report the
6    same, the following amendment and recommendation that
7    the bill ought to pass with amendment.  Senator Ken
8    Weyler from the majority of the committee.
9        Minority of the committee, having considered
10   the same, being unable to agree with the majority of
11   the report from the following resolution, resolved that
12   is inexpedient to legislate, Representative Mary Jane
13   Wallner from the minority of the committee.
14       The amendment is 148h printed in House
15   Record 19, Pages 28 through 126.
16       Chair recognizes Representative
17   Hakken-Phillips.
18       REPRESENTATIVE HAKKEN-PHILLIPS:  Thank you,
19   Mr. Speaker.
20       I rise today in opposition to the HB2
21   committee amendment, because this budget fails to
22   protect the rights and wellbeing of New Hampshire's
23   most vulnerable.
24       Now, I believe in the premise that government
25   is collective action for the safety and security of its

Page 3

1    people.  Therefore, it is our duty as citizens, but
2    especially as legislators, to leverage the power of
3    government, to protect those who need protection, and
4    to give voice to those who have no voice.  But
5    Mr. Speaker, this amendment strays so far away from
6    that responsibility.
7        In examining HB2, it's not just the 180 pages
8    of statutory changes on which we should be focused.
9    It's the values this document reflects and the real-
10   world consequences that it imposes.  When we strip away
11   all the line items, what we're left with is a clear
12   picture.  This budget abandons the people who need our
13   help the most.
14       So first, this amendment eliminates the
15   Office of the Child Advocate.  This is the one agency
16   tasked with uncovering abuse and protecting vulnerable
17   children across New Hampshire.  Last biennium, the
18   office managed more than 1,700 cases and critical
19   incidents involving DCYF, residential placements,
20   missing children, and the reports of restraint,
21   seclusion, and abuse.  This is not bureaucracy, it is
22   lifesaving work.
23       A $2.2 million savings over two years is a
24   drop in a budgetary bucket, but the consequences are
25   enormous.  Without this office, there will be no

Page 4

1    independent oversight of the systems that failed
2    children like Harmony Montgomery and Elijah Lewis, New
3    Hampshire children who died preventable deaths due to
4    systemic neglect.  Eliminating this office sends a
5    chilling message that children's lives in New Hampshire
6    are negotiable.
7        Caring for kids used to be something that we
8    could all agree upon.  At a time when this budget
9    already cuts food, health care, and basic services for
10   children, eliminating their final layer of protection
11   is not just shortsighted, it's unconscionable.
12       Second, this amendment eliminates the New
13   Hampshire Commission for Human Rights.  It's the only
14   state agency dedicated to investigating and enforcing
15   antidiscrimination laws in housing, employment, public
16   accommodations, and education.  Last year, the
17   Commission handled 243 formal complaints and provided
18   training to state agencies in partnership with the
19   EEOC, the Equal Employment Opportunities Commission.
20   But without this commission, victims of discrimination
21   will be forced into an already overburdened court
22   system, by the way, that's also seeing cuts this
23   election -- this budget cycle.
24       So the cut of about $3.2 million in general
25   funds and a little over $366,000 in federal support is

Page 5

1  the cost of justice and equal protection. Mr. Speaker,
2  how do we justify prioritizing marginal savings over
3  the right to be free from discrimination?
4      Third, this amendment eliminates the
5  Department of Corrections' parental education program.
6  This helps incarcerated parents prepare to reunite with
7  their families and reintegrate into society with the
8  tools they need to succeed. Roughly 15,000 children in
9  the state of New Hampshire have a parent in prison.
10  This program not only helps parents reconnect in
11  healthier ways, it supports the caregivers and
12  communities to which they'll return.
13      If we believe incarceration is for
14  rehabilitation, not solely for punishment, then this
15  program is essential. Cutting the approximate $200,000
16  for this program undermines our values, and it leaves
17  vulnerable families without support.
18      Fourth, this amendment includes a sweeping,
19  vaguely defined ban on diversity, equity, inclusion
20  efforts across our public institutions. A policy
21  change inserted with no public hearing, no clear
22  definitions, and no fiscal analysis. This so-called
23  ban puts New Hampshire at great legal risk and
24  financial risk while threatening programs that support
25  students with learning disabilities, disabled

Page 6

1  individuals needing accessible voting or parking, low-
2  income residents seeking legal aid or housing, veterans
3  accessing their earned benefits, and religious
4  communities who need accommodations. Not only is this
5  ban an unfunded mandate, it opens the door to lawsuits
6  for breach of contract, discrimination, and
7  noncompliance with federal law. During a budget
8  crisis, we should be focused on solving actual
9  problems, not stoking culture wars that turn back the
10  clock on our civil rights.
11      Here's the bottom line: HB2 as amended fails
12  to protect the rights and well-being of New Hampshire's
13  most vulnerable. This budget prioritizes penny-
14  pinching over people. It strips away protections for
15  abused children, marginalized communities, incarcerated
16  people working towards a better future, and veterans
17  and students who rely on equity-based support.
18      New Hampshire is the -- one of the wealthiest
19  states in the wealthiest country in the world. We can
20  and we must do better. I urge my colleagues to reject
21  this vision for our state and to work together for a
22  budget that reflects our common values of justice,
23  compassion, and opportunity for all.
24      New Hampshire deserves a better budget,
25  Mr. Speaker, and for these reasons, I ask you to vote

Page 7

1  no against the committee amendment. Thank you.
2      SPEAKER PACKARD: Chair recognizes
3  Representative Weyler.
4      REPRESENTATIVE WEYLER: Okay. Now that we've
5  okayed the money, this House Bill 2 is the enabling
6  legislation. This takes care of all the changes to the
7  laws. The governor sent us about 100 pages of these,
8  and I sent them off to all the policy committees that I
9  thought would deal with those things to get comments
10  back about whether they could support them or not.
11  Some of them brought me changes, and we incorporated
12  them.
13      There's about 28 bills, maybe more, that
14  passed through this House that then came to us because
15  we were the second committee. We retained them or we
16  passed them, ought to pass, and we dealt with those
17  this morning. So now we've got all these other bills
18  that we put in here because they needed a little money,
19  or they needed some other changes. We amended some of
20  them.
21      I appreciate the efforts of many of you
22  policy committees that I asked not to send us more
23  money spending, and a lot of you that had a bill with
24  an FN in it took the money out or found some other way
25  to pay for that. I appreciate that, but we'd be in a

Page 8

1  bigger fix.
2      So there'll be several bills, and there'll be
3  a whole bunch of amendments, so I won't take a lot of
4  your time, but think of this as most of this season's
5  bills that we passed, and they're in this HB2, and if
6  HB2 dies, so do those bills that we all supported.
7  That's not a good thing because that means that the
8  Senate won't look at them either. So if we pass them
9  in this House, we ought to pass them again. Again,
10  there'll be objections to them the same as there was
11  the first time you saw them. So please support these
12  separate amendments. We've got -- you've got it on
13  the -- on a white sheet, I think, for the Republicans
14  so you can take a look at how strongly these are
15  needed. And I hope you will support these and not vote
16  against them because you voted for them before, or they
17  wouldn't be in this bill.
18      Thank you, Mr. Speaker.
19      SPEAKER PACKARD: Chair recognizes
20  Representative Rung.
21      REPRESENTATIVE RUNG: Thank You, Mr. Speaker.
22      This amendment to HB2 spans over 100 pages
23  and outlines changes across dozens of state agencies
24  and departments. For some of us on House Finance, as
25  you've heard, we've lost count of the number of hours

Page 9

1  spent working on this during the past six weeks. But
2  this amendment is not about us. It's not about you,
3  and it's not about me. It's about the men, women, and
4  children we represent back home. So I ask each of you
5  to look beyond the text and consider this bill through
6  their eyes.
7       Think of your elderly neighbor, the clerk at
8  the corner store, the young mother shopping for
9  groceries, the neglected child sitting alone in a park,
10 teenagers dreaming of college and a future here in New
11 Hampshire.
12      To your elderly neighbor, this bill -- this
13 amendment, is a nightmare. She may have to choose
14 between heat, food, or prescriptions because of the
15 increasing property taxes that result from the limited
16 revenue sharing of the meals and rooms tax and
17 reductions in county reimbursements. The amendment --
18 on top of that, your neighbor will lose her voice and
19 an advocate with the elimination of the Office of the
20 Commission on Aging.
21      To the store clerk down the road, she's not
22 just working the register. She's also an artist who
23 exhibits her paintings with the help from the town's
24 arts association, a group supported by the State
25 Council on the Arts. The State Council also provides

Page 10

1  local schools with artists in residence, state arts
2  competitions, and art education. Its support for the
3  New Hampshire League of Craftsmen helps bring in
4  millions in revenue every year through events like the
5  annual Craftsman's Fair. If this amendment to HB2
6  passes, New Hampshire would become the only state in
7  the country without a council on the arts. Is that a
8  distinction we really want?
9       To the young mom in the grocery store, HB2
10 strips away more than just dollars. She relies on SNAP
11 benefits to stretch every dollar for her family, and
12 when the weather is nice, she uses those benefits at
13 local farmers markets, buying healthy produce while
14 supporting local agriculture. This amendment cuts that
15 program entirely. Who does that help? Not her, not
16 her kids, and not the local farmer who depends on that
17 income.
18      When I speak of that neglected boy, it's not
19 a hypothetical, but real to those of us in Merrimack,
20 who were left stunned and grief-stricken from the death
21 of five-year-old Elijah Lewis. Elijah had slipped
22 through the DCYF cracks and was murdered by his mother,
23 like another child, Harmony Montgomery, who died at the
24 hands of her father. The Office of the Child Advocate
25 was created to prevent tragedies like these and to hold

Page 11

1  DCYF accountable and protect children who cannot speak
2  for themselves. This budget eliminates that office and
3  puts more kids at risk. We cannot, in good conscience,
4  allow that to happen.
5       And the teenagers full of potential? They're
6  not just someone else's child. They're our children,
7  our grandchildren, our future. But with deep cuts to
8  the university and the community college system, we're
9  pushing them out of state for an education they can no
10 longer afford here. And when they leave, they take --
11 they aren't just leaving for a college degree. They
12 take their talents and their futures away from New
13 Hampshire. This amendment accelerates our brain drain
14 and deepens the graying of our state.
15      So let's see this amendment for what it
16 really is. Not 100 pages of text, but cuts that run
17 deep to hurt those who sent us here to represent their
18 best interests. Let's vote down this amendment so that
19 we can vote for a better budget, one that lifts people
20 up instead of leaving them behind.
21      Thank you, Mr. Speaker.
22      SPEAKER PACKARD: Chair recognizes
23 Representative Dan McGuire.
24      REPRESENTATIVE DAN MCGUIRE: Thank you,
25 Mr. Speaker.

Page 12

1       So in order to have a balanced budget, you
2  need both House Bill 1 and House Bill 2. They go
3  together. They're hand in glove. But in particular,
4  by eliminating this amendment from House Bill 2, you
5  would cut revenue, not increase it. Because all of the
6  revenue changes we talked about, gambling, fee
7  increases, dedicated funds, et cetera, that's in this
8  amendment. And the total amount in this amendment is
9  about $200 million per year of those kind of things,
10 those kind of extra revenues.
11      But the spending in this amendment is more
12 like -- looks like about $85 million total. Okay? So
13 compared to the governor -- as a change from the
14 governor's budget. So this amendment, if you got rid
15 of it, the budget would be negatively affected by
16 hundreds of -- over $100 million. Okay? That's just
17 not responsible. It's that simple.
18      On top of that, this amendment has about 30
19 House bills in it, many of which passed this body
20 unanimously, and many of which were requests from
21 people on the other side of the aisle, environmental
22 measures and things like that. And so if we want to be
23 able to push for those policies in our negotiations
24 across the hall here, we need them as part of House
25 Bill 2. Okay? So for all those reasons, really, we

4/10/2025                House Floor Debate on HB2                Audio Transcription

---

Page 13

1 must pass House Bill 2. I don't see that there's a
2 reasonable other choice.
3       Thank you, Mr. Speaker.
4       SPEAKER PACKARD: The motion before us is
5 Committee Amendment 1488h. Roll call has been
6 requested. Is that sufficiently seconded? It is
7 sufficiently seconded. This will be a roll call vote.
8    (Pause)
9       SPEAKER PACKARD: The motion before us is
10 Amendment 1488h. This is a roll call vote.
11       Chair recognizes Representative Ebel for a
12 parliamentary inquiry.
13       REPRESENTATIVE EBEL: Thank you, Mr. Speaker.
14       If I know that a state budget is a reflection
15 of our values and our aspirations, and if I know that a
16 budget should be forward-looking, support our
17 communities, and invest in the future of our children,
18 and if I remember sitting in this room two months ago
19 listening to the governor give her budget address and
20 urging us to continue doing what is working, and if I
21 look at this budget and see too much of what's working
22 being cut, with drastic reductions that burden
23 families, businesses, and property taxpayers, straining
24 our university and community college systems, tourism
25 development opportunities, and healthcare access, and

---

Page 14

1 if I know this HB2 amendment falls far short of what
2 Granite Staters expect and deserve, and that we all
3 deserve a better budget, would I now press the red
4 button? Thank you.
5       SPEAKER PACKARD: Chair recognizes
6 Representative Osborne for a parliamentary inquiry.
7       REPRESENTATIVE OSBORNE: Thank you,
8 Mr. Speaker.
9       If I agree that this budget should reflect
10 our values, and does reflect our values, in fact, it
11 contains virtually every priority item that this body
12 has passed over the last couple months, and if I know
13 that this is, once again, the only -- only the first
14 step in a process of negotiating with the folks outside
15 of this body, and if I want our positions to have a
16 place at that negotiating table, would I now press the
17 green button?
18       SPEAKER PACKARD: Motion before us is
19 Amendment 1488h. This is a roll call vote. If you're
20 in favor, you'll press the green button. If you're
21 opposed, you'll press the red button. Voting stations
22 are open for 30 seconds.
23    (Pause)
24       SPEAKER PACKARD: All members present had an
25 opportunity to vote. House will attain the state of

---

Page 15

1 the vote.
2       REPRESENTATIVE CLAUS: Representative Claus
3 is here.
4       SPEAKER PACKARD: House will attain the state
5 of the vote. 200 voting yay, 175 voting nay, the
6 amendment is adopted.
7       MR. CLERK: The bill is on second reading,
8 open to further amendment. Representative Wallner
9 offers Floor Amendment 1543.
10       Chair recognizes Representative Ebel to speak
11 in favor of the amendment.
12       REPRESENTATIVE EBEL: Thank You, Mr. Speaker.
13       I rise today in strong support of this
14 amendment. This better budget invests in our future
15 and lifts up Granite Staters. This better budget helps
16 our state, towns, and businesses, our people, to
17 thrive.
18       New Hampshire's budget should ensure good
19 health care, support the most vulnerable, protect clean
20 water and air, provide justice and public safety, and
21 invest in great educational opportunities for Granite
22 Staters. Our budget should foster a vibrant economy
23 and support our citizens. Increasingly, the State is
24 shirking these responsibilities.
25       For too long, balancing state budgets has

---

Page 16

1 meant cutting state funding and forcing cities, towns,
2 and school districts to make up the difference as best
3 they can. The budget we just voted on continues that
4 trend, increasing cost to communities while cutting the
5 services they rely on. Sooner or later, someone always
6 pays, and whether it's through higher property taxes or
7 by families bearing the brunt of the cuts, they pay.
8       SPEAKER PACKARD: Will the member suspend,
9 please?
10       If you are -- if you need to have a
11 conversation I would ask you to step out to the
12 anteroom and do so quietly so that the member can be
13 heard.
14       Please continue.
15       REPRESENTATIVE EBEL: When the State expands
16 school vouchers and cuts millions from our university
17 and community college systems, our local schools and
18 future workforce suffer. Our communities pay the
19 price. When the State cuts public education funding,
20 then caps what towns can spend, it is using the power
21 of state government to tread on our right, our long-
22 standing tradition of local control. This is not the
23 New Hampshire way, and our children pay the price.
24       When the State cuts Medicaid provider rates,
25 family planning, or funding for mental health and

---

Note added by Plaintiffs: Transcript stops at line 6 at 2:44 p.m and at line 7 resumes at 3:23 p.m. Video can be found at https://www.youtube.com/live/_6YHln7DHp8?t=15983s

---

4 (Pages 13 to 16)

4/10/2025                    House Floor Debate on HB2                    Audio Transcription

---

Page 17

1  services for the developmentally disabled, our
2  hospitals, first responders, and families pay the
3  price. When the cut -- State cuts county Medicaid
4  support for long-term elderly care, our counties pay
5  the price. When the State abolishes the New Hampshire
6  Council on the Arts and shrinks tourism marketing
7  budgets, cutting those economic drivers, it hurts
8  business and cultural opportunities for us all.
9        When the State abolishes the Office of Child
10  Advocate, where is the watchdog for children at risk?
11  When the State abolishes the Commission on Aging, who
12  will help our state plan as our aging population
13  skyrockets?
14        Chief Justice Gordon MacDonald just sounded
15  the alarm again about drastic cuts to our court system,
16  courts that can delay justice, while harm ripples
17  throughout our state and increases local costs. When
18  housing support is insufficient, our housing crisis
19  deepens. When state aid grants for wastewater
20  treatment plants are cut, towns must raise rates for
21  improvements to protect public health. When the
22  Renewable Energy Fund is raided, local governments are
23  stripped of tools to lower energy costs and modernize.
24        This, this is what downshifting looks like.
25  This is what local governments face when trying to

---

Page 18

1  balance their budget and do what's right. And this is
2  why, according to the Tax Foundation, New Hampshire has
3  some of the highest property tax rates in the country.
4  This is what happens when the State drops the ball and
5  someone has to pick it up. Too often, it's our towns,
6  and too often it's those who have the least.
7        This is why a better budget matters to every
8  Granite Stater. Our better budget declares that New
9  Hampshire will do its part and shows that here in
10  Concord, we care. We are here for you and for our
11  state. This budget restores funding. It protects
12  services. It invests in public education and health
13  care. It doesn't balance the budget by downshifting
14  costs to communities and property taxpayers.
15        This amendment invests in the future of
16  Granite Staters. It restores funding to our university
17  system, helping New Hampshire students succeed, and
18  supports business through workforce development. It
19  reverses devastating Medicaid and mental health cuts,
20  enabling families, seniors, and people with
21  disabilities to get the care they need closer to home.
22  This better budget increases state aid to cities and
23  towns, enabling local governments to invest in
24  infrastructure, public safety, housing, and clean
25  water, while relying less on property tax increases.

---

Page 19

1  It protects the Renewable Energy Fund and supports
2  energy efficiency. It respects New Hampshire's
3  tradition of local control by removing state-enforced
4  public school spending caps.
5        This budget reflects our values. It puts
6  people first. This budget says, we're all in this
7  together. No, no budget is perfect, but this proposal
8  is responsible and a compassionate improvement. It's a
9  better budget for New Hampshire.
10        So let's end the era of downshifting. Let's
11  stop balancing budgets by pushing costs on our towns,
12  our schools, and our working families. Let's pass a
13  budget that invests in New Hampshire's future, that
14  inspires us, and says we believe in you. Let's pass
15  this amendment, and let's give Granite Staters a better
16  budget.
17        Mr. Speaker, I request a roll call vote.
18        MR. CLERK: Chair recognizes Representative
19  Kate Murray.
20        REPRESENTATIVE KATE MURRAY: Thank you,
21  Mr. Speaker.
22        Education is the foundation of our
23  communities, the bedrock upon which opportunity,
24  innovation, and shared prosperity is built. From early
25  childhood through college, from new Americans starting

---

Page 20

1  fresh to lifelong learners continuing to grow,
2  education touches every stage of life, whether it's
3  learning the ABCs, advancing cutting-edge technology at
4  UNH, which allows submarines to do their own repairs
5  while still at sea, helping new Americans open
6  businesses that support future generations, education
7  fuels our humanity. When we stop investing in
8  learning, we limit our potential.
9        Unfortunately, the budget presented to us
10  today does just that. It stifles education at every
11  level. It slashes funding for early childhood
12  education and eliminates the Office of the Child
13  Advocate. It guts innovative programs in our public
14  schools, including robotics and STEM initiatives. It
15  imposes a devastating $50 million cut to the university
16  system, and a $4 million cut to our community colleges.
17  Adult education is cut in half.
18        Meanwhile, the one program that did see an
19  increase is a deeply flawed and unpopular Education
20  Freedom Accounts, which grew by 16 million each year.
21  And yet, despite this increase, there's still no
22  accountability in the program. No way to measure
23  student success beyond anecdotal parental reports.
24  That's not how we ensure quality education. That's not
25  how we support student achievement.

---

www.DigitalEvidenceGroup.com Digital Evidence Group C'rt 2025                    202-232-0646

Page 21

1    Taken together, this budget sends a troubling
2    message, that an uneducated and uninformed population
3    is a desired outcome.  But Granite State is no better
4    and they deserve better.  We're here to offer a better
5    way forward.
6    Our proposal restores the $50 million to the
7    university system and the $4 million to the community
8    college.  Investments that support real-world
9    advancements in technology, computer science, and
10   engineering.  These institutions provide hands-on
11   experience and a clear pathway to high-paying jobs, and
12   they help keep our young talent right here in New
13   Hampshire.  We fully restore funding to adult education
14   because we know that without a high school diploma,
15   Granite Staters are locked out of opportunity.  With a
16   diploma, doors open to jobs, to further education, to a
17   better life.
18   If we do not restore this funding, this
19   program will not be able to continue.  And while we
20   recognize the views of those who support the EFA
21   program, this proposal maintains current funding levels
22   and eligibility at 350 percent of the federal poverty
23   level, honoring the program's original intent while we
24   work to implement long overdue accountability measures.
25   Now is not the time for expansion.  Now is a time for

Page 22

1    responsible oversight.
2    This proposal also eliminates the arbitrary
3    and harmful school spending cap known to us as HB 675,
4    which strips local control from our municipalities.  In
5    this state, we trust our cities and towns to know what
6    is best for their schools, and we reject any policy
7    that would result in cuts to special education and
8    general education, sports, arts, and more.
9    We've added a pilot program to provide direct
10   certification for free and reduced lunch, ensuring no
11   child goes hungry in school at no additional cost to
12   the State because hungry kids can't learn.  We also
13   adjust the revenue sharing from the slot machine
14   operations, increasing the State's share from
15   30 percent to 35 percent in the first year to
16   45 percent, thereafter, bringing more resources to
17   local education and local charities.
18   Finally, this proposal removes a harmful,
19   unconstitutional, and fiscally irrelevant attack on
20   diversity, equity, and inclusion.  The policy was
21   introduced at the last hour of the last day without a
22   hearing, and if enacted, would cost taxpayers millions
23   of dollars in lawsuits and jeopardize school funding.
24   An unintended consequence of this policy, as written,
25   would likely target programs that support veterans and

Page 23

1    members of the developmental disability community.
2    This is not what Granite Staters want.  This is not how
3    we govern.
4    Mr. Speaker, the proposed budget that we just
5    voted on is a flawed budget.  It's not a responsible
6    budget, and it's not a budget that reflects the values
7    and priorities of the people of New Hampshire.  The
8    better budget proposal delivers a more thoughtful and
9    forward-looking budget, one that responds to the voices
10   of our communities, strengthens our educational
11   foundation, renews our promise of opportunity for all,
12   and is fiscally responsible.  Granite Staters deserve a
13   better budget that reflects their values and
14   priorities.  I respectfully urge you to support this
15   amendment.
16   Thank you, Mr. Speaker.
17   MR. CLERK:  Chair recognizes Representative
18   Telerski.
19   REPRESENTATIVE TELERSKI:  Thank you,
20   Mr. Speaker.
21   I rise today to speak about the critical
22   importance of Medicaid for Granite Staters.  Right now,
23   one in seven people in New Hampshire rely on Medicaid,
24   including children, pregnant women, people with
25   disabilities, veterans, and working families.

Page 24

1    Nearly 90,000 children, that's one in four,
2    are covered by Medicaid, and 22 percent of all births
3    in our state rely on it.  These are not numbers.  These
4    are our neighbors, our constituents, our communities.
5    Medicaid keeps people healthy and keeps our
6    economy strong.  It funds essential services from
7    maternity care to mental health to supporting those
8    with developmental disabilities.  It saves the State
9    millions in emergency room visits and uncompensated
10   care, and it creates good-paying jobs in our healthcare
11   sector.
12   Last budget cycle, this chamber worked
13   together to make historic gains, raising provider
14   rates, expanding postpartum coverage, and improving
15   infant services.  But now the proposed budget cuts
16   Medicaid reimbursement rates by 3 percent, a step
17   backwards we simply cannot afford.  Our better budget
18   amendment holds the line, maintaining those rates, so
19   we don't lose the progress that we have made.
20   But there's more at stake.  The proposal also
21   cuts $31 million meant to prevent a waitlist for people
22   with developmental disabilities.  Impacting the
23   workforce and threatening services for those who need
24   complex care.  Granite Staters with disabilities
25   deserve the chance to live fulfilling, independent

6  (Pages 21 to 24)

Page 25

1  lives, and they deserve better than what's being
2  offered here. Our amendment restores that funding,
3  aligning with the governor's original proposal.
4      We've also made progress in the fight against
5  opioids. For the first time in a decade, we're seeing
6  overdose deaths decline. But we're not done. The
7  House finance plan cuts $37.8 million from our mental
8  health system, threatening everything from community
9  support to the goal of ending ER boarding for people in
10  crisis. Our amendment responds with a $22 million
11  investment in community mental health, because care
12  should be available when and where people need it.
13      Let's talk about the New Hampshire Family
14  Planning program, which provides essential services.
15  Birth control, cancer screenings, and STD treatment to
16  lower-income Granite Staters. For many, these
17  providers are the only healthcare access point
18  available. Eliminating this program, as the budget
19  proposes, will drive people to emergency rooms and
20  reverse decades of public health progress. Our
21  amendment restores funding for this vital program,
22  because it works. New Hampshire consistently has among
23  the lowest unintended pregnancy and STD rates in the
24  nation, and some of the best maternal health outcomes.
25  That's not a coincidence.

Page 26

1      We also restore funding to the state loan
2  repayment program, which helps recruit healthcare
3  professionals to underserved areas. Freezing it, as
4  proposed, undermines our ability to build the workforce
5  we desperately need. Our amendment includes $800,000
6  to keep that pipeline open.
7      And finally, the proposed budget includes a
8  5 percent tax on some of our lowest income residents
9  who qualify for Medicaid. You can call it a premium or
10  a cost share, but let's be honest. It's an income tax
11  on hard-working Granite Staters. House Democrats will
12  not balance the budget on the backs of working people.
13  Our amendment removes this tax and protects the Granite
14  Advantage Program and CHIP as they exist in current
15  law. Health care is not a privilege. It's a right.
16  No one should have to choose between a doctor's visit
17  and putting food on the table.
18      Let me close with this: It won't be the
19  lawmakers in this room who face the consequences of
20  this budget. It'll be the Granite Staters who rely on
21  the care and support that we're debating today. The
22  security of our entire healthcare system is on the
23  line. I urge you to vote yes on the better budget
24  amendment because Granite Staters deserve a better
25  budget.

Page 27

1      Thank you, Mr. Speaker.
2      MR. CLERK: Chair recognizes Representative
3  Stringham.
4      REPRESENTATIVE STRINGHAM: Well, you've heard
5  about how the better budget amendment restores
6  essential programs and reduces a lot of harm in the
7  current budget, but how do we pay for it? This
8  amendment contains no new taxes, no new fees, or any
9  change in any tax or fee rate over what we've already
10  passed. So let's dig into the numbers.
11      The first source of additional revenue in
12  this amendment comes from video lottery terminals, or
13  VLTs. The governor's budget authorized our state's
14  charitable gaming facilities to switch their slot
15  machines from historic horse racing to the more
16  lucrative VLTs. And she set the revenue distribution
17  for VLTs at 55 percent to casino operators and
18  45 percent to the state. The governor's revenue
19  distribution was consistent with the industry and the
20  region, and the lottery commissioner said that under
21  her proposal, casino operators were eager to make the
22  switch.
23      The amendment that we previously adopted
24  lowers the State's share to 30 percent, giving
25  70 percent of the VLT revenue to casino operators. The

Page 28

1  rationale is that the operators won't switch from
2  historic horse racing machines to VLTs at the
3  governor's level because it would take the operators
4  months rather than weeks to recoup their investment.
5      This amendment takes that argument into
6  account, providing operators 65 percent of the revenue
7  for the first year, but then returning to the
8  governor's 55-45 split after that. Doing so provides
9  casino operators plenty of incentive to switch to VLTs
10  and assures that New Hampshire charities and the New
11  Hampshire taxpayers see more benefit, short and long
12  term. This change alone brings in an additional
13  $72 million into the state's education trust fund and
14  brings in more money for New Hampshire charities over
15  the next biennium.
16      A second source of revenue for this amendment
17  comes from rolling back the expansion of the EFA
18  vouchers. While many in this room want to see the EFA
19  program expanded, in a year when critical programs like
20  mental health and developmental disability support are
21  being cut, we can't afford to expand the EFAs to those
22  with higher incomes. This amendment keeps eligibility
23  the same as it is today, funding the program at the
24  governor's FY26 level both years and reducing the
25  budget we previously adopted by $32 million. This

Page 29

1  is -- these are the places we're getting the money to
2  put back so many of these essential programs.
3      Third, this amendment restores cuts to
4  economic drivers like tourism development, the arts,
5  and the university system, continuing what is working
6  to stimulate New Hampshire business growth. Doing so
7  allows us to use revenue projections between the
8  governor and House, reducing her business growth rate
9  of 11 percent over the next two years to a more
10 conservative 4 percent, bringing in 285 million over
11 the biennium.
12     And even though the revenue projections in
13 this amendment remain hundreds of millions of dollars
14 lower than the governor's, it's worth noting that after
15 the executive council meeting yesterday, and two more
16 monthly reports have come out since she came and spoke
17 to us, she stated that she's confident in the revenue
18 numbers in her budget, so we're way below that.
19     Finally, this amendment includes a new
20 revenue source, the Sununu Center. This amendment
21 provides for a sale leaseback arrangement of the 150-
22 acre property that the Sununu Center sits on, allowing
23 the State to sell this property this term. This
24 amendment previously adopted -- the amendment
25 previously adopted does not sufficiently fund YDC

Page 30

1  settlements for the upcoming biennium, at only 10
2  million a year, and admittedly, we don't have many pots
3  of money to turn to. But we've made a commitment to
4  provide justice to those who were abused at the YDC as
5  kids, and this amendment directs all proceeds from the
6  sale of this property to the YDC Settlement Fund.
7      So, this amendment is balanced. It contains
8  no tax increases, lowers property taxes by returning
9  more money to our cities and towns, and reduces the
10 county tax rate. We realize it may take some bravery
11 to vote for this member -- for this amendment, but
12 being a coward is only cute in The Wizard of Oz. The
13 people of New Hampshire deserve a better budget, and I
14 hope you will all join me in voting for this amendment
15 that better serves our citizens, towns, county, and
16 state. Thank you.
17     SPEAKER PACKARD: Representative Edwards is
18 recognized.
19     REPRESENTATIVE EDWARDS: Thank you,
20 Mr. Speaker.
21     That was four speakers to me. So, I'm a
22 little outnumbered on this. They raised about 48 to 60
23 points. I could go by them point by point, but there's
24 good news. Their Build Back Better budget is much like
25 the kind of artificial reality that we've seen in the

Page 31

1  past four years at the federal level. There's infinite
2  ability to spend money. There is impractical ways to
3  raise money. Let's just take one, the Sununu Center.
4      I thoroughly researched the Sununu Center's
5  availability with the Department, with the AG, with the
6  Department of Administrative Services. I looked at
7  selling it. I looked at getting a loan against it.
8  None of those were possible, and I briefed the
9  committee on that. There was -- there's no surprise,
10 it shouldn't be in their amendment to begin with,
11 because it's a known nonstarter.
12     So if this Build Back Better budget is built
13 on magic math, and this is redundant, the thing -- the
14 reason this sounded so familiar to you is because these
15 were the same criticism you heard when we voted -- 200
16 of us to vote for our HB2. So rather than throw out
17 that 200 vote, let's just go ahead and vote again and
18 reject the Build Back Better budget. Thank you.
19     SPEAKER PACKARD: Representative Ebel has
20 requested a roll call vote. Is that sufficiently
21 seconded? That is sufficiently seconded. This will be
22 a roll call vote. Members, take your seats.
23     (Pause)
24     SPEAKER PACKARD: The House will come to
25 order. The Chair recognizes Representative Wallner for

Page 32

1  a parliamentary inquiry.
2      REPRESENTATIVE WALLNER: Thank you,
3  Mr. Speaker.
4      Mr. Speaker, if I know that Amendment 1543
5  provides New Hampshire with a budget that better meets
6  the needs of our state and provides for the well-being
7  of our citizens, and if I know that this amendment
8  restores vital state services, invests in our
9  communities, and provides for economic development of
10 New Hampshire, and if I know the amendment provides a
11 budget that puts the people of New Hampshire first, and
12 in fairness, would I now vote yes?
13     MR. CLERK: Chair recognizes Representative
14 Edwards for a parliamentary inquiry.
15     REPRESENTATIVE EDWARDS: Thank you,
16 Mr. Speaker.
17     If I knew that this amendment was hidden from
18 Division III, that we had transparency in our process,
19 and everything that the 200 of you voted on was heard
20 in committee and had plenty of opportunity for both
21 parties to comment, yet this amendment is brought in at
22 the last minute without the ability of the finance
23 committee to do it right, if I knew that, would I go
24 ahead and vote again to support what we did earlier and
25 build the budget properly? That's how you get a better

Page 33

1   budget.  You use the proper process.  So I would
2   appreciate it if you would vote red so we can kill this
3   amendment and keep alive the work that we voted for an
4   hour or so ago.  Thank you.
5        MR. CLERK:  Question is on Floor Amendment
6   1543.  This is a roll call vote.  If you're in favor,
7   you will press the green button.  If you're opposed,
8   you'll press the red button.  Voting stations are open
9   for 30 seconds.
10    (Pause)
11        MR. CLERK:  Have all members present, have an
12   opportunity to vote?  House will attend to the state of
13   the vote.
14        With 166 voting in the affirmative, 204
15   voting in the negative, the amendment fails.
16    (Recording ends)
17            * * * * *
18
19
20
21
22
23
24
25

Page 34

1        C E R T I F I C A T I O N
2
3        I, Heidi Jolliff, transcriber, hereby certify
4   that the foregoing is a correct transcript from the
5   recording provided.
6
7
8   _____
9   HEIDI JOLLIFF, AAERT NO. 2850    DATE: July 7, 2025
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**A**

**AAERT** 34:9
**abandons** 3:12
**ABCs** 20:3
**ability** 26:4 31:2
    32:22
**able** 12:23 21:19
**abolishes** 17:5,9
    17:11
**abuse** 3:16,21
**abused** 6:15
    30:4
**accelerates**
    11:13
**access** 13:25
    25:17
**accessible** 6:1
**accessing** 6:3
**accommodati...**
    4:16 6:4
**account** 28:6
**accountability**
    20:22 21:24
**accountable**
    11:1
**Accounts** 20:20
**achievement**
    20:25
**acre** 29:22
**Act** 2:4
**action** 2:25
**actual** 6:8
**added** 22:9
**additional** 22:11
    27:11 28:12
**address** 13:19
**adjust** 22:13
**Administrative**
    31:6
**admittedly** 30:2
**adopted** 15:6
    27:23 28:25
    29:24,25
**adult** 20:17
    21:13
**advancements**
    21:9

**advancing** 20:3
**Advantage**
    26:14
**advocate** 3:15
    9:19 10:24
    17:10 20:13
**affirmative**
    33:14
**afford** 11:10
    24:17 28:21
**AG** 31:5
**agencies** 4:18
    8:23
**agency** 3:15 4:14
**aging** 9:20 17:11
    17:12
**ago** 13:18 33:4
**agree** 2:10 4:8
    14:9
**agriculture**
    10:14
**ahead** 31:17
    32:24
**aid** 6:2 17:19
    18:22
**air** 15:20
**aisle** 12:21
**alarm** 17:15
**aligning** 25:3
**alive** 33:3
**allow** 11:4
**allowing** 29:22
**allows** 20:4 29:7
**amended** 6:11
    7:19
**amendment** 2:6
    2:7,14,21 3:5
    3:14 4:12 5:4
    5:18 7:1 8:22
    9:2,13,17 10:5
    10:14 11:13,15
    11:18 12:4,8,8
    12:11,14,18
    13:5,10 14:1
    14:19 15:6,8,9
    15:11,14 18:15
    19:15 23:15

24:18 25:2,10
25:21 26:5,13
26:24 27:5,8
27:12,23 28:5
28:16,22 29:3
29:13,19,20,24
29:24 30:5,7
30:11,14 31:10
32:4,7,10,17
32:21 33:3,5
33:15
**amendments** 8:3
    8:12
**Americans**
    19:25 20:5
**amount** 12:8
**analysis** 5:22
**anecdotal** 20:23
**annual** 10:5
**anteroom** 16:12
**antidiscrimin...**
    4:15
**appreciate** 7:21
    7:25 33:2
**approximate**
    5:15
**April** 1:13
**arbitrary** 22:2
**areas** 26:3
**argument** 28:5
**arrangement**
    29:21
**art** 10:2
**artificial** 30:25
**artist** 9:22
**artists** 10:1
**arts** 9:24,25 10:1
    10:7 17:6 22:8
    29:4
**asked** 7:22
**aspirations**
    13:15
**association** 9:24
**assures** 28:10
**attack** 22:19
**attain** 14:25
    15:4

**attend** 33:12
**Audio** 1:14
**authorized**
    27:13
**availability** 31:5
**available** 25:12
    25:18

**B**

**back** 6:9 7:10
    9:4 28:17 29:2
    30:24 31:12,18
**backs** 26:12
**backwards**
    24:17
**balance** 18:1,13
    26:12
**balanced** 12:1
    30:7
**balancing** 15:25
    19:11
**ball** 18:4
**ban** 5:19,23 6:5
**basic** 4:9
**bearing** 16:7
**bedrock** 19:23
**begins** 2:1
**believe** 2:24 5:13
    19:14
**benefit** 28:11
**benefits** 6:3
    10:11,12
**best** 11:18 16:2
    22:6 25:24
**better** 6:16,20
    6:24 11:19
    14:3 15:14,15
    18:7,8,22 19:9
    19:15 21:3,4,4
    21:17 23:8,13
    24:17 25:1
    26:23,24 27:5
    30:13,15,24
    31:12,18 32:5
    32:25
**beyond** 9:5
    20:23

**biennium** 3:17
    28:15 29:11
    30:1
**bigger** 8:1
**bill** 2:7 7:5,23
    8:17 9:5,12
    12:2,2,4,25
    13:1 15:7
**bills** 7:13,17 8:2
    8:5,6 12:19
**Birth** 25:15
**births** 24:2
**boarding** 25:9
**body** 12:19
    14:11,15
**bottom** 6:11
**boy** 10:18
**brain** 11:13
**bravery** 30:10
**breach** 6:6
**briefed** 31:8
**bring** 10:3
**bringing** 22:16
    29:10
**brings** 28:12,14
**brought** 7:11
    32:21
**brunt** 16:7
**bucket** 3:24
**budget** 2:21 3:12
    4:8,23 6:7,13
    6:22,24 11:2
    11:19 12:1,14
    12:15 13:14,16
    13:19,21 14:3
    14:9 15:14,15
    15:18,22 16:3
    18:1,7,8,11,13
    18:22 19:5,6,7
    19:9,13,16
    20:9 21:1 23:4
    23:5,6,6,8,9,13
    24:12,15,17
    25:18 26:7,12
    26:20,23,25
    27:5,7,13
    28:25 29:18

30:13,24 31:12
31:18 32:5,11
32:25 33:1
**budgetary** 3:24
**budgets** 15:25
17:7 19:11
**build** 26:4 30:24
31:12,18 32:25
**built** 19:24
31:12
**bunch** 8:3
**burden** 13:22
**bureaucracy**
3:21
**business** 17:8
18:18 29:6,8
**businesses** 13:23
15:16 20:6
**button** 14:4,17
14:20,21 33:7
33:8
**buying** 10:13

——————
**C**
——————
**C** 34:1,1
**call** 13:5,7,10
14:19 19:17
26:9 31:20,22
33:6
**cancer** 25:15
**cap** 22:3
**caps** 16:20 19:4
**care** 4:9 7:6
15:19 17:4
18:10,13,21
24:7,10,24
25:11 26:15,21
**caregivers** 5:11
**Caring** 4:7
**cases** 3:18
**casino** 27:17,21
27:25 28:9
**Center** 29:20,22
31:3
**Center's** 31:4
**certification**
22:10

**certify** 34:3
**cetera** 12:7
**Chair** 2:16 7:2
8:19 11:22
13:11 14:5
15:10 19:18
23:17 27:2
31:25 32:13
**chamber** 24:12
**chance** 24:25
**change** 5:21
12:13 27:9
28:12
**changes** 3:8 7:6
7:11,19 8:23
12:6
**charitable** 27:14
**charities** 22:17
28:10,14
**Chief** 17:14
**child** 3:15 9:9
10:23,24 11:6
17:9 20:12
22:11
**childhood** 19:25
20:11
**children** 3:17,20
4:2,3,10 5:8
6:15 9:4 11:1,6
13:17 16:23
17:10 23:24
24:1
**children's** 4:5
**chilling** 4:5
**CHIP** 26:14
**choice** 13:2
**choose** 9:13
26:16
**cities** 16:1 18:22
22:5 30:9
**citizens** 3:1
15:23 30:15
32:7
**civil** 6:10
**Claus** 15:2,2
**clean** 15:19
18:24

**clear** 3:11 5:21
21:11
**clerk** 9:7,21 15:7
19:18 23:17
27:2 32:13
33:5,11
**clock** 6:10
**close** 26:18
**closer** 18:21
**coincidence**
25:25
**colleagues** 6:20
**collective** 2:25
**college** 9:10 11:8
11:11 13:24
16:17 19:25
21:8
**colleges** 20:16
**come** 29:16
31:24
**comes** 27:12
28:17
**comment** 32:21
**comments** 7:9
**commission**
4:13,17,19,20
9:20 17:11
**commissioner**
27:20
**commitment**
30:3
**committee** 2:2,8
2:9,13,21 7:1
7:15 13:5 31:9
32:20,23
**committees** 7:8
7:22
**common** 6:22
**communities**
5:12 6:4,15
13:17 16:4,18
18:14 19:23
23:10 24:4
32:9
**community** 11:8
13:24 16:17
20:16 21:7

23:1 25:8,11
**compared** 12:13
**compassion** 6:23
**compassionate**
19:8
**competitions**
10:2
**complaints** 4:17
**complex** 24:24
**computer** 21:9
**Concord** 18:10
**confident** 29:17
**conscience** 11:3
**consequence**
22:24
**consequences**
3:10,24 26:19
**conservative**
29:10
**consider** 9:5
**considered** 2:5,9
**consistent** 27:19
**consistently**
25:22
**constituents**
24:4
**contains** 14:11
27:8 30:7
**continue** 13:20
16:14 21:19
**continues** 16:3
**continuing** 20:1
29:5
**contract** 6:6
**control** 16:22
19:3 22:4
25:15
**conversation**
16:11
**corner** 9:8
**correct** 34:4
**Corrections'** 5:5
**cost** 5:1 16:4
22:11,22 26:10
**costs** 17:17,23
18:14 19:11
**council** 9:25,25

10:7 17:6
29:15
**count** 8:25
**counties** 17:4
**country** 6:19
10:7 18:3
**county** 9:17 17:3
30:10,15
**couple** 14:12
**court** 4:21 17:15
**courts** 17:16
**coverage** 24:14
**covered** 24:2
**coward** 30:12
**cracks** 10:22
**Craftsman's**
10:5
**Craftsmen** 10:3
**created** 10:25
**creates** 10:24
**crisis** 6:8 17:18
25:10
**critical** 3:18
23:21 28:19
**criticism** 31:15
**cultural** 17:8
**culture** 6:9
**current** 21:21
26:14 27:7
**cut** 4:24 12:5
13:22 17:3,20
20:15,16,17
28:21
**cute** 30:12
**cuts** 4:9,22 10:14
11:7,16 16:7
16:16,19,24
17:3,15 18:19
22:7 24:15,21
25:7 29:3
**cutting** 5:15
16:1,4 17:7
**cutting-edge**
20:3
**cycle** 4:23 24:12

——————
**D**
——————

**D.C** 1:24
**Dan** 11:23,24
**DATE** 34:9
**day** 22:21
**DCYF** 3:19
  10:22 11:1
**deal** 7:9
**dealt** 7:16
**death** 10:20
**deaths** 4:3 25:6
**Debate** 1:12
**debating** 26:21
**decade** 25:5
**decades** 25:20
**declares** 18:8
**decline** 25:6
**dedicated** 4:14
  12:7
**deep** 11:7,17
**deepens** 11:14
  17:19
**deeply** 20:19
**defined** 5:19
**definitions** 5:22
**degree** 11:11
**delay** 17:16
**delivers** 23:8
**Democrats**
  26:11
**Department** 5:5
  31:5,6
**departments**
  8:24
**depends** 10:16
**deserve** 14:2,3
  21:4 23:12
  24:25 25:1
  26:24 30:13
**deserves** 6:24
**desired** 21:3
**desperately** 26:5
**despite** 20:21
**devastating**
  18:19 20:15
**development**
  13:25 18:18
  29:4 32:9

**developmental**
  23:1 24:8,22
  28:20
**developmenta...**
  17:1
**died** 4:3 10:23
**dies** 8:6
**difference** 16:2
**dig** 27:10
**DIGITAL** 1:23
**diploma** 21:14
  21:16
**direct** 22:9
**directs** 30:5
**disabilities** 5:25
  18:21 23:25
  24:8,22,24
**disability** 23:1
  28:20
**disabled** 5:25
  17:1
**discrimination**
  4:20 5:3 6:6
**distinction** 10:8
**distribution**
  27:16,19
**districts** 16:2
**diversity** 5:19
  22:20
**Division** 32:18
**doctor's** 26:16
**document** 3:9
**doing** 13:20 28:8
  29:6
**dollar** 10:11
**dollars** 10:10
  22:23 29:13
**door** 6:5
**doors** 21:16
**downshifting**
  17:24 18:13
  19:10
**dozens** 8:23
**drain** 11:13
**drastic** 13:22
  17:15
**dreaming** 9:10

**drive** 25:19
**drivers** 17:7
  29:4
**drop** 3:24
**drops** 18:4
**due** 4:3
**duty** 3:1

**E**

**E** 34:1
**eager** 27:21
**earlier** 32:24
**early** 19:24
  20:11
**earned** 6:3
**Ebel** 13:11,13
  15:10,12 16:15
  31:19
**economic** 17:7
  29:4 32:9
**economy** 15:22
  24:6
**education** 4:16
  5:5 10:2 11:9
  16:19 18:12
  19:22 20:2,6
  20:10,12,17,19
  20:24 21:13,16
  22:7,8,17
  28:13
**educational**
  15:21 23:10
**Edwards** 30:17
  30:19 32:14,15
**EEOC** 4:19
**EFA** 21:20
  28:17,18
**EFAs** 28:21
**efficiency** 19:2
**efforts** 5:20 7:21
**either** 8:8
**elderly** 9:7,12
  17:4
**election** 4:23
**eligibility** 21:22
  28:22
**Elijah** 4:2 10:21

  10:21
**eliminates** 3:14
  4:12 5:4 11:2
  20:12 22:2
**eliminating** 4:4
  4:10 12:4
  25:18
**elimination** 9:19
**else's** 11:6
**emergency** 24:9
  25:19
**employment**
  4:15,19
**enabling** 7:5
  18:20,23
**enacted** 22:22
**ends** 33:16
**energy** 17:22,23
  19:1,2
**enforcing** 4:14
**engineering**
  21:10
**enormous** 3:25
**ensure** 15:18
  20:24
**ensuring** 22:10
**entire** 26:22
**entirely** 10:15
**environmental**
  12:21
**equal** 4:19 5:1
**equity** 5:19
  22:20
**equity-based**
  6:17
**ER** 25:9
**era** 19:10
**especially** 3:2
**essential** 5:15
  24:6 25:14
  27:6 29:2
**et** 12:7
**events** 10:4
**EVIDENCE**
  1:23
**examining** 3:7
**executive** 29:15

**exhibits** 9:23
**exist** 26:14
**expand** 28:21
**expanded** 28:19
**expanding** 24:14
**expands** 16:15
**expansion** 21:25
  28:17
**expect** 14:2
**expenditures** 2:5
**experience**
  21:11
**extra** 12:10
**eyes** 9:6

**F**

**F** 34:1
**face** 17:25 26:19
**facilities** 27:14
**fact** 14:10
**failed** 4:1
**fails** 2:21 6:11
  33:15
**Fair** 10:5
**fairness** 32:12
**falls** 14:1
**familiar** 31:14
**families** 5:7,17
  13:23 16:7
  17:2 18:20
  19:12 23:25
**family** 10:11
  16:25 25:13
**far** 3:5 14:1
**farmer** 10:16
**farmers** 10:13
**father** 10:24
**favor** 14:20
  15:11 33:6
**federal** 4:25 6:7
  21:22 31:1
**fee** 12:6 27:9
**fees** 2:4 27:8
**fight** 25:4
**final** 4:10
**finally** 22:18
  26:7 29:19

**finance** 2:3 8:24 25:7 32:22
**financial** 5:24
**first** 3:14 8:11 14:13 17:2 19:6 22:15 25:5 27:11 28:7 32:11
**fiscal** 5:22
**fiscally** 22:19 23:12
**five-year-old** 10:21
**fix** 8:1
**flawed** 20:19 23:5
**Floor** 1:12 15:9 33:5
**FN** 7:24
**FNA** 2:3
**focused** 3:8 6:8
**folks** 14:14
**following** 2:6,11
**food** 4:9 9:14 26:17
**forced** 4:21
**forcing** 16:1
**foregoing** 34:4
**formal** 4:17
**forward** 21:5
**forward-looki...** 13:16 23:9
**foster** 15:22
**found** 7:24
**foundation** 18:2 19:22 23:11
**four** 24:1 30:21 31:1
**Fourth** 5:18
**free** 5:3 22:10
**Freedom** 20:20
**Freezing** 26:3
**fresh** 20:1
**fuels** 20:7
**fulfilling** 24:25
**full** 11:5
**fully** 21:13

**fund** 2:4 17:22 19:1 28:13 29:25 30:6
**funding** 16:1,19 16:25 18:11,16 20:11 21:13,18 21:21 22:23 25:2,21 26:1 28:23
**funds** 4:25 12:7 24:6
**further** 15:8 21:16
**future** 6:16 9:10 11:7 13:17 15:14 16:18 18:15 19:13 20:6
**futures** 11:12
**FY26** 28:24

_____
                G
**gains** 24:13
**gambling** 12:6
**gaming** 27:14
**general** 4:24 22:8
**generations** 20:6
**getting** 29:1 31:7
**give** 3:4 13:19 19:15
**giving** 27:24
**glove** 12:3
**go** 12:2 30:23 31:17 32:23
**goal** 25:9
**goes** 22:11
**good** 8:7 11:3 15:18 30:24
**good-paying** 24:10
**Gordon** 17:14
**govern** 23:3
**government** 2:24 3:3 16:21
**governments** 17:22,25 18:23

**governor** 7:7 12:13 13:19 29:8
**governor's** 12:14 25:3 27:13,18 28:3 28:8,24 29:14
**grandchildren** 11:7
**Granite** 14:2 15:15,21 18:8 18:16 19:15 21:3,15 23:2 23:12,22 24:24 25:16 26:11,13 26:20,24
**grants** 17:19
**graying** 11:14
**great** 5:23 15:21
**green** 14:17,20 33:7
**grew** 20:20
**grief-stricken** 10:20
**groceries** 9:9
**grocery** 10:9
**group** 1:23 9:24
**grow** 20:1
**growth** 29:6,8
**guts** 20:13

_____
                H
**Hakken-Phillips** 2:17,18
**half** 20:17
**hall** 12:24
**Hampshire** 3:17 4:3,5,13 5:9,23 6:18,24 9:11 10:3,6 11:13 16:23 17:5 18:2,9,17 19:9 21:13 23:7,23 25:13,22 28:10 28:11,14 29:6 30:13 32:5,10 32:11

**Hampshire's** 2:22 6:12 15:18 19:2,13
**hand** 12:3
**handled** 4:17
**hands** 10:24
**hands-on** 21:10
**happen** 11:4
**happens** 18:4
**hard-working** 26:11
**harm** 17:16 27:6
**harmful** 22:3,18
**Harmony** 4:2 10:23
**HB** 22:3
**HB2** 1:12 2:3,20 3:7 6:11 8:5,6 8:22 10:5,9 14:1 31:16
**health** 4:9 15:19 16:25 17:21 18:12,19 24:7 25:8,11,20,24 26:15 28:20
**healthcare** 13:25 24:10 25:17 26:2,22
**healthier** 5:11
**healthy** 10:13 24:5
**heard** 8:25 16:13 27:4 31:15 32:19
**hearing** 5:21 22:22
**heat** 9:14
**Heidi** 34:3,9
**help** 3:13 9:23 10:15 17:12 21:12
**helping** 18:17 20:5
**helps** 5:6,10 10:3 15:15 26:2
**hidden** 32:17
**high** 21:14

**high-paying** 21:11
**higher** 16:6 28:22
**highest** 18:3
**historic** 24:13 27:15 28:2
**hold** 10:25
**holds** 24:18
**home** 9:4 18:21
**honest** 26:10
**honoring** 21:23
**hope** 8:15 30:14
**horse** 27:15 28:2
**hospitals** 17:2
**hour** 22:21 33:4
**hours** 8:25
**House** 1:12 2:14 7:5,14 8:9,24 12:2,2,4,19,24 13:1 14:25 15:4 25:7 26:11 29:8 31:24 33:12
**housing** 4:15 6:2 17:18,18 18:24
**Human** 4:13
**humanity** 20:7
**hundreds** 12:16 29:13
**hungry** 22:11,12
**hurt** 11:17
**hurts** 17:7
**hypothetical** 10:19

_____
                I
**III** 32:18
**Impacting** 24:22
**implement** 21:24
**importance** 23:22
**imposes** 3:10 20:15
**impractical** 31:2
**improvement**

19:8
**improvements**
  17:21
**improving** 24:14
**incarcerated** 5:6
  6:15
**incarceration**
  5:13
**incentive** 28:9
**incidents** 3:19
**includes** 5:18
  26:5,7 29:19
**including** 20:14
  23:24
**inclusion** 5:19
  22:20
**income** 6:2
  10:17 26:8,10
**incomes** 28:22
**incorporated**
  7:11
**increase** 12:5
  20:19,21
**increases** 12:7
  17:17 18:22,25
  30:8
**increasing** 9:15
  16:4 22:14
**Increasingly**
  15:23
**independent** 4:1
  24:25
**individuals** 6:1
**industry** 27:19
**inexpedient** 2:12
**infant** 24:15
**infinite** 31:1
**infrastructure**
  18:24
**initiatives** 20:14
**innovation**
  19:24
**innovative** 20:13
**inquiry** 13:12
  14:6 32:1,14
**inserted** 5:21
**inspires** 19:14

**institutions** 5:20
  21:10
**insufficient**
  17:18
**intent** 21:23
**interests** 11:18
**introduced**
  22:21
**invest** 13:17
  15:21 18:23
**investigating**
  4:14
**investing** 20:7
**investment**
  25:11 28:4
**Investments**
  21:8
**invests** 15:14
  18:12,15 19:13
  32:8
**involving** 3:19
**irrelevant** 22:19
**It'll** 26:20
**item** 14:11
**items** 3:11

_____

**J**

**Jane** 2:12
**jeopardize** 22:23
**jobs** 21:11,16
  24:10
**join** 30:14
**Jolliff** 34:3,9
**July** 34:9
**justice** 5:1 6:22
  15:20 17:14,16
  30:4
**justify** 5:2

_____

**K**

**Kate** 19:19,20
**keep** 21:12 26:6
  33:3
**keeps** 24:5,5
  28:22
**Ken** 2:7
**kids** 4:7 10:16

11:3 22:12
  30:5
**kill** 33:2
**kind** 12:9,10
  30:25
**knew** 32:17,23
**know** 13:14,15
  14:1,12 21:14
  22:5 32:4,7,10
**known** 22:3
  31:11

_____

**L**

**law** 6:7 26:15
**lawmakers**
  26:19
**laws** 4:15 7:7
**lawsuits** 6:5
  22:23
**layer** 4:10
**League** 10:3
**learn** 22:12
**learners** 20:1
**learning** 5:25
  20:3,8
**leaseback** 29:21
**leave** 11:10
**leaves** 5:16
**leaving** 11:11,20
**left** 3:11 10:20
**legal** 5:23 6:2
**legislate** 2:12
**legislation** 7:6
**legislators** 3:2
**let's** 11:15,18
  19:10,10,12,14
  19:15 25:13
  26:10 27:10
  31:3,17
**level** 20:11 21:23
  28:3,24 31:1
**levels** 21:21
**leverage** 3:2
**Lewis** 4:2 10:21
**life** 20:2 21:17
**lifelong** 20:1
**lifesaving** 3:22

**lifts** 11:19 15:15
**limit** 20:8
**limited** 9:15
**line** 3:11 6:11
  24:18 26:23
**listening** 13:19
**little** 4:25 7:18
  30:22
**live** 24:25
**lives** 4:5 25:1
**loan** 26:1 31:7
**local** 2:3 10:1,13
  10:14,16 16:17
  16:22 17:17,22
  17:25 18:23
  19:3 22:4,17
  22:17
**locked** 21:15
**long** 15:25 21:24
  28:11
**long-** 16:21
**long-term** 17:4
**longer** 11:10
**look** 8:8,14 9:5
  13:21
**looked** 31:6,7
**looks** 12:12
  17:24
**lose** 9:18 24:19
**lost** 8:25
**lot** 7:23 8:3 27:6
**lottery** 27:12,20
**low-** 6:1
**lower** 17:23
  29:14
**lower-income**
  25:16
**lowers** 27:24
  30:8
**lowest** 25:23
  26:8
**lucrative** 27:16
**lunch** 22:10

_____

**M**

**M** 1:24
**MacDonald**

17:14
**machine** 22:13
**machines** 27:15
  28:2
**magic** 31:13
**maintaining**
  24:18
**maintains** 21:21
**majority** 2:2,8
  2:10
**managed** 3:18
**mandate** 6:5
**marginal** 5:2
**marginalized**
  6:15
**marketing** 17:6
**markets** 10:13
**Mary** 2:12
**maternal** 25:24
**maternity** 24:7
**math** 31:13
**matters** 18:7
**McGuire** 11:23
  11:24
**meals** 9:16
**means** 8:7
**meant** 16:1
  24:21
**measure** 20:22
**measures** 12:22
  21:24
**Medicaid** 16:24
  17:3 18:19
  23:22,23 24:2
  24:5,16 26:9
**meeting** 29:15
**meets** 32:5
**member** 16:8,12
  30:11
**members** 14:24
  23:1 31:22
  33:11
**men** 9:3
**mental** 16:25
  18:19 24:7
  25:7,11 28:20
**Merrimack**

message 4:5
21:2
million 3:23
4:24 12:9,12
12:16 20:15,16
20:20 21:6,7
24:21 25:7,10
28:13,25 29:10
30:2
millions 10:4
16:16 22:22
24:9 29:13
minority 2:9,13
minute 32:22
missing 3:20
modernize 17:23
mom 10:9
money 7:5,18,23
7:24 28:14
29:1 30:3,9
31:2,3
Montgomery
4:2 10:23
monthly 29:16
months 13:18
14:12 28:4
morning 7:17
mother 9:8
10:22
motion 13:4,9
14:18
municipalities
22:4
murdered 10:22
Murray 19:19
19:20

_____
N
_____

N 34:1
nation 25:24
nay 15:5
Nearly 24:1
need 3:3,12 5:8
6:4 12:2,24
16:10 18:21
24:23 25:12
26:5

needed 7:18,19
8:15
needing 6:1
needs 32:6
negative 33:15
negatively 12:15
neglect 4:4
neglected 9:9
10:18
negotiable 4:6
negotiating
14:14,16
negotiations
12:23
neighbor 9:7,12
9:18
neighbors 24:4
new 2:22 3:17
4:2,5,12 5:9,23
6:12,18,24
9:10 10:3,6
11:12 15:18
16:23 17:5
18:2,8,17 19:2
19:9,13,25
20:5 21:12
23:7,23 25:13
25:22 27:8,8
28:10,10,14
29:6,19 30:13
32:5,10,11
news 30:24
nice 10:12
nightmare 9:13
noncompliance
6:7
nonstarter 31:11
noting 29:14
number 8:25
numbers 24:3
27:10 29:18
NW 1:24

_____
O
_____

O 34:1
objections 8:10
offer 21:4

offered 25:2
offers 15:9
office 3:15,18,25
4:4 9:19 10:24
11:2 17:9
20:12
Okay 7:4 12:12
12:16,25
okayed 7:5
once 14:13
open 14:22 15:8
20:5 21:16
26:6 33:8
opens 6:5
operations 22:14
operators 27:17
27:21,25 28:1
28:3,6,9
opioids 25:5
opportunities
4:19 13:25
15:21 17:8
opportunity
6:23 14:25
19:23 21:15
23:11 32:20
33:12
opposed 14:21
33:7
opposition 2:20
order 12:1 31:25
original 21:23
25:3
Osborne 14:6,7
ought 2:7 7:16
8:9
outcome 21:3
outcomes 25:24
outlines 8:23
outnumbered
30:22
outside 14:14
overburdened
4:21
overdose 25:6
overdue 21:24
oversight 4:1

22:1
Oz 30:12

_____
P
_____

PACKARD 2:2
7:2 8:19 11:22
13:4,9 14:5,18
14:24 15:4
16:8 30:17
31:19,24
pages 2:15 3:7
7:7 8:22 11:16
paintings 9:23
parent 5:9
parental 5:5
20:23
parents 5:6,10
park 9:9
parking 6:1
parliamentary
13:12 14:6
32:1,14
part 12:24 18:9
particular 12:3
parties 32:21
partnership
4:18
pass 2:7 7:16 8:8
8:9 13:1 19:12
19:14
passed 7:14,16
8:5 12:19
14:12 27:10
passes 10:6
pathway 21:11
Pause 13:8
14:23 31:23
33:10
pay 7:25 16:7,18
16:23 17:2,4
27:7
pays 16:6
penny- 6:13
people 3:1,12
6:14,16 11:19
12:21 15:16
18:20 19:6

23:7,23,24
24:5,21 25:9
25:12,19 26:12
30:13 32:11
percent 21:22
22:15,15,16
24:2,16 26:8
27:17,18,24,25
28:6 29:9,10
perfect 19:7
pick 18:5
picture 3:12
pilot 22:9
pinching 6:14
pipeline 26:6
place 14:16
placements 3:19
places 29:1
plan 17:12 25:7
planning 16:25
25:14
plants 17:20
please 8:11 16:9
16:14
plenty 28:9
32:20
point 25:17
30:23,23
points 30:23
policies 12:23
policy 5:20 7:8
7:22 22:6,20
22:24
population
17:12 21:2
positions 14:15
possible 31:8
postpartum
24:14
potential 11:5
20:8
pots 30:2
poverty 21:22
power 3:2 16:20
pregnancy 25:23
pregnant 23:24
premise 2:24

premium 26:9
prepare 5:6
prescriptions
9:14
present 14:24
33:11
presented 20:9
press 14:3,16,20
14:21 33:7,8
prevent 10:25
24:21
preventable 4:3
previously 27:23
28:25 29:24,25
price 16:19,23
17:3,5
printed 2:14
priorities 23:7
23:14
prioritizes 6:13
prioritizing 5:2
priority 14:11
prison 5:9
privilege 26:15
problems 6:9
proceeds 30:5
process 14:14
32:18 33:1
produce 10:13
professionals
26:3
program 5:5,10
5:15,16 10:15
20:18,22 21:19
21:21 22:9
25:14,18,21
26:2,14 28:19
28:23
program's 21:23
programs 5:24
20:13 22:25
27:6 28:19
29:2
progress 24:19
25:4,20
projections 29:7
29:12

promise 23:11
proper 33:1
properly 32:25
property 9:15
13:23 16:6
18:3,14,25
29:22,23 30:6
30:8
proposal 19:7
21:6,21 22:2
22:18 23:8
24:20 25:3
27:21
proposed 23:4
24:15 26:4,7
proposes 25:19
prosperity 19:24
protect 2:22 3:3
6:12 11:1
15:19 17:21
protecting 3:16
protection 3:3
4:10 5:1
protections 6:14
protects 18:11
19:1 26:13
provide 15:20
21:10 22:9
30:4
provided 4:17
34:5
provider 16:24
24:13
providers 25:17
provides 9:25
25:14 28:8
29:21 32:5,6,9
32:10
providing 28:6
public 4:15 5:20
5:21 15:20
16:19 17:21
18:12,24 19:4
20:13 25:20
punishment
5:14
push 12:23

pushing 11:9
19:11
put 7:18 29:2
puts 5:23 11:3
19:5 32:11
putting 26:17

_____
       Q
_____
qualify 26:9
quality 20:24
Question 33:5
quietly 16:12

_____
       R
_____
R 34:1
racing 27:15
28:2
raided 17:22
raise 17:20 31:3
raised 30:22
raising 24:13
rate 27:9 29:8
30:10
rates 16:24
17:20 18:3
24:14,16,18
25:23
rationale 28:1
reading 15:7
real 10:19
real- 3:9
real-world 21:8
reality 30:25
realize 30:10
really 10:8 11:16
12:25
reason 31:14
reasonable 13:2
reasons 6:25
12:25
recognize 21:20
recognized
30:18
recognizes 2:16
7:2 8:19 11:22
13:11 14:5
15:10 19:18

23:17 27:2
31:25 32:13
recommendati...
2:6
reconnect 5:10
Record 2:15
recording 2:1
33:16 34:5
recoup 28:4
recruit 26:2
red 14:3,21 33:2
33:8
reduced 22:10
reduces 27:6
30:9
reducing 28:24
29:8
reductions 9:17
13:22
redundant 31:13
referred 2:3
reflect 14:9,10
reflection 13:14
reflects 3:9 6:22
19:5 23:6,13
region 27:20
register 9:22
rehabilitation
5:14
reimbursement
24:16
reimbursements
9:17
reintegrate 5:7
reject 6:20 22:6
31:18
relative 2:4
relies 10:10
religious 6:3
rely 6:17 16:5
23:23 24:3
26:20
relying 18:25
remain 29:13
remember 13:18
removes 22:18
26:13

removing 19:3
Renewable
17:22 19:1
renews 23:11
repairs 20:4
repayment 26:2
report 2:5,11
reports 3:20
20:23 29:16
represent 9:4
11:17
Representative
2:12,16,18 7:3
7:4 8:20,21
11:23,24 13:11
13:13 14:6,7
15:2,2,8,10,12
16:15 19:18,20
23:17,19 27:2
27:4 30:17,19
31:19,25 32:2
32:13,15
Republicans
8:13
request 19:17
requested 13:6
31:20
requests 12:20
researched 31:4
residence 10:1
residential 3:19
residents 6:2
26:8
resolution 2:11
resolved 2:11
resources 22:16
respectfully
23:14
respects 19:2
responders 17:2
responds 23:9
25:10
responsibilities
15:24
responsibility
3:6
responsible

12:17 19:8
   22:1 23:5,12
**restore** 21:13,18
   26:1
**restores** 18:11
   18:16 21:6
   25:2,21 27:5
   29:3 32:8
**restraint** 3:20
**result** 9:15 22:7
**retained** 7:15
**return** 5:12
**returning** 28:7
   30:8
**reunite** 5:6
**revenue** 9:16
   10:4 12:5,6
   22:13 27:11,16
   27:18,25 28:6
   28:16 29:7,12
   29:17,20
**revenues** 2:4
   12:10
**reverse** 25:20
**reverses** 18:19
**rid** 12:14
**right** 5:3 16:21
   18:1 21:12
   23:22 26:15
   32:23
**rights** 2:22 4:13
   6:10,12
**ripples** 17:16
**rise** 2:20 15:13
   23:21
**risk** 5:23,24 11:3
   17:10
**road** 9:21
**robotics** 20:14
**roll** 13:5,7,10
   14:19 19:17
   31:20,22 33:6
**rolling** 28:17
**room** 13:18 24:9
   26:19 28:18
**rooms** 9:16
   25:19

**Roughly** 5:8
**run** 11:16
**Rung** 8:20,21

──────
                S
**safety** 2:25
   15:20 18:24
**sale** 29:21 30:6
**saves** 24:8
**savings** 3:23 5:2
**saw** 8:11
**says** 19:6,14
**school** 16:2,16
   19:4 21:14
   22:3,11,23
**schools** 10:1
   16:17 19:12
   20:14 22:6
**science** 21:9
**screenings** 25:15
**sea** 20:5
**season's** 8:4
**seats** 31:22
**seclusion** 3:21
**second** 4:12 7:15
   15:7 28:16
**seconded** 13:6,7
   31:21,21
**seconds** 14:22
   33:9
**sector** 24:11
**security** 2:25
   26:22
**see** 11:15 13:1
   13:21 20:18
   28:11,18
**seeing** 4:22 25:5
**seeking** 6:2
**seen** 30:25
**sell** 29:23
**selling** 31:7
**Senate** 8:8
**Senator** 2:7
**send** 7:22
**sends** 4:4 21:1
**seniors** 18:20
**sent** 7:7,8 11:17

**separate** 8:12
**serves** 30:15
**services** 4:9 16:5
   17:1 18:12
   24:6,15,23
   25:14 31:6
   32:8
**set** 27:16
**Settlement** 30:6
**settlements** 30:1
**seven** 23:23
**share** 22:14
   26:10 27:24
**shared** 19:24
**sharing** 9:16
   22:13
**sheet** 8:13
**shirking** 15:24
**shopping** 9:8
**short** 14:1 28:11
**shortsighted**
   4:11
**shows** 18:9
**shrinks** 17:6
**side** 12:21
**simple** 12:17
**simply** 24:17
**sits** 29:22
**sitting** 9:9 13:18
**six** 9:1
**skyrockets**
   17:13
**slashes** 20:11
**slipped** 10:21
**slot** 22:13 27:14
**SNAP** 10:11,12
**so-called** 5:22
**society** 5:7
**solely** 5:14
**solving** 6:8
**Sooner** 16:5
**sounded** 17:14
   31:14
**source** 27:11
   28:16 29:20
**spans** 8:22
**speak** 10:18 11:1

   15:10 23:21
**Speaker** 2:2,19
   3:5 5:1 6:25
   7:2 8:18,19,21
   11:21,22,25
   13:3,4,9,13
   14:5,8,18,24
   15:4,12 16:8
   19:17,21 23:4
   23:16,20 27:1
   30:17,20 31:19
   31:24 32:3,4
   32:16
**speakers** 30:21
**special** 22:7
**spend** 16:20
   31:2
**spending** 7:23
   12:11 19:4
   22:3
**spent** 9:1
**split** 28:8
**spoke** 29:16
**sports** 22:8
**stage** 20:2
**stake** 24:20
**standing** 16:22
**starting** 19:25
**state** 2:4 4:14,18
   5:9 6:21 8:23
   9:24,25 10:1,6
   11:9,14 13:14
   14:25 15:4,16
   15:23,25 16:1
   16:15,19,21,24
   17:3,5,9,11,12
   17:17,19 18:4
   18:11,22 21:3
   22:5,12 24:3,8
   26:1 27:18
   29:23 30:16
   32:6,8 33:12
**state's** 22:14
   27:13,24 28:13
**state-enforced**
   19:3
**stated** 29:17

**Stater** 18:8
**Staters** 14:2
   15:15,22 18:16
   19:15 21:15
   23:2,12,22
   24:24 25:16
   26:11,20,24
**states** 6:19
**stations** 14:21
   33:8
**statutory** 3:8
**STD** 25:15,23
**STEM** 20:14
**step** 14:14 16:11
   24:16
**stifles** 20:10
**stimulate** 29:6
**stoking** 6:9
**stop** 19:11 20:7
**store** 9:8,21 10:9
**straining** 13:23
**strays** 3:5
**Street** 1:24
**strengthens**
   23:10
**stretch** 10:11
**Stringham** 27:3
   27:4
**strip** 3:10
**stripped** 17:23
**strips** 6:14 10:10
   22:4
**strong** 15:13
   24:6
**strongly** 8:14
**student** 20:23,25
**students** 5:25
   6:17 18:17
**stunned** 10:20
**submarines** 20:4
**succeed** 5:8
   18:17
**success** 20:23
**suffer** 16:18
**sufficiently** 13:6
   13:7 29:25
   31:20,21

**Sununu** 29:20
29:22 31:3,4
**support** 4:25
5:17,24 6:17
7:10 8:11,15
10:2 13:16
15:13,19,23
17:4,18 20:6
20:25 21:8,20
22:25 23:14
25:9 26:21
28:20 32:24
**supported** 8:6
9:24
**supporting**
10:14 24:7
**supports** 5:11
18:18 19:1
**surprise** 31:9
**suspend** 16:8
**sweeping** 5:18
**switch** 27:14,22
28:1,9
**system** 4:22 11:8
17:15 18:17
20:16 21:7
25:8 26:22
29:5
**systemic** 4:4
**systems** 4:1
13:24 16:17

**T**

**T** 34:1,1
**table** 14:16
26:17
**take** 8:3,14
11:10,12 28:3
30:10 31:3,22
**Taken** 21:1
**takes** 7:6 28:5
**talent** 21:12
**talents** 11:12
**talk** 25:13
**talked** 12:6
**target** 22:25
**tasked** 3:16

**tax** 9:16 18:2,3
18:25 26:8,10
26:13 27:9
30:8,10
**taxes** 9:15 16:6
27:8 30:8
**taxpayers** 13:23
18:14 22:22
28:11
**technology** 20:3
21:9
**teenagers** 9:10
11:5
**Telerski** 23:18
23:19
**term** 28:12
29:23
**terminals** 27:12
**text** 9:5 11:16
**Thank** 2:18 7:1
8:18,21 11:21
11:24 13:3,13
14:4,7 15:12
19:20 23:16,19
27:1 30:16,19
31:18 32:2,15
33:4
**thing** 8:7 31:13
**things** 7:9 12:9
12:22
**think** 8:4,13 9:7
**Third** 5:4 29:3
**thoroughly** 31:4
**thought** 7:9
**thoughtful** 23:8
**threatening** 5:24
24:23 25:8
**thrive** 15:17
**throw** 31:16
**time** 4:8 8:4,11
21:25,25 25:5
**today** 2:20 15:13
20:10 23:21
26:21 28:23
**tools** 5:8 17:23
**top** 9:18 12:18
**total** 12:8,12

**touches** 20:2
**tourism** 13:24
17:6 29:4
**town's** 9:23
**towns** 15:16
16:1,20 17:20
18:5,23 19:11
22:5 30:9,15
**tradition** 16:22
19:3
**tragedies** 10:25
**training** 4:18
**transcriber** 34:3
**transcript** 34:4
**Transcription**
1:14
**transparency**
32:18
**tread** 16:21
**treatment** 17:20
25:15
**trend** 16:4
**troubling** 21:1
**trust** 22:5 28:13
**trying** 17:25
**turn** 6:9 30:3
**two** 3:23 13:18
29:9,15

**U**

**unable** 2:10
**unanimously**
12:20
**uncompensated**
24:9
**unconscionable**
4:11
**unconstitutional**
22:19
**uncovering** 3:16
**undermines**
5:16 26:4
**underserved**
26:3
**uneducated** 21:2
**Unfortunately**
20:9

**unfunded** 6:5
**UNH** 20:4
**uninformed**
21:2
**unintended**
22:24 25:23
**university** 11:8
13:24 16:16
18:16 20:15
21:7 29:5
**unpopular** 20:19
**upcoming** 30:1
**urge** 6:20 23:14
26:23
**urging** 13:20
**use** 29:7 33:1
**uses** 10:12

**V**

**vaguely** 5:19
**values** 3:9 5:16
6:22 13:15
14:10,10 19:5
23:6,13
**veterans** 6:2,16
22:25 23:25
**vibrant** 15:22
**victims** 4:20
**video** 27:12
**views** 21:20
**virtually** 14:11
**vision** 6:21
**visit** 26:16
**visits** 24:9
**vital** 25:21 32:8
**VLT** 27:25
**VLTs** 27:13,16
27:17 28:2,9
**voice** 3:4,4 9:18
**voices** 23:9
**vote** 6:25 8:15
11:18,19 13:7
13:10 14:19,25
15:1,5 19:17
26:23 30:11
31:16,17,17,20
31:22 32:12,24

33:2,6,12,13
**voted** 8:16 16:3
23:5 31:15
32:19 33:3
**voting** 6:1 14:21
15:5,5 30:14
33:8,14,15
**vouchers** 16:16
28:18
**vulnerable** 2:23
3:16 5:17 6:13
15:19

**W**

**waitlist** 24:21
**Wallner** 2:13
15:8 31:25
32:2
**want** 10:8 12:22
14:15 23:2
28:18
**wars** 6:9
**Washington**
1:24
**wastewater**
17:19
**watchdog** 17:10
**water** 15:20
18:25
**way** 4:22 7:24
16:23 20:22
21:5 29:18
**ways** 5:11 31:2
**we're** 3:11 11:8
19:6 21:4 25:5
25:6 26:21
29:1,18
**we've** 7:4,17
8:12,25 22:9
25:4 27:9 30:3
30:25
**wealthiest** 6:18
6:19
**weather** 10:12
**weeks** 9:1 28:4
**well-being** 6:12
32:6

wellbeing 2:22
Weyler 2:8 7:3,4
white 8:13
Wizard 30:12
women 9:3
    23:24
work 3:22 6:21
    21:24 33:3
worked 24:12
workforce 16:18
    18:18 24:23
    26:4
working 6:16
    9:1,22 13:20
    13:21 19:12
    23:25 26:12
    29:5
works 25:22
world 3:10 6:19
worth 29:14
wouldn't 8:17
written 22:24

_____
X
_____
Y
_____
yay 15:5
YDC 29:25 30:4
    30:6
year 4:16 10:4
    12:9 20:20
    22:15 28:7,19
    30:2
years 3:23 28:24
    29:9 31:1
yesterday 29:15
young 9:8 10:9
    21:12
_____
Z
_____
0
_____
1
_____
1 12:2
1,700 3:18
10 1:13 30:1
100 7:7 8:22

11:16 12:16
11 29:9
126 2:15
1488h 13:5,10
    14:19
148h 2:14
15,000 5:8
150- 29:21
1543 15:9 32:4
    33:6
16 20:20
166 33:14
1730 1:24
175 15:5
180 3:7
19 2:15
_____
2
_____
2 7:5 12:2,4,25
    13:1
2.2 3:23
200 12:9 15:5
    31:15,17 32:19
200,000 5:15
20036 1:24
202 1:25
2025 1:13 34:9
204 33:14
22 24:2 25:10
232-0646 1:25
243 4:17
28 2:15 7:13
285 29:10
2850 34:9
_____
3
_____
3 24:16
3.2 4:24
30 12:18 14:22
    22:15 27:24
    33:9
31 24:21
32 28:25
35 22:15
350 21:22
366,000 4:25
37.8 25:7

_____
4
_____
4 20:16 21:7
    29:10
45 22:16 27:18
48 30:22
_____
5
_____
5 26:8
50 20:15 21:6
55 27:17
55-45 28:8
_____
6
_____
60 30:22
65 28:6
675 22:3
_____
7
_____
7 34:9
70 27:25
72 28:13
_____
8
_____
800,000 26:5
812 1:24
85 12:12
_____
9
_____
90,000 24:1

Page 34

1                    C E R T I F I C A T I O N

2

3          I, Heidi Jolliff, transcriber, hereby certify

4    that the foregoing is a correct transcript from the

5    recording provided.

6

7

8    _____

9    HEIDI JOLLIFF, AAERT NO. 2850    DATE: July 7, 2025

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25