# Exhibit 28



VISIT
APPLY
GIVE

[Home](#) › [Office of the President](#) › Speeches and Blog Archive

# Page not found

The requested page could not be found.

## INFORMATION FOR

Accepted Students

Current Students

Parents and Families

Alumni

Faculty & Staff

## QUICK LINKS

Student Life

Housing & Dining

Registrar

Tuition/Cost

News

MyPlymouth

Health & Safety

Police

Athletics

Emergency Protocols

Faculty & Staff Directory

Consumer Information

Sustainability

Lamson Library

Employment Opportunities

Student Success



17 High Street

Plymouth, NH 03264-1595

Main: (603) 535-5000

Admissions: (800) 842-6900

**Vision** | **Mission** | **Values**

© 2025, Plymouth State University | A member of the University System of New Hampshire

Consumer Information | Privacy Policy | Title IX