# Exhibit 29



[River Valley Community College (http://web.archive.org/web/20250317182650/https://www.rivervalley.edu/)](http://web.archive.org/web/20250317182650/https://www.rivervalley.edu/)

## You belong here!

River Valley Community College is committed to supporting equity and inclusion for all members of the academic community. We seek to promote human rights and to ensure that the institution supports diverse populations of students, employees, and affiliates. We recognize individual and group differences as including, but not limited to, the following dimensions: race; ethnicity; national origin or ancestry; citizenship; immigration status; sex; gender; sexual orientation; physical or mental disability; medical condition; genetic information; marital status; registered domestic partner status; age; political beliefs, religion, or creed; military, veteran or law enforcement status; socioeconomic status; and any other basis protected by federal, state or local law or ordinance or regulation.



### Podcasts

**Attention-Deficit Neuropsychology (ADHD) Part 1 with Dr. Russell Barkley** (http://web.archive.org/web/20250317182650/https://www.alieward.com/ologies?rq=adhd)

ADHD 365 (http://web.archive.org/web/20250317182650/https://chadd.org/podcasts/)

### Social Media

### Resources

## Why Representation Matters

## Resources

**The Danger of a Single Story**

Chimamanda Ngozi Adichie | TED
%26sp%3D1%26ghc%3D1%26pq%3Daiasha%2520thonas%2520why%2520%26sc%3D1-

| | | | |
|---|---|---|---|
| **Glossary** | (http://web.archive.org/web/20250317182650/https://webarchive.org/web/20250317182650/https://webarchive.org/web/20250317182650/https://www.bing.com/search?q=the+danger+of+a+single+story&qpvt=the+danger+of+a+single+story&view=detail&...) | | |
| **Books/Articles** | | | |
| **Videos** | | | |



Tel: (603) 542-7744 (tel:6035427744)

rivervalley@ccsnh.edu (mailto:rivervalley@ccsnh.edu)

Fax: 603-543-1844

Claremont Campus (http://web.archive.org/web/20250317182650/https://www.rivervalley.edu/locations/claremont/)
1 College Place (http://web.archive.org/web/20250317182650/https://www.rivervalley.edu/locations/claremont/)
Claremont, NH 03743 (http://web.archive.org/web/20250317182650/https://www.rivervalley.edu/locations/claremont/)
603-542-7744

Keene Academic Center (http://web.archive.org/web/20250317182650/https://www.rivervalley.edu/locations/keene/)
88 Winchester Street (http://web.archive.org/web/20250317182650/https://www.rivervalley.edu/locations/keene/)
Keene, NH 03431 (http://web.archive.org/web/20250317182650/https://www.rivervalley.edu/locations/keene/)
603-357-2142
Classes
Keene State College

Lebanon Academic Center
15 Hanover Street
Lebanon, NH 03766 (http://web.archive.org/web/20250317182650/https://www.rivervalley.edu/locations/lebanon-academic-center/?highlight=lebanon)
603-443-4200

CPR Training (http://web.archive.org/web/20250317182650/https://www.rivervalley.edu/cwf/healthcare/cpr/)

Donate (http://web.archive.org/web/20250317182650/https://www.rivervalley.edu/about/donate-to-rvcc/)

Career Coach (http://web.archive.org/web/20250317182650/https://rivervalley.emsicc.com/)

Request a Transcript (http://web.archive.org/web/20250317182650/https://www.rivervalley.edu/current-students/registrars-office/transcript-request/)

Current Students (http://web.archive.org/web/20250317182650/https://rivervalley.edu/current-students/)

Apply Now (http://web.archive.org/web/20250317182650/https://ccsnh-apply.force.com/apply/TX_SiteLogin?startURL=%2Fapply%2FTargetX_Portal__PB)

COVID-19 Information (http://web.archive.org/web/20250317182650/https://www.rivervalley.edu/student-support/information-on-coronavirus/)

Current Faculty / Staff (http://web.archive.org/web/20250317182650/https://rivervalley.edu/faculty-and-staff/)

Accessibility Policy(http://web.archive.org/web/20250317182650/https://www.rivervalley.edu/accessibility-policy/)
Consumer Information(http://web.archive.org/web/20250317182650/https://www.rivervalley.edu/consumer-information/)

Non Discrimination Policy (http://web.archive.org/web/20250317182650/https://www.ccsnh.edu/mission-strategic-plan/non-discrimination-policy)

Privacy Policy (http://web.archive.org/web/20250317182650/https://www.ccsnh.edu/ccsnh-privacy-statement/)

Sitemap (http://web.archive.org/web/20250317182650/https://rivervalley.edu/sitemap/)

Title IX Resources (http://web.archive.org/web/20250317182650/https://www.rivervalley.edu/titleix/)

Working at RVCC (http://web.archive.org/web/20250317182650/https://www.rivervalley.edu/working-at-rvcc/)

© 2025 - River Valley Community College

Website Feedback (http://web.archive.org/web/20250317182650/https://rivervalley.edu/website-feedback/)

Site by MRW (http://web.archive.org/web/20250317182650/https://mrw.bz/) & Opus (http://web.archive.org/web/20250317182650/https://opusdesign.us/).