# Exhibit 30



(https://www.rivervalley.edu/)

# The page can't be found.

**Sorry but the page you are looking for could not be found.**

We've recently redone our website (February 2020) and apologize if something was moved. If the links below
help, you can send Website Feedback (/website-feedback/)

- RVCC Projects (https://www.rivervalley.edu/gallery/)

**Go To Homepage (https://www.rivervalley.edu)**



Tel: (603) 542-7744 (tel:6035427744)
rivervalley@ccsnh.edu (mailto:rivervalley@ccsnh.edu)
Fax: 603-543-1844

**Claremont Campus** (https://www.rivervalley.edu/locations/claremont/)
1 College Place (https://www.rivervalley.edu/locations/claremont/)
Claremont, NH 03743 (https://www.rivervalley.edu/locations/claremont/)
603-542-7744

**Keene Academic Center** (https://www.rivervalley.edu/locations/keene/)
88 Winchester Street (https://www.rivervalley.edu/locations/keene/)
Keene, NH 03431 (https://www.rivervalley.edu/locations/keene/)
603-357-2142
Classes
Keene State College

**Lebanon Academic Center**
15 Hanover Street
Lebanon, NH 03766 (https://www.rivervalley.edu/locations/lebanon-academic-center/?highlight=lebanon)
603-443-4200

CPR Training
(https://www.rivervalley.edu/cwf/healthcare/cpr/)

Donate
(https://www.rivervalley.edu/about/donate-to-rvcc/)

Career Coach
(https://rivervalley.emsicc.com/)

Case 1:25-cv-00293-LM    Document 66

Request a Transcript
(https://www.rivervalley.edu/current-students/registrars-office/transcript-request/)

Current Students
(https://rivervalley.edu/current-students/)

Apply Now
(https://ccsnh-apply.force.com/apply/TX_SiteLogin?
startURL=%2Fapply%2FTargetX_Portal__PB)

COVID-19 Information
(https://www.rivervalley.edu/student-support/information-on-coronavirus/)

Current Faculty / Staff
(https://rivervalley.edu/faculty-and-staff/)

Accessibility Policy(https://rivervalley.edu/accessibility-policy/)
Consumer Information(https://www.rivervalley.edu/consumer-information/)
Non Discrimination Policy(https://www.ccsnh.edu/mission-strategic-plan/non-discrimination-policy/)
Privacy Policy(https://www.ccsnh.edu/ccsnh-privacy-statement/)    Sitemap(https://rivervalley.edu/sitemap/)
Title IX Resources(https://www.rivervalley.edu/titleix/)    Working at RVCC(https://www.rivervalley.edu/working-at-rvcc/)

© 2025 - River Valley Community College

Website Feedback (https://rivervalley.edu/website-feedback/)

Site by MRW (https://mrw.bz) & Opus (https://opusdesign.us/).