# Exhibit 31



From: **Edelblut, Louis (Frank)** <Louis.F.Edelblut@doe.nh.gov>
Date: Tue, Jul 15, 2025 at 12:50 PM
Subject: [External] RE: Technical Advisory for HB2 - DEI Prohibition
To: Christine Downing <cdowning@gvshawks.org>, Davis, Caitlin <Caitlin.D.Davis@doe.nh.gov>


Christine,

Thank you for your questions.

For clarification on the application of RSA 186:71 through 186:77, we recommend reaching out to your local district counsel. They are best positioned to interpret how this statute applies to your specific circumstances.


Live free and learn,

**Frank Edelblut | Commissioner**

New Hampshire Department of Education

**Phone:** 603-271-3144

25 Hall Street, Concord NH 03301

**Email:** frank.edelblut@doe.nh.gov





The contents of this message are confidential.  Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited.  If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.

---

**From:** Christine Downing <cdowning@gvshawks.org>
**Sent:** Friday, July 11, 2025 7:57 PM
**To:** Edelblut, Louis (Frank) <frank.edelblut@doe.nh.gov>; Davis, Caitlin <Caitlin.Davis@doe.nh.gov>
**Subject:** Technical Advisory for HB2 - DEI Prohibition

> **EXTERNAL EMAIL WARNING!** This email originated outside of the New Hampshire Executive Branch network. Do not open attachments or click on links unless you recognize the sender and are expecting the email. Do not enter your username and password on sites that you have reached through an email link. Forward suspicious and unexpected messages by clicking the Phish Alert button in your Outlook and if you did click or enter credentials by mistake, report it immediately to helpdesk@doit.nh.gov!

Hello,

Will NHED be issuing a technical advisory related to HB 2 RSA 186:71 through 186:77?

Questions to be clarified:

What school actions meet "the purpose of achieving demographic outcomes"?

What school actions meet "treating individuals equally under the laws"?

What is the definition of "program" under this subdivision? Is it the same as what is defined in the 306 rules?

What are specific DEI-related initiatives, programs, training, or policies?

What are the specific DEI-related provisions that might be stated in contracts?

What are the explicit criteria to determine compliance versus non-compliance? Does a school/district need to have zero DEI-related initiatives, programs, training, or policies to be in compliance?

What steps will explicitly be taken to bring a school into compliance with all sections of this subdivision? How long will this process take? How will the school/district be notified if compliant or non-compliant?

If there is a prohibition on Diversity, Equity and Inclusion in public schools, why are we required to include a GEPA statement in our program assurances for grants, which

includes responses to 4 specific questions that describe how we will ensure and remove barriers to guarantee equity (not equality) for students, educators and other beneficiaries?

I am sure there are more questions. These were the ones that were raised for me as I did several readings of the explicit language in the RSA sent earlier today.

Sincerely,

Christine

--

Christine Downing, CAGS *(she, her, hers)*

Superintendent SAU #75 Grantham School District

603.863.9689

cdowning@sau75.org

--
Christine Downing, CAGS *(she, her, hers)*
Superintendent SAU #75 Grantham School District
603.863.9689
cdowning@sau75.org