# Exhibit 33

| | |
|---|---|
| From: | Gilles Bissonnette |
| To: | Brown, Elizabeth |
| Cc: | King, Jessica; Henry Klementowicz |
| Subject: | NH DOE |
| Date: | Monday, July 14, 2025 3:54:00 PM |
| Attachments: | Image001.png |
| | DOE Email_Redacted.pdf |
| | HB2 -- Final Signed Version.pdf |

Elizabeth,

Thanks for chatting today. I am writing solely on behalf of the ACLU of New Hampshire.

I just wanted to flag the attached that was sent by the NH DOE to school districts on Friday afternoon. It imposes a September 5 deadline for school districts to submit to the NH DOE a signed and certified report to the commissioner of education identifying any contract containing DEI-related provisions. However, the relevant provisions of HB2 states that school districts have until "[n]o later than September 30, 2025" to submit this certification to the NH DOE. In other words, the statute already contemplates a deadline, and the NH DOE's September 5, 2025 deadline conflicts with the statute. I recognize that the NH DOE may want time to compile the certifications before its own October 1, 2025 deadline to compile a report, but the statute does not give the NH DOE the authority to change this September 30 deadline and unilaterally burden school districts by moving up the deadline by several weeks.

We would ask that the NH DOE inform school districts that the new deadline is "[n]o later than September 30, 2025" consistent with the statute, just as the NH DOE is asking districts to act consistent with the statute. The relevant portions of HB2 are attached. Thank you, and have a great week.

Best,

**Gilles Bissonnette**
Pronouns: he/him
Legal Director
American Civil Liberties Union of New Hampshire
18 Low Avenue, Concord, NH 03301
603-227-6678 | gilles@aclu-nh.org
aclu-nh.org

**ACLU**
New Hampshire