# Exhibit 43

## DECLARATION OF JAMES T. McKIM

I, James T. McKim, pursuant to 28 U.S.C. § 1746, depose and say as follows:

1.      I am an organizational performance speaker, consultant, trainer, and author of the 2022 book *The Diversity Factor: Igniting Superior Organizational Performance*.  Over my 35+ year career, I have helped small and large organizations (for-profit and non-profit) spark efficiency and growth through the aligning of people, process, and technology.  My professional focus is on inclusion, diversity, equity, and accessibility. The concepts of inclusion, diversity, equity, and accessibility are central to my work and have been proven[1] to be a cornerstone in organizations that outperform those that do not incorporate these concepts.  I also have held senior leadership roles at, or worked with, organizations such as Hewlett-Packard Enterprise, Fidelity, Dartmouth Hitchcock, and the Massachusetts Partnership for Diversity in Education in defining and executing strategic plans with an eye toward organizational performance.

2.      I am the First Vice President of the Manchester NAACP.  I also chaired the Episcopal Church National Executive Council Committee on Anti-Racism & Reconciliation.  I am also currently a member of the New Hampshire Department of Justice's Diversity and Inclusion Advisory Council.  However, I bring this lawsuit only in my individual capacity.

3.      I was appointed by Governor Chris Sununu to be a member of the New Hampshire Commission on Law Enforcement Accountability, Community, and Transparency ("LEACT"), which Governor Sununu established through an Executive Order in June 2020 after the murder of George Floyd.  Through that work, the LEACT Commission, in August 2020 (and with my support), recommended that local law enforcement receive implicit bias training in order that law

---

[1]    *See* McKinsey & Company, "Diversity Matters Even More: The Case for Holistic Impact," https://www.mckinsey.com/featured-insights/diversity-and-inclusion/diversity-matters-even-more-the-case-for-holistic-impact.

1

enforcement professionals better understand how to interact with people of varying backgrounds.[2] That recommendation has been implemented, and I helped develop that implicit bias training for the Police Standards and Training Council ("PSTC").

4.    I am a firm believer of equal access and opportunity for everyone as enshrined in our Constitution.  These values are critical to my work.  Thus, my work is directly impacted by HB2.  I work regularly with state and local government bodies to improve operations.  This has included conducting training and engaging in consulting/speaking on inclusion, diversity, equity, accessibility, and bias throughout New Hampshire, including for the New Hampshire Department of Justice, the New Hampshire Lottery Commission, multiple public school districts, public libraries, and the public university system.  *See, e.g., Exhibit A* (Implicit Bias Training Hosted by the New Hampshire Attorney General's Office on Nov. 20, 2020; addressing concepts like "structural/systemic discrimination" and "white privilege" in slides 11-12, 33 of presentation "Are You Your Implicit Bias?").  Given that I conduct training programs and engage in consulting and speaking work related to diversity and equity to public entities and public schools, I am directly impacted by HB2's anti-DEI provisions, as I now need to try to alter my training programs and consulting/speaking work to comply with HB2's vague terms.

5.    I am engaged in multiple conversations with various state and local government clients (including a school district) impacted by HB2.  These discussions are about how the work of inclusion of all people regardless of gender, race, ability, or background—discussions which

---

[2]      *See*          https://www.governor.sununu.nh.gov/accountability;      *see      also* https://www.governor.sununu.nh.gov/sites/g/files/ehbemt336/files/inline-documents/sonh/20210830-leact-recommendations-completed-and-in-progress-final.pdf (noting in Sept. 2, 2021 LEACT Tracking Report completion of the following: "1-B. Mandate NH PSTC training on implicit bias and cultural responsiveness, ethics and de-escalation"; "2. Encourage all law enforcement agencies to require implicit bias and cultural responsiveness, ethics and de-escalation training"; and "18. Require implicit bias training for all prosecutors, criminal defense attorneys and judges.");      https://www.governor.sununu.nh.gov/sites/g/files/ehbemt336/files/inline-documents/sonh/060921-dashboard.pdf (noting in LEACT May 2021 Dashboard that "State Police completed additional training on de-escalation and is in progress on training on ethics and implicit bias").

are critical to these clients' success—can continue without running afoul of HB2's terms. These discussions include how these entities can continue to engage me in this work. Carrying on this work of improving organizational performance is made exceptionally difficult given the law's ambiguous phrasing. I do not know how I can meaningfully train and advise my clients if I cannot mention, for example, "gender" or "race," which are among the specific "demographic" groups that the law mentions. The same is true regarding discussions of disability, which I frequently include in my work to address this community's need for equitable access and opportunity given that, according to the CDC, over 28% of individuals report having a functional disability (an estimated 70 million Americans).[3]

6.      I am especially confused about what the phrase "achieving demographic outcomes" means in HB2's definition of "DEI." For example, this definition of DEI is confusing to me insofar as this framing is not how DEI is typically defined by professional trainers and consultants that work in this space. DEI is typically defined and discussed by trainers and consultants as a way of being—encouraged in institutions as a practice or policy that creates a sense of belonging for every stakeholder, which includes everyone from White men to people of color like me. Because of its vagueness, I do not know how to apply HB2's DEI definition to the DEI concepts I regularly employ in my training and consulting work that focuses on belonging more broadly, though these concepts obviously have the intended effect of alleviating discrimination of all "demographic" groups.

7.      <u>DEI work involves training on bias.</u>  Bias training and consulting advice are vital to all my clients, but especially to my government clients, as these clients' purpose is to serve all people. However, these clients recognize that it may be difficult to serve all people—including

---

[3]        *See*                https://www.cdc.gov/disability-and-health/articles-documents/disability-and-health-data-now.html#:~:text=Key%20findings%20from%20the%20new,the%20year%20prior%20(21.2%25).

those groups that are protected under RSA 354-A (individuals of color, women, members of the

LGBTQ community, and individuals with disabilities, etc.)—because of their biases.  There are

many types of biases, and bias can be implicit or explicit.  With respect to implicit bias, many

people and organizational clients with whom I work do not understand the various manifestations

of such implicit bias, which can include interpersonal bias (which is internalized and where a

person acts in a discriminatory manner), group/systemic bias (where cultural norms and/or

policies/procedures influence discriminatory behavior), and structural bias (which are biases

derived from a formalization of institutional, historical, cultural practices within a society or

organization).  This work is vital in education settings to ensure that educators understand how

their interactions may reflect bias in their engagement of students of certain demographic groups

(race, gender, disability, etc.), leading to—albeit unintended—discrimination.  This leads to a

negative impact on educators' performance.  Research has shown that this discrimination leads to

a lack of trust in teachers and adults, which leads to poor academic performance.[4]

  8. In addition, many educators observe and experience biases with respect to how their

schools are administered and in the actions of their fellow educators.  HB2—particularly its

prohibition on addressing implicit bias—creates an environment where (i) the concerns of these

educators are not recognized, (ii) many of these educators feel that they do not belong, and (iii)

educators feel that they should say nothing or not address issues that highlight differences between

---

[4] For example, research indicates that students of color, particularly Black students, receive harsher discipline than their White peers for similar behaviors.  *See* United Negro College Fund, Inc., *Education Inequality: K-12 Disparity Facts*, https://uncf.org/pages/k-12-disparity-facts-and-stats ("Black students are nearly two times as likely to be suspended without educational services as white students. Black students are also 3.8 times as likely to receive one or more out-of-school suspensions as white students."); The Journal of Blacks in Higher Education, *Study Uncovers More Evidence That Black Students Are Overrepresented in School Discipline* (Feb. 10, 2025), https://jbhe.com/2025/02/study-uncovers-more-evidence-that-black-students-are-overrepresented-in-school-discipline-and-exclusion/ ("In American alternative schools, Black students are 3.1 times more likely to be arrested and 15.3 times more likely to experience corporal punishment than their White peers. In the country's wealthiest schools, where less than 25 percent of students receive free or reduced-priced lunch, Black students are 5.3 times more likely to be suspended and 7.8 times more likely to be expelled than White students.").

people.  As with any job, we know that how we feel impacts our performance.  The same is true with educators.[5]  Many educators have told me that they are in (or have left) environments where they do not feel that they belong and/or do not know what they can say in educating students.  My work seeks to address that.

9.      The same is true for law enforcement.  Without training on biases, police officers may engage members of the public from certain demographic groups in a discriminatory manner without having any idea that this discrimination is occurring.  These diversity, equity, and inclusion trainings—which specifically address biases and how acknowledging these biases can reduce discrimination for specific demographic groups (communities of color, people with disabilities, women, etc.)—are vital to making sure that law enforcement do not act in a discriminatory manner.  Addressing biases can also improve police performance.  Biases can cause less than productive interactions, including misunderstandings.  These misunderstandings can lead to justice not being served, as well as to a lack of trust in law enforcement.[6]

10.     Not allowing programs on (or discussion of) diversity, equity, and inclusion will cause harm and costs to the White, male majority, as well as to minority demographic groups.  The areas of harm/cost include the following: psychological and emotional effects; social isolation and lack of social cohesion; health impacts; lost opportunities and resources; and educational and economic stagnation.  See appendix A for a more detailed discussion.

11.     I believe that HB2 is motivated by fear, particularly the fear of the "other" or those "not like us."  I believe that laws like HB2 reflect a desire to keep the status quo where people of

---

[5] *See* Yi Wang, et al., *The Impact of Emotion Regulation Strategies on Teachers' Well-Being and Positive Emotions: A Meta-Analysis*, Behavioral Sciences (Mar. 2025), https://pmc.ncbi.nlm.nih.gov/articles/PMC11939169/.

[6] Paul Cuno-Booth, *How Pretextual Traffic Stops by N.H. Police Disproportionately Affect Black and Latino Drivers,* NHPR (May 17, 2022), https://www.nhpr.org/nh-news/2022-05-17/pretextual-traffic-police-stops-racial-disparities-black-latino-drivers-nh.

color and those of different personality or demographic characteristics (including women, individuals with disabilities, LGBTQ individuals, etc.)[7] are discriminated against intentionally and/or unintentionally in violation of the Constitution and state and federal laws. While, on the surface, HB2 states that it supports treating groups equally, HB2 fosters inequality by *not* recognizing how equity and the tailoring of support for specific communities are critical to creating a more equal society. In other words, equal treatment does not always provide equal access or opportunity. Sometimes, different treatment is the best way to serve people of different personality/demographic characteristics. HB2's attempt to eliminate equity denies the humanity of every single person. For example, research shows that girls in school settings are statistically more likely than boys to experience anxiety disorders and emotional symptoms such as worries, nervousness, and various fears.[8] HB2 does not recognize these types of personal experiences—including my own personal experiences as a person of color—or the need to educate people about how to navigate interactions with those with different personality or demographic characteristics.

12.    I believe that HB2 is also motivated by a fear that any effort to bring about equality—particularly racial equality—is at the exclusion of the perspective and rights of White people. I understand how some could feel this way given that several famous writers and activists like Ibram X. Kendi and Ta-Nehisi Coates) have discussed anti-racism using language that emphasizes Black and Brown communities achieving equality while not acknowledging the challenges of White people, which could give the impression that (i) attention only needs to be paid to Black and Brown communities, with no attention paid to White people and, (ii) White

---

[7] In my field, such characteristics are often called "personality dimensions." *See* Diversity Wheel (Loden et al. 1991; Gardenswartz et al. 2003), https://www.researchgate.net/figure/Diversity-Wheel-Loden-et-al-1991-Gardenswartz-et-al-2003_fig1_352706084.

[8] Johny Daniel and Hsin Wang, "Gender Differences in Special Educational Needs Identification," *Review of Education* (2023), https://durham-repository.worktribe.com/OutputFile/1925862 ("Recently, in a sample of 28,000 adolescents in England, Deighton et al. (2019) reported that females were three times more likely than boys to be identified with emotional symptoms (e.g., worries, nervousness, various fears, etc.).").

people should be feel guilty for the way Black and Brown community members are treated. However, the exclusion of White people is not what DEI is truly about. I expound on this in my N.H. Center for Justice & Equity article entitled "Navigating DEI Pushback: Myths, Facts, and Strategies" (https://nhcje.org/blog/navigating-dei-pushback-myths-facts-and-strategies).

13.     Unless HB2 is blocked, I will be irreparably harmed. My livelihood depends upon conducting trainings for, and consulting with, public entities, including public schools. This work helps those entities support all people, including those in demographic groups who are not being well served today based on data collected from the N.H. Youth Risk Behavior Surveillance System (YRBSS) (Services, 2025) and from the Civil Rights Data Collection (CRDC) project. As I am engaged in work and instruction that are directly implicated by HB2—and I know the New Hampshire Department of Education is actively enforcing its provisions through its July 11, 2025 letter to school districts demanding certifications of compliance under the pains and penalties of perjury—I am worried about HB2 being enforced against me as a contractor for public bodies given the law's vague terms, with the downstream impact being that public bodies may stop hiring me altogether or that those public bodies may have their public funds negatively impacted.

14.     Indeed, given the vagueness and threat of withdrawal of public funding in HB2, my ability to do this work—which has provided most of my income for the past eight years—is directly impacted, including my business relationships with public bodies that are concerned about whether my engagement may be construed to violate HB2. At least one public body has already backed out of an engagement with me out of fear that hiring me in any form will violate HB2 and its vague provisions. I am currently in discussion with other public bodies about similar fears that they have.

15.     Moreover, out of fear of violating HB2 to prevent enforcement consequences for my public body clients, I have reduced important terminology from my work when I give

presentations and do consulting work for them.  This has negatively impacted my ability to help these entities improve their organizational performance.  In turn, this will have an impact on the communities that they serve.  For example, recently I have greatly reduced or ceased using the terms "race" or "gender" in my trainings because some could view these terms and accompanying discussions as violating HB2, though my experience shows that it is critical to organizational performance to use these terms and discuss these characteristics more specifically.  Without using these terms and having robust discussions on these demographic characteristics, I cannot effectively train and consult people on how to serve women and people of different races and backgrounds.  I want to be free from the legal restrictions in HB2 so I can promote the vital principles of equity (not just equality) and fairness that will help my clients serve everyone in their communities effectively.

16.    In addition, given the hostile climate against "DEI" work in general in this political moment—to which HB2 contributes—I also fear being the subject of complaints and investigations about the contents of trainings and presentations, which will be costly and time-consuming to respond to.  I have already received hate mail based on my work.  I fear that HB2 will only further lead to complaints and personal attacks about me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of August, 2025.


*/s/ James T. McKim*_____
James T. McKim

## Appendix A

Bias, particularly racial bias, harms White people in several key ways, even as its most severe and immediate effects fall on people of color.  Research identifies the following main domains of harm:

- **Psychological and Emotional Effects:** White individuals may experience negative emotions such as *guilt, anxiety, shame,* and discomfort related to both conscious and unconscious biases. Living with or participating in a biased system can induce inner conflict, distort beliefs, and reduce authentic psychological well-being.

- **Social Isolation and Lack of Social Cohesion:** Communities and individuals who hold or are exposed to biases are more likely to be less trusting and less connected to others, even within their racial group. Higher bias is linked to *weaker social bonds* and decreased opportunities for genuine, diverse relationships, which undermines a sense of belonging and community.

- **Health Impacts:** Studies suggest that living in biased or openly racist environments can harm the health of everyone living there, including White people.  For example, these areas see increased rates of heart disease and lower overall well-being among White people as well as people of color.  Exposure to a racially hostile environment is associated with higher stress, which is detrimental to physical health.

- **Cognitive and Moral Costs:** Internalizing or benefiting from racial bias can damage one's sense of moral integrity, empathy, and connection to others.  This can limit personal growth, the ability to form meaningful cross-cultural relationships, and a genuine sense of community.

- **Lost Opportunities and Resources:** Bias-driven decisions (e.g., policies to avoid racial integration) have often led to the reduction of public goods and services, such as closing public schools or pools, which ultimately harms many White people, particularly those who are less privileged.

- **Educational and Economic Stagnation:** Persistent bias impedes the formation of broad coalitions needed for public policy and economic improvements that would benefit all groups, including working- and middle-class White people.

In summary, while White people are comparatively privileged within systems of bias, research indicates that bias harms their emotional health, social cohesion, moral well-being, community opportunities, and even physical health. These "costs" are real and well-documented across psychology, sociology, and public health literature, including in the sources below:

1. https://pmc.ncbi.nlm.nih.gov/articles/PMC3164804/

2. https://www.ojp.gov/ncjrs/virtual-library/abstracts/impacts-racism-white-americans

3. https://www.debbyirving.com/how-racism-damages-us-as-white-people/

4. https://belonging.berkeley.edu/white-people-lets-start-understanding-our-own-biases

5. https://greatergood.berkeley.edu/article/item/white_racism_may_hurt_health_both_whites_blacks

6. https://bidenwhitehouse.archives.gov/cea/written-materials/2024/07/03/racial-discrimination-in-contemporary-america/

7. https://phys.org/news/2023-05-harvard-implicit-racial-bias-highest.html

8. https://www.aamc.org/news/does-racial-resentment-hurt-white-people-too-one-doctor-says-yes

9. https://www.sciencedirect.com/science/article/abs/pii/S0022103123001026

10. https://www.pjcvt.org/blog/how-racism-hurts-white-people/

Exhibit A

## New Hampshire
# Department of Justice
*Office of the Attorney General*

# 2020 Implicit Bias Training Hosted by the New Hampshire Attorney General's Office

*November 20, 2020 9 a.m. – 12:30 p.m.*

*Required for all attorneys, investigators, legal staff and victim/witness advocates in the Attorney General's Office, all County Attorney Offices, all state agency attorneys, and all prosecutors, including police prosecutors.*

## Presenters:

### Jarvis Parsons - District Attorney of Brazos County Texas

- Bias: What You Don't Know Can Hurt Others 📄

Currently serving his second term, District Attorney Parsons was an assistant D.A. for 10 years prior. A Louisiana native, Parsons graduated from McNeese State University in 1998 and graduated from the University Of Maine School Of Law in 2001. He was a judicial law clerk for a year in Warren County, New Jersey before becoming a Brazos County prosecutor in 2002, prosecuting everything from state jail felonies up to death penalty cases and everything in between.

Parsons is currently the chairman of the board for the Texas District and County Attorneys Association and has served on its Legislative Committee, Training Committee, and is one of the founding members of the Diversity Recruitment and Retention Committee.

He is on the Board of the TEEX Central Texas Police Academy, which guides the Police Academy leadership on needs specific to training and courses and establishes standards and methods to evaluate the effectiveness of training, equipment and facilities at the training academy.

### James McKim, PMP, ITIL - President of the Manchester NAACP

- Presentation: Are You Your Implicit Bias? 📄

Mr. McKim is Founder and Managing Partner of Organizational Ignition, a management consulting firm. Prior to his current role, Mr. McKim was Chief of Staff of the Technical Training Division at Hewlett Packard Enterprise where he led the organization to deliver award-winning performance enhancement solutions. He has, also, held business and technology leadership roles in for-profit and non-profit organizations such as FIRST, Hawkeye Data, LLC, and Digital Equipment Corp.

Mr. McKim has facilitated startup and growth of statewide organizations such as the Economic Vitality New Hampshire and the Software Association of New Hampshire. He has played an active role in the shaping of public policy affecting the Technology industry. He serves, currently on several Boards playing leading roles as Vice-President of Membership a the Project Management Institute NH Chapter, Chair of the NH PBS Finance Committee, Chair of the Episcopal Church's National Executive Council Committee Anti-Racism, and President of the Manchester NAACP.

## Links:

Case 1:25-cv-00293-LM     Document 55-13     Filed 09/11/25     Page 14 of 120

- **Register for Implicit Bias Training [https://nhgov.webex.com/mw3300/mywebex/default.do? nomenu=true&siteurl=nhgov&service=6&rnd=0.13424712364303681&main_url=https%3A%2F%2Fnhgo v.webex.com%2Fec3300%2Feventcenter%2Fevent%2FeventAction.do%3FtheAction%3Ddetail%26%26 %26EMK%3D4832534b00000004dacaad18d1077ec99dbcbbc64d287582dc9277bc4b1ed0dcae760fbaffe55 13f%26siteurl%3Dnhgov%26confViewID%3D175086893217620704%26encryptTicket%3DSDJTSwAAAAR ZS9f3rBoMFJ_v1B4et_2m4n2dUMlng2m3lLOSmjTHFA2%26]**

- Certificate of Attendance

- Implicit Bias Training Itinerary

- Implicit Bias Training Video

Portable Document Format (.pdf). Visit nh.gov for a list of _free .pdf readers_ for a variety of operating systems.

New Hampshire Department of Justice
33 Capitol Street | Concord, NH | 03301
Telephone: 603-271-3658

# NEW HAMPSHIRE ATTORNEY GENERAL'S OFFICE IMPLICIT BIAS TRAINING

November 20, 2020

## <u>AGENDA</u>

**9:00 a.m.** – Welcome and Introduction

*Attorney General Gordon J. MacDonald*

*Senior Assistant Attorney General David Rotman*

**9:10 a.m.** – Presentation*

*Jarvis Parsons, District Attorney of Brazos County Texas*

**10:50 a.m.** – Presentation*

*James McKim, PMP, ITIL, President of the Manchester NAACP*

**12:25 p.m.** – Concluding Remarks

*Attorney General Gordon J. MacDonald*

*There will be a five minute break during each presentation.*

# BIAS: WHAT YOU DON'T KNOW CAN HURT OTHERS

## Jarvis Parsons,
## Brazos County District Attorney

# How I Became a Prosecutor



# #SQUAD GOALS

- To be intelligent as we can is a moral obligation—that if we haven't exhausted every opportunity to know whether what we are doing is right, it will be **no excuse** for us to say that we meant well.
  - John Erskine (1915)



# Prosecutorial Power

- Charging Decision
- Bond
- Jury Selection
- Plea Offer
- Closing Argument

# Cognitive Bias Defined

- A **cognitive bias** is a type of error in thinking that occurs when people are processing and interpreting information in the world around them.

- Cognitive biases are often a result of your brain's attempt to **simplify** information.



7

# Confirmation Bias

- The tendency to search for, interpret, focus on, and remember information in a way that confirms ones preconceptions/beliefs. **

- Also called the "Prosecutor's Bias".

- What you believe, you see.

# Confirmation Bias



# CONFIRMATION BIAS: REAL WORLD EXAMPLE



# TUNNEL VISION



# What You See Is All There Is



# % Of DV Victims Who Recant?

We presume they will recant…so we look to:

- 911 call, EMS record, Medical Records

- Social Media, text messages, jail calls

- Determine Primary Aggressor On Scene

- Meet w/victim early in process, neighbors, family, friends, etc...

- Look for prior victims

13

# Just World Theory



# Just World Theory

People have an automatic tendency to look for something or someone to blame for unfortunate events. But rather than simply attributing a bad turn of events to bad luck, people tend to look at the individual's behavior as a source of blame.

- What was she wearing?
- Why did she let him walk her home?
- How much she had to drink?

# Just World Theory



# Just World Theory



# Defensive Attribution



# Defensive Attribution

- The similarity of the witness to the person(s) involved in the misfortune – in terms of situation, age, gender, personality, etc. – changes the amount of blame one is ready to ascribe.

- This is related to the empathy response, which is more likely to be activated if the witness sees similarities between themselves and the person(s) involved.

# Defensive Attribution





# Michael Morton Act



# Implicit Bias:  How We See People



23

# Implicit Bias

We all have differences. We see age, gender and skin color. That's not bias.



# "Halo Effect"

- Research has shown that we automatically assign to good-looking individuals favorable traits such as talent, kindness, honesty, and intelligence –*Thorndike 1920*



# "Halo Effect"

- Physically attractive individuals are more likely to be…
  - Hired and less likely to be fired
  - More likely to get a call back for interviews
  - Higher wage earners (10-15%)
  - Less likely to get in trouble when they are children

# Sexual Harassment Study



# GENDER



# Gender Bias:
# Police Chief Edition

Michael vs. Michelle

- Michael—streetwise, worked tough neighborhoods, got along with fellow officers. Poorly educated and lacked administrative skills.

- Michelle—smart, well schooled and experienced in administration, family oriented, little street experience and didn't get along with officers.

# Gender Bias:
# Who Do You Hire?



# Gender Bias:
# Who Do You Hire?

When the male applicant had experience and no education, participants chose…

The Man

When the male applicant had no experience and was educated, participants chose…

The Man

# Gender Bias: Women's Studies Professor



32

# Implicit Racial Bias

- Researched for over two decades.
- A majority of Americans harbor negative implicit attitudes toward African-Americans

# Implicit Racial Bias

- Influenced by attitudes and stereotypes that we all hold based on our experiences.

- Guides how we act in a subconscious way, even if we renounce prejudice and stereotypes explicitly.





# Microaggression

**Prejudices that leak out in many interpersonal situations. A.K.A. Slights, insults, indignities and denigrating messages.**

# Microaggression Examples

- Can I touch your hair?
- You don't sound black.
- You look too white to be Hispanic/Arab/etc…
- When I look at you, I don't see color.

# Robbery In Black and White

- University of Hawaii Study, 66 participants
    - Japanese American, White, Chinese, Native Hawaiian, Pacific Islander, Korean American and Latino

# Robbery In Black and White



# Ambiguous Crime Details

- Prior drug addict, served with eviction notice
- Left handed
- Golden Gloves boxing champ in 2006
- NO License
- Owner Identifies defendant's voice
- Defendant had movie ticket stub for show that started 20 minutes before robbery

# Robbery In Black and White: Results

How Guilty Is The Defendant?
Scale (0-100)
- Darker Skin Tone  66.97

- Lighter Skin Tone  56.37

# What About Victims?



# U. Nebraska at Lincoln: Harrison and Esqueda (2000)

- Police respond to anonymous phone call reporting a domestic dispute.
- Jeff Davis is a Black (White) male,
- Cindy Davis is a Black (White) female,
- Drinking and Non-drinking scenarios.

44

# Same Facts? Different Race? Different Results

- AA women who drank were perceived as **more blameworthy** than AA women who did not.

- **No distinction** between drinking and non-drinking white females.

- AA women received **more blame** in DV situations for the **same amount** of drinking as white women.

# Not Just Black Women...

- Black boys as young as 10 are seen as **more responsible** for their actions compared to their white counterparts.
  - Viewed as **older** (up to 4½ years) and less innocent.
  - *The Essence of Innocence: Consequences of Dehumanizing Black Children (Goff, 2014).*
- Black Girls are viewed as **less innocent** and need **less nurturing** than their white counterparts.
  - *Girl Interrupted: The Erasure of Black Girls Childhood (Epstein, Blake & Gonzalez, 2017)*

46

# But I'm Educated…



# Written in Black and White

Memo drafted by a hypothetical law student given to 60 partners in 22 law firms.

- 37 men, 23 women, 39 white,
- 21 racial/ethnic minorities
- Memo had **22** writing and analytical errors.
- Same memo. **Only** difference was race of the "writer".

# Results

- **White "Thomas Meyer" averaged 4.1/5.0.**

- **Black "Thomas Meyer" averaged 3.1/5.0 scale, for the same memo.**

# Quantitative Results: Errors Spotted by Lawyers

**White Thomas Meyer:**

**10.2 errors found avg.**

**Black Thomas Meyer:**

**<u>14.6</u> errors found avg.**

# Qualitative Results: Opinion of the Students

**White Thomas Meyer:**

"good writer but needs to work on", "has potential", "good analytical skills".

**Black Thomas Meyer:**

"Needs lots of work", "can't believe he went to NYU", "average at best".

51

# Greg vs. Jamal

- Study of 1300 ads and over 5,000 resumes.

- White-sounding names like Emily or Greg get 50% more call backs for job interviews with the exact same resume.

- "A white-sounding name yields as many more callbacks as black sounding name with **eight** years of experience".
  - *Are Emily and Greg More Employable than Lakisha and Jamal? A Field Experiment in Market Discrimination. (Bertrand and Mullainathan, 2003)*

52

# The Implicit Association Test (IAT)

- **Designed to measure implicit bias**

- **https://implicit.harvard.edu/implicit/takeatest.html**

- **Flowers vs. Insects**

# My Story

- **Took the Implicit Association Test…**



🔒 implicit.harvard.edu

**Study:**

 G+ Share

**Your result:**

**Your data suggest a slight automatic preference for White people over Black people.**

The sorting test you just took is called the Implicit Association Test (IAT). Half of you completed the task for African Americans and European Americans, whereas the other half completed the task for Black People and White people. You categorized good and bad words with images of African Americans (or Black People) and European Americans (or White People).

# My Story

- **About 50% of African-Americans show a preference toward whites.**
  - ***Nosek, Banaji, & Greenwald, 2002***.



@authentichistory.com

57

# Attacking Implicit Bias

- Understand and acknowledge cognitive bias
- Start With Yourself And Just Begin
- Evidence/words that hits on a stereotype (misdemeanor murder).

# Blinding



# Other Disciplines Use Blinding

- Scholarly Journal editors routinely remove author names and institutions.
- Professors mask student names when grading
- Lineups (Double Blind Lineups)
- Federal Death Penalty Decisions

# Empirical Example



# Orchestra Blinding Results

- Using a Screen to conceal candidates from the raters increased the likelihood that a female would advance to the next round by
- 11%
- During the final round "blind" auditions increased the likelihood of female musicians being selected by
- **30%.**

# Outsmarting The Bias



63

# Collaboration



# Outsmarting The Bias: Group Decision Making

- 200 participants
- 83% white, 17% Black
- Ages 18-78
- Created 29 juries of 6 people per jury (some alternates).

# Outsmarting The Bias: Group Decision Making

- Viewed a video of a 30-minute Court TV summary of Black Male Defendant and White Female Victim.

- Heard testimony of 10 Witnesses (7 state & 3 defense)

# Outsmarting The Bias: Group Decision Making

**Recorded jury deliberations**

- **Looking for breadth of discussion**

- **Accuracy of statements**

- **Corrected Inaccuracies**

# Outsmarting The Bias: Group Decision Making

**Diverse Juries**

- **Discussed <u>more</u> facts**
- **Made <u>more accurate</u> statements of facts**
- **<u>Corrected</u> more inaccurate statements**

# IMPLICATIONS

**The more you bring in <u>different perspectives</u>, the better your outcome will be.**

# Any Questions?

# Jarvis Parsons

# [jparsons@brazoscountytx.gov](mailto:jparsons@brazoscountytx.gov)

# 979-361-4320

# Are You Your Implicit Bias?

## James McKim

Copyright© 2020 Organizational Ignition



Organizational
Ignition

# Introduction



## What is the underlying issue in the photos?

# Objectives & Agenda

## Objectives

- Understand the depth of the problem with implicit bias
- Understand the 9 de-biasing techniques
- Understand how implicit bias & discrimination can be eliminated

## Non-Objective

- Make you an expert on Implicit Bias
- De-bias you

## Agenda

- Demographics
- 6 Key Concepts
- Manifestations of Implicit Bias – including in your own
- Forms/Types of Implicit Bias
- Eliminating Bias & Discrimination
- Wrap-up
- Homework

Copyright© 2020 Organizational Ignition

# Current NH Demographics By Age/Gender



# Current NH Demographics By



Race and Ethnicity                                    #1

Percentage of the total population.
Scope: population of the United States and New Hampshire

**Percentage of Population by Racial or Ethnic Group**
Estimates for 2014-2018, Hispanic Origin Included in Racial Groups

■ New Hampshire    ■ Manchester    ■ Nashua

Percentage of Population

<- Margin of Error

Black or African American        Asian        Hispanic or Latino,
of Any Race

**Racial or Ethnic Group**
Note: Margins of Error represent 90 percent confidence intervals
Source: U.S. Census Bureau, American Community Survey, 2014-2018

New Hampshire Fiscal Policy Institute                                11

Copyright© 2020 Organizational Ignition                    5

# 6 Key Concepts



# What is Race?



- Q: What word or phrase comes to mind after viewing this video?

VOX – "The myth of race, debunked in 3 minutes
https://www.youtube.com/watch?v=VnfKgffCZ7U

Copyright© 2020 Organizational Ignition

7

# Gender





# Diversity



*Diversity* is counting, and *inclusion* is cultivating… Diversity is being invited to the party, but inclusion is being asked to dance."

**VOL. 37, NO. 4**
ABA Bar Leader
"Beyond diversity: The bar leader's role in fostering inclusion"

Copyright© 2020 Organizational Ignition

9

# Equality Vs. Equity



Copyright© 2020 Organizational Ignition

# "isms"

# Imagine...

**Structural/ Systemic Discrimination**

**Micro aggressions**

**Isms**
Using our power to reinforce our discrimination and prejudice in the institutions and groups to which we belong

**White Privilege**

**Discrimination**
taking an action on our prejudice

**Prejudice**
a value judgment based on our feelings associated with the stereotype

**Stereotype**
an incomplete or distorted picture in our head

**Generalization:** The process of formulating general concepts by abstracting common properties of instances



Unconscious Implicit Bias

Copyright© 2020 Organizational Ignition

# Structural/Systemic Discrimination



Wealth

Media

Housing

## Cultural

"Culture is how our bodies retain and re-enact history through the foods we eat; the stories we tell; the things that hold meaning for us; the images that move us…Change culture and you change lives…. Social activism is necessary for changing the world in productive ways." – Resmaa Menakem

## Institutional

Best Practices /Policies /Procedures

## Legal

State*

Local

Education

Criminal Justice

Copyright© 2020 Organizational Ignition

12

# The Cause of Discrimination…
# Unconscious Cognitive Implicit Bias



https://www.youtube.com/watch?v=KCgIRGKAbfc

Copyright© 2020 Organizational Ignition

# Examples of Implicit Bias on Individuals



A "Best"

B "Still Desirable"

C "Definitely Declining"

D "Hazardous"

# Interpersonal Examples of Implicit Bias

## Cases and deaths by race/ethnicity

| Race/ethnicity | Percentage of population | Percentage of cases | Percentage of deaths |
|---|---|---|---|
| Black or African American alone | 1% | 6% ◆ | 2% |
| Hispanic or Latino * | 4% | 13% ◆ | 3% |
| Asian alone | 3% | 3% | <1% |
| Native Hawaiian and Pacific Islander alone | <1% | 0% ❶ | 0% ❶ |
| American Indian or Alaska Native alone | <1% | 0% ❶ | 0% ❶ |
| Two or more races | 2% | 0% ❶ | 0% ❶ |
| White alone | 90% | 74% | 94% |
| Some other race alone | <1% | 4% ❶ | <1% ❶ |



- **Discrimination in every day life & the emotional toll it takes**
- **Special fear of life when pulled over by police – regardless of agency**

Copyright© 2020 Organizational Ignition

# Examples of Implicit Bias on Organizations (Employment Cycle)











# Understand Your Own Biases (Breakout)



- When and how did you first become aware that there was such a thing as racial/ethnic differences, and that people were treated differently on the basis of those differences?

- Growing up, what contact did you have with people whose racial and ethnic heritage was different from your own?

Copyright© 2020 Organizational Ignition

17

# 5 Minute Break



# Types of Implicit Biases

**Decision-making, Belief, and Behavioral/Confirmational (125+)**



- Automation bias
- Bias blind spot
- Dunning–Kruger effect
- Stereotyping
- Zero-sum bias

**Social /Attributional (220+)**



- Group attribution error
- In-group/Affinity
- Puritanical bias

**Memory Errors (40+)**



- Consistency bias
- Cross-race effect
- Stereotypical bias

Copyright© 2020 Organizational Ignition

# Bias Impact Context

- Information Overload
- Feelings Over Facts
- Need for Speed
- What to remember



**The Cognitive Bias Codex: A Visual Of 180+ Cognitive Biases**

Copyright© 2020 Organizational Ignition

20

# Eliminating Bias & Discrimination



Mindset

How we
behave

How we
think

Actions

Copyright© 2020 Organizational Ignition

21

# How We Think



## Which are You?

Copyright© 2020 Organizational Ignition

# Types of De-Biasing Techniques

## Countersterotype Training

- Dasgupta and Asagari (2004)

## Negation

- Kawakami, Dovido, Moll, Hermsen, and Russin (2000)

## Perspective-taking

- Shih, M. J., Wang, E., Bucher, A. T., & Stotzer, R. (2009).

## Meditation/Lovingkindness meditation (LKM)

- Stell, A. J., & Farsides, T. (2016).

## Implicit bias workshops

- like the one we offer

Copyright© 2020 Organizational Ignition

# Critical Thinking/Decision-Making



Wasabi Learning Flow Charts    https://www.wabisabilearning.com/blog/5-useful-critical-thinking-flowcharts

Copyright© 2020 Organizational Ignition

24

# How We Behave



Difficult Conversations

Communication

Steps in Criminal Justice

Eliminating Discrimination

EQ

# Emotional Intelligence

- Critical in understanding and dealing with diversity is **Emotional intelligence**
- The ability to manage your own **emotions**, as well as the **emotions** of others.
  - Self (our own feelings and how they impact our perceptions an behavior - aka Implicit Bias) "How do I feel?"
  - Others (the feelings of others and why they behave the way they behave - aka empathy) "Put yourself in their shoes."

**Empathy**

Rapport    Affinity
Communion    Emotion

Compassion

**Feelings**    Sorrow

**Pity**

Copyright© 2020 Organizational Ignition

# Understanding Communication Basics



*Shannon and Weaver Model*



*Dr. Albert Mehrabian's 7-38-55 Rule of Personal Communication*

Copyright© 2020 Organizational Ignition

27

# Rules for Difficult Conversations



- Who's right?
- What was the intent?
- Who's to blame?

- Uncontrollable urge

**What happened**

**Feelings**

**Way forward: Shift to a learning stance**

**Identify**

- Have your feelings or they will have you!
- Not who's right - understand each other's story
- Don't assume they meant it - disentangle intent from impact
- Abandon blame

- Am I competent?
- Am I a good person?
- Am I worthy of love?

Difficult Conversations by Douglas Stone, Bruce Patton, & Sheila Heen

Copyright© 2020 Organizational Ignition

# Criminal Justice Process



https://www.fbi.gov/resources/victim-services/a-brief-description-of-the-federal-criminal-justice-process

# Pulling It All Together



Justice mindful of an equity lens

# Seeing Through an Equity Lens (Breakout)



- What decision is being made?
- Who is at the table?
- How is the decision being made?
- What assumptions are at the foundation of the issue?
- What is likely impact?
- What is your decision?



31

# Wrap-up

















What will you do?



Counterstereotype Training
- Dasgupta and Asagari (2004)

Negation
- Kawakami, Dovido, Moll, Hermsen, and Russin (2000)

Perspective-taking
- Shih, M. J., Wang, E., Bucher, A. T., & Stotzer, R. (2009).

Meditation/Lovingkindness meditation (LKM)
- Stell, A. J., & Farsides, T. (2016).

Implicit bias workshops
- like the one we offer

# Homework Assignment

- Record an example of microaggression and what caused it to happened
- Record an example of where you observed/experienced white privilege
- Record an example of discrimination in an institution or organization
- Record an example of discrimination through culture



Copyright© 2020 Organizational Ignition

33

# Contact

James McKim

Organizational Ignition

James.McKim@organizationalignition.com

http://www.organizationalignition.com