# Exhibit 44

**DECLARATION OF HEIDI CARRINGTON HEATH,**
**EXECUTIVE DIRECTOR OF NEW HAMPSHIRE OUTRIGHT**

I, Heidi Carrington Heath, pursuant to 28 U.S.C. § 1746, depose and say as follows:

1.      I am the Executive Director of New Hampshire Outright.  I have been in this role since 2023.  I have also developed this declaration with the assistance of information provided by our organization's Education and Training Director, who conducts trainings in public schools.

**I.      New Hampshire Outright and the Trainings it Conducts in Schools**

2.       New Hampshire Outright is a non-profit headquartered in Portsmouth, New Hampshire that has a mission to serve, support, and advocate for LGBTQ+ youth and their families in New Hampshire.  New Hampshire Outright also is a community where those young people and their allies can find strength, guidance, and hope.  From its roots as Seacoast Outright, New Hampshire Outright has grown into a statewide movement committed to ensuring access to programs, groups, and resources for LGBTQ+ young people.  New Hampshire Outright does not receive state or federal funds, though the organization is an approved charitable gaming partner.

3.      The origins of New Hampshire Outright begin in the early 1990s.  In early March 1993, about 40 people attended the Respect All Youth Conference at the University of New Hampshire which was focused on supporting the LGBTQ+ community.  There, these community members learned about the "Outright" model—which focuses on advocacy, support, and research—and decided to start building a program.  In October 1993, the group held its first support meeting in Karnan House behind South Church in Portsmouth, and the organization has continued to provide support for LGBTQ+ youth for over 30 years.  In 2024, the organization officially expanded statewide and changed its name from Seacoast Outright to New Hampshire Outright.

4.      In seeking to create an environment where LGBTQ+ youth find strength and guidance, New Hampshire Outright frequently provides trainings to educators and school staff at

K-12 public schools in New Hampshire.  These trainings have also occurred at public colleges and universities, as well as private K-12 schools in New Hampshire.  These trainings consist of a well-researched and well-reviewed program designed to build stronger communities for everyone, including and especially LGBTQ+ youth.  The curriculum is rooted in more fully understanding LGBTQ+ identity, as well as how to create safe and welcoming spaces for everyone.  Schools are spaces rooted in learning and the free exchange of information and ideas.

5.      Our organization has, unfortunately, seen a decrease in schools booking us for these trainings during the last three years (from 2022-2025).  For example, during the 2022-2023 school year, we scheduled about one presentation per month in schools.  In 2024 and for 2025 thus far, we now conduct trainings in schools about once every two months.  While the number of all trainings we conduct each year has grown (when including trainings in non-school environments), the number of trainings in schools in particular has dwindled, though this is not due to a lack of effort on our part to promote the value and importance of these trainings.  Even with this decline, these school trainings will now almost definitely come to a halt because of HB2.

## II.    HB2's Impact on School Trainings, and One District's Decision to Cancel a Training Because of HB2 and its Certification Requirement

6.      Under HB2, these trainings could be viewed as "achieving the demographic outcome" of ensuring that LGBTQ+ students are protected in school environments and, thus, may be covered under HB2.  As a result, New Hampshire Outright's core function of performing these vital trainings is directly impacted by HB2, as these presentations could be construed as implicating impermissible "DEI."  Indeed, New Hampshire Outright needs to comply with HB2 when giving these presentations (especially where districts often contractually require that our presentations comply with New Hampshire law) but does not know whether the subject matter of these presentations are covered under the law.

2

7.    New Hampshire Outright also has been directly injured by HB2.  Because of HB2's ambiguities, school districts are likely to cancel or censor these presentations out of fear of violating the law and being subject to its funding penalties.  For example, we already had one district cancel a training because of HB2.  In May 2025, our Education and Training Director started communications with a district to conduct a 90-minute in-person training for district administrators (not all staff) to occur during the district's August retreat.  In early July 2025, the district generated and sent New Hampshire Outright a contract to provide this training in exchange for $300, and we signed it on July 6, 2025.  The contract specifically states that New Hampshire Outright "*shall comply with* FERPA, *State of New Hampshire law*, and all District policies, procedures, and rules, as outlined in this Contract."

8.    The contract specified a presentation on "Culturally Responsive Engagement with LGBTQ+ Students and Families Presented by New Hampshire Outright's Educational Outreach Team."  The contract further specified the following "learning objectives":

- Create shared language by increasing knowledge of foundational concepts relevant to the conversation of supporting LGBTQ+ young people, and their families

    o  Topics include: Gender expression & family composition

- Assist participants with recognizing the role of bias on mental health and academic outcomes, and the importance of inclusion in the school setting to foster more positive outcomes

- Equip participants with practical strategies to support the wellbeing of LGBTQ+ students, families, and coworkers both in the classroom and in the wider school community

    o  Topics include: Recognizing stereotypes, inclusive language, forms/applications that recognize the diversity of families, and other action steps

- Create space for attendees to talk about the application of this material to their spaces, discuss challenges, and ask questions

9.      On July 29, 2025, we received an email from the district stating: "_After consult with council [sic], we need to pause on our work planned for next week's Administrative Retreat. We are seeking clarification on HB 2_.  We can discuss later, my apologies[.]"  (emphasis added).  In subsequent conversations, the district made clear to us that this "pause" was because of the New Hampshire Department of Education's July 11, 2025 letter demanding that school districts certify by September 5, 2025 that they are complying with HB2 and that they are not engaging in "DEI" programs.  The district conveyed that this July 11, 2025 letter pushed the district to the point where it could no longer do the training.  In the conversations we had with this district, the district made no suggestions about edits we could make to our standard slides that would make the district feel comfortable both doing the training and/or signing the certification of compliance with HB2 that the district needs to submit by September to the New Hampshire Department of Education.  Because of the cancellation we did not receive $300.

10.     Though we usually prepare slides for presentations like these a few days in advance, attached is a set of slides that would have been similar to those presented during this cancelled August 2025 training.  These slides—which include topics like "[t]he importance of inclusive educational settings & the role of bias on outcomes"—not only potentially implicate concepts like "implicit bias" that are barred by HB2, but also are intended to "achieve demographic outcomes" by improving the educational environment for LGBTQ students.  However, as explained below, we usually remove in presentations for educators one slide on "privilege" in light of the current climate, including the climate that caused the passage of HB2.

### III.    New Hampshire Outright is Irreparably Harmed by HB2

11.     New Hampshire Outright is irreparably harmed by HB2.  New Hampshire Outright wants to continue this vital training for public school districts and their students throughout the

State but now is hindered from doing so because of HB2.  Because HB2 does not define the term "implicit bias training" or explain what "achieving demographic outcomes" means, New Hampshire Outright has to wonder where the line is between what is allowed and what is punishable, all while often being contractually required to comply with New Hampshire law during these trainings.

12.    New Hampshire Outright has already made changes to slides in specific cases to address the comfort level of school districts amidst this climate of fear, including shifting phrasing by not using the term "equity."   For our slides for educators in schools, we usually remove one slide from our "Allyship 101" deck that explicitly talks about privilege and stereotypes.  Instead, the slides for this presentation just encompass how to address bias as a broader concept, and those slides are reflected in the attached deck. The slides we would use for educators, omitting the slide on privilege, is generally reflected in the attached.  Given the vagueness of HB2, it is my belief that, even if we made further changes, these changes would not make schools feel comfortable booking a training without fear of recourse, as the general topic of the entire presentation is specifically targeted at improving outcomes for LGBTQ+ students—a "demographic outcome" under HB2.  Again, one district has already halted a training entirely in light of HB2.

13.    As New Hampshire Outright is engaged in work and instruction that are directly implicated by HB2—and the organization knows that the New Hampshire Department of Education is actively enforcing its provisions through its July 11, 2025 letter to school districts demanding certifications of compliance under the pains and penalties of perjury—the organization is worried that it will be the subject of complaints, and that HB2 will be enforced against it and its employees as a contractor for public bodies given the law's vague terms and my organization's obligation to comply with New Hampshire law.  The downstream impact of these complaints and

enforcement likely will be that public bodies will stop hiring the organization altogether or that those public bodies may have their public funds negatively impacted if New Hampshire Outright is hired. Again, this already occurred with one district. Another possibility is that districts may force my organization to sign more specific contractual provisions mandating compliance with HB2, though we do not know how to apply this law in our work.

14.    The climate of fear in schools created by complaints, including those that will emanate under HB2, is real. For example, there were public complaints made when a professional development worksheet called "the Wheel of Power" was presented during a professional development workshop that took place at McLaughlin Middle School in Manchester in the Spring of 2025. These complaints were raised even though the worksheet was not used in a class.[1]

15.    The fear of complaints is not a hypothetical concern for New Hampshire Outright, especially given one school district's decision to rescind its invitation for us to conduct a training on a paid basis. In fact, New Hampshire Outright's trainings and presentations in the past already have been the subject of complaints. For example, we were going to conduct a training at a school district (SAU21) for K-12 educators on how best to address the concerns of LGBTQ+ students during one of the district's mandatory staff professional development days in September 2022. Once word got around that the training was occurring in August, there was a protest against the training. Though the school board stood by the training, this is an example of the climate of complaints that exists around this work.

---

[1] *See* Andrew Sylvia, *School Committee Responds to Comments on 'Wheel of Power' Teaching Tool*, Manchester Ink Link (May 14, 2025), https://manchester.inklink.news/school-committee-responds-to-comments-on-wheel-of-power/ ("The worksheet, also known as 'the Wheel of Power and Privilege,' was created by Sylvia Duckworth of the Canadian Council of Refugees to visualize different subsets of people closer and further away to power and privilege that can create unintentional 'microaggressions' and destabilize social interactions between people occupying different tiers of privilege in society.").

16.     This has happened more recently.  In May 2025, Rye Public Library trustees "postponed" an educational program to be conducted by New Hampshire Outright on May 29, 2025 on how to support the LGBTQ+ community.  The event was postponed following criticism from some community members, including the leader of the Rye Republican Town Committee who asserted on the Committee's Facebook page on May 16, 2025 that the program was "inappropriate for school age children" and that the library was "acting as an advocacy group." The program was entitled "Practical Allyship 101" with a purpose to help attendees "[l]earn foundational knowledge about gender identity, sexual orientation, and the real impact of discrimination, while gaining tangible ways to support LGBTQ+ individuals."  Following the complaints, the Rye event was "postponed" in an announcement signed by the chair of the library's board of trustees, stating that "[t]he Rye Public Library strives to maintain a neutral approach in its programming and does not advocate for any particular position or ideology."

17.     Ultimately, the library trustees voted to reschedule the event to occur on June 18, 2025, however it was not on the same terms as the prior arrangement.  We were permitted to book a room at the library, but without the library's sponsorship.  However, we could only book the space on the condition that New Hampshire Outright consult with police regarding a safety detail and adhere to occupancy limitations determined by the Rye Fire Department.  We were required to obtain a police detail because the library trustees raised "safety concerns" with respect to those who dislike our message and would potentially disrupt things.  We are not aware of this being a normal condition for using the library space, though a generous person paid for the police detail for us.  Had the library trustees not postponed the event in the first instance, we would not have needed a police detail.

18.    For all these reasons, there is a substantial risk that New Hampshire Outright will be subjected to the harm of enforcement of HB2 in the future.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of August, 2025.

*/s/ Heidi Carrington Heath*
Heidi Carrington Heath



# Culturally Responsive Engagement with LGBTQ+ Students & Families

### Educators & Administrators Edition

## NH Outright's Outreach Team

# New Hampshire Outright

★    NH Outright is a non-profit organization has serves, supports, and advocates for LGBTQIA+ youth and their families across NH

Services include:

- ■ Youth Groups
  - ● Little Outrighters, Tweens/ Teens, Young Adults
- ■ Collaborations
  - ● Manchester Outright & Nashua Outright
  - ● Big Brothers Big Sisters NH
- ■ Statewide GSA Network
- ■ Resources & Support for Parents and Caregivers
- ■ Trainings & Education
- ■ Events, Outreach, and Advocacy



# Today's Agenda



★ Foundational LGBTQIA+ Terms/ Concepts

  ○ Breaking down the binary, gender identity, gender expression, & orientation

★ The importance of inclusive educational settings & the role of bias on outcomes

  ○ Having one supportive adult in a youth's life decreases suicide attempts by 40%

★ Practical strategies to support LGBTQ+ students, families, and educators

The Trevor Project Research Brief: Accepting Adults Reduce Suicide Attempts Among LGBTQ Youth, 2019



# Group Norms

★ This is a safe space for learning; there are no bad questions
  ○ Raise a hand, or use slido for anonymity
  ○ If you don't know how to phrase something, we can help
★ Assume best intent
  ○ Mistakes are an expected part of learning
  ○ Challenge the idea, not the person
★ Expect non-closure-  learning doesn't end here
★ What is said here stays here, what is learned here leaves here
  ○ If personal stories of family/ friends are shared, one has explicit permission to do so.

★ We may use the word queer as an umbrella term/ synonym for LGBTQIA+. Historically used as a slur, but has been largely reclaimed by the community.



# What is Identity?

**Identity (noun)** - the intersection of characteristics that create one's sense of self; the state of being who we are

It is not just your gender and orientation:

★    Think about your relationships, socioeconomic status, race, age, religion, nationality, disability status, & hobbies

Identity significantly impacts our lived experiences and perspectives.





# Foundational Language & Concepts



For more terms: https://pflag.org/glossary



# Bodies are not Binary

<u>Sex assigned at birth:</u> classification given to a child at birth, typically based on visible characteristics: Male, Female, or Intersex.

<u>Sex:</u> A more robust and complex set of biological characteristics- including hormones, chromosomes, internal sex organs, and secondary sex characteristics.



"What It's Like to Be Intersex?" As/Is, March 2015



Bodies are diverse, are not stagnant, and don't fit neatly into two distinct categories!



# Gender Identity

What gender do you identify as? Gender identity is an arrow pointing inwards.



**Cisgender:** A term used to describe a person whose gender identity aligns with the sex assigned to them at birth.

**Transgender:** An umbrella term for people whose gender identity is different the sex they were assigned at birth.

Definitions sourced from HRC terminology



# Nonbinary and Genderfluid Identities

Gender is a socially and culturally specific concept. Western society generally has a binary understanding of gender: woman and man. Throughout history and across cultures, gender has been conceived of more broadly.

There are folks who feel they are neither a woman or a man. Others identify with elements of multiple genders. Some don't identify with any gender. Common terms include **genderqueer**, **agender**, **bigender**, and **non-binary**, with non-binary being one of the most common terms used.*

Gender Identity: 'How Colonialism Killed My Culture's
Gender Fluidity' - from the BBC World Service





GENDER QUEER        NONBINARY        GENDER FLUID

*From the National Center for Transgender Equality



# Gender Expression

Folks express their gender in many different ways, often based on what makes them most comfortable, and what keeps them feeling safe. Gender expression is an arrow pointing outwards.

★ Name
★ Pronouns
★ Clothing
★ Hairstyle
★ Makeup
★ Mannerisms
★ Hobbies



We are often taught that some things are for boys and some things are for girls. A boy can wear dresses and makeup. A girl can cut her hair short and play football.

**Gender expression ≠ gender identity!**



# Sexual and Romantic Orientation

**Common terms include:**

(Sexual Orientation) Gay, Straight, Lesbian, Bisexual, Pansexual, Asexual
(Romantic Orientation) Homoromantic, Heteromantic, Biromantic, Panromantic, Aromantic



# Foundational Concepts: The Gender Elephant

 Sex

Physical characteristics- body parts, hormones, chromosomes

**Sex assigned at birth-**
☐ male    ☐ female    ☐ intersex

 Gender Expression

External presence of our gender through behavior, clothing, aspects of appearance, and/or voice

 Gender Identity

Our inner concept of self as woman, man, a blend of both or neither – how we perceive and name ourselves.



 Romantic Orientation

Who we feel affection for. May include who we seek out to build a life or family with - desire for an intimate, emotional relationship

 Sexual Orientation

Describes who we are attracted to. This may include being attracted to people a particular gender, of multiple genders, or no genders. Some folks are not attracted to anyone.

Definitions adapted from HRC & USD





# Identity Development in Young Children

Children seek to make sense of the world around them by observing the direct and indirect messages of adults and peers.

By ages 3-4, children begin to connect gender to specific attributes and begin to have different expectations for how each gender behaves and looks

By showing people of all genders fulfilling different roles in society, we allow kids to expand their understanding of how people can be in the world. By modeling acceptance, children learn that differences are valuable.



Girl toys vs boy toys: The experiment - BBC Stories



# How could they know?

**Common Mistakes**

- Saying, "They are too young to understand/ know who they are"
- Conflating play and identity
- Recognizing student gender & orientation is **NOT** the same as teaching about it



### Things to Remember

- Clothing/toys do not have gender

- Children learn best when they are safe to be themselves

- Accepting differences in others helps youth accept difference in themselves

- Resilience does not come from learning conformity

### Think Back…

- How old were you when you had your first crush?

### Did you know?

- The average age that youth realize they are LGBTQ+ is 11.8 years old



# Adolescent Identity Development
## (Youth are exploring their identity… Erik Erikson Stage 5)



Validating the healthy exploration of adolescent self expression promotes positive self-esteem and wellbeing

**Question:**
Why are youth changing so much in middle and high school?

Adolescence is a transformative experience and it is meant to be. There is experimenting with physical appearance, fashion, friendships, social group belonging, social behavior, cultural affirmation, romantic attractions, dietary choice, gender expression, sexual orientation, popular music, media icons, activity interests, personal ambitions and political beliefs, to name a few.  – Carl Pickhardt PhD

Psychologist



# LGBTQ+ Visibility/ Progress

★   Visibility rates are increasing in the US and around the world. With this representation, more people are coming out. A 2023 gallup poll showed that more than **one in five Gen Z adults identifies as LGBTQ.**

|  | LGBTQ+ % | Gay/Lesbian/Bisexual % | Transgender % |
|---|---|---|---|
| **Generation Z (born 1997-2005)** | 22.3 | 20.9 (15% Bi) | 2.8 |
| **Millennials (born 1981-1996)** | 9.8 | 8.8 | 1.1 |
| **Generation X (born 1965-1980)** | 4.5 | 3.9 | 0.5 |
| **Baby boomers (born 1946-1964)** | 2.3 | 2.2 | 0.2 |
| **Silent Generation (born before 1946)** | 1.1 | 0.7 | 0.4 |

Gallup, 2023



# Discrimination against LGBTQ+ Youth

★ Discrimination in New Hampshire schools increased from 2019 to 2021
  ○ 96% heard "gay" used in a negative way; over 85% heard other homophobic/ transphobic remarks
  ○ More than half experienced harassment or assault at school
  ○ 49% experienced discrimination due to school policies/ practices

★ 72% of students heard teachers or other school staff make negative comments about a student's gender expression



Percent of students who were bullied on school property during the past 12 months

★ LGBTQ+ youth in NH more likely than their peers to experience housing instability, sexual violence, and substance misuse. Less than 40% of LGBTQ young people nationally find their home to be LGBTQ-affirming.

★ The incidence of laws that impact LGBTQ+ youth has increased. Anti-trans state laws have a significant & causal impact on suicide risk for trans &nonbinary young people.

  ○ 89% of LGBTQ+ young people in NH said their well-being was negatively by the political climate; 31% report that they or their family have considered leaving NH for this reason.

1. Trevor Project 2022 Report on Homelessness; 2024 National Survey on LGBTQ+ Mental Health; 2024 Nature Human Behavior Article- "State Level Anti-Transgender Laws…"
2. GLSEN 2021 School Climate Survey/ State Snapshots of National Climate Survey; ACLU 2025
3. NH 2023 YRBS



# The Impact of Discrimination on LGBTQ+ youth

★ Nationally, 39-40% of LGBTQ+ youth seriously considered suicide in the past year & 12-19% attemped

★ 53% report experiencing depression symptoms & 66% anxiety symptoms

★ 36% of LGBTQ+ youth and 47% of trans & nonbinary youth believe that their chances of living to age 35 are low

★ LGBTQ+ youth who experience physical threat or harm, or who have been discriminated against due to their identity have significantly higher rates of suicide attempts, substance use, & other negative mental health outcomes.



**Percent of students who attempted suicide during the past 12 months**

| | |
|---|---|
| Other/Queer | 17.5 |
| Gay or lesbian | 16.9 |
| Bisexual | 18.2 |
| Heterosexual | 5 |
| Transgender | 27.6 |
| Cisgender | 7 |



**LGBTQ+ young people who attempted suicide in the past year,** comparison across those who:

Felt discriminated against due to their sexual orientation or gender identity in the past year

15%

Have not felt discriminated against due to their sexual orientation or gender identity in the past year

7%

**LGBTQ+ youth are NOT inherently more at risk- this is directly linked to discrimination & harm**



1. Trevor Project 2024 National Survey on LGBTQ+ Mental Health/ NH Data Breakout; 2024 Trevor Project report of perceived life expectancy
2. YRBS 2021/2023 NH; Trevor Project research brief- Substance Use and Suicide Risk

# Improving Outcomes for Youth

★ Roughly half of transgender and nonbinary young people nationally found their school to be gender-affirming, and those who did reported lower rates of attempting suicide.

★ Transgender and nonbinary students who have access to supportive school clubs, supportive school personnel, inclusive curriculum, and comprehensive anti-bullying policies report fewer missed days of school and higher levels of school belonging. **Simply having access to a GSA reduces victimization.**

★ Youth who do not experience anti-LGBTQ+ discrimination at school miss school three times less and their GPAs are higher. These youth are less likely to be disciplined at school, less likely to be depressed, and have higher self-esteem



Kaczkowski, W., Li, J., Copper, A. C., & Robin, L. (2022). Examining the relationship between LGBTQ- Supportive School Health policies and practices and psychosocial health outcomes of lesbian, gay, bisexual, and heterosexual students
GLSEN. (2022). Improving School Climate for Transgender and Nonbinary Youth; Trevor Project 2023 Survey





# What can I do to be an ally?



Having one supportive adult in a youth's life decreases suicide attempts by 40%

Trevor project research brief on youth suicide attempts 2019





# Strategy 0: Affirming Spaces (and Coming Out)

Coming out is when someone tells you who they are; it is a lifelong process.
Context is key- Is this a personal share or something said in passing?

If someone comes out to you:

Do

★ Thank them for trusting you.
★ Ask them how you can best support their learning & safety
★ Ask how they would like you to communicate with others.
★ Stand up for them, even when they are not around.
★ Look into school policies and practices regarding inclusion and equity.

Don't

★ Say things like, "I've always known."
★ Draw unnecessary attention that surpasses their comfort level.
★ Show negative emotion- be mindful of your body language
★ Assume that others are aware of someone's identity



*Adapted from HRC's Definition



# Strategy 1: Addressing Bias

- Avoid bias incidents by acknowledging and affirming differences in the breadth of identities & family compositions. Supportive environments celebrate differences in children's lived experiences (not just LGBTQ+ identities).
- When you see it or hear it, always address bullying and recognize bias. Even "jokes" can be harmful
- Only 26% of LGBTQ+ youth report believing that staff responded effectively to their reports of victimization

**Bullying is still Bullying**

- Bullying is usually a power dynamic
- ANY Difference is leveraged by a bully
- Draw students in vs. calling them out
- The tools you have to deal with bullying work for LGBTQ youth, too

Take care to not draw more unwanted attention to students who feel marginalized or under attack.

**Effective Interventions**

- Staff providing emotional support (safety of the victim must come first)
- Staff taking disciplinary action against the perpetrator
- Staff educating the perpetrator about bullying
- Staff contacting the perpetrator's parents
- NOT: ignoring or telling the reporting student to change their own behavior

Telling a victim to change their behavior often perpetuates bullying

GLSEN, 2021 National School Climate Survey



# Strategy 2: Utilize Gender Neutral/ Respectful Language

★  Using gender neutral terms helps all people feel recognized and respected
★  Avoid using binary language when talking about gender and sex assigned at birth
★  Address groups with gender neutral greetings ex. "Good morning folks!"
★  Practice using they/them pronouns as singular terms
★  Avoid assuming family composition

| | |
|---|---|
| Girls & Boys, Ladies & Gentlemen, Guys | Students, Class, Friends, People, Folks, Y'All, Everyone |
| Mom/ Dad; Niece/Nephew | Parents/ grown ups/caretakers; nibling |
| Brothers / Sisters; son/ daughter | Siblings; child, kid, youth, my "oldest" |
| Mr., Mrs., Ms. | Mx. or use person's full name. Ask which they prefer |



# Strategy 3: Ask and Tell Pronouns

## PRONOUNS

### A Helpful Resource

Pronouns are words that substitute for nouns. Gender pronouns are used in place of a person's name. This list is not exhaustive but is a good place to start!

### Binary and Gender Neutral Pronouns

| | Nominative (Subject) | Objective (Object) | Possessive Adjective | Possessive Pronoun | Reflexive |
|---|---|---|---|---|---|
| She | She | Her | Her | Hers | Herself |
| He | He | Him | His | His | Himself |
| They | They | Them | Their | Theirs | Themself |
| Ze | Ze | Hir | Hir | Hirs | Hirself |
| Ey | Ey | Em | Eir | Eirs | Eirself |

"Hi, my name is _____. My pronouns are _____.

Or:

Hi, my name is _____ and my pronouns are _____. If you are comfortable, I would love to know your pronouns, too.

**Transgender and nonbinary youth whose pronouns are entirely or mostly respected attempted suicide at half the rate of those whose pronouns were not respected**


nh outright

# Strategy 4: Asking Questions and Addressing Mistakes

It's ok to ask questions, but first, make sure that how/ what is asked is respectful.



- Unless freely offered, do not expect one LGBTQ+ person to educate you on the entire community
- Allow folks the opportunity to say that they do not want to answer a question or are not ready to answer right now. You might start with- "I have a question about that/ your identity, are you open to me asking?"
- Consider:
  - Are you asking because it will help you be supportive of this specific person or are you just curious?
  - Is this general information that you could you find from a different reputable resource?
  - Your relationship, timing, who else is around

If you make a mistake, simply apologize in the moment then move past it. Do not ignore the mistake or make a huge fuss about it.





# Strategy 5: Take Action Beyond the Classroom

**You are your students' biggest advocates. How can you do justice to that role?**

Do these protections/ inclusive practices exist at your school?



❑ Fairly enforced non-discrimination and anti-bullying/harassment policies

❑ School forms & applications that are inclusive of all identities and family structures

❑ A gender-neutral dress code

❑ Gender-neutral and/or private bathrooms and changing areas

❑ A GSA or similar club



# Empowering Your Students

★ **Other ways to create a supportive environment for all young people:**
  ○ Recognize and affirm LGBTQIA+ voices, but do not tokenize
  ○ Know about local resources, and provide them when needed
  ○ Put a small LGBTQIA+ flags or stickers in a visible spot, like a pronoun pin on your lanyard
  ○ Consider the impact of a differential lens when working with youth of different backgrounds. Is this a concern that feels exaggerated to me, but is logical for them?
  ○ Provide access to representation in books/ materials
  ○ Celebrate diversity among the student body, broadly
  ○ Be clear about confidentiality and its limitations; document intentionally
  ○ Support student advocacy and welcome feedback





# Takeaways

★ Understand core concepts
   ○ "thank you so much for telling me, what does that mean for how i can best support you & your learning?"
★ Recognize and speak up against bias & bullying
★ Practice using gender neutral terminology, respect pronouns, and avoid assumptions
★ Display symbols of support
★ If you make a mistake, apologize… then move past it
★ Help your school form a GSA/ support the existing GSA
★ Develop inclusive policies that protect access for all students
★ Know local resources and empower student self- advocacy
★ Remain open to learning
★ Let's get started!





# Resources

## To learn more:

The Trevor Project: https://www.thetrevorproject.org/

Human Rights Campaign: https://www.hrc.org/

GLSEN: https://www.glsen.org/

PFLAG: https://pflag.org/about

InterACT: https://interactadvocates.org/

## LGBTQ+ Specific Crisis Resources

**Trevor Project for LGBTQ Youth/ YA**| thetrevorproject.org (24/7)

**Trans Lifeline** | translifeline.org (1pm-9pm M-F)

**LGBT National Hotline** | lgbthotline.org | (2pm-11pm M-F; 12-5pm Sat)

## Connect with us!

Web: https://www.nhoutright.org/
Facebook: New Hampshire Outright
Instagram: @outright_pride
Email: jessica@nhoutright.org



# Breakout Rooms

★ What did you learn/ what surprised you?

★ How do you see this applied in your school?

★ Where can these conversations continue to occur?

★ What questions do you still have?





