UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| National Education Association-NH | \* |
| | \* |
| Plaintiff, | \* |
| v. | \*  Civil No. 1:25-cv-00293-LM |
| | \* |
| John Formella, New Hampshire Attorney General, et al.., | \* |
| | \* |
| Defendants. | \* |
| | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF WITHDRAWAL

I, Brandon Chase, hereby notify the Court of my Withdrawal as counsel for Defendants; New Hampshire Attorney General, John Formella, Caitlin Davis, Commissioner of Department of Education, Charles Arlinghaus, Commissioner of Department of Administrative Services, and Moncia Mezzapelle, State Treasurer of New Hampshire.

Respectfully submitted,

NEW HAMPSHIRE ATTORNEY GENERAL,
DEPARTMENT OF EDUCATION,
DEPARTMENT OF ADMINISTRATIVE
SERVICES, AND TREASURER OR NEW
HAMPSHIRE

Dated: September 4, 2025

/s/ Brandon Chase
Brandon Chase, Bar #270844
Senior Assistant Attorney General
N.H. Department of Justice
1 Granite Place- South
Concord, NH 03301-6397
(603) 271-3650
Brandon.f.chase @doj.nh.gov

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via Court's e-filing system.

/s/ Brandon Chase
Brandon Chase