UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| National Education Association <br> New Hampshire, et al., <br><br> Plaintiff, <br> v. <br><br> John M. Formella, New Hampshire <br> Attorney General, et al., <br><br> Defendants. | \* <br> \* <br> \* <br> \* <br> \* Civil No. 1:25-cv-00293-LM <br> \* <br> \* <br> \* <br> \* <br> \* <br> \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO EXTEND DEADLINE TO FILE MOTION TO RECONSIDER

Defendants, by and through their counsel, the New Hampshire Office of the Attorney General, hereby requests a 10-day extension of time in which to file their motion to reconsider the Court's order issued October 2, 2025, granting Plaintiffs' motion for a preliminary injunction, stating as follows:

1. On August 11, 2025, Plaintiffs filed an emergency motion for a preliminary injunction and an accompanying memorandum of law. *See* ECF 14.

2. The Defendants filed an objection to the motion on August 25, 2025. ECF 36.

3. A hearing was held on the motion on August 27, 2025, and this Court issued an order granting the motion on October 2, 2025. *See* ECF 40.

4. Pursuant to Rule 7.2(d) of this Court's Local Rules, any motion to reconsider the Court's order is due on October 16, 2025.

5.  Given the length of the court's order, the complexity of the issues, and the competing obligations of undersigned counsel, the requested extension is necessary to ensure adequate time to complete work on this matter.

6.  Gilles Bissonnette, Esq., counsel for Plaintiffs, assents to the relief requested in this motion.

WHEREFORE, Defendants respectfully requests that this Honorable Court:

A.  Grant this motion and extend the Defendants' deadline to file a motion to reconsider to October 27, 2025; and

B.  Grant any further relief as justice may require.

Respectfully submitted,

John M. Formella, New Hampshire Attorney General, et al.

By their attorney,

THE OFFICE OF THE ATTORNEY GENERAL

Dated: October 16, 2025

/s/ Sam M. Gonyea
Sam M. Gonyea, Bar #273264
Assistant Attorney General
New Hampshire Department of Justice
1 Granite Place South
Concord, NH 03301
sam.m.gonyea@doj.nh.gov
(603) 271-1241

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by ECF on October 16, 2025, to counsel of record.

/s/ Sam M. Gonyea
Sam M. Gonyea