**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| National Education Association-New Hampshire, et al.,<br><br>Plaintiff,<br>v.<br><br>John M. Formella, New Hampshire Attorney General, et al.,<br><br>Defendants. | * | Civil No. 1:25-cv-00293-LM |

**DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND OBJECTION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND PERMANENT INJUNCTION**

Defendants, John M. Formella, New Hampshire Attorney General, Caitlin Davis, Commissioner of the New Hampshire Department of Education, Charlie Arlinghaus, Commissioner of New Hampshire Department of Administrative Services, and Monica Mezzapelle, State Treasurer of New Hampshire (collectively "Defendants"), hereby object to the plaintiffs' motion for summary judgment and for permanent injunction (ECF Doc. No. 51) and cross-move for summary judgment. For the reasons stated in the accompanying memorandum of law, the Court should enter summary judgment in the Defendants' favor on all of the Plaintiffs' claims.

WHEREFORE, the Defendants respectfully request that this Honorable Court:

A. Enter judgment as a matter of law in favor of Defendants as to all of Plaintiffs' claims; and
B. Grant such other and further relief as justice may require.

Respectfully submitted,

John M. Formella, New Hampshire Attorney General, Caitlin Davis, Commissioner of the New Hampshire Department of Education, Charlie Arlinghaus, Commissioner of New Hampshire Department of Administrative Services, and Monica Mezzapelle, State Treasurer of New Hampshire

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

Dated: October 2, 2026

/s/ Shawna Bentley
Shawna Bentley, Bar #270149
Assistant Attorney General
Civil Bureau
NH Department of Justice
1 Granite Place South
Concord, NH 03301
shawna.bentley@doj.nh.gov
(603) 271-6836

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent, this day, to all parties and/or counsel of record via the Court's electronic filing system.

/s/ Shawna Bentley
Shawna Bentley